# Exhibit 1

## District Curriculum Council Script for Request for Reconsideration Meetings

**To be stated by Facilitator** (Cooridnator of Media Services.):

*Thank you for joining us today for the District Book Reconsideration Committee meeting to consider the request to remove The Perks of Being a Wallflower from Escambia County Public Schools as an optional novel study for 12th grade students.*

*We are committed to civility and decorum. Please assist us in maintaining a constructive meeting environment by remaining respectful of each participant, their opinions both during and after our meeting, while we are here, in our communities, and online, including on social media. Additional discussion of the complainant or committee members outside of the meeting is discouraged and disparaging comments are contrary to district expectations regarding character and civility.*

*Today's meeting will result in a decision regarding the continued availabilty of The Perks of Being a Wallflower as an optional novel study for 12th grade students. The complainant will be notified in writing of the committee's decision and the process for an appeal if they wish to do so.*

*All committee members have received the written complaint(s) and will utilize the information provided when discussing the challenge with the committee today.*

*The process for today is as follows –*

*I will review the complaint and appeal.*

*The complainant had an opportunity to proffer additional evidence. If submitted, this will be shared as well.*

*The community had an opportunity to provide input. If submitted, this be shared as well.*

*I will read each question or statement from the review from and ask committee members to share.*

*Each committee member will be provided a ballot and asked to determine if the book in question should 1) no longer be allowed as an optional novel study for 12th grade students 2) continue to be allowed as an optional novel study for 12th grade students following district policies and procedures for optional novel studies.*

*The District Book Review Committee's decision will be shared and summary comments will be written.*

*For our meeting today, both agreeable and opposing viewpoints are welcome and we look forward to attaining consensus.*

*Are there any questions? Let us begin.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

[Facilitator Address the Council]

*We will begin with a review of the complaint, appeal and if submitted, additional evidence.*

# THE SCHOOL DISTRICT OF ESCAMBIA COUNTY
## LIBRARY MEDIA SERVICES
### School Materials Review Committee Recommendation

Attach Citizen's Request for Recommendation of Instructional Materials (Name of Form)

Author: Stephen Chlosky   Title or Item: The Perks of Being a Wallflower

School: Northview High School          School no. 1231   Date 7/13/22

1. Name and titles of School Review Committee Members:
    Name: Raja Atallah, Academic Advisor
    Name: Michael Sherrill, Principal
    Name: Megan Carroll, Librarian
    Name: Gerry Pippins, Assistant Principal
    Name: Wes Summerford, PE/Football Coach
    Name: Brandy White, Dean/Parent
    Name: Michelle White, Coordinator of Media Services

2. Meeting date(s), time(s) and location(s):

    | Date | 6/13/22 | Time 8:00 a.m. | Location Northview High School |
    | Date | 7/13/22 | Time 11:30 a.m. | Location Northview High School |

3. Committee recommendations:

The committee voted 4:3 recommending the novel remain as an optional title for a teacher to use as a class novel study for seniors at Northview High School. The Justification for Use of Outside Media form will still need to be submitted to and approved by the school administration before use in the classroom. An approved letter must also be sent home for parent approval.

4. Reason(s):

The concerns raised in the complaint are part of the characters' development throughout the novel. These concerns do not outweigh the potential discussions and literary value of the novel enough to remove it as an option for any teacher to use at Northview High School. A teacher wishing to conduct a novel study with this title will still need to follow the ECSD guidelines and procedures for the use of outside media.

5. Next Steps:
The principal will inform the complainant, in writing, of the committee's decision.

The complainant may appeal the decision, in writing, to the Assistant Superintendent of Curriculum and Instruction. A district committee will then be formed to evaluate the material. The complainant shall have the right to proffer evidence for the committee's consideration that:

Any material used in a classroom, made available in a school library, or included on a reading list contains content that is pornographic or prohibited under s.847.012, F.S., is not suited to student needs and their ability to comprehend the material presented, or is inappropriate for the grade level and age group for which the material is used.

Vicki Baggett
Northview High School
Escambia County, FL
Bratt, FL
July 28, 2022

Mr. Steve Marcanio, Asst. Supt. Curriculum/Instruction
All Escambia County Board Members
Supt. Tim Smith
Gov. Ron DeSantis
Principal Michael Sherrill
Asst. Principal Gerry Pippins
Michelle White

RE:  School Materials Review Committee Recommendation/"Perks of Being a Wallflower"

Dear Mr. Marcanio:

I have been informed that filing an appeal with you would necessitate the next step in my attempt to have a particular book removed as an optional one within our school district.  It is my understanding that instead of simply removing a book filled with obscene situations, words and questionable content, a person must appeal to a school committee first. Then if that fails (which unbelievably has happened in my case), one must then send the request to you to form a committee. This situation is concerning a book by Stephen Chlosky called "The Perks of Being a Wallflower." However, this is not the only book that should be considered for removal by our district, or any adult who has been entrusted with the minds and hearts of children and young adults.

As a veteran teacher with over 31 years of high school and college teaching experience, I never, in a million years, thought I would ever have to defend and beg my own school professionals, colleagues, and district personnel  to be in agreement as to what constitutes goodness and values in literature.  What I see taking place in the curriculum of public education is beyond alarming, and if those same adults who have been given the privilege to teach our children do not take their roles seriously, our county will end up in a world of trouble, similar to what is happening in Clay County currently.

What does it mean when a district orders entire classroom sets of books for teachers to use in their classrooms as a novel study and that book has sections on masturbation, beastiality, and teenage sex and lesbianism?  With the new My Perspectives Curriculum with the English curriculum, teachers were allowed to vote for one classroom novel per grade level. The book in question is certainly not one I voted for. I had never even heard of this book; however, this particular book won the 12th English teacher vote throughout our district. Later when I questioned the English Supervisor, Jessica Rowell, why this book and another one selected for 11th grade called "Into the Wild," which had an entire section about "blow jobs," was even on the list, she replied "I have read both novels mentioned, but it is not best practice for an individual to make a district decision. That is why multiple teacher leaders and other departments were included in this process" (Email on May 13, 2022).

My question to you is this: If we, as teachers, cannot depend on our supervisors and department and ultimately the district to use decent guidelines in selecting classroom novels, then why have these positions?  Let me share with you a few passages from "Perks of Being a Wallflower," the book that serves no literary purpose, even though my school committee voted 4 to 3 to keep it as an option for "any teacher to use at Northview High School" because the passages in question "are part of the characters' developments" (Letter sent by School Materials Review Committee at Northview High on July 14, 2022).

Below are a few of the passages in this book that, I hope, would cause any teacher NOT to use this as a classroom novel discussion. These are just a few.

> p. 12—"And I opened the door to the basement, and my sister and this boy were naked. He was on top of her, and her legs were draped over either side of the couch."
>
> p. 21—"I was with Sam. We were both naked. And her legs were spread over the sides of the couch. And I woke up. And I had never felt that good in my life."
>
> p. 21—"Do you know what 'masturbation' is? I think you probably do because you are older than me. But just in case, I will tell you. Masturbation is when you rub your genitals until you have an orgasm. Wow!
>
> p. 31—"She grabbed his penis with her hands and started moving it. I wish I could describe this a little more nicely without using words like penis, but that was the way it was. After a few minutes, the boy pushed the girl's head down, and she started to kiss his penis. She was still crying. Finally, she stopped crying because he put his penis in her mouth, and I don't think you can cry in that position."
>
> p. 44—When most people left, Brad and Patrick went into Patrick's room. They had sex for the first time that night. I don't want to go into detail about it because it's pretty private stuff, but I will say that Brad assumed the role of the girl in terms of where you put things."
>
> p. 110—"Patrick kept making jokes that I would get an 'erection.' I really hoped this wouldn't happen. Once, I got an erection in class and had to go to the blackboard.
>
> p. 158—"They start to make out. The stereo's playing, and they're just about to 'do it' when Parker realizes he forgot the condoms. They're both naked on this putting green. They both want each other. There's no condom. So, what do you think happened? …They did it doggie-style with one of the sandwich bags!"
>
> p. 159—"There was a guy named Carl Burns and everyone called him C.B. And one day C.B. got so drunk at a party that he tried to "f—k" the host's dog.
>
> p. 159—"And there was this guy they called 'Action Jack' because supposedly he was caught masturbating at a drunk party. .."
>
> There is plenty of more about masturbation, beastialty, and sex in this book. I hope you get my point.

The 11th grade book, purchased by our district for an optional classroom novel, uses the "F" word in every chapter. I did not take the time to fill out a removal form for this book. See below. I have marked the pages with explicit language .

***I took the time to go through and show you which words were on which pages below. **Explicit Language from "Into the Wild" by John Krakauer.**

Chapter 1: p. 6--"Hell"; "F--k"
Chapter 3: p. 17--"godd--n"; p. 18--"da-n"
Chapter 4: p. 26--"hell"; "sh-t"

      Chapter 7: p. 62--"God---n"; "God---n"; p. 64--"hell"; "fu-k"; "bi--h"; "God--n"  p. 65--"Get laid"; p. 66--"Godd--n"; p. 68--"da-n"
      Chapter 8: p. 71--"da-n"' "dumbassedness"; p. 79--"sh-t"; p. 84--"hell"; "sh-t"; p. 84--"fu-kin" Chapter 9: p. 96--"da-n"; "hell"
      Chapter 10--p. 101--"Fu--yu"; "da-n"
      Chapter 11--p. 116--"da-n"
      Chapter 12--p. 118--"ass"; p. 125--"Fu--ing"
  Chapter 15--p. 148--"ass"; p. 151--"fu--ed up"; (twice); "orgy"; p. 152--"making love";  p.154--"fu--ing rest"
      Chapter 17--p. 176--"hell"; p. 177-"hell"
      Chapter 18--p. 189--"hell"

My question to you and now a district committee is this: What are we doing? Why in the name of everything that we are supposed to stand for am I, as a veteran English teacher, having to beg the district to get rid of these classroom novels and start having expectations of those put in positions of leadership just as we do our own students. We do not allow our students to speak this way in class. Why would we have this as a topic or in audio for a classroom novel? Why would our district EVER approve this? This is not literature. Do you think Shakespeare ever had to resort to these sorts of words of situations? No, he was a real writer and did not need to do implement shock-effect to get the audience's attention. What does it mean, though, when a school district gives the green light on classroom sets of novels such as these? Someone is not being diligent for the sake of our children.

I was told over and over that these books were optional. Mr. Marcanio, you and I both know that now many "teachers" do not have degrees in their fields, and they are desperate to utilize anything that the school district sends their way. Our district has provided these classroom sets of novels, which means that they are fair game for any teacher to utilize in the classroom. And actually, because the district has purchased them, as long as the themes coordinate with something a so-called teacher may be covering, he or she is at liberty to implement these novels within the classroom. Out of 2,000 books that were available to our district for free classroom novel sets, our Language Arts Department narrowed the list down to just a few, and these two mentioned in this letter were part of that list. But again, our supervisor admitted to reading these.

What does this say for our school district? Who is standing in the gap for our students. It is so easy to pass the buck to the teacher, but when a district itself approves this sort of unconscionable book for the classroom (much less for the libraries), what else can a teacher do? I will be the voice for my students, my community and the parents I know who would not approve of this. This book, as well as others, that our district has provided are pornographic, and there is no justification whatsoever for these being anywhere near our children. As a matter of fact, someone needs to be held accountable for actually making these sorts of books available to our children, especially under the guise of a classroom novel option. We all know that any material that has been made available, whether in a library, on a reading list or even in a classroom and contains pornographic content  is a violation of Florida Statute 847.012.3(b), and according to 847.012.6, "Any person violating any provision of this section commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

I have email after email requesting to know who was responsible for approving these books and authorizing their usage as a classroom novel. The only answer I ever got was from Ms. Rowell who informed me that she had read them, but would not make an individual decision on them.  I met with Ms. Lesa Morgan and Michelle White, the Director of Media Services,  before school was out and even suggested a review committee of various books throughout the district. We need to get a hold on this.

Mr. Marcanio, these book choices are not limited to just classroom novel sets, but also library choices. Before school was out, our "superintendent, along with Michelle White and our school board approved a book distribution to take place with all of our students. These are fiction and non-fiction titles, over 1300 in all, that are of high-interest to young adults" (Email from Alison Robinson, Retired Librarian at Northview, May 19, 2022). Several students picked up a graphic novel called "The "The Girl from the Sea," which was a book encouraging secret lesbian relationships. (See pictures below.)



So, perhaps unknowingly to you, our school board actually approved this graphic book which was made free to students throughout the district. If you were not aware that this sort of thing is going on in our district, why not? Don't we have checks and balances throughout? Isn't that the purpose of organizational leadership?

I am absolutely sickened to think that anyone would think these sorts of books are appropriate for our students and are considered literature and the above passages add to "character development." In essence, four members of my own Northview committee have openly admitted to allowing pornographic material at my school, siding with Escambia County School District and ultimately the Language Arts Department who purchased these particular books to begin with, an act that the State of Florida has deemed to be a third-degree felony. ("Any person violating any provision of this section commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084).

We need accountability for questionable content that is blatantly coming into our curriculum, but we also need district leaders and board members to stand up and do their part to protect our children. Any adult in this district who reads these books and approves of an Escambia County teacher having high school class discussions about sex with a dog or masturbation for the sake of "character development" needs to be legally challenged indeed.

I await your input and am hopeful that you demand and desire decent literary choices for our students. After all, they deserve the best we have to offer.

Sincerely,

Vicki Baggett, M.A.T.