# Exhibit 4

# REQUEST FOR THE RECONSIDERATION OF EDUCATIONAL MEDIA

School: Northview High School

Requested Initiated By: Vicki Baggett

Telephone: [redacted]   Address: [redacted]

City: Century   State: FL   Zip code: 32535

### Please Check Media Type

X Book   ___ Film   ___ Videocassette

___ Periodical   ___ Filmstrip   ___ Record

___ Pamphlet   ___ Cassette   ___ Computer Software

___ Laser Videodisc   ___ Kit   Other: ___

Set 2 #33

Title: When Wilma Rudolph Played Basketball

Author: Mark Weakland

Publisher or Producer: ___

1. Reasons for Objections: Opines prejudice based on race

2. Have you read, viewed, and/or listened to the entire educational media to which you object? yes

3. What are the strengths of this educational media? historical athletics

4. Are you aware of the judgment of this educational media by literary and authoritative critics? yes

5. What do you believe is the purpose of this educational media? race-baiting

6. For what age group would you recommend this educational media? none

7. Where was the educational media located in the school system? elementary schools

8. On what date(s) was the material utilized for instruction? N/A

Signature of Complainant: Vicki Baggett   Date: 8-24-22