# Exhibit 5

## REQUEST FOR THE RECONSIDERATION OF EDUCATIONAL MEDIA

School: Northview High School

Requested Initiated By: Vicki Baggett

Telephone: [redacted]   Address: [redacted]

City: Century   State: FL   Zip code: 32535

Set 3
#24

**Please Check Media Type**

- X Book
- ___ Periodical
- ___ Pamphlet
- ___ Laser Videodisc
- ___ Film
- ___ Filmstrip
- ___ Cassette
- ___ Kit
- ___ Videocassette
- ___ Record
- ___ Computer Software
- ___ Other: _____

Title: Race & Policing in Modern America

Author: Duchess Harris

Publisher or Producer: _____

1. Reasons for Objections: Pushing the idea that all police are bad & non-blacks are racist

2. Have you read, viewed, and/or listened to the entire educational media to which you object? yes

3. What are the strengths of this educational media? N/A

4. Are you aware of the judgment of this educational media by literary and authoritative critics? yes

5. What do you believe is the purpose of this educational media? To race-bait

6. For what age group would you recommend this educational media? N/A

7. Where was the educational media located in the school system? Middle Schools

8. On what date(s) was the material utilized for instruction? N/A

Signature of Complainant: Vicki Baggett   Date: 8-24-22