# Exhibit 6

# REQUEST FOR THE RECONSIDERATION OF EDUCATIONAL MEDIA

School: Northview High School

Requested Initiated By: Vicki Baggett

Telephone: [redacted]   Address: [redacted]

City: Century   State: FL   Zip code: 32535

Set 3
#26

## Please Check Media Type

- [X] Book
- [ ] Periodical
- [ ] Pamphlet
- [ ] Laser Videodisc
- [ ] Film
- [ ] Filmstrip
- [ ] Cassette
- [ ] Kit
- [ ] Videocassette
- [ ] Record
- [ ] Computer Software
- [ ] Other: ___

Title: Slaughterhouse Five

Author: Kurt Vonnegut

Publisher or Producer: ___

1. Reasons for Objections: explicit violence; animal cruelty; bestiality, nudity; crude language; religious commentary

2. Have you read, viewed, and/or listened to the entire educational media to which you object? yes

3. What are the strengths of this educational media? None

4. Are you aware of the judgment of this educational media by literary and authoritative critics? yes

5. What do you believe is the purpose of this educational media? Shock

6. For what age group would you recommend this educational media? adults

7. Where was the educational media located in the school system? high schools

8. On what date(s) was the material utilized for instruction? N/A

Signature of Complainant: Vicki Baggett   Date: 8-24-22