# Exhibit 7

# REQUEST FOR THE RECONSIDERATION OF EDUCATIONAL MEDIA

School: Northview High School

Requested Initiated By: Vicki Baggett

Telephone: [redacted]　　　Address: [redacted]

City: Century　　　State: FL　　　Zip code: 32535

### Please Check Media Type

- **X** Book
- ___ Periodical
- ___ Pamphlet
- ___ Laser Videodisc
- ___ Film
- ___ Filmstrip
- ___ Cassette
- ___ Kit
- ___ Videocassette
- ___ Record
- ___ Computer Software
- ___ Other: _____

Set 2 #12

Title: Draw Me A Star

Author: Eric Carle

Publisher or Producer: _____

1. Reasons for Objections: One image of naked man & woman

2. Have you read, viewed, and/or listened to the entire educational media to which you object? yes

3. What are the strengths of this educational media? art book

4. Are you aware of the judgment of this educational media by literary and authoritative critics? yes

5. What do you believe is the purpose of this educational media? art content

6. For what age group would you recommend this educational media? high

7. Where was the educational media located in the school system? elementary

8. On what date(s) was the material utilized for instruction? N/A

Signature of Complainant: Vicki Baggett　　　Date: 8-24-22