# Exhibit 11

# REQUEST FOR THE RECONSIDERATION OF EDUCATIONAL MEDIA

School: Northview High School
Requested Initiated By: Vicki Baggett
Telephone: [redacted]    Address: [redacted]
City: Century    State: FL    Zip code: 32535

Please Check Media Type

X Book    ___ Film    ___ Videocassette
___ Periodical    ___ Filmstrip    ___ Record
___ Pamphlet    ___ Cassette    ___ Computer Software
___ Laser Videodisc    ___ Kit    Other: ___

Set 2
# 32

Title: When Aidan Became a Brother
Author: Kyle Lukoff
Publisher or Producer: ___

1. Reasons for Objections: LGBTQ introduction; not age appropriate
2. Have you read, viewed, and/or listened to the entire educational media to which you object? yes
3. What are the strengths of this educational media? none
4. Are you aware of the judgment of this educational media by literary and authoritative critics? yes
5. What do you believe is the purpose of this educational media? indoctrination of LGBTQ
6. For what age group would you recommend this educational media? adults
7. Where was the educational media located in the school system? elementary school
8. On what date(s) was the material utilized for instruction? N/A

Signature of Complainant: Vicki Baggett    Date: 8-24-22