# Exhibit 13

# REQUEST FOR THE RECONSIDERATION OF EDUCATIONAL MEDIA

School: Northview High School

Requested Initiated By: Vicki Baggett

Telephone: [redacted]  Address: [redacted]

City: Century   State: FL   Zip code: 32535

**Please Check Media Type**

- X Book
- ___ Periodical
- ___ Pamphlet
- ___ Laser Videodisc
- ___ Film
- ___ Filmstrip
- ___ Cassette
- ___ Kit
- ___ Videocassette
- ___ Record
- ___ Computer Software
- ___ Other: ___

Set 1 #6

Title: All Boys Aren't Blue

Author: George M. Johnson

Publisher or Producer: ___

1. Reasons for Objections: extreme sexual content; violent language; disturbing scenes; LGBTQ content

2. Have you read, viewed, and/or listened to the entire educational media to which you object? yes

3. What are the strengths of this educational media? none

4. Are you aware of the judgment of this educational media by literary and authoritative critics? yes

5. What do you believe is the purpose of this educational media? indoctrination

6. For what age group would you recommend this educational media? none

7. Where was the educational media located in the school system? high school

8. On what date(s) was the material utilized for instruction? N/A

Signature of Complainant: Vicki Baggett   Date: 8-24-22

\* Submitted for review on 8/4/22. No response until I emailed inquiring on 8/23/22. Was told it has not been reviewed yet.