# Exhibit 15

# REQUEST FOR THE RECONSIDERATION OF EDUCATIONAL MEDIA

School: Northview High School

Requested Initiated By: Vicki Baggett

Telephone: [redacted]    Address: [redacted]

City: Century    State: FL    Zip code: 32535

Set 1
# 23

**Please Check Media Type**

- [X] Book
- [ ] Periodical
- [ ] Pamphlet
- [ ] Laser Videodisc
- [ ] Film
- [ ] Filmstrip
- [ ] Cassette
- [ ] Kit
- [ ] Videocassette
- [ ] Record
- [ ] Computer Software
- [ ] Other: _____

Title: New Kid

Author: Jerry Craft

Publisher or Producer: _____

1. Reasons for Objections: race-baiting; anti-whiteness

2. Have you read, viewed, and/or listened to the entire educational media to which you object? yes

3. What are the strengths of this educational media? none

4. Are you aware of the judgment of this educational media by literary and authoritative critics? yes

5. What do you believe is the purpose of this educational media? Woke agenda; race-baiting

6. For what age group would you recommend this educational media? None

7. Where was the educational media located in the school system? elementary, middle + high schools

8. On what date(s) was the material utilized for instruction? N/A

Signature of Complainant: Vicki Baggett    Date: 8-24-22