# Exhibit 17

# REQUEST FOR THE RECONSIDERATION OF EDUCATIONAL MEDIA

School: Northview High School
Requested Initiated By: Vicki Baggett
Telephone: [redacted]   Address: [redacted]
City: Century   State: FL   Zip code: 32535

## Please Check Media Type

X Book            ___ Film            ___ Videocassette
___ Periodical    ___ Filmstrip       ___ Record
___ Pamphlet      ___ Cassette        ___ Computer Software
___ Laser Videodisc ___ Kit           ___ Other: _____

Set 2
# 11

Title: Drama
Author: Raina Telgeimeier
Publisher or Producer: _____

1. Reasons for Objections: Indoctrination of LGBTQ, age inappropriate + Content not relevant

2. Have you read, viewed, and/or listened to the entire educational media to which you object? yes

3. What are the strengths of this educational media? None

4. Are you aware of the judgment of this educational media by literary and authoritative critics? yes

5. What do you believe is the purpose of this educational media? Indoctrination

6. For what age group would you recommend this educational media? None

7. Where was the educational media located in the school system? Elementary & middle Schools

8. On what date(s) was the material utilized for instruction? N/A

Signature of Complainant: Vicki Baggett   Date: 8/24/22