# Exhibit 23

March 10, 2023

RE:   Appeal for "Push"

Dear Escambia County School Board Members:

Please find attached an appeal of the District Materials Review Committee's decision for **"Push,"** by Sapphire**.**

Once again, under the guidance of our District Media Specialist, Ms. Michelle White, a District Review Committee has ignored the law and voted **4 to 1 to keep the novel "Push"** in our high school libraries. In their typical fashion, the committee claims that most high school students are mature enough for this book because "**most of them are exposed to more than this through social media and, unfortunately, from personal experience (for some)."** The committee further suggests that apparently those of us who depend on our School Board to follow the law and remove books that are prurient or aberrant in nature, not age-appropriate or content-appropriate, **"remain in our own bubble of life that we create for ourselves;"** therefore, limiting **"our exposure to different life experiences,"** an act that the committee claims "moves us to act out of ignorance instead of information."

Not surprisingly, in their decision to me, the District Review Committee **assumed this book was non-fiction** and even listed three standards that they thought this book utilized. I find this interesting considering they took so much time to look up reviews about **WHY** high school minors need this book. Evidently, I need to move the committee out of ignorance with information that **this book is fiction**, and **fiction must follow certain writing rules**. The purpose of fiction writing is simply **TO ENTERTAIN**. It is not to inform or educate.   Based on that fact alone, having a book available to minors whose primary purpose is to entertain about a child whose father **"slams his hips into me HARD. I scream pain he come. He slap my thighs like cowboys do horses on TV. Shiver. Orgasm in me, his body shaking, grab me, call me Fat Mama, Big Hole! You LOVE it! Say you love it! I wanna say I DON"T. I wanna say I'm a chile. But my pussy popping like grease in frying pan. He slam in me again. His dick soft. He start sucking my tittie" (p. 127)** would definitely be considered a violation of the law for our school district. Kuddos to the one committee member who obviously read the law and read the book before making an informed decision on facts rather than feelings.

Many states have already pulled this book because of the **sexually graphic content and violent language**, **and the horrific and inappropriate graphic acts of incest throughout the book**. This is one whose contents actually made me sick while trying to digest.

Perhaps our Board could give specific guidance to those in charge of our District Committees or even those who also have the authority to remove or restrict books when those books cross the line of "acceptable standards." Or better yet, perhaps our Board would simply start restricting or removing books based on the law, rather than waste so much time doing a dance. This book was originally submitted August 24, 2022.   Wouldn't we all agree that reading page after page of how a mother puts her hand between her 12-year old daughter's legs and **"the smell fill room," but then her hand eventually becomes a "creepy spider, up my legs, in my pussy" or how her own father   is "fucking me illegal. But I keep my mouf shut so's the fucking don't turn into a beating. I start to feel goo; stop being a video dancer and start coming."**

Do you wonder why parents and other community members are so concerned? **THIS IS NOT LITERATURE,** and any attempt to disguise it as such should be concerning to all.

**Please see excerpts below.   (Typed as written.)**

**I was left back when I was twelve because I had a baby for my fahver.(p. 16)**

**She staring at me, from behind her big wooden desk, she got her white bitch hands folded together on top her desk (p. 19).**

**She look at me like I said I wanna suck a dog's dick or some shit. (p. 20)**

**I been knowing a man put his dick in you, gush white stuff in your booty you could get pregnant. I'm twelve now, I been knowing about that since I was five or six, maybe I always known about pussy and dick. I can't remember not knowing. No, I can't remember a time I did not know. (p. 25)**

**Daddy put his pee-pee smelling thing in my mouth, my pussy, but never hold me. I see me, first grade, pink dress dirty sperm stuffs on it. No one comb my hair. (p. 32)**

Second grade, third grade, fourth grade seem like one dark night.
...I look at her but see Mama's shoe coming at the side of my head like a bullet, Carl's dick dangle dangle in my face and now the flat-face baby with eyes like Koreans.
...About three months after baby born, I'm still twelve when all this happen, Mama slap me. HARD. Then she pick up cast-iron skillet, thank god it was no hot in it, and she hit me so hard on back I fall on floor. Then she kick me in ribs. Then she say, "Thank you Miz Claireece Precious Jones for fucking my husband you nasty little slut!" I feel like I'm gonna die, can't breathe, from where I have baby start to hurt.
"Fat cunt bucket slut! Nigger pig bitch! He done quit me! He done left me 'cause of you. What you tell them mutherfuckers at the damn hospital? I should KILL you!" she screaming at me.
I'm lying on the floor shaking, crying, scared she gonna kill me. "Get up Miss Hot-to-Trot," Mama say. "Git your Jezebel ass up and fix some dinner 'fore I give you something to cry about." **(p. 32)**

I feel Mama's hand between my legs, moving up my thigh. Her hand stop, she getting ready to pinch me if I move. I just lay still, keep my eyes close. I can tell Mama's other hand between her legs now 'cause the smell fill room. Mama can't fit into the bathtub no more. Go sleep, go sleep, go to sleep. I tell myself. Maman's hand creepy spider, up my legs, in my pussy.
...I'm twelve, no I was twelve, when that shit happened.
...Mama jus' hit me wif fryin' pan? **(p. 35)**

This is my second baby for my daddy, it gonna be retarded too?
...This time I know Mama know. Umm hmmm, she know. She bring him to me. I ain' crazy, that stinky hoe give me to him. Probably thas' what he require to fuck her, some of me. Got to where he jus' come in my room any ole time, not jus' night. He climb on me. Shut up! He say. He slap my ass, You wide as the Mississippi, don't tell me a little bit of dick hurt you heifer. Git usta it, he laff, you is usta it. I fall back on bed, he fall on top of me. Then I change stations, change bodies...
..."I'm gonna marry you," he be saying. Hurry up, nigger, shut up! He mess up dream talkin' 'n gruntin'. First he mess up my life fucking me, then he mess up the fucking talkin'. I wanna scream, Oh shut up! Nigger, how you gonna marry me and you is my daddy. I'm your

daughter, fucking me illegal. But I keep my mouf shut so's the fucking don't turn into a beating. I start to feel goo; stop being a video dancer and start coming. I try to go back to video but coming now, rocking under Carl now, my twat jumping juicy, it feel good. I feel shamed. "See, see," he slap
my thigh like cowboys do horses on TV, then he squeeze my nipple, bit down on it. I come some more. "See, you LIKE it! You jus' like your mama- you die for it!" He pull his dick out, the white cum stuff pour out my hole wet up the sheets **(p. 37).**

My pee pee open hot stinky down my thighs ssssss splatter splatter. ...Seven, he on me almost every night. First it's just in my mouth. Then it's more more. He is intercoursing me. Say I can take it. Look you don't even bleed, virgin girls bleed. You not virgin, I'm **seven (p. 53)**

I think my mind a TV set smell like between my muver's legs.
...I don't fucks boyz but I'm pregnant. My fahver fuck me. And she know it. She kick me in my head when I'm pregnant.
...I think my daddy. He stink, the white shit drip off his dick. Lick it lick it. I HATE that. But then I feel the hot sauce hot cha cha feeling when he be fucking me. I get so confuse. I HATE him. But my pussy be popping. He say that, "Bif Mama your pussy is popping!" I hate myself when I feel good. **(p. 72)**

I jus' want to lay down, listen to radio, look at picture of Farrakhan, a real man, who don't fuck his daughter, fuck children **(p. 73)**

I jus' want to lay down, listen to radio, look at picture of Farrakhan, a real man, who don't fuck his daughter, fuck children **(p. 74)**

"Nigger rape me. I not steal shit fat bitch your husband RAPE me RAPE ME!" ...My pussy hurt. **(p. 90)**

My clit swell up think Daddy. Daddy sick me, disgust me, but still he sex me up. I nawshus in my stomach but hot tight in my twat and I think I want it back, the smell of the bedroom, the hurt- he slap my face till it sting and my ears sing separate songs from each other, call me names, pump my pussy in out in out in out awww I come. He bite me hard. A hump! A hump! He slam his hips into me HARD. I scream

**pain he come. He slap my thighs like cowboys do horses on TV. Shiver. Orgasm in me, his body shaking, grab me, call me Fat Mama, Big Hole! You LOVE it! Say you love it! I wanna say I DON"T. I wanna say I'm a chile. But my pussy popping like grease in frying pan. He slam in me again. His dick soft. He start**
**sucking my tittie. (p. 127)**

**Tired of this honky askin' me questions.**
**...If she was to walk in on me now I turn around and slap her cracker ass down. Problem not crack but the CRACKER! Farrakhn say. (p. 132)**

**A girl gave her father's dick in her mouth know things the other girls don't know but it's not what you want to know.**
**...Bombs with hair and titties and dresses.**
**..."It started when I was, oh, about four or five years old with him fondling me" (feeling her up). "By the time I was twelve he was having intercourse with me three or four times a week."**
**...Carl, the way his knees on either side of my neck.**
**...My hand is going up through the smell of Mama, my hand is pushing Daddy's dick out my face.**
**"I was raped by my father. And beat." No one is talking except me.**
**"Mama push my head down in her..." I can't talk no more. (p. 145)**

Shall I keep going? There are 100 plus more pages to go, but I am certain you get the point. FS 847.012 says it is a blatant violation to offer obscene and pornographic material to minors. Do we need an entertaining book about a father pumping his 12-year-old daughter's **"pussy"** so much that he makes her "**pussy pop like grease in a frying pan**" and then she **"comes."** Do high school students, "discovering who they are and where they belong in this world" really "need to be exposed to and understand different social, economic, political and educational levels other than their own," as the committee claims – all through the assistance of **THIS** book? I'm sure we are all in agreement in our answer to this.