# Exhibit 24

ECPS Request for Reconsideration of Educational Media

A parent or resident of Escambia County, Florida may proffer evidence that any material used in a classroom, made available in a school library, or included in a reading list contains content that is pornographic or prohibited under F.S. 847.012, is not suited to student needs and their ability to comprehend the material presented, or is inappropriate for the grade level or age group for which the material is being used.

**Please complete all applicable information:**

Before bringing a challenge to a material found at a school, the complainant must read, listened to or viewed the material in its entirety.

Have you read or viewed entire material?  **yes**

Date of Request: **Feb. 28, 2023**

Author: **Sarah Brannen**

### Title: **Uncle Bobby's Wedding**

Publisher or Producer, Date of Publication/Production, Type of Media: **Little Bee Books, 2020**

**Request Initiated by (first and last name): Kaye Dickerson**



School(s) in which item is used: **O.J. Semmes Elementary**

1. What first prompted your concern? **This book contains alternate sexual ideologies, a violation of HB 1557/ Parental Rights Law and is prohibited to be available to K-3. It is content and age inappropriate.**

2. To what in the material do you object? (Please be specific, cite pages, frames, etc. Attach additional

pages if necessary. **Uncle Bobby and his boyfriend Jamie end up announcing they will get married, and now the niece has two "uncles."  See a few pictures below.**

 Cover

 Uncle Bobby and Jamie hold hands while announcing their marriage to everyone.

3. What are the strengths of the educational media?  **Colorful pictures**

4. What do you believe is the purpose of this educational media? **Encroach on parents' rights and guidelines**

5. Are you aware of the judgment of this educational media by literary and/or authoritative

critics**?**

__x_ Yes ___ No **This has won many awards, especially from the lgbtq+ groups.**

6. What do you wish to be the outcome of the reconsideration? **K-3 are too young to understand same-sex ideas. This book should not be in lower levels in elementary at all.**

a. Available in the following libraries: **Elementary**

b. Remain available in libraries but removed for use in classroom instruction:

\_\_\_ Yes **\_x\_** No **Violates HB 1557**

Signature of Complainant:   **Kaye Dickerson**     Date: **2-28-23**

ECPS, Media Services, 11-8-22Pg 2 of 2