# Exhibit 28

# REQUEST FOR THE RECONSIDERATION OF EDUCATIONAL MEDIA

School: **Northview High School**

Requested Initiated By: **Vicki Baggett**

Telephone: [redacted]   Address: [redacted]

City: **Century**   State: **FL**   Zip code: **32535**

### Please Check Media Type

- **X** Book
- ___ Periodical
- ___ Pamphlet
- ___ Laser Videodisc
- ___ Film
- ___ Filmstrip
- ___ Cassette
- ___ Kit
- ___ Videocassette
- ___ Record
- ___ Computer Software
- ___ Other: _____

Set 1 #13

Title: **Forever**

Author: **Judy Blume**

Publisher or Producer: _____

1. Reasons for Objections: **extremely graphic sexual content; sexual excitement**

2. Have you read, viewed, and/or listened to the entire educational media to which you object? **yes**

3. What are the strengths of this educational media? **none**

4. Are you aware of the judgment of this educational media by literary and authoritative critics? **yes**

5. What do you believe is the purpose of this educational media? **Sexual excitement**

6. For what age group would you recommend this educational media? **adults**

7. Where was the educational media located in the school system? **high schools**

8. On what date(s) was the material utilized for instruction? **N/A**

Signature of Complainant: **Vicki Baggett**   Date: **8-24-22**