# Exhibit 29

# REQUEST FOR THE RECONSIDERATION OF EDUCATIONAL MEDIA

School: Northview High School
Requested Initiated By: Vicki Baggett
Telephone: [redacted]   Address: [redacted]
City: Century   State: FL   Zip code: 32535

**Please Check Media Type**

- [X] Book
- [ ] Periodical
- [ ] Pamphlet
- [ ] Laser Videodisc
- [ ] Film
- [ ] Filmstrip
- [ ] Cassette
- [ ] Kit
- [ ] Videocassette
- [ ] Record
- [ ] Computer Software
- [ ] Other: _____

Set 1 #9

Title: Beyond Magenta
Author: Susan Kuklin
Publisher or Producer: _____

1. Reasons for Objections: Sexually explicit; LGBTQIA content
2. Have you read, viewed, and/or listened to the entire educational media to which you object? yes
3. What are the strengths of this educational media? none
4. Are you aware of the judgment of this educational media by literary and authoritative critics? yes
5. What do you believe is the purpose of this educational media? total indoctrination
6. For what age group would you recommend this educational media? none
7. Where was the educational media located in the school system? middle school & high school
8. On what date(s) was the material utilized for instruction? N/A

Signature of Complainant: Vicki Baggett   Date: 8-24-22