**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

PEN AMERICAN CENTER, INC.,                      :
SARAH BRANNEN, LINDSAY                          :
DURTSCHI, on behalf of herself and her          : Case No. 3:23-cv-10385
minor children, GEORGE M. JOHNSON,              :
DAVID LEVITHAN, KYLE LUKOFF,                    : **PLAINTIFF PEN AMERICAN**
ANN NOVAKOWSKI, on behalf of                    : **CENTER, INC.'S RULE 7.1**
herself and her minor children, PENGUIN         : **STATEMENT**
RANDOM HOUSE LLC, and ASHLEY                    :
HOPE PÉREZ,                                     :
                                                :
                         *Plaintiffs*,          :
                                                :
            v.                                  :
                                                :
ESCAMBIA COUNTY SCHOOL                          :
DISTRICT, and the ESCAMBIA                      :
COUNTY SCHOOL BOARD,                            :
                                                :
                         *Defendants*.          :

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges

and Magistrate Judges of the Court to evaluate possible disqualification or recusal,

Counsel for PEN American Center, Inc. certifies that it has no parent corporation

and no publicly held company owns 10% of its stock.

Respectfully submitted,

Dated: May 17, 2023

*/s/* Shalini Goel Agarwal
Lynn B. Oberlander*
Kamera E. Boyd*
**BALLARD SPAHR LLP**
1675 Broadway, 19th Floor
New York, NY  10019-5820
Telephone: 212.223.0200
Facsimile: 212.223.1942

Paul J. Safier*
Shawn F. Summers*
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Telephone: 215.864.8500
Facsimile: 215.864.8999

Shalini Goel Agarwal (FBN 90843)
Kristy Parker*
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
Telephone: 202.579.4582
Facsimile: 929.777.8428

John Langford*
**PROTECT DEMOCRACY PROJECT**
82 Nassau Street, #601
New York, NY 10038
Telephone: 202.579.4582
Facsimile: 929.777.8428

*Pro hac vice application forthcoming*

*Attorneys for Plaintiffs PEN American Center, Inc., Sarah Brannen, Lindsay Durtschi, George M. Johnson, David Levithan, Kyle Lukoff, Ann Novakowski, Penguin Random House LLC, and Ashley Hope Pérez*