# VERIFIED RETURN OF SERVICE

Job # P230772

**Client Info:**

Protect Democracy Project
2020 PENNSYLVANIA AVENUE NW
Washington, DC  20006

**Case Info:**

**PLAINTIFF:**
PEN AMERICAN CENTER INC.; ET AL.
 -versus-
**DEFENDANT:**
ESCAMBIA COUNTY SCHOOL DISTRICT; ESCAMBIA COUNTY SCHOOL BOARD

UNITED STATES DISTRICT COURT

Court Case # **3:23-CV-0385-TKW-ZCB**

**Service Info:**

**Received by TRISTIAN WILLIAMS: on May, 23rd 2023** at **02:40 PM**
**Service:** I Served **ESCAMBIA COUNTY SCHOOL DISTRICT**
With: **SUMMONS; COMPLAINT WITH EXHIBITS; CIVIL COVER SHEET; RULE 7.1 STATEMENT**
by leaving with **Ellen Odom, ATTORNEY**

**At Business 75 NORTH PACE BLVD. PENSACOLA, FL 32505**
On **5/24/2023** at **10:47 AM**
**Manner of Service: CORPORATE EMPLOYEE - AUTHORIZED TO ACCEPT**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3):; ALL CORPORATE OFFICERS WERE ATTEMPTED AT THE CORPORATE ADDRESS AND NONE WERE AVAILABLE FOR SERVICE; IN THE ABSENCE OF ALL THE ABOVE THE ABOVE LISTED EMPLOYEE WAS SERVED.

I **TRISTIAN WILLIAMS** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

TRISTIAN WILLIAMS

**ACCURATE SERVE OF PENSACOLA/ MOBILE**
4771 Bayou Boulevard, Suite 132
Pensacola, FL 32503
Phone: (850) 264-2917

Our Job # **P230772**




1 of 1