# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

PEN AMERICAN CENTER, INC., SARAH BRANNEN, LINDSAY DURTSCHI, on behalf of herself and her minor children, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, and ASHLEY HOPE PÉREZ,

    Plaintiffs,

vs.

ESCAMBIA COUNTY SCHOOL DISTRICT, and the ESCAMBIA COUNTY SCHOOL BOARD,

    Defendants.
_____/

CASE NO.: 3:23-CV-10385-TKW-ZCB

## NOTICE OF APPEARANCE

The Escambia County School District and Escambia County School Board hereby gives notice of the appearance of the firm of RUMBERGER, KIRK & CALDWELL, A Professional Association, and Nicole Sieb Smith as their additional counsel herein.

Respectfully submitted,

/s Nicole Sieb Smith
_____
J. DAVID MARSEY
Florida Bar No.:  0010212
E-mail:  dmarsey@rumberger.com
NICOLE SIEB SMITH
Florida Bar No.:  0017056
E-mail:  nsmith@rumberger.com
JEFFREY J. GROSHOLZ
Florida Bar No.:  1018568
E-mail:  jgrosholz@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street
Suite 1050
Tallahassee, Florida 32301
Tel:  850.222.6550
Fax:  850.222.8783
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Shalini Goel Agarwal at shalini.agarwal@protectdemocracy.org, (Counsel for Plaintiffs)**. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

| Lynn B. Oberlander<br>Kamera E. Boyd<br>BALLARD SPAHR LLP<br>1675 Broadway, 19th Floor<br>New York, NY  10019-5820<br>**(Counsel for Plaintiffs)** | Paul J. Safier<br>Shawn F. Summers<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA  19103<br>**(Counsel for Plaintiffs)** |
|---|---|

| | |
|---|---|
| Kristy Parker<br>PROTECT DEMOCRACY PROJECT<br>2020 Pennsylvania Ave. NW, Suite 163<br>Washington, DC 20006<br>**(Counsel for Plaintiffs)** | John Langford<br>PROTECT DEMOCRACY PROJECT<br>82 Nassau Street, #601<br>New York, NY 10038<br>**(Counsel for Plaintiffs)** |

/s Nicole Sieb Smith
J. DAVID MARSEY
Florida Bar No.:  0010212
E-mail:  dmarsey@rumberger.com
NICOLE SIEB SMITH
Florida Bar No.:  0017056
E-mail:  nsmith@rumberger.com
JEFFREY J. GROSHOLZ
Florida Bar No.:  1018568
E-mail: jgrosholz@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street
Suite 1050
Tallahassee, Florida 32301
Tel:  850.222.6550
Fax:  850.222.8783
Attorneys for Defendants