aIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| PEN AMERICAN CENTER, INC., SARAH BRANNEN, LINDSAY DURTSCHI, on behalf of herself and her minor children, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child , PENGUIN RANDOM HOUSE LLC, and ASHLEY HOPE PÉREZ, <br><br> Plaintiffs, <br><br> v. <br><br> ESCAMBIA COUNTY SCHOOL DISTRICT, and the ESCAMBIA COUNTY SCHOOL BOARD, <br><br> Defendants. | Case No. 3:23-cv-10385 |

## MOTION TO APPEAR PRO HAC VICE

Attorney Paul J. Safier, of Ballard Spahr LLP, 1735 Market Street, 215-988-9146, hereby moves this Honorable Court to grant permission to appear *pro hac vice* in the above-styled case on behalf of PEN AMERICAN CENTER, INC., SARAH BRANNEN, LINDSAY DURTSCHI, on behalf of herself and her minor children, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN

NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, and ASHLEY HOPE PÉREZ.  The undersigned so moves pursuant to Rule 11.1 of the Local Rules of Civil Procedure for the United States District Court for the Northern District of Florida, and this Court's Memorandum Regarding Attorneys Seeking Admission to the Northern District of Florida dated December 1, 2020.

In support of this Motion, the undersigned avers that he is familiar with the CM/ECF e-filing system and that he has not been denied admission to, been disciplined by, resigned from, surrendered her license to practice before, or withdrawn an application for admission to practice before this Court or any other court.  Additionally, counsel successfully completed the Tutorial of the Local Rules for the Northern District of Florida on June 1, 2023, Confirmation Number FLND1685651866616.

Furthermore, the undersigned is an attorney in good standing in the Commonwealth of Pennsylvania, as evidenced by the Certificate of Good Standing, dated May 24, 2023, from the Supreme Court of Pennsylvania, which is attached hereto as "EXHIBIT A" and incorporated herein by express reference.

**WHEREFORE**, Paul J. Safier respectfully moves this Honorable  Court to issue an order permitting counsel to appear *pro hac vice* in the above styled case on behalf of the above-listed plaintiffs.

Dated: June 2, 2023 Respectfully submitted,

BALLARD SPAHR LLP

By: */s/ Paul J. Safier*
Paul J. Safier
safierp@ballardspahr.com
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.665.8500
Facsimile: 215.864.8999

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on June 2nd, 2023.

Respectfully submitted,

By: /s/ Paul Safier