# Exhibit A



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Paul Joseph Safier, Esq.*

#### DATE OF ADMISSION

#### *October 27, 2009*

The above named attorney was duly admitted to the bar of the Commonwealth of
Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal
Dated:  May 24, 2023**

Amy Dreibelbis, Esq.
Deputy Prothonotary