IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| PEN AMERICA, SARAH BRANNEN, LINDSAY DURTSCHI, on behalf of herself and her minor children, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child , PENGUIN RANDOM HOUSE LLC, and ASHLEY HOPE PÉREZ,<br><br>    Plaintiffs,<br><br>    v.<br><br>ESCAMBIA COUNTY SCHOOL DISTRICT, and the ESCAMBIA COUNTY SCHOOL BOARD,<br><br>    Defendants. | Case No. 3:23-cv-10385 |

## MOTION TO APPEAR PRO HAC VICE

Attorney Kristy Parker, of Protect Democracy Project, 2020 Pennsylvania Ave. NW, Suite 163, Washington, DC 20006, telephone (202) 579-4582, hereby moves this Honorable Court to grant permission to appear *pro hac vice* in the above-styled case on behalf of PEN AMERICA, SARAH BRANNEN, LINDSAY DURTSCHI, on behalf of herself and her minor children, GEORGE M.

JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, and ASHLEY HOPE PÉREZ. The undersigned so moves pursuant to Rule 11.1 of the Local Rules of Civil Procedure for the United States District Court for the Northern District of Florida, and this Court's Memorandum Regarding Attorneys Seeking Admission to the Northern District of Florida dated December 1, 2020.

In support of this Motion, the undersigned avers that she is familiar with the CM/ECF e-filing system and that she has not been denied admission to, been disciplined by, resigned from, surrendered her license to practice before, or withdrawn an application for admission to practice before this Court or any other court. Additionally, counsel successfully completed the Tutorial of the Local Rules for the Northern District of Florida on June 2nd, 2023, Confirmation Number FLND1685738964618.

Furthermore, the undersigned is an attorney in good standing in the District of Columbia, as evidenced by the Certificate of Good Standing, dated May 24th, 2023, from the District of Columbia Bar, which is attached hereto as "EXHIBIT A" and incorporated herein by express reference.

**WHEREFORE**, Kristy Parker respectfully moves this Honorable Court to issue an order permitting counsel to appear *pro hac vice* in the above styled case on behalf of the above-listed plaintiffs.

Dated: June 5th, 2023          Respectfully submitted,

By: */s/* Kristy Parker

Kristy Parker
PROTECT DEMOCRACY PROJECT
Pennsylvania Ave., NW, Suite 163
Washington, DC  20006
(202) 579-4582
kristy.parker@protectdemocracy.org

## **CERTIFICATE OF SERVICE**

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 5th of June 2023.

Respectfully submitted,

By: */s/* Kristy Parker

# EXHIBIT A



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

## *Kristy L Parker*

was duly qualified and admitted on March 9, 2018 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on May 24, 2023.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*