IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| PEN AMERICA, SARAH BRANNEN, LINDSAY DURTSCHI, on behalf of herself and her minor children, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, and ASHLEY HOPE PÉREZ,<br><br>Plaintiffs,<br><br>v.<br><br>ESCAMBIA COUNTY SCHOOL DISTRICT, and the ESCAMBIA COUNTY SCHOOL BOARD,<br><br>Defendants. | Case No. 3:23-cv-10385 |

## MOTION TO APPEAR PRO HAC VICE

Attorney John Langford, of Protect Democracy Project, 82 Nassau Street, #601, New York, NY 10038, telephone (202) 579-4582, hereby moves this Honorable Court to grant permission to appear *pro hac vice* in the above-styled case on behalf of PEN AMERICA, SARAH BRANNEN, LINDSAY DURTSCHI, on behalf of herself and her minor children, GEORGE M. JOHNSON, DAVID

LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, and ASHLEY HOPE PÉREZ. The undersigned so moves pursuant to Rule 11.1 of the Local Rules of Civil Procedure for the United States District Court for the Northern District of Florida, and this Court's Memorandum Regarding Attorneys Seeking Admission to the Northern District of Florida dated December 1, 2020.

In support of this Motion, the undersigned avers that he is familiar with the CM/ECF e-filing system and that he has not been denied admission to, been disciplined by, resigned from, surrendered her license to practice before, or withdrawn an application for admission to practice before this Court or any other court. Additionally, counsel has previously appeared *pro hac vice* before this Court and successfully completed the Tutorial of the Local Rules for the Northern District of Florida on June 27, 2022, Confirmation Number FLND16563739886412.

Furthermore, the undersigned is an attorney in good standing in the State of New York, as evidenced by the Certificate of Good Standing, dated May 19th, 2023, from the State Bar of New York, which is attached hereto as "EXHIBIT A" and incorporated herein by express reference.

**WHEREFORE**, John Langford respectfully moves this Honorable Court to issue an order permitting counsel to appear *pro hac vice* in the above styled

case on behalf of the above-listed plaintiffs.

Dated: June 5th, 2023               Respectfully submitted,

                                    By: */s/* John Langford

                                    John Langford
                                    PROTECT DEMOCRACY PROJECT
                                    82 Nassau Street, #601
                                    New York, NY 10038
                                    (202) 579-4582
                                    john.langford@protectdemocracy.org

## **CERTIFICATE OF SERVICE**

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 5th of June 2023.

Respectfully submitted,

By: */s/* John Langford

# EXHIBIT A



## Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## John Thomas Langford

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 10, 2015**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on May 19, 2023.

*Maria T. Fasulo*

Clerk of the Court

CertID-00120110



**Appellate Division**
**Supreme Court of the State of New York**
**Second Judicial Department**
**45 Monroe Place**
**Brooklyn, N.Y. 11201**
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

MARIA T. FASULO
CLERK OF THE COURT

DARRELL M. JOSEPH
DEPUTY CLERKS

KENNETH BAND
MELISSA KRAKOWSKI
WENDY STYNES
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on [the website of the Unified Court System](#).

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the [Attorney Grievance Committee of the Second Judicial Department](#).

    Bar examination history is available from the [New York State Board of Law Examiners](#).

    Instructions, forms and links are available on [this Court's website](#).

*Maria T. Fasulo*

Maria T. Fasulo
Clerk of the Court

Revised January 2022