# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| PEN AMERICAN CENTER, INC., SARAH BRANNEN, LINDSAY DURTSCHI, on behalf of herself and her minor children, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child , PENGUIN RANDOM HOUSE LLC, and ASHLEY HOPE PÉREZ,<br><br>    Plaintiffs,<br><br>    v.<br><br>ESCAMBIA COUNTY SCHOOL DISTRICT, and the ESCAMBIA COUNTY SCHOOL BOARD,<br><br>    Defendants. | Case No. 3:23-cv-10385 |

## MOTION TO APPEAR PRO HAC VICE

Attorney Lynn B. Oberlander, of Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, (646) 346-8011, hereby moves this Honorable Court to grant permission to appear *pro hac vice* in the above-styled case on behalf of PEN AMERICAN CENTER, INC., SARAH BRANNEN, LINDSAY DURTSCHI, on behalf of herself and her minor children, GEORGE M. JOHNSON, DAVID

LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, and ASHLEY HOPE PÉREZ.  The undersigned so moves pursuant to Rule 11.1 of the Local Rules of Civil Procedure for the United States District Court for the Northern District of Florida, and this Court's Memorandum Regarding Attorneys Seeking Admission to the Northern District of Florida dated December 1, 2020.

In support of this Motion, the undersigned avers that she is familiar with the CM/ECF e-filing system and that she has not been denied admission to, been disciplined by, resigned from, surrendered her license to practice before, or withdrawn an application for admission to practice before this Court or any other court.  Additionally, counsel successfully completed the Tutorial of the Local Rules for the Northern District of Florida on June 5, 2023, Confirmation Number FLND1685995266625.

Furthermore, the undersigned is an attorney in good standing in the State of New York, as evidenced by the Certificate of Good Standing, dated May 19, 2023, from the Supreme Court of the State of New York, which is attached hereto as "EXHIBIT A" and incorporated herein by express reference.

**WHEREFORE**, Lynn B. Oberlander respectfully moves this Honorable Court to issue an order permitting counsel to appear *pro hac vice* in the above styled case on behalf of the above-listed plaintiffs.

Dated: June 6, 2023               Respectfully submitted,

                                          BALLARD SPAHR LLP

                                          By:  */s/ Lynn B. Oberlander*
                                                 Lynn B. Oberlander
                                                 oberlanderl@ballardspahr.com
                                                 1675 Broadway, 19th Floor
                                                 New York, NY 10019
                                                 Telephone: (646) 346-8011
                                                 Facsimile: (212) 223-1942

                                         *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on June 6, 2023.

Respectfully submitted,

By: */s/ Lynn B. Oberlander*