UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**PEN AMERICAN CENTER, INC.,**
et al.,

    Plaintiffs,

v.                                    Case No. 3:23cv10385-TKW-ZCB

**ESCAMBIA COUNTY SCHOOL
DISTRICT** and **ESCAMBIA
COUNTY SCHOOL BOARD**,

    Defendants.
_____/

## ORDER

    This case is before the Court based on the motions for leave to appear *pro hac vice* filed by attorneys Kristy Parker (Doc. 13) and John Langford (Doc. 15). The Court finds based on the motions and supporting documentation that Ms. Parker and Mr. Langford meet the requirements of Local Rule 11.1 to appear *pro hac vice*. The Court also notes that the applicable fees have been paid. Accordingly, it is

    **ORDERED** that the motions are **GRANTED**, and attorneys Kristy Parker and John Langford are authorized to appear *pro hac vice* for Plaintiffs.

**DONE and ORDERED** this 6th day of June, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**