UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**PEN AMERICAN CENTER, INC.,**
et al.,

    Plaintiffs,

v.                              Case No. 3:23cv10385-TKW-ZCB

**ESCAMBIA COUNTY SCHOOL DISTRICT** and **ESCAMBIA COUNTY SCHOOL BOARD**,

    Defendants.

_____/

## ORDER

    This case is before the Court based on the motion for leave to appear *pro hac vice* filed by attorney Lynn B. Oberlander (Doc. 16). The Court finds based on the motion and supporting documentation that Ms. Oberlander meets the requirements of Local Rule 11.1 to appear *pro hac vice*. The Court also notes that the applicable fee has been paid. Accordingly, it is

    **ORDERED** that the motion is **GRANTED**, and attorney Lynn B. Oberlander is authorized to appear *pro hac vice* for Plaintiffs.

**DONE and ORDERED** this 7th day of June, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**