## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**PEN AMERICAN CENTER, INC.,**
**et al.**,

      **Plaintiffs**,

**v.**                                                    **Case No. 3:23cv10385-TKW-ZCB**

**ESCAMBIA COUNTY SCHOOL**
**DISTRICT** and **ESCAMBIA**
**COUNTY SCHOOL BOARD**,

      **Defendants**.

_____/

## ORDER

This case is before the Court based on the motion for leave to appear *pro hac vice* filed by attorney Kamera Boyd (Doc. 19).  The Court finds based on the motion and supporting documentation that Ms. Boyd meets the requirements of Local Rule 11.1 to appear *pro hac vice*.  The Court also notes that the applicable fee has been paid.  Accordingly, it is

**ORDERED** that the motion is **GRANTED**, and attorney Kamera Boyd is authorized to appear *pro hac vice* for Plaintiffs.

**DONE and ORDERED** this 9th day of June, 2023.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**