UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,
SARAH BRANNEN, LINDSAY
DURTSCHI, on behalf of herself and
her minor children, GEORGE M.
JOHNSON, DAVID LEVITHAN,
KYLE LUKOFF, ANN
NOVAKOWSKI, on behalf of herself
and her minor child, PENGUIN
RANDOM HOUSE LLC, and
ASHLEY HOPE PÉREZ,

      CASE NO.: 3:23-CV-10385-TKW-ZCB

    Plaintiffs,

vs.

ESCAMBIA COUNTY SCHOOL
DISTRICT, and the ESCAMBIA
COUNTY SCHOOL BOARD,

    Defendants.
_____/

**JOINT MOTION TO EXTEND DEADLINES TO RESPOND TO THE
COMPLAINT, TO CONDUCT THE RULE 26(F) ATTORNEY
CONFERENCE, AND TO FILE THE JOINT REPORT OF THE
<u>ATTORNEY PLANNING MEETING</u>**

The Parties, through undersigned counsel, jointly move for the entry of an Order extending the deadlines to respond to the Complaint, to conduct the Rule 26(f) attorney conference, and to file their joint report of the attorney planning meeting, pending the filing of an Amended Complaint, and as grounds therefor, state:

1. Plaintiffs filed the three-count Complaint on May 17, 2023. [DE 1]. Defendant Escambia County School Board ("Board") was timely served on May 24, 2023.[1] The current deadline for the Board to respond to the Complaint is June 13, 2023.

2. The Court entered its Initial Scheduling Order on May 30, 2023. [DE 11]. In it, the Court established the Rule 26(f) attorney conference deadline of June 29, 2023, with the joint report of the attorney planning meeting 14 days thereafter. *Id.* at 3.

3. Lead counsel for the Parties have conferred in writing, by phone, and by video conference in furtherance of addressing preliminary matters, and continue to work collaboratively to advance this case.

4. Plaintiffs currently intend to file an Amended Complaint, which they anticipate being ready to file by July 7, 2023.

5. Such an Amended Complaint, if filed, will likely affect both the nature and extent of discovery that will be required in this case, and any responsive pleading filed by the Board.

6. Accordingly, subject to the Court's approval, the Parties have agreed to, and jointly request, that the pending deadlines in the case be extended a follows:

---

[1] The Parties are in discussions to dismiss the Escambia County School District because the Board stipulates it is the proper party in this litigation.

- The Board shall have 30 days from July 7, 2023 to file a responsive pleading, either to Plaintiffs' Amended Complaint, or (if no Amended Complaint is filed) to Plaintiffs' Complaint;

- The Parties shall have 30 days from July 7, 2023 to conduct their Rule 26(f) attorney conference; and

- The Parties shall have 14 days from when they conduct their Rule 26(f) attorney conference to file their joint report, in which the parties will propose new dates for the remaining case deadlines.

7. The undersigned certify this Motion is being made in furtherance of the orderly administration of justice, is brought in good faith, and is not for the purposes of delay.  None of the Parties are prejudiced by this joint request for a brief extension of the Board's time to respond to the Complaint and the Parties' time to conduct preliminary case planning.

WHEREFORE, the Parties jointly request entry of an order extending the deadline for the Defendant to respond to the Complaint to permit timely amendment thereto, and for an extension for the Parties to conduct the Rule 26(f) conference and to file their joint report of attorney planning meeting.

## **RULE 7.1 CERTIFICATION**

The Parties hereby certify that they have conferred and are jointly requesting the relief set forth herein.

## RULE 7.1(F) CERTIFICATION

The Parties hereby certify that this motion contains 479 words.

  Respectfully submitted,

/s J. David Marsey
J. DAVID MARSEY
Florida Bar No.:  0010212
E-mail:  dmarsey@rumberger.com
NICOLE SIEB SMITH
Florida Bar No.:  0017056
E-mail:  nsmith@rumberger.com
JEFFREY J. GROSHOLZ
Florida Bar No.:  1018568
E-mail:  jgrosholz@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street
Suite 1050
Tallahassee, Florida 32301
Tel:  850.222.6550
Fax:  850.222.8783
Attorneys for Defendants

  and

/s/ Shalini Goel Agarwal
Lynn B. Oberlander (*pro hac vice*)
Kamera E. Boy (*pro hac vice*)
**BALLARD SPAHR LLP**
1675 Broadway, 19th Floor
New York, NY  10019-5820
Telephone: 212.223.0200
Facsimile: 212.223.1942

Paul J. Safier (*pro hac vice*)
Shawn F. Summers*
**BALLARD SPAHR LLP**

        1735 Market Street, 51st Floor
        Philadelphia, PA  19103
        Telephone: 215.864.8500
        Facsimile: 215.864.8999

        Shalini Goel Agarwal (FBN 90843)
        Kristy Parker (*pro hac vice*)
        **PROTECT DEMOCRACY PROJECT**
        2020 Pennsylvania Ave. NW, Suite 163
        Washington, DC 20006
        Telephone: 202.579.4582
        Facsimile: 929.777.8428

        John Langford (*pro hac vice*)
        **PROTECT DEMOCRACY PROJECT**
        82 Nassau Street, #601
        New York, NY 10038
        Telephone: 202.579.4582
        Facsimile: 929.777.8428

        **Pro hac vice application forthcoming*

        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 13, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Shalini Goel Agarwal at shalini.agarwal@protectdemocracy.org, Lynn B. Oberlander at oberlanderl@ballardspahr.com, Kamera E. Boyd at boydk@ballardspahr.com, Paul J. Safier at safierp@ballardspahr.com, Kristy Parker at kristy.parker@protectdemocracy.org,** and **John Langford at john.langford@protectdemocracy.org (Counsel for Plaintiffs)**.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-

5

CM/ECF participants:  **Shawn F. Summers, BALLARD SPAHR LLP, 1735 Market Street, 51st Floor, Philadelphia, PA  19103 (Counsel for Plaintiffs).**

/s J. David Marsey
J. DAVID MARSEY
Florida Bar No.:  0010212
E-mail:  dmarsey@rumberger.com
NICOLE SIEB SMITH
Florida Bar No.:  0017056
E-mail:  nsmith@rumberger.com
JEFFREY J. GROSHOLZ
Florida Bar No.:  1018568
E-mail: jgrosholz@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street
Suite 1050
Tallahassee, Florida 32301
Tel:  850.222.6550
Fax:  850.222.8783
Attorneys for Defendants

18036517.v1