UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**PEN AMERICAN CENTER, INC.,**
et al.,

    Plaintiffs,

v.                                Case No. 3:23cv10385-TKW-ZCB

**ESCAMBIA COUNTY SCHOOL DISTRICT** and **ESCAMBIA COUNTY SCHOOL BOARD**,

    Defendants.
_____/

## ORDER EXTENDING DEADLINES

Upon due consideration of the parties' joint motion to extend deadlines (Doc. 21), it is **ORDERED** that the motion is **GRANTED**, and

1. Defendants shall have until August 7, 2023, to answer or otherwise respond to the complaint or, if filed, the amended complaint.

2. The parties shall have until August 7, 2023, to hold their Rule 26(f) conference.

3. The parties shall have 14 days from the date the Rule 26(f) conference is held to file the report of the conference and proposed case management schedule.

4. All other deadlines in the Initial Scheduling Order are tolled pending consideration of the Rule 26(f) conference report.

**DONE and ORDERED** this 14th day of June, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**