# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,
SARAH BRANNEN, LINDSAY
DURTSCHI, on behalf of herself and
her minor children, GEORGE M.
JOHNSON, DAVID LEVITHAN,
KYLE LUKOFF, ANN
NOVAKOWSKI, on behalf of herself
and her minor child, PENGUIN
RANDOM HOUSE LLC, and
ASHLEY HOPE PÉREZ,

      Plaintiffs,

vs.

ESCAMBIA COUNTY SCHOOL
DISTRICT, and the ESCAMBIA
COUNTY SCHOOL BOARD,

      Defendants.

_____ /

CASE NO.:  3:23-CV-10385-TKW-ZCB

## PLAINTIFFS' CONSENTED-TO
## MOTION TO EXTEND CERTAIN DEADLINES

Plaintiffs, through their undersigned counsel, move, with the consent of

Defendants, for the entry of an Order further extending the deadlines to respond to

the Complaint, to conduct the Rule 26(f) attorney conference, and to file their joint

report of the attorney planning meeting, pending the filing of an Amended

Complaint.  In support of their Motion, Plaintiffs state as follows:

1.      On May 17, 2023, Plaintiffs filed a three-count Complaint.  [DE 1].
Defendant Escambia County School Board ("Board") was timely served on May 24,
2023.[1]

2.      The Complaint was filed on behalf of PEN American Center, select
book authors, a book publisher, and two parents of elementary school students
currently attending public schools in Escambia County.  The Complaint raises
constitutional challenges to decisions by the Board to remove certain books from
school libraries within the Escambia County School District and/or restrict access to
certain books within such libraries.

3.      The Court entered its Initial Scheduling Order on May 30, 2023.  [DE
11].  In it, the Court established the Rule 26(f) attorney conference deadline of June
29, 2023, with the joint report of the attorney planning meeting 14 days thereafter.

4.      On June 13, 2023, which was the Board's initial deadline from
responding to the Complaint, the Parties filed a Joint Motion to Extend Deadlines.
[DE 21].  In that Motion, the Parties informed the Court that Plaintiffs intended to
file an Amended Complaint, and that Plaintiffs anticipated being ready to file it by
July 7, 2023.  Based on that, the Parties requested that: (a) the Board have 30 days
from July 7, 2023 to file a responsive pleading, either to Plaintiffs' Amended

---

[1] The Parties are in discussions to dismiss the Escambia County School District
because the Board stipulates it is the proper party in this litigation.

Complaint, or (if no Amended Complaint is filed) to Plaintiffs' Complaint; (b) the Parties have 30 days from July 7, 2023 to conduct their Rule 26(f) attorney conference; and (c) the Parties shall have 14 days from when they conduct their Rule 26(f) attorney conference to file their joint report, in which the parties would propose new dates for the remaining case deadlines.

5.     On June 14, 2023, the Court entered an Order granting the requested relief.  [DE 22].  The Order provides that (a) Defendants shall have until August 7, 2023 to answer or otherwise respond to the Complaint or, if filed, the Amended Complaint; (b) the Parties shall have until August 7, 2023 to hold their Rule 26(f) conference; (c) the Parties shall have 14 days from the date of the Rule 26(f) conference to file the report and the proposed case management schedule; and (d) all other deadlines in the Initial Scheduling Order are tolled pending consideration of the Rule 26(f) conference report.

6.     Plaintiffs now believe they will require additional time to amend their Complaint.  The principal manner in which Plaintiffs intend to amend their Complaint is by adding additional parent/student plaintiffs, who would be from grade levels not currently represented in the lawsuit.  Because of summer schedules and other practical difficulties, it has taken longer than counsel for the current Plaintiffs originally anticipated to acquire the information necessary from the potential additional plaintiffs to properly add them to the lawsuit.  Counsel for

Plaintiffs believes that an additional 14 days should be sufficient to acquire the necessary information and amend the complaint.

7. Lead counsel for the Parties have conferred in writing and by phone about the relief requested by way of this Motion, and continue to work collaboratively to advance this case. Plaintiffs are authorized to state that Defendants consent to the relief requested herein.

8. Accordingly, Plaintiffs respectfully request that the pending deadlines in the case be extended an additional 14 days as follows:

- The Board shall have 30 days from July 21, 2023 to file a responsive pleading, either to Plaintiffs' Amended Complaint, or (if no Amended Complaint is filed) to Plaintiffs' Complaint;

- If (as expected) the Board files a Motion to Dismiss as its responsive pleading, Plaintiffs shall then have 30 days to file an Opposition;

- The Parties shall have 30 days from July 21, 2023 to conduct their Rule 26(f) attorney conference; and

- The Parties shall have 14 days from when they conduct their Rule 26(f) attorney conference to file their joint report, in which the parties will propose new dates for the remaining case deadlines.

9. The undersigned certify this Motion is being made in furtherance of the orderly administration of justice, is brought in good faith, and is not for the purposes

of delay.  None of the Parties will be prejudiced by a brief additional extension of the Board's time to file a responsive pleading and the Parties' time to conduct preliminary case planning, as evidenced by the fact that the non-moving Parties consent to the relief being requested.

WHEREFORE, Plaintiffs request entry of an order further extending the deadline for the Defendant to respond to the Complaint to permit timely amendment thereto, and for an extension for the Parties to conduct the Rule 26(f) conference and to file their joint report of attorney planning meeting.

## RULE 7.1 CERTIFICATION

Plaintiffs hereby certify that they have conferred with Defendants about the relief requested herein and that Defendants consent to such relief.

## RULE 7.1(F) CERTIFICATION

Plaintiffs hereby certify that this motion contains 837 words.

Dated: July 6, 2023                    Respectfully submitted,

*/s/* Shalini Goel Agarwal
Lynn B. Oberlander (*pro hac vice*)
Kamera E. Boyd (*pro hac vice*)
**BALLARD SPAHR LLP**
1675 Broadway, 19th Floor
New York, NY  10019-5820
Telephone: 212.223.0200
Facsimile: 212.223.1942

Paul J. Safier (*pro hac vice*)

Shawn F. Summers*
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Telephone: 215.864.8500
Facsimile: 215.864.8999

Shalini Goel Agarwal (FBN 90843)
Kristy Parker (*pro hac vice*)
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
Telephone: 202.579.4582
Facsimile: 929.777.8428

John Langford (*pro hac vice*)
**PROTECT DEMOCRACY PROJECT**
82 Nassau Street, #601
New York, NY 10038
Telephone: 202.579.4582
Facsimile: 929.777.8428

*Pro hac vice application forthcoming*

*Attorneys for Plaintiffs*