UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**PEN AMERICAN CENTER, INC.**,
et al.,

    Plaintiffs,

v.                                            Case No. 3:23cv10385-TKW-ZCB

**ESCAMBIA COUNTY SCHOOL DISTRICT** and **ESCAMBIA COUNTY SCHOOL BOARD**,

    Defendants.
_____/

## ORDER EXTENDING DEADLINES

Upon due consideration of Plaintiffs' consented-to motion to extend deadlines (Doc. 23), it is **ORDERED** that the motion is **GRANTED**, and

1. Defendants shall have until August 21, 2023, to answer or otherwise respond to the complaint or, if filed, the amended complaint.

2. If Defendants respond to the operative complaint with a motion to dismiss, Plaintiffs shall have 28 days from the date the motion is filed to file a response.

3. The parties shall have until August 21, 2023, to hold their Rule 26(f) conference.

4. The parties shall have 14 days from the date the Rule 26(f) conference is held to file the report of the conference and proposed case management schedule.

5. All other deadlines in the Initial Scheduling Order are tolled pending consideration of the parties' Rule 26(f) conference report.

**DONE and ORDERED** this 7th day of July, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**