UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,
SARAH BRANNEN, LINDSAY
DURTSCHI, on behalf of herself and
her minor children, GEORGE M.
JOHNSON, DAVID LEVITHAN,
KYLE LUKOFF, ANN
NOVAKOWSKI, on behalf of herself
and her minor child, PENGUIN
RANDOM HOUSE LLC, and
ASHLEY HOPE PÉREZ,

    CASE NO.: 3:23-CV-10385-TKW-ZCB

    Plaintiffs,

vs.

ESCAMBIA COUNTY SCHOOL
DISTRICT, and the ESCAMBIA
COUNTY SCHOOL BOARD,

    Defendants.

_____/

## PLAINTIFFS' CONSENTED-TO
## MOTION TO FILE AMENDED COMPLAINT

Plaintiffs, through their undersigned counsel, move, with the consent of Defendants, for leave to file the Amended Complaint attached hereto as Exhibit A. In support of their Motion, Plaintiffs state as follows:

1. On May 17, 2023, Plaintiffs filed a three-count Complaint, naming as Defendants the Escambia County School Board (the "School Board"), and the Escambia County School District (the "School District"). DE 1.

2. On June 13, 2023, the parties filed a joint motion to extend certain deadlines, in which it was expressly contemplated that Plaintiffs would file an Amended Complaint by July 7, 2023. DE 21 at ¶ 4.

3. On June 14, 2023, the Court granted that motion. DE 22.

4. On July 6, 2023, Plaintiffs filed a consented-to motion that asked the Court to further extend certain deadlines to accommodate Plaintiffs' need for 14 additional days to file their Amended Complaint. DE 23 at ¶¶ 4-8.

5. On July 7, 2023, the Court granted that motion. DE 24.

6. Plaintiffs now seek leave to file that Amended Complaint, which is attached hereto as Exhibit A. The principal effect of their proposed amendments is (a) to add the following persons as Plaintiffs: Benjamin Glass, on behalf of himself and his minor child; Sean Parker, on behalf of himself and his minor child; Erica Roy, on behalf of herself and her minor children; Christopher Scott Satterwhite, on behalf of himself and his minor child; and Carin Smith, on behalf of herself and her minor children, and (b) to drop the School District as a Defendant.

7. Under Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs may amend their original Complaint, notwithstanding that it was served more than 21 days ago, with the "written consent" of the opposing party. Counsel for Defendants has consented in writing to Plaintiffs' amending of their Complaint, as demonstrated by the email exchange attached hereto as Exhibit B.

8. Accordingly, Plaintiffs respectfully request that they be permitted to file the attached Amended Complaint.

WHEREFORE, Plaintiffs request entry of an order further permitted them to file the Amended Complaint attached hereto as Exhibit A.

### RULE 7.1 CERTIFICATION

Plaintiffs hereby certify that they have conferred with Defendants about the relief requested herein and that Defendants consent to such relief.

### RULE 7.1(F) CERTIFICATION

Plaintiffs hereby certify that this motion contains 351 words.

Respectfully submitted,

Respectfully submitted,

Dated: July 21, 2023

*/s/* Shalini Goel Agarwal
Lynn B. Oberlander*
Kamera E. Boyd*
**BALLARD SPAHR LLP**
1675 Broadway, 19th Floor
New York, NY  10019-5820
Telephone: 212.223.0200
Facsimile: 212.223.1942

Paul J. Safier*
Shawn F. Summers*
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Telephone: 215.864.8500
Facsimile: 215.864.8999

Shalini Goel Agarwal (FBN 90843)
Kristy Parker*
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
Telephone: 202.579.4582
Facsimile: 929.777.8428

John Langford*
**PROTECT DEMOCRACY PROJECT**
82 Nassau Street, #601
New York, NY 10038
Telephone: 202.579.4582
Facsimile: 929.777.8428

**Admitted pro hac vice*

*Attorneys for Plaintiffs*