**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**PEN AMERICAN CENTER, INC.,**
**et al.**,

      **Plaintiffs**,

**v.**                                                    **Case No. 3:23cv10385-TKW-ZCB**

**ESCAMBIA COUNTY SCHOOL**
**DISTRICT** and **ESCAMBIA**
**COUNTY SCHOOL BOARD**,

      **Defendants**.

_____/

## ORDER GRANTING LEAVE TO AMEND COMPLAINT

Upon due consideration of Plaintiffs' consented-to motion for leave to file amended complaint (Doc. 25), it is **ORDERED** that the motion is **GRANTED**, and

1.    The Clerk shall file a copy of Doc. 25-1 as a new docket entry, titled "Amended Complaint."

2.    The amended complaint is now the operative complaint.

3.    Defendants shall have until August 21, 2023, to answer or otherwise respond to the amended complaint.  *See* Doc. 24.

**DONE and ORDERED** this 24th day of July, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**