UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

------------------------------------- X

PEN AMERICAN CENTER, INC., SARAH BRANNEN, LINDSAY DURTSCHI, on behalf of herself and her minor children, BENJAMIN GLASS, on behalf of himself and his minor child, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor child, ASHLEY HOPE PÉREZ, ERICA ROY, on behalf of herself and her minor children, CHRISTOPHER SCOTT SATTERWHITE, on behalf of himself and his minor child, and CARIN SMITH, on behalf of herself and her minor children.

                Plaintiffs,

                v.

ESCAMBIA COUNTY SCHOOL BOARD,

                Defendant.

------------------------------------- X

Case No. 3:23-CV-10385-TKW-ZCB

Hon. T. Kent Wetherell, II

ECF Case

**NOTICE OF MOTION AND REQUEST FOR ORDER GRANTING LEAVE TO WITHDRAW APPEARANCE OF KAMERA BOYD**

**PLEASE TAKE NOTICE** that, pursuant Local Civil Rule 11.1 of the Northern District of Florida, Kamera Boyd hereby respectfully moves this Court for an order granting leave to withdraw her appearance as counsel of record for Plaintiffs. As set forth in Local Civil Rule 7.1, a memorandum is not required for a motion to withdraw. Plaintiffs will continue to be represented by Lynn B. Oberlander, Paul J. Safier, and Shawn Summers from Ballard Spahr and

Protect Democracy Project: Shalini Goel Agarwal, Kristy Parker, and John Langford in this matter.

Dated: August 22, 2023

BALLARD SPAHR LLP

By: /s/ *Kamera E. Boyd*
Kamera E. Boyd
1675 Broadway, 19th Floor
New York, NY 10019
Tel. (646) 346-8055
Fax (212) 223-1942
boydk@ballardspahr.com

SO ORDERED this _____ day of _____, 2023.

_____