UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| PEN AMERICAN CENTER, INC., ET AL.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>ESCAMBIA COUNTY SCHOOL BOARD,<br><br>    *Defendant*. | Case No. 3:23-cv-10385-TKW-ZCB |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE of the appearance of Henry C. Whitaker, Daniel W. Bell, and David M. Costello as counsel for *amicus curiae*, the State of Florida.

|  |  |
|---|---|
| | Respectfully submitted,<br><br>ASHLEY MOODY<br>  *Attorney General*<br>HENRY C. WHITAKER (FBN 1031175)<br>  *Solicitor General*<br>*/s/ Daniel W. Bell* |
| Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, Florida 32399-1050<br>(850) 414-3300<br>(850) 410-2672 (fax)<br>daniel.bell@myfloridalegal.com | DANIEL W. BELL (FBN 1008587)<br>  *Chief Deputy Solicitor General*<br>DAVID M. COSTELLO (FBN 1004952)<br>  *Deputy Solicitor General*<br><br>*Counsel for Amicus Curiae the State of Florida* |

## CERTIFICATE OF SERVICE

On this 22nd day of August, 2023, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

*/s/ Daniel W. Bell*
Chief Deputy Solicitor General
