# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

PEN AMERICAN CENTER, INC., ET AL.,

    *Plaintiffs*,

      v.

ESCAMBIA COUNTY SCHOOL BOARD,

    *Defendant*.

Case No. 3:23-cv-10385-TKW-ZCB

## UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF

Florida Attorney General Ashley Moody moves for leave to file an amicus brief on behalf of the State of Florida in support of Defendant's motion to dismiss the amended complaint. The Attorney General is the State's chief legal officer, Fla. Const. art. IV, § 4(b), and the State has a substantial interest in preserving the government's authority to decide for itself what materials to curate in its public-school libraries. The Attorney General therefore requests leave to submit a brief to assist the Court in evaluating the constitutional issues presented in Defendant's motion.

2

Respectfully submitted,

ASHLEY MOODY
  *Attorney General*
HENRY C. WHITAKER (FBN 1031175)
  *Solicitor General*
*/s/ Daniel W. Bell*
DANIEL W. BELL (FBN 1008587)
  *Chief Deputy Solicitor General*
DAVID M. COSTELLO (FBN 1004952)
  *Deputy Solicitor General*

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
*daniel.bell@myfloridalegal.com*

*Counsel for Amicus Curiae the State of
  Florida*

2

3

## CERTIFICATE OF CONFERRAL

Undersigned counsel has conferred with the parties about the relief sought in

this motion. No party opposes the requested relief.

/s/ Daniel W. Bell
Chief Deputy Solicitor General

4

## CERTIFICATE OF COMPLIANCE

This motion complies with the requirements of Local Rule 7.1(F) because it

contains 92 words.

/s/ Daniel W. Bell
Chief Deputy Solicitor General

5

## CERTIFICATE OF SERVICE

On this 22nd day of August, 2023, a true and correct copy of the foregoing

was filed with the Court's CM/ECF system, which will provide service to all parties.

/s/ *Daniel W. Bell*
Chief Deputy Solicitor General

5