UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**PEN AMERICAN CENTER, INC.,**
et al.,

    Plaintiffs,

v.                      Case No. 3:23cv10385-TKW-ZCB

**ESCAMBIA COUNTY SCHOOL DISTRICT** and **ESCAMBIA COUNTY SCHOOL BOARD,**

    Defendants.
_____/

## ORDER

Upon due consideration of attorney Kamera Boyd's motion for leave to withdraw (Doc. 29), it is

**ORDERED** that the motion is **GRANTED**, and attorney Kamera Boyd shall have no further obligation to represent Plaintiffs in this case. The Clerk shall terminate Ms. Boyd as counsel of record for Plaintiffs in CM/ECF.

**DONE and ORDERED** this 23rd day of August, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**