UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,
et al.,

    Plaintiffs,

v.                                    Case No. 3:23cv10385-TKW-ZCB

ESCAMBIA COUNTY SCHOOL
DISTRICT and ESCAMBIA
COUNTY SCHOOL BOARD,

    Defendants.
_____/

## ORDER ACCEPTING AMICUS BRIEF

Upon due consideration of the State of Florida's unopposed motion for leave to file amicus brief (Doc. 31), it is

**ORDERED** that the motion is **GRANTED**, and the State of Florida's amicus brief (Doc. 31-1) is accepted.

**DONE and ORDERED** this 23rd day of August, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**