# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

PEN AMERICAN CENTER, INC., SARAH BRANNEN, LINDSAY DURTSCHI, on behalf of herself and her minor children, BENJAMIN GLASS, on behalf of himself and his minor child, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor child, ASHLEY HOPE PÉREZ, ERICA ROY, on behalf of herself and her minor children, CHRISTOPHER SCOTT SATTERWHITE, on behalf of himself and his minor child, and CARIN SMITH, on behalf of herself and her minor children,

: Case No. 3:23-CV-10385-TKW-ZCB

: JURY TRIAL DEMANDED

*Plaintiffs*,

v.

ESCAMBIA COUNTY SCHOOL BOARD,

*Defendant*.

## PLAINTIFFS' CONSENTED-TO MOTION FOR LEAVE TO FILE 10,000 WORD OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiffs hereby move pursuant to Local Rule 7.1(F), and with the consent of Defendant, for leave to file a 10,000 word or fewer Opposition to Defendant's Motion to Dismiss. In support of their Motion, Plaintiffs state as follows:

1. On August 21, 2023, Defendant Escambia County School Board (the "School Board") filed a Motion to Dismiss Plaintiffs' Amended Complaint. ECF No. 28. The Motion is 7,990 words. *Id.* at 34.

2. On August 22, 2023, the State of Florida filed a Motion for Leave to File an *Amicus* Brief in Support of the School Board's Motion to Dismiss. ECF No. 31. Plaintiffs consented to the filing of the *Amicus* Brief. *Id.*

3. On August 23, 2023, the Court accepted the State of Florida's *Amicus* Brief for filing. ECF No. 34. The brief is 10 pages long. ECF No. 31-1.

4. Plaintiffs' current deadline for filing their Opposition to the School Board's Motion to Dismiss is September 18, 2023. *See* ECF No. 24 (Order providing that, "[i]f Defendant[] respond[s] to the operative complaint with a motion to dismiss, Plaintiffs shall have 28 days from the date the motion is filed to file a response").

5. Plaintiffs now seek an additional 2,000 words, beyond the 8,000 allotted under Local Rule 7.1(F), for their Opposition. Those additional words are necessary because, in their Opposition, Plaintiffs need to respond both to the arguments of the School Board and the arguments of the State of Florida.

6. Counsel for the School Board has stated that the School Board does not object to this relief.

7.  Accordingly, Plaintiffs respectfully request leave to file an Opposition to the School Board's Motion to Dismiss of not more than 10,000 words.

WHEREFORE, Plaintiffs request entry of an order permitting them to file an Opposition to the School Board's Motion to Dismiss of not more than 10,000 words.

## RULE 7.1 CERTIFICATION

Plaintiffs hereby certify that they have conferred with Defendant about the relief requested herein and that Defendant consents to such relief.

## RULE 7.1(F) CERTIFICATION

Plaintiffs hereby certify that this motion contains 308 words.

Respectfully submitted,

/s/ Shalini Goel Agarwal
Lynn B. Oberlander (*pro hac vice*)
**BALLARD SPAHR LLP**
1675 Broadway, 19th Floor
New York, NY  10019-5820
Telephone: 212.223.0200
Facsimile: 212.223.1942

Paul J. Safier (*pro hac vice*)
Shawn F. Summers*
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Telephone: 215.864.8500
Facsimile: 215.864.8999

Shalini Goel Agarwal (FBN 90843)

Kristy Parker (*pro hac vice*)
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
Telephone: 202.579.4582
Facsimile: 929.777.8428

John Langford (*pro hac vice*)
**PROTECT DEMOCRACY PROJECT**
82 Nassau Street, #601
New York, NY 10038
Telephone: 202.579.4582
Facsimile: 929.777.8428

\**Pro hac vice application forthcoming*

*Attorneys for Plaintiffs*