UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,
et al.,

    Plaintiffs,

v.                                 Case No. 3:23cv10385-TKW-ZCB

ESCAMBIA COUNTY SCHOOL
BOARD,

    Defendant.
_____/

## ORDER INCREASING WORD LIMIT

Upon due consideration of Plaintiffs' consent motion for leave to file response in excess of word limit (Doc. 36), it is

**ORDERED** that the motion is **GRANTED**, and Plaintiffs may file a response in opposition to Defendant's motion to dismiss containing up to 10,000 words.

**DONE and ORDERED** this 1st day of September, 2023.

_____
T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE