UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,
et al.,

    Plaintiffs,

v.  Case No. 3:23cv10385-TKW-ZCB

ESCAMBIA COUNTY SCHOOL
BOARD,

    Defendant.
_____/

## ORDER

Upon due consideration of Plaintiff's response to order temporarily staying discovery (Doc. 38), it is

**ORDERED** that the stay of discovery shall remain in effect pending further order.

**DONE and ORDERED** this 7th day of September, 2023.

_____
T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE