UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC., ET AL.,

     *Plaintiffs*,

     v.

ESCAMBIA COUNTY SCHOOL BOARD,

     *Defendant*.

Case No. 3:23-cv-10385-TKW-ZCB

**UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF**

Amici Law Professors (collectively, the "Amici") move for leave to file an amicus brief in opposition to Defendant's Motion to Dismiss the Amended Complaint (D.E. 28). The Amici are First Amendment scholars who have an interest in both the freedom of expression and access to information.[1] Although they take no position on the merits of the underlying litigation, the Amici believe that their perspective on the matter of the government speech doctrine will assist the Court in adjudicating this case. The Amici therefore request leave to submit a brief to assist the Court in evaluating the First Amendment issues presented in Defendant's dispositive motion. A copy of the amicus brief is attached hereto as Exhibit B.

---

[1] A full list of Amici is attached hereto as Exhibit A.

2

Respectfully submitted,

SHULLMAN FUGATE PLLC

/s/ Rachel E. Fugate
Rachel E. Fugate
Florida Bar No. 144029
rfugate@shullmanfugate.com
Minch Minchin
Florida Bar No. 1015950
mminchin@shullmanfugate.com
100 N. Ashley Drive, Suite 600
Tampa, FL 33602
Tel: (813) 935-5098

Counsel for the Amici

3

## CERTIFICATE OF CONFERRAL

Counsel for the Amici have conferred with the parties about the relief sought

in this motion. No party opposes the requested relief.

*/s/ Rachel E. Fugate*
Counsel for the Amici

4

## CERTIFICATE OF COMPLIANCE

This motion complies with the requirements of Local Rule 7.1(F) because it

contains approximately 135 words.

/s/ Rachel E. Fugate
Counsel for the Amici

## CERTIFICATE OF SERVICE

I hereby certify that, on this 25th day of September 2023, a true and correct copy of the foregoing  was filed with the Court's CM/ECF system, which will provide service to all parties.

<u>/s/ Rachel E. Fugate</u>
Counsel for the Amici
