# LIST OF AMICI CURIAE

Amici's law school affiliations are stated for purposes of identification only. The views expressed herein represent the views of the individual signatories and should not be taken as the views of their universities.

**G.S. Hans**
Associate Clinical Professor of Law
Cornell Law School

**Heidi Kitrosser**
William W. Gurley Professor of Law
Northwestern – Pritzker School of Law

**Clay Calvert**
Professor Emeritus, University of Florida
Nonresident Senior Fellow, American Enterprise Institute

**Kyle Compton**
Lecturing Fellow
Duke Law School First Amendment Clinic

**Caroline Mala Corbin**
Professor of Law
University of Miami School of Law

**Eric B. Easton**
Professor of Law Emeritus
University of Baltimore School of Law

**Victoria Smith Ekstrand**
Associate Professor
Caroline H. and Thomas S. Royster Distinguished Professor for Graduate Education
UNC School of Journalism and Media

**Michael M. Epstein**
Professor of Law
Southwestern Law School

Exhibit A

**Lyrissa Lidsky**
Raymond & Miriam Ehrlich Chair in U.S. Constitutional Law
University of Florida Levin College of Law

**Sarah Ludington**
Clinical Professor of Law
Duke Law School First Amendment Clinic

**Gregory P. Magarian**
Thomas and Karole Green Professor of Law
Washington University in St. Louis School of Law

**Justin Marceau**
Brooks Institute Faculty Research Scholar of Animal Law and Policy
University of Denver, Sturm College of Law

**C. Amanda Martin**
Clinical Professor of Law
Duke Law School First Amendment Clinic

**Len Niehoff**
Professor from Practice
University of Michigan Law School

**Kristin A. Patrow**
Assistant Professor
Eugene S. Pulliam School of Journalism and Creative Media, Butler University

**Richard J. Peltz-Steele**
Chancellor Professor
University of Massachusetts Law School

**Tamara Piety**
Professor Emerita of Law
University of Tulsa College of Law

**Jennifer Safstrom**
Associate Clinical Professor of Law
Vanderbilt Law School

**Katie M. Schwartzmann**
Professor of the Practice and Director, First Amendment Law Clinic
Tulane University School of Law

**Susan E. Seager**
Adjunct Clinical Professor of Law
University of California, Irvine

**Lena Shapiro**
Director, First Amendment Clinic
University of Illinois College of Law

**Erik Ugland**
Associate Professor
Diederich College of Communication, Marquette University

**Jonathan Weinberg**
Distinguished Professor of Law
Wayne State University