## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

PEN AMERICAN CENTER, INC., *et al.*,

     *Plaintiffs*,

         v.

ESCAMBIA COUNTY SCHOOL BOARD,

     *Defendant*.

Case No. 3:23-cv-10385-TKW-ZCB

### UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF

The Florida State Conference of the NAACP ("Florida NAACP") and Equality Florida Action, Inc. ("Equality Florida") (collectively "Amici") move for leave to file a brief as amici curiae.

Although neither the Federal Rules of Civil Procedure nor this Court's Local Rules address amicus briefs, "district courts possess the inherent authority to appoint 'friends of the court' to assist in their proceedings." *In re Bayshore Ford Truck Sales, Inc.*, 471 F.3d 1233, 1249 n.34 (11th Cir. 2006). In evaluating whether leave to file an amicus brief should be granted, courts in this District have previously considered the following factors: (1) an amicus party's "experience and qualifications," (2) the relevance of the amicus brief to the matter, (3) whether the

case is of "general public interest," (4) whether the case is of "particular interest to the [amici] parties," and (5) whether the "case concerns constitutional rights." Order Granting Motion to Appear as Amicus Curiae, *Madera v. Detzner*, No. 1:18-cv-152 (N.D. Fla. Aug. 23, 2018), ECF No. 31; Order Granting Leave to File Amicus Curiae, *Prison Legal News v. The Geo Grp., Inc.*, No. 4:12-cv-239 (N.D. Fla. Feb. 25, 2013), ECF No. 131.

Each factor weighs in favor of granting leave to file the attached amicus brief. First, the Florida NAACP and Equality Florida are nonprofit civil rights organizations based in Florida. The experience that the organizations have in defending the rights of Black and LGBTQ Floridians makes them well positioned to address the constitutional harms at issue in this case. Second, the amicus brief is relevant because it addresses the harms that Black, minority, and LGBTQ students and their families suffer when they are denied access to books by and about people like them. Included in the amicus brief are stories of individuals whose relatives are affected by book removals and restrictions across Florida. These stories shed light on the discriminatory nature of the conduct at issue in this case. Finally, the Florida NAACP, Equality Florida, and the public have a profound interest in assuring that Defendant's book removal and restriction practices be held unconstitutional so that historically marginalized voices are not silenced in Florida public schools, and

students can read and learn freely about race, sexual orientation, and gender.  For these reasons, the Court should grant leave to file the attached brief as amici curiae.

Respectfully submitted,

/s/ Robert C. Buschel
Robert C. Buschel (FBN 0063436)
BUSCHEL GIBBONS, P.A.
501 East Las Olas Boulevard
Suite 304
Fort Lauderdale, FL 33301
buschel@bglaw-pa.com
(954) 530-5301

/s/ Jayni F. Hein
Jayni F. Hein (*pro hac vice* forthcoming)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
jhein@cov.com
(415) 591-6000

C. William Phillips (*pro hac vice* forthcoming)
Nicholas Eli Baer (*pro hac vice* forthcoming)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
cphillips@cov.com
nbaer@cov.com
(212) 841-1000

*Counsel for Amici Curiae the Florida State Conference of the NAACP and Equality Florida Action, Inc.*

## CERTIFICATE OF CONFERRAL

I certify that counsel for the Florida State Conference of the NAACP and Equality Florida Action, Inc. conferred with counsel for the plaintiffs and the defendants regarding this motion. No party opposes the requested relief.

/s/ Robert C. Buschel
Robert C. Buschel

## CERTIFICATE OF COMPLIANCE

This motion complies with the requirements of Local Rule 7.1(F) because it contains 384 words.

>
> */s/* Robert C. Buschel _____
> Robert C. Buschel

## CERTIFICATE OF SERVICE

On September 25, 2023, a true and correct copy of the foregoing was filed with the Court's electronic filing system, which will provide service to all parties for whom counsel has entered an appearance.

/s/ Robert C. Buschel
Robert C. Buschel