UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC., ET AL.,

    *Plaintiffs*,

    v.

ESCAMBIA COUNTY SCHOOL DISTRICT,

    *Defendant*.

Case No. 3:23-cv-10385-TKW-ZCB

### NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE of the appearance of Bridget K. O'Hickey as counsel for *amicus curiae*, the State of Florida.

    Respectfully submitted,

    Ashley Moody
     *Attorney General*
    /s/ Bridget K. O'Hickey
    Bridget K. O'Hickey (FBN 1048521)
     *Assistant Solicitor General*

    Office of the Attorney General
    The Capitol, PL-01
    Tallahassee, Florida 32399-1050
    (850) 414-3684
    (850) 410-2672 (fax)
    bridget.ohickey@myfloridalegal.com

    *Counsel for Amicus Curiae the State of Florida*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed with the Court's CM/ECF system, which will provide notice to all parties, on September 26, 2023.

> */s/ Bridget K. O'Hickey*
> Bridget K. O'Hickey