UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,
et al.,

    Plaintiffs,

v.                        Case No. 3:23cv10385-TKW-ZCB

ESCAMBIA COUNTY SCHOOL
BOARD,

    Defendant.
_____/

## ORDER ACCEPTING AMICUS BRIEFS

Upon due consideration of the unopposed motions for leave to file amicus brief filed by a group of law professors (Doc. 42) and the Florida State Conference of the NAACP and Equality Florida Action, Inc. (Doc. 43), it is **ORDERED** that:

1. The law professors' motion is **GRANTED**, and the amicus brief attached to the motion (Doc. 42-2) is accepted.

2. The NAACP/Equality Florida's motion is **GRANTED in part** insofar as the amicus brief attached to the motion (Doc. 43-1) is accepted, but the declaration and statements attached to the motion (Doc. 43-2) is **STRICKEN** (and the portions of the amicus brief discussing the statements will not be considered) because that type of extra-record evidence is not something the Court can consider when ruling on the legal sufficiency of the complaint.

**DONE and ORDERED** this 26th day of September, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**