# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| PEN AMERICAN CENTER, INC., SARAH BRANNEN, LINDSAY DURTSCHI, on behalf of herself and her minor children, BENJAMIN GLASS, on behalf of himself and his minor child, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor child, ASHLEY HOPE PÉREZ, ERICA ROY, on behalf of herself and her minor children, CHRISTOPHER SCOTT SATTERWHITE, on behalf of himself and his minor child, and CARIN SMITH, on behalf of herself and her minor children, <br><br> *Plaintiffs*, <br><br> v. <br><br> ESCAMBIA COUNTY SCHOOL BOARD, <br><br> *Defendant*. | Case No. 3:23-cv-10385-TKW-ZCB |

## **MOTION TO APPEAR *PRO HAC VICE***

Attorney Shawn F. Summers, of Ballard Spahr LLP, 1735 Market Street, Philadelphia, PA 19103, (215) 864-8347, hereby moves this Honorable Court to

grant permission to appear *pro hac vice* in the above-styled case on behalf of Plaintiffs PEN AMERICAN CENTER, INC., SARAH BRANNEN, LINDSAY DURTSCHI, on behalf of herself and her minor children, BENJAMIN GLASS, on behalf of himself and his minor child, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor child, ASHLEY HOPE PÉREZ, ERICA ROY, on behalf of herself and her minor children, CHRISTOPHER SCOTT SATTERWHITE, on behalf of himself and his minor child, and CARIN SMITH, on behalf of herself and her minor children. The undersigned so moves pursuant to Rule 11.1 of the Local Rules of Civil Procedure for the United States District Court for the Northern District of Florida, and this Court's Memorandum Regarding Attorneys Seeking Admission to the Northern District of Florida dated December 1, 2020.

In support of this Motion, the undersigned avers that he is familiar with the CM/ECF e-filing system and that he has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court. Additionally, counsel successfully completed the Tutorial of the Local Rules for the Northern District of Florida on September 15, 2023, Confirmation Number FLND1694811507942.

Furthermore, the undersigned is an attorney in good standing in the Commonwealth of Pennsylvania, as evidenced by the Certificate of Good Standing, dated September 18, 2023, from the Supreme Court of Pennsylvania, which is attached hereto as "EXHIBIT A" and incorporated herein by express reference.

**WHEREFORE**, Shawn F. Summers respectfully moves this Honorable Court to issue an order permitting counsel to appear *pro hac vice* in the above-styled case on behalf of the above-listed plaintiffs.

Dated: September 26, 2023      Respectfully submitted,

BALLARD SPAHR LLP

By:  */s/ Shawn F. Summers*
     Shawn F. Summers
     summerss@ballardspahr.com
     1735 Market Street, 51st Floor
     Philadelphia, PA 19103-7599
     Telephone: 215.665.8500
     Facsimile: 215.864.8999

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on September 26, 2023.

Respectfully submitted,

By: */s/ Shawn F. Summers*