# EXHIBIT A



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### *Shawn Francis Summers, Esq.*

#### DATE OF ADMISSION

*October 24, 2019*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: September 18, 2023

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk