# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| PEN AMERICAN CENTER, INC., SARAH BRANNEN, LINDSAY DURTSCHI, on behalf of herself and her minor children, BENJAMIN GLASS, on behalf of himself and his minor child, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor child, ASHLEY HOPE PÉREZ, ERICA ROY, on behalf of herself and her minor children, CHRISTOPHER SCOTT SATTERWHITE, on behalf of himself and his minor child, and CARIN SMITH, on behalf of herself and her minor children. | CASE NO.: 3:23-CV-10385-TKW-ZCB  JURY TRIAL DEMANDED |
| *Plaintiffs*, | |
| v. | |
| ESCAMBIA COUNTY SCHOOL BOARD, | |
| *Defendant*. | |

## MOTION TO APPEAR PRO HAC VICE

Attorney Kirsten Fehlan of Ballard Spahr LLP, 999 Peachtree Street NE, Suite 1600, Atlanta, Georgia 30309 (678.420.9432) hereby moves this Honorable Court to grant permission to appear *pro hac vice* in the above-styled case on behalf of PEN AMERICAN CENTER, INC., SARAH BRANNEN, LINDSAY DURTSCHI, on behalf of herself and her

minor children, BENJAMIN GLASS, on behalf of himself and his minor child, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor child, ASHLEY HOPE PÉREZ, ERICA ROY, on behalf of herself and her minor children, CHRISTOPHER SCOTT SATTERWHITE, on behalf of himself and his minor child, and CARIN SMITH, on behalf of herself and her minor children. The undersigned so moves pursuant to Rule 11.1 of the Local Rules of Civil Procedure for the United States District Court for the Northern District of Florida, and this Court's Memorandum Regarding Attorneys Seeking Admission to the Northern District of Florida dated December 1, 2020.

In support of this Motion, the undersigned avers that she is familiar with the CM/ECF e-filing system and that she has not been denied admission to, been disciplined by, resigned from, surrendered her license to practice before, or withdrawn an application for admission to practice before this Court or any other court. Additionally, counsel successfully completed the Tutorial of the Local Rules for the Northern District of Florida on September 18, 2023, Confirmation Number FLND1695056340949.

Furthermore, the undersigned is an attorney in good standing in the State of Georgia, as evidenced by the Certificate of Good Standing, dated September 18,

2023, from the Supreme Court of the State of Georgia, which is attached hereto as Exhibit A and incorporated herein by express reference.

**WHEREFORE**, Kirsten Fehlan respectfully moves this Honorable Court to issue an order permitting counsel to appear *pro hac vice* in the above styled case on behalf of the above-listed plaintiffs.

Dated: September 26, 2023

                                             Respectfully submitted,

                                             BALLARD SPAHR LLP

                                             By: */s/ Kirsten Fehlan*
                                                    Kirsten Fehlan
                                                    fehlank@ballardspahr.com
                                                    999 Peachtree St NE
                                                    Suite 1600
                                                    Atlanta, GA 30309
                                                    Telephone: 678.420.9432
                                                    Facsimile: 678.420.9401

                                            *Attorney for Plaintiffs*

## **<u>CERTIFICATE OF SERVICE</u>**

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on September 26, 2023.

                                                Respectfully submitted,

                                                By: *<u>/s/ Kirsten Fehlan</u>*

# EXHIBIT A



# Supreme Court
## State of Georgia

NATHAN DEAL JUDICIAL CENTER

Atlanta 30334

September 18, 2023

I hereby certify that Kirsten Elizabeth Fehlan, Esq., was admitted on the 28th day of May, 2023, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date she has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.



*signature*, Clerk