# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,
et al.,

      **Plaintiffs**,

**v.**                                **Case No. 3:23cv10385-TKW-ZCB**

ESCAMBIA COUNTY SCHOOL
BOARD,

      **Defendant**.

_____/

## **ORDER**

This case is before the Court based on the motion for leave to appear *pro hac vice* filed by attorneys Shawn F. Summers (Doc. 46) and Kirsten Fehlan (Doc. 47). The Court finds based on the motions and supporting documentation that Mr. Summers and Ms. Fehlan meet the requirements of Local Rule 11.1 to appear *pro hac vice*. The Court also notes that the applicable fees have been paid. Accordingly, it is

**ORDERED** that the motion is **GRANTED**, and attorneys Shawn F. Summers and Kirsten Fehlan are authorized to appear *pro hac vice* for Plaintiffs.

**DONE and ORDERED** this 27th day of September, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**