# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

PEN AMERICAN CENTER, INC., *et al.*,

    *Plaintiffs*,

    v.

ESCAMBIA COUNTY SCHOOL BOARD,

    *Defendant*.

Case No. 3:23-cv-10385-TKW-ZCB

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 11.1(C), Nicholas E. Baer, with the law firm of Covington & Burling LLP, hereby makes application to this Court for admission *pro hac vice* in the above-styled case on behalf of *amici curiae* the Florida State Conference of the NAACP ("Florida NAACP") and Equality Florida Action, Inc. ("Equality Florida") (collectively, "Amici"), and states the following:

1. Nicholas E. Baer is an active member in good standing of the bar of the State of New York and of the bar of the District of Columbia. (*See* Certificate of Good Standing for the New York Bar attached hereto as Exhibit A).

2. Mr. Baer does not maintain a regular practice of law in the State of Florida.

3. Mr. Baer has completed the Local Rules Tutorial, received his confirmation number FLND1695231862966, is familiar with the Local Rules of the Northern District of Florida, and shall comply with them.

4. Mr. Baer reviewed the online CM/ECF Attorney User's Guide, and maintains an upgraded PACER account.

5. Mr. Baer is paying the required $208.00 *pro hac vice* fee for this case at the time of filing.

6. Mr. Baer represents that, to his knowledge, there are no disciplinary or suspension proceedings pending against him in any court of the United States, or of any State, Territory, or Possession of the United States.

WHEREFORE, attorney Nicholas E. Baer moves this Court to enter an Order allowing him to appear before this Court on behalf of Amici for all purposes relating to the proceedings in the above captioned matter.

| | |
|---|---|
| Dated: September 29, 2023 | Respectfully submitted, |
| | */s/ Nicholas E. Baer* |
| | Nicholas E. Baer (NY Bar No. 5978796)<br>COVINGTON & BURLING LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 841-1047<br>nbaer@cov.com |
| | *Counsel for Amici Curiae the Florida State Conference of the NAACP and Equality Florida Action, Inc.* |

## CERTIFICATE OF SERVICE

On September 29, 2023, a true and correct copy of the foregoing was filed with the Court's electronic filing system, which will provide service to all parties for whom counsel has entered an appearance.

*/s/ Nicholas E. Baer*
Nicholas E. Baer

# EXHIBIT A



## Appellate Division of the Supreme Court of the State of New York
### Second Judicial Department

I, Darrell M. Joseph, Acting Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Nicholas Eli Baer

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **August 25, 2022**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on September 21, 2023.

*Acting Clerk of the Court*

CertID-00138097



Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

**HECTOR D. LASALLE**
Presiding Justice

**DARRELL M. JOSEPH**
Acting Clerk of the Court

**KENNETH BAND**
Deputy Clerks

**MELISSA KRAKOWSKI**
**WENDY STYNES**
**LAUREN G. DOME**
**BRIAN E. KENNEDY**
Associate Deputy Clerks

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

Darrell M. Joseph
Acting Clerk of the Court

Revised August 2023