# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

PEN AMERICAN CENTER, INC., *et al.*,

    *Plaintiffs*,

        v.

ESCAMBIA COUNTY SCHOOL BOARD,

    *Defendant*.

Case No. 3:23-cv-10385-TKW-ZCB

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 11.1(C), Jayni F. Hein, with the law firm of Covington & Burling LLP, hereby makes application to this Court for admission *pro hac vice* in the above-styled case on behalf of *amici curiae* the Florida State Conference of the NAACP ("Florida NAACP") and Equality Florida Action, Inc. ("Equality Florida") (collectively, "Amici"), and states the following:

    1.      Jayni F. Hein is an active member in good standing of the bar of the State of California. (*See* Certificate of Good Standing for the California Bar attached hereto as Exhibit A).

    2.      Ms. Hein does not maintain a regular practice of law in the State of Florida.

3.  Ms. Hein has completed the Local Rules Tutorial, received her confirmation number FLND1695828622989, is familiar with the Local Rules of the Northern District of Florida, and shall comply with them.

4.  Ms. Hein reviewed the online CM/ECF Attorney User's Guide, and maintains an upgraded PACER account.

5.  Ms. Hein is paying the required $208.00 *pro hac vice* fee for this case at the time of filing.

6.  Ms. Hein represents that, to her knowledge, there are no disciplinary or suspension proceedings pending against her in any court of the United States, or of any State, Territory, or Possession of the United States.

WHEREFORE, attorney Jayni F. Hein moves this Court to enter an Order allowing her to appear before this Court on behalf of Amici for all purposes relating to the proceedings in the above captioned matter.

| | |
|---|---|
| Dated: September 29, 2023 | Respectfully submitted,<br><br>*/s/ Jayni F. Hein*<br><br>Jayni F. Hein (CA Bar No. 258261)<br>COVINGTON & BURLING LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105<br>jhein@cov.com<br>(415) 591-6000<br><br>*Counsel for Amici Curiae the Florida State Conference of the NAACP and Equality Florida Action, Inc.* |

## CERTIFICATE OF SERVICE

On September 29, 2023, a true and correct copy of the foregoing was filed with the Court's electronic filing system, which will provide service to all parties for whom counsel has entered an appearance.

>                       */s/ Jayni F. Hein*
>                       Jayni F. Hein

# EXHIBIT A

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

September 25, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JAYNI ERIN FOLEY, #258261 was admitted to the practice of law in this state by the Supreme Court of California on December 2, 2008; that at their request, on May 7, 2013, their name was changed to JAYNI FOLEY HEIN on the records of the State Bar of California; that from the date of admission to January 20, 2011, they were an ACTIVE licensee of the State Bar of California; that on January 20, 2011, they transferred at their request to the INACTIVE status; that from that date to April 24, 2013, they were an INACTIVE licensee of the State Bar of California; that on April 24, 2013, they transferred at their request to the ACTIVE status; that they have been since that date, and are at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Records