UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,
et al.,

    Plaintiffs,

v.                                    Case No. 3:23cv10385-TKW-ZCB

ESCAMBIA COUNTY SCHOOL
BOARD,

    Defendant.
_____/

## ORDER

This case is before the Court based on the motions for leave to appear *pro hac vice* filed by attorneys Nicholas E. Baer (Doc. 49), C. William Phillips (Doc. 50), and Jayni F. Hein (Doc. 51). The Court finds based on the motions and supporting documentation that Messrs. Baer and Phillips and Ms. Hein meet the requirements of Local Rule 11.1 to appear *pro hac vice*. The Court also notes that the applicable fees have been paid. Accordingly, it is

**ORDERED** that the motion is **GRANTED**, and attorneys Nicholas E. Baer, C. William Phillips, and Jayni F. Hein are authorized to appear *pro hac vice* for amici Florida State Conference of the NAACP and Equality Florida Action, Inc.

**DONE and ORDERED** this 2nd day of October, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**