UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC., SARAH BRANNEN, LINDSAY DURTSCHI, on behalf of herself and her minor children, BENJAMIN GLASS, on behalf of himself and his minor child, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor child, ASHLEY HOPE PÉREZ, ERICA ROY, on behalf of herself and her minor children, CHRISTOPHER SCOTT SATTER WHITE, on behalf of himself and his minor child, and CARIN SMITH on behalf of herself and her minor children,

    Plaintiffs,

vs.

ESCAMBIA COUNTY SCHOOL BOARD,

    Defendant.
_____/

CASE NO.: 3:23-CV-10385-TKW-ZCB

**JOINT NOTICE REGARDING AVAILABILITY FOR ORAL ARGUMENT**

In response to the Court's December 5, 2023 Order [DE 55], the parties jointly state that they have conferred regarding their availability for in-person oral

argument on Defendant's motion to dismiss during the time-period identified in the Order, and all parties can be available at any time on January 8-12, 2024.

Respectfully submitted this 12th day of December, 2023.

| s/ Shalini Goel Agarwal | s/ J. David Marsey |
|---|---|
| Lynn B. Oberlander (*pro hac vice*) | J. DAVID MARSEY |
| **Ballard Spahr LLP** | Florida Bar No. 0010212 |
| 1675 Broadway, 19th Floor | NICOLE SIEB SMITH |
| New York, NY  10019-5820 | Florida Bar No. 0017056 |
| Telephone: 212.223.0200 | JEFFREY J. GROSHOLZ |
| Facsimile: 212.223.1942 | Florida Bar No. 1018568 |
|  | RUMBERGER, KIRK & CALDWELL |
| Paul J. Safier (*pro hac vice*) | A Professional Association |
| Shawn F. Summers (*pro hac vice*) | Post Office Box 1057 |
| **Ballard Spahr LLP** | Tallahassee, Florida 32302-2507 |
| 1735 Market Street, 51st Floor | Telephone:  (850) 222-6550 |
| Philadelphia, PA  19103 | Telecopier:  (850) 222-8783 |
| Telephone: 215.864.8500 | E-mail:   dmarsey@rumberger.com |
| Facsimile: 215.864.8999 |               nsmith@rumberger.com |
|  |               jgrosholz@rumberger.com |
| Kirsten Fehlan (*pro hac vice*) |  |
| **Ballard Spahr LLP** | *Attorneys for Defendant Escambia County School Board* |
| 999 Peachtree St. NE, Ste. 1600 |  |
| Atlanta, GA 30309 |  |
| Telephone: 678.420.9432 |  |
| Facsimile: 678.420.9401 |  |

Shalini Goel Agarwal (FBN 90843)
Kristy Parker (*pro hac vice*)
**Protect Democracy Project**
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
Telephone: 202.579.4582
Facsimile: 929.777.8428

John Langford (*pro hac vice*)

**Protect Democracy Project**
82 Nassau Street, #601
New York, NY 10038
Telephone: 202.579.4582
Facsimile: 929.777.8428

*Attorneys for Plaintiffs PEN American Center, Inc., Sarah Brannen, Lindsay Durtschi, Benjamin Glass, George M. Johnson, David Levithan, Kyle Lukoff, Ann Novakowski, Sean Parker, Penguin Random House LLC, Ashley Hope Pérez, Erica Roy, Christopher Scott Satterwhite, and Carin Smith.*