UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,
et al.,

    Plaintiffs,

v.                                    Case No. 3:23cv10385-TKW-ZCB

ESCAMBIA COUNTY SCHOOL
BOARD,

    Defendant.
_____/

## NOTICE OF HEARING

**TAKE NOTICE** that a hearing in this case has been set before Judge T. Kent Wetherell, II as described below:

    **DATE**:    Wednesday, January 10, 2024

    **TIME**:    10:00 A.M. C.T.

    **LOCATION**:    Courtroom 4 North at the United States Courthouse, 1 North Palafox Street, Pensacola, Florida.

    **SUBJECT:**    Defendant's Motion to Dismiss

    **NOTE**:    If anyone participating in this conference has a disability that requires a special accommodation, please contact the Clerk's office as immediately as possible so arrangements can be made.

**DONE and ORDERED** this 13th day of December, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**