UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| PEN AMERICAN CENTER, INC., ET AL.,<br><br>  *Plaintiffs*,<br><br>    v.<br><br>ESCAMBIA COUNTY SCHOOL DISTRICT,<br><br>  *Defendant*. | Case No. 3:23-cv-10385-TKW-ZCB |

### *AMICUS CURIAE* THE STATE OF FLORIDA'S NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule 7.1(J), the State notifies the Court of the Eleventh Circuit's decision in *McGriff v. City of Miami Beach*, 84 F.4th 1330 (11th Cir. 2023). *McGriff* holds that a city's decision to exclude material with which it disagreed from a government-sponsored collection of otherwise private speech—specifically, an art exhibit—was government speech not subject to First Amendment scrutiny. 84 F.4th at 1332–33. *McGriff* is relevant to the State's amicus brief in support of Defendant's motion to dismiss, which likewise argues that governmental choices in another compilation of otherwise private speech—the shelves of a public-school library—are government speech even if the school does not "actively control[] the message of the" authors whose books are included in the library. *Id.* at 1335.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ASHLEY MOODY<br>*Attorney General*<br>HENRY C. WHITAKER (FBN 1031175)<br>*Solicitor General* |
| Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, Florida 32399-1050<br>(850) 414-3300<br>(850) 410-2672 (fax)<br>*bridget.ohickey@myfloridalegal.com* | DANIEL W. BELL (FBN 1008587)<br>*Chief Deputy Solicitor General*<br>DAVID M. COSTELLO (FBN 1004952)<br>*Deputy Solicitor General*<br>*/s/ Bridget O'Hickey*<br>Bridget O'Hickey (FBN 1048521)<br>*Assistant Solicitor General*<br><br>*Counsel for Amicus Curiae the State of Florida* |

## **CERTIFICATE OF COMPLIANCE**

This notice complies with the requirements of Local Rule 7.1(J) because it contains 137 words.

*/s/ Bridget O'Hickey*
Assistant Solicitor General

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties, on December 27, 2023.

                                              */s/ Bridget O'Hickey*
                                              Assistant Solicitor General