UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,
et al.,

    Plaintiffs,

v.                                        Case No. 3:23cv10385-TKW-ZCB

ESCAMBIA COUNTY SCHOOL
BOARD,

    Defendant.
_____/

## ORDER

Upon due consideration of amicus State of Florida's unopposed motion to participate in oral argument (Doc. 59), it is

**ORDERED** that the motion is **GRANTED**, and the State will be allowed to participate in oral argument. The time reserved for oral argument is extended to one hour per side, with 15 minutes of Defendant's time being allotted to the State.

**DONE and ORDERED** this 28th day of December, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**