## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,    :
SARAH BRANNEN, LINDSAY    :
DURTSCHI, on behalf of herself and her    : Case No. 3:23-CV-10385-TKW-
minor children, BENJAMIN GLASS, on    : ZCB
behalf of himself and his minor child,    :
GEORGE M. JOHNSON, DAVID    : JURY TRIAL DEMANDED
LEVITHAN, KYLE LUKOFF, ANN    :
NOVAKOWSKI, on behalf of herself and    :
her minor child, PENGUIN RANDOM    :
HOUSE LLC, SEAN PARKER, on behalf
of himself and his minor child, ASHLEY
HOPE PÉREZ, ERICA ROY, on behalf of
herself and her minor children,
CHRISTOPHER SCOTT
SATTERWHITE, on behalf of himself and
his minor child, and CARIN SMITH, on
behalf of herself and her minor children,

        *Plaintiffs*,

    v.

ESCAMBIA COUNTY SCHOOL
BOARD,

        *Defendant*.

## PLAINTIFFS' UNOPPOSED MOTION FOR TELEPHONIC ACCESS

Plaintiffs hereby move pursuant to Local Rule 77.1(E) that the Court allow

the parties telephonic access to the upcoming January 10, 2024 hearing on

Defendant Escambia County School Board's Motion to Dismiss. Defendant does

not object to this Motion. In support of their Motion, Plaintiffs state as follows:

1. On August 21, 2023, Defendant in this case filed a Motion to Dismiss Plaintiffs' Amended Complaint.  ECF No. 28.  Plaintiffs filed their opposition brief on September 18, 2023, requesting oral argument on Defendant's Motion.  ECF No. 40 at 42.

2. On December 5, 2023, the Court granted Plaintiffs' request for oral argument on a mutually agreeable date and time to be scheduled, and provided the parties guidance on which topics are most likely to be helpful to the Court.  ECF No. 55.

3. On December 13, 2023, following the parties' submission of their respective availability, the Court scheduled in-person oral argument for January 10, 2024 at 10:00 AM CST at the United States Courthouse in Pensacola, Florida (the "Hearing").

4. Plaintiffs Durtschi, Glass, Novakowski, Parker, Roy, Satterwhite, and Smith, with their respective minor children, are Escambia County School District parents and students who reside within the general Pensacola area.  The other Plaintiffs, however, are geographically dispersed around the country.  While at least some of these Plaintiffs wish to attend the Hearing, it would be difficult and burdensome for them to travel to Pensacola to do so in-person.

5. N.D. Fla. Local Rule 77.1(E) provides that a Court has discretion to authorize the broadcast or transmission of judicial proceedings, so long as such

transmission does not conflict with applicable policies of the Judicial Conference of the United States or the Eleventh Circuit Judicial Council.  N.D. Fla. Loc. R. 77.1(E).

6.      The provision of a telephonic, audio-only dial-in option would allow all Plaintiffs to listen to the Hearing and does not conflict with any applicable Eleventh Circuit or Judicial Conference policies.

WHEREFORE, Plaintiffs request entry of an order establishing a telephonic means of attending the upcoming January 10, 2024 oral argument on Defendant's Motion to Dismiss.

## RULE 7.1 CERTIFICATION

Plaintiffs hereby certify that they have conferred with Defendant about the relief requested herein and that Defendant does not object to such relief.

## RULE 7.1(F) CERTIFICATION

Plaintiffs hereby certify that this motion contains 387 words.

Respectfully submitted,

Dated: December 29, 2023          */s/ Shawn F. Summers*
                                                    Lynn B. Oberlander (*pro hac vice*)
                                                    **BALLARD SPAHR LLP**
                                                    1675 Broadway, 19th Floor
                                                    New York, NY  10019-5820
                                                    Telephone: 212.223.0200
                                                    Facsimile: 212.223.1942

3

Paul J. Safier (*pro hac vice*)
Shawn F. Summers (*pro hac vice*)
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Telephone: 215.864.8500
Facsimile: 215.864.8999

Kirsten Fehlan (*pro hac vice*)
**BALLARD SPAHR LLP**
999 Peachtree Street NE, Suite 1600
Atlanta, GA 30309-4421
Telephone: 678.420.9300
Facsimile: 678.420.9301

Shalini Goel Agarwal (FBN 90843)
Kristy Parker (*pro hac vice*)
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
Telephone: 202.579.4582
Facsimile: 929.777.8428

John Langford (*pro hac vice*)
**PROTECT DEMOCRACY PROJECT**
82 Nassau Street, #601
New York, NY 10038
Telephone: 202.579.4582
Facsimile: 929.777.8428

*Attorneys for Plaintiffs*