**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**PEN AMERICAN CENTER, INC.,**
**et al.**,

      **Plaintiffs**,

**v.**                                        **Case No. 3:23cv10385-TKW-ZCB**

**ESCAMBIA COUNTY SCHOOL**
**BOARD**,

      **Defendant**.

_____/

## ORDER

Upon due consideration of Plaintiffs' unopposed motion for telephonic access (Doc. 61), it is

**ORDERED** that the motion is **DENIED**.

**DONE and ORDERED** this 2nd day of January, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**