IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,      :
SARAH BRANNEN, LINDSAY       :
DURTSCHI, on behalf of herself and her  : Case No. 3:23-CV-10385-TKW-
minor children, BENJAMIN GLASS, on  : ZCB
behalf of himself and his minor child,   :
GEORGE M. JOHNSON, DAVID     : JURY TRIAL DEMANDED
LEVITHAN, KYLE LUKOFF, ANN     :
NOVAKOWSKI, on behalf of herself and :
her minor child, PENGUIN RANDOM  :
HOUSE LLC, SEAN PARKER, on behalf
of himself and his minor child, ASHLEY
HOPE PÉREZ, ERICA ROY, on behalf of
herself and her minor children,
CHRISTOPHER SCOTT
SATTERWHITE, on behalf of himself and
his minor child, and CARIN SMITH, on
behalf of herself and her minor children,

*Plaintiffs*,

v.

ESCAMBIA COUNTY SCHOOL
BOARD,

*Defendant*.

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule 7.1(j), Plaintiffs hereby give notice of the following

two decisions, each of which was published after briefing closed on Defendant's

Motion to Dismiss: (1) *GLBT Youth Iowa Schools Task Force v. Reynolds*, --- F.

Supp. 3d ---, 2023 WL 9052113 (S.D. Iowa Dec. 29, 2023); and (2) *Book People,*

*Inc. v. Wong*, --- F. Supp. 3d ---, 2023 WL 6060045 (W.D. Tex. Sept. 18, 2023).

These decisions join the judicial consensus referenced on pages 26-27 and footnote

6 of Plaintiffs' Opposition to Defendant's Motion to Dismiss (Doc. 40) in rejecting

the argument that managing a public library collection constitutes government

speech, not subject to any constitutional constraints. *See GLBT Youth*, 2023 WL

9052113, at \*\*18-19 (rejecting application of government speech doctrine to

removal of public school library books); *Wong*, 2023 WL 6060045, at \*\*14-15

(same).

## CERTIFICATION OF COMPLIANCE

This notice complies with the requirements of Local Rule 7.1(j) because it

contains 142 words.

Respectfully submitted,

Dated: January 4, 2024

*/s/ Shalini Goel Agarwal*
Lynn B. Oberlander (*pro hac vice*)
**BALLARD SPAHR LLP**
1675 Broadway, 19th Floor
New York, NY  10019-5820
Telephone: 212.223.0200
Facsimile: 212.223.1942

Paul J. Safier (*pro hac vice*)
Shawn F. Summers (*pro hac vice*)
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA  19103

2

Telephone: 215.864.8500
Facsimile: 215.864.8999

Kirsten Fehlan (*pro hac vice*)
**BALLARD SPAHR LLP**
999 Peachtree Street NE, Suite 1600
Atlanta, GA 30309-4421
Telephone: 678.420.9300
Facsimile: 678.420.9301

Shalini Goel Agarwal (FBN 90843)
Kristy Parker (*pro hac vice*)
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
Telephone: 202.579.4582
Facsimile: 929.777.8428

John Langford (*pro hac vice*)
**PROTECT DEMOCRACY PROJECT**
82 Nassau Street, #601
New York, NY 10038
Telephone: 202.579.4582
Facsimile: 929.777.8428

*Attorneys for Plaintiffs*