# United States District Court
## Civil Hearing Minutes

| | | | |
|---|---|---|---|
| Time Commenced | 10:00 AM | Case No. | 3:23cv10385-TKW/ZCB |
| Time Concluded | 1:35 PM | Date | 1/10/2024 |

**DOCKET ENTRY:** Oral Argument re [28] Motion to Dismiss. Motion Denied as to Counts 1 and 2, Granted as to Count 3. Defense to file answer by 2/7/2024. Order to be entered.

PRESENT: U.S. DISTRICT JUDGE **T. KENT WETHERELL, II**    Paula Cawby    Julie Wycoff
                                                          Deputy Clerk    Court Reporter

**Style of Case:** PEN AMERICAN CENTER INC et al v. ESCAMBIA COUNTY SCHOOL DISTRICT et al

**Plaintiff Counsel Present**
Paul Safier
Lynn Oberlander
Shalini Agarwal

**Plaintiff**
Pen American Center Inc, et al

**Defendant Counsel Present**
Nicole Smith (Esc. Co. School Board)
Jeffrey Grosholz

Nathan Forrester (State of Florida)
Bridget O'Hickey

**Defendant**
Escambia County School District, et al

**PROCEEDINGS**

| | |
|---|---|
| 10:00 AM | Court in Session |
| 10:03 AM | Def argument (Smith) |
| 10:50 AM | Def argument (O'Hickey) |
| 11:12 AM | Court in recess |
| 11:27 AM | Court in session |
| 11:27 AM | Pla responds (Oberlander) |
| 11:51 AM | Pla responds (Safier) |
| 12:19 PM | Pla responds (Agarwal) |
| 12:39 PM | Def rebuttal (Smith) |
| 12:53 PM | Court in recess |
| 1:04 PM | Court in session |
| 1:05 PM | Court rules on motion: Denied as to Counts 1 and 2, Granted as to Count 3 |
| | Defense to file answer by 2/7/2024 |
| | Order to be entered |
| 1:35 PM | Court adjourned |