**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

PEN AMERICAN CENTER, INC.,
SARAH BRANNEN, LINDSAY
DURTSCHI, on behalf of herself and
her minor children, BENJAMIN
GLASS, on behalf of himself and his
minor child, GEORGE M.
JOHNSON, DAVID LEVITHAN,
KYLE LUKOFF, ANN
NOVAKOWSKI, on behalf of herself
and her minor child, PENGUIN
RANDOM HOUSE LLC, SEAN
PARKER, on behalf of himself and
his minor child, ASHLEY HOPE
PÉREZ, ERICA ROY, on behalf of
herself and her minor children,               CASE NO.:  3:23-CV-10385-TKW-ZCB
CHRISTOPHER SCOTT
SATTERWHITE, on behalf of
himself and his minor child, and
CARIN SMITH on behalf of herself
and her minor children,

      Plaintiffs,

vs.

ESCAMBIA COUNTY SCHOOL
BOARD,

      Defendant.

_____/

**DEFENDANT, ESCAMBIA COUNTY SCHOOL BOARD'S**
**<u>NOTICE OF ADDITIONAL APPEARANCE</u>**

Defendant, Escambia County School Board, hereby gives notice of the additional appearance of **Samantha Duke** of the firm of RUMBERGER, KIRK & CALDWELL, A Professional Association.  J. **David Marsey, Nicole Sieb Smith and Jeffrey J. Grosholz**  will continue as counsel for said Defendant, and should continue to be served in this case.

Please use the following e-mail addresses for serving discovery via e-mail:

> J. **DAVID MARSEY, ESQ.**
> dmarsey@rumberger.com;
> dmarseysecy@rumberger.com;
> docketingorlando@rumberger.com;

**AND**     **JEFFREY J. GROSHOLZ**
> jgrosholz@rumberger.com;
> jgrosholzsecy@rumberger.com

**AND**     **NICOLE SIEB SMITH**
> nsmith@rumberger.com;
> nsmithsecy@rumberger.com;
> cduquette@rumberger.com

**AND**     **SAMANTHA DUKE**
> sduke@rumberger.com;
> sdukesecy@rumberger.com;

Respectfully submitted,

/s Samantha Duke
J. DAVID MARSEY
Florida Bar No.:  0010212
E-mail:  dmarsey@rumberger.com
NICOLE SIEB SMITH
Florida Bar No.:  0017056
E-mail:  nsmith@rumberger.com
JEFFREY J. GROSHOLZ
Florida Bar No.:  1018568
E-mail:  jgrosholz@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street
Suite 1050
Tallahassee, Florida 32301
Tel:  850.222.6550
Fax:  850.222.8783

and

SAMANTHA DUKE
Florida bar No. 0091403
E-mail:  sduke@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 S. Orange Ave., Suite 300
Orlando, FL 32801
Tel:  (407) 872-7300
Fax:  (407) 841-2133

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 24, 2024, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system which will

3

send a notice of electronic filing to the following: **Shalini Goel Agarwal at shalini.agarwal@protectdemocracy.org,** Lynn B. **Oberlander** at **oberlanderl@ballardspahr.com,** Paul J. **Safier** at **safierp@ballardspahr.com,** Shawn F. **Summers** at **summerss@ballardspahr.com,** Kristy **Parker** at **kristy.parker@protectdemocracy.org,** and **John Langford at john.langford@protectdemocracy.org (Counsel for Plaintiffs)**.

/s Samantha Duke
J. DAVID MARSEY
Florida Bar No.:  0010212
E-mail:  dmarsey@rumberger.com
NICOLE SIEB SMITH
Florida Bar No.:  0017056
E-mail:  nsmith@rumberger.com
JEFFREY J. GROSHOLZ
Florida Bar No.:  1018568
E-mail:  jgrosholz@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street
Suite 1050
Tallahassee, Florida 32301
Tel:  850.222.6550
Fax:  850.222.8783

and

SAMANTHA DUKE
Florida bar No. 0091403
E-mail:  sduke@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 S. Orange Ave., Suite 300
Orlando, FL 32801
Tel:  (407) 872-7300
Fax:  (407) 842-2133

Attorneys for Defendants