# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

PEN AMERICAN CENTER, INC., et al.

    Plaintiffs,

vs.                                                CASE NO.:  3:23-CV-10385-TKW-ZCB

ESCAMBIA COUNTY SCHOOL BOARD,

    Defendant.

## MOTION TO WITHDRAW APPEARANCE OF SHAWN F. SUMMERS

Pursuant to N.D. Fla. Loc. R. 11.1(H), Shawn F. Summers of Ballard Spahr LLP hereby respectfully moves this Court to grant leave to withdraw his appearance as counsel of record for Plaintiffs in the above-captioned matter.  A memorandum of law is not required for this Motion.  *See* N.D. Fla. Loc. R. 7.1(G)(3).

On March 15, 2024, as required by N.D. Fla. Loc. R. 11.1(H)(2), the undersigned provided notice of his intent to withdraw to all Plaintiffs in this action. No Plaintiff objected.  Plaintiffs will continue to be represented by the remaining attorneys of Ballard Spahr LLP and Protect Democracy who have previously entered appearances in this matter.

Dated: March 29, 2024 					Respectfully submitted,

							*/s/ Shawn F. Summers*
							Shawn F. Summers
							BALLARD SPAHR LLP
							1735 Market Street, 51st Floor
							Philadelphia, PA 19103-7599
							215.665.8500
							summerss@ballardspahr.com

							*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 29, 2024, I electronically filed the foregoing Motion to Withdraw Appearance of Shawn F. Summers with the Clerk of Court using the Court's ECF system, which provides notice to all counsel of record.


Dated: March 29, 2024                     */s/ Shawn F. Summers*
                                                   Shawn F. Summers