UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,
et al.,

    Plaintiffs,

v.                                            Case No. 3:23cv10385-TKW-ZCB

ESCAMBIA COUNTY SCHOOL
BOARD,

    Defendant.
_____/

**ORDER**

Upon due consideration of the motion to withdraw as counsel (Doc. 69), it is

**ORDERED** that the motion is **GRANTED**, and attorney Shawn F. Summers shall have no further obligation to represent Plaintiffs in this case, and the Clerk shall terminate him as counsel of record for Plaintiffs in CM/ECF.

**DONE and ORDERED** this 1st day of April, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**