UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,
et al.,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　Case No. 3:23cv10385-TKW-ZCB

ESCAMBIA COUNTY SCHOOL
BOARD,

    Defendant.
_____/

## ORDER EXTENDING DEADLINES

Upon due consideration of the joint motion to extend pre-trial deadlines (Doc. 71), it is

**ORDERED** that the motion is **GRANTED**, and the fact and expert discovery deadlines are extended to August 30, 2024, and October 15, 2024, respectively. All deadlines in the scheduling order (Doc. 54) tied to the discovery deadline shall run from the new expert discovery deadline.

**DONE and ORDERED** this 8th day of April, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**