# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| PEN AMERICAN CENTER, INC., SARAH BRANNEN, LINDSAY DURTSCHI, on behalf of herself and her minor children, BENJAMIN GLASS, on behalf of himself and his minor child, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor child, ASHLEY HOPE PÉREZ, ERICA ROY, on behalf of herself and her minor children, CHRISTOPHER SCOTT SATTERWHITE, on behalf of himself and his minor child, and CARIN SMITH, on behalf of herself and her minor children.<br><br>*Plaintiffs,*<br><br>vs.<br><br>ESCAMBIA COUNTY SCHOOL BOARD,<br><br>*Defendant*. | CASE NO.: 3:23-CV-10385-TKW-ZCB |

**STIPULATION OF DISMISSAL BY CARIN SMITH**

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Carin Smith hereby dismisses her claims in this matter with prejudice on behalf of herself and her minor children. Rule 41(a)(1)(A)(ii) provides that a "plaintiff may dismiss an action without a court order by filing: . . . (ii) a stipulation of dismissal signed by all parties who have appeared."[1] This stipulation is so signed. Accordingly, Plaintiff Carin Smith asks that the Court enter an Order dismissing her claims in this matter with prejudice.

Dated: April 10, 2024

Respectfully submitted,

*/s/* Nicole Sieb Smith
J. David Marsey
Nicole Sieb Smith
Jeffrey J. Grosholz
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street, Suite 1050
Tallahassee, Florida 32301
Tel: 850.222.6550
Fax: 850.222.8783

Samantha Duke
RUMBERGER, KIRK & CALDWELL, P.A.
300 S. Orange Ave., Suite 300
Orlando, Florida 32801
Tel: 407.872.7300

*/s/* Shalini Goel Agarwal
Shalini Goel Agarwal (FBN 90843)
Ori Lev (*pro hac vice forthcoming*)
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
Telephone: 202.579.4582
Facsimile: 929.777.8428

Lynn B. Oberlander (*pro hac vice*)
**BALLARD SPAHR LLP**
1675 Broadway, 19th Floor
New York, NY 10019-5820
Telephone: 212.223.0200
Facsimile: 212.223.1942

Paul J. Safier (*pro hac vice*)

---

[1] Rule 41(a) applies to dismiss of "actions." However, "all of a plaintiff's claims in a multiplaintiff suit against a defendant can … be considered 'an action' under Rule 41(a)." *Dorn v. Vivint, Inc.*, __ F. Supp. 3d __, 2024 WL 70927, at *2 (M.D. Ala. Feb. 21, 2024)(discussing Eleventh Circuit caselaw). Alternatively, plaintiff Smith seeks unopposed dismissal under Rule 21. Fed. R. Civ. P. 21 ("On motion or on its own, the court may at any time, on just terms, add or drop a party.").

<table>
<tr><td>Fax: 407.841.2133<br><br>*Attorneys for Defendants*</td><td>**BALLARD SPAHR LLP**<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>Telephone: 215.864.8500<br>Facsimile: 215.864.8999<br><br>*Attorneys for Plaintiffs*</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2024, I caused a true and correct copy of the foregoing Stipulation of Dismissal of Carin Smith to be served on counsel of record for all parties via email.

Dated: April 10, 2024

                                                 */s/ Shalini Goel Agarwal*
                                                 Shalini Goel Agarwal