UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,
et al.,

    Plaintiffs,

v.                                        Case No. 3:23cv10385-TKW-ZCB

ESCAMBIA COUNTY SCHOOL
BOARD,

    Defendant.
_____/

## ORDER OF PARTIAL DISMISSAL

Based on the stipulation of dismissal by Carin Smith (Doc. 73), it is **ORDERED** that all claims asserted by Ms. Smith on behalf of herself and her minor children are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii) and/or Fed. R. Civ. P. 21, and the Clerk shall terminate Ms. Smith as a party in CM/ECF.

**DONE and ORDERED** this 11th day of April, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**