# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,              :
SARAH BRANNEN, LINDSAY                  :
DURTSCHI, on behalf of herself and      :    Case No. 3:23-CV-10385-TKW-
her minor children, BENJAMIN            :    ZCB
GLASS, on behalf of himself and his     :
minor child, GEORGE M. JOHNSON,         :    JURY TRIAL DEMANDED
DAVID LEVITHAN, KYLE LUKOFF,            :
ANN NOVAKOWSKI, on behalf of            :
herself and her minor child, PENGUIN    :
RANDOM HOUSE LLC, SEAN                  :
PARKER, on behalf of himself and his    :
minor child, ASHLEY HOPE PÉREZ,         :
ERICA ROY, on behalf of herself and     :
her minor children, and                 :
CHRISTOPHER SCOTT                       :
SATTERWHITE, on behalf of himself       :
and his minor child,                    :
                                        :
                    *Plaintiffs*,       :
                                        :
            v.                          :
                                        :
ESCAMBIA COUNTY SCHOOL                  :
BOARD,                                  :
                                        :
                    *Defendant*.
_____

## <u>MOTION TO APPEAR PRO HAC VICE</u>

Attorney Ori Lev, of Protect Democracy Project, 2020 Pennsylvania Ave.

NW, Suite 163, Washington, DC 20006, telephone (202) 579-4582, hereby

moves this Honorable Court to grant permission to appear *pro hac vice* in the

above-styled case on behalf of PEN AMERICAN CENTER, INC., SARAH

BRANNEN, LINDSAY DURTSCHI, on behalf of herself and her minor

children, BENJAMIN GLASS, on behalf of himself and his minor child,

GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN

NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN

RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor

child, ASHLEY HOPE PÉREZ, ERICA ROY, on behalf of herself and her

minor children, and CHRISTOPHER SCOTT SATTERWHITE, on behalf of

himself and his minor child. The undersigned so moves pursuant to Rule 11.1 of

the Local Rules of Civil Procedure for the United States District Court for the

Northern District of Florida, and this Court's Memorandum Regarding Attorneys

Seeking Admission to the Northern District of Florida dated December 1, 2023.

In support of this Motion, the undersigned avers that he has successfully

completed the Attorney Admission Tutorial on April 18, 2023, Confirmation

Number FLND17134710161594; is familiar with the CM/ECF e-filing system

and has reviewed the CM/ECF Attorney User's Guide; and is an attorney in good

standing in the District of Columbia, as evidenced by the Certificate of Good

Standing, dated April 18, 2024, from the District of Columbia Bar, which is

attached hereto as "EXHIBIT A".

**WHEREFORE**, Ori Lev respectfully moves this Honorable Court to

issue an order permitting counsel to appear *pro hac vice* in the above-styled

case on behalf of the above-listed plaintiffs.

Dated: April 26, 2024                    Respectfully submitted,

                                         By: */s/ Ori Lev*

                                         Ori Lev
                                         PROTECT DEMOCRACY PROJECT
                                         2020 Pennsylvania Ave., NW
                                         Washington, DC  20006
                                         (202) 579-4582
                                         ori.lev@protectdemocracy.org

# EXHIBIT A



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Ori Lev

was duly qualified and admitted on November 8, 1996 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on April 18, 2024.**

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.