UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**PEN AMERICAN CENTER, INC.,**
et al.,

    **Plaintiffs**,

v.                                Case No. 3:23cv10385-TKW-ZCB

**ESCAMBIA COUNTY SCHOOL BOARD**,

    **Defendant**.
_____/

## **ORDER**

This case is before the Court based on the motion for leave to appear *pro hac vice* filed by attorney Ori Lev (Doc. 75). The Court finds based on the motion and supporting documentation that Mr. Lev meets the requirements of Local Rule 11.1 to appear *pro hac vice*. The Court also notes that the applicable fee has been paid. Accordingly, it is

**ORDERED** that the motion is **GRANTED**, and attorney Ori Lev is authorized to appear *pro hac vice* for Plaintiffs.

**DONE and ORDERED** this 29th day of April, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**