UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC., SARAH BRANNEN, LINDSAY DURTSCHI, on behalf of herself and her minor children, BENJAMIN GLASS, on behalf of himself and his minor child, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor child, ASHLEY HOPE PÉREZ, ERICA ROY, on behalf of herself and her minor children, and CHRISTOPHER SCOTT SATTERWHITE, on behalf of himself and his minor child,

    Plaintiffs,

vs.

ESCAMBIA COUNTY SCHOOL BOARD,

    Defendant.

_____/

CASE NO.: 3:23-CV-10385-TKW-ZCB

## JOINT MOTION FOR ENTRY OF CONFIDENTIALITY ORDER

Plaintiffs, PEN American Center, Inc. ("PEN"), Sarah Brannen, Lindsay Durtschi, on behalf of herself and her minor children, Benjamin Glass, on behalf of himself and his minor child, George M. Johnson, David Levithan, Kyle Lukoff, Ann

Novakowski, on behalf of herself and her minor child, Penguin Random House LLC ("PRH"), Sean Parker, on behalf of himself and his minor child, Ashley Hope Pérez, Erica Roy, on behalf of herself and her minor children, Christopher Scott Satterwhite, on behalf of himself and his minor child and Defendant, Escambia County School Board ("Board") (collectively, the "Parties"), by and through their undersigned counsel, in order to protect the production of, disclosure of, or testimony about certain information that may be exchanged or sought from one of the Parties or third-parties in the above-captioned action (the "Litigation"), and which one or more of the Parties or producing third-parties believes to be confidential protected or confidential business information, hereby stipulate as follows, and request the Court's approval of this stipulation as to an Agreed Confidentiality Order, and state as follows:

1. This case concerns the removal or restriction of school library books by the Board, which Plaintiffs contend was done in violation of their First Amendment rights. *See generally* [D.E. 27].

2. As relevant to this Motion, there are three sets of Plaintiffs: the Parent Plaintiffs, who are bringing suit on behalf of themselves and their minor children, the Author Plaintiffs, and the Organizational Plaintiffs (*i.e.*, PEN and PRH). *Id.* at ¶¶ 10-31.[1]

---

[1] Plaintiff Carin Smith has voluntarily dismissed her claims with prejudice as to her

2

3. In discussions between the parties, the Parent Plaintiffs have expressed concerns about disclosing information about their minor children, including their identities, as well as disclosing other sensitive personal information.

4. Likewise, the Organizational Plaintiffs have expressed concerns about the production of confidential business and financial information.

5. Finally, the Author Plaintiffs have expressed concerns about the production of correspondence in which members of the public have confided confidential information to them in connection with discussing their books and their impact.

6. Thus, there is good cause for the entry of a Confidentiality Order to facilitate the exchange of protected and/or confidential business information as to the Parent Plaintiffs, Organizational, and Author Plaintiffs.

7. The Parties have discussed and agreed upon the form of a proposed Confidentiality Order, which, in the interest of judicial efficiency and the just administration of this case, is attached to this Motion. The Parties respectfully request this Court to enter the attached Order, which will facilitate the exchange of confidential information in discovery, while also respecting the presumption of public access that attaches to materials filed with, or presented in, Court.

8. Although the Parties file this Motion jointly, they reserve all rights to

---

and her children.

challenge any producing Party's designation of information as "Confidential" as set forth in the proposed Confidentiality Order.

**WHEREFORE**, based on the foregoing reasons, the parties respectfully request that the Court enter the proposed Confidential Order submitted in this matter.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)

Undersigned counsel certifies that she has conferred with counsel for the Plaintiffs, and they have assented to the relief requested herein.

## CERTIFICATE OF WORD COUNT

I certify that this Memorandum complies with the word count limitation set forth in Local Rule 7.1(F) because this Memorandum contains 574 words, excluding the parts exempted by said Local Rule.

Respectfully submitted,

| | |
|---|---|
| /s Lynn Oberlander | /s Nicole Sieb Smith |
| Lynn B. Oberlander (*pro hac vice*) | NICOLE SIEB SMITH |
| **BALLARD SPAHR LLP** | Florida Bar No.: 0017056 |
| Email: oberlanderl@ballardspahr.com | E-mail: nsmith@rumberger.com |
| 1675 Broadway, 19th Floor | RUMBERGER, KIRK & |
| New York, NY 10019-5820 | CALDWELL, P.A. |
| Telephone: 212.223.0200 | 101 North Monroe Street, Suite 1050 |
| Facsimile: 212.223.1942 | Tallahassee, Florida 32301 |
| Attorneys for Plaintiffs | Tel: 850.222.6550 |
| | Fax: 850.222.8783 |
| | Attorneys for Defendants |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 30, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Kristy L. Parker at kristy.parker@protectdemocracy.org; John Thomas Langford at john.langford@protectdemocracy.org; Shalini Goel Agarwal at shalini.agarwal@protectdemocracy.org; Kirsten Elizabeth Fehlan at fehlank@ballardspahr.com; Lynn Beth Oberlander at oberlanderl@ballardspahr.com; Paul Joseph Safier at safierp@ballardspahr.com (Counsel for Plaintiffs); Rachel Elise Fugate at rfugate@shullmanfugate.com (Counsel for Clay Calvert, et al.); Clarence William Phillips at cphillips@cov.com; Jayne Foley Hein at jhein@cov.com; Nicholas Eli Baer at nbaer@cov.com; Robert C. Buschel at buschel@bglaw-pa.com (Counsel for Florida State Conference NAACP, et al.); Bridget K. O'Hickey at bridget.ohickey@myfloridalegal.com; Daniel William Bell at daniel.bell@myfloridalegal.com; David Matthew Costello at david.costello@myfloridalegal.com; and Henry Charles Whitaker henry.whitaker@myfloridalegal.com (Counsel for State of Florida).

/s Nicole Sieb Smith
J. DAVID MARSEY
Florida Bar No.: 0010212
E-mail: dmarsey@rumberger.com
NICOLE SIEB SMITH
Florida Bar No.: 0017056

E-mail: nsmith@rumberger.com
JEFFREY J. GROSHOLZ
Florida Bar No.: 1018568
E-mail: jgrosholz@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street, Suite 1050
Tallahassee, Florida 32301
Tel: 850.222.6550
Fax: 850.222.8783

and

SAMANTHA DUKE
Florida Bar No. 0091403
Email: sduke@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 S. Orange Ave., Suite 300
Orlando, Florida 32801
Tel: 407.872.7300
Fax: 407.841.2133

Attorneys for Defendants

6