# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

PEN AMERICAN CENTER, INC., SARAH BRANNEN, LINDSAY DURTSCHI, on behalf of herself and her minor children, BENJAMIN GLASS, on behalf of himself and his minor child, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor child, ASHLEY HOPE PÉREZ, ERICA ROY, on behalf of herself and her minor children, and CHRISTOPHER SCOTT SATTERWHITE, on behalf of himself and his minor child,

    Plaintiffs,

vs.

ESCAMBIA COUNTY SCHOOL BOARD,

    Defendant.
_____/

CASE NO.: 3:23-CV-10385-TKW-ZCB

## JOINT MOTION FOR ENTRY OF STIPULATION GOVERNING PRODUCTION AND USE OF ELECTRONICALLY STORED INFORMATION

Plaintiffs, PEN American Center, Inc., Sarah Brannen, Lindsay Durtschi, on behalf of herself and her minor children, Benjamin Glass, on behalf of himself and

his minor child, George M. Johnson, David Levithan, Kyle Lukoff, Ann Novakowski, on behalf of herself and her minor child, Penguin Random House LLC, Sean Parker, on behalf of himself and his minor child, Ashley Hope Pérez, Erica Roy, on behalf of herself and her minor children, Christopher Scott Satterwhite, on behalf of himself and his minor child and Defendant, Escambia County School Board ("Board") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows, and request the Court's approval of this Stipulation Governing Production and Use of Electronically Stored Information, and state as follows:

1. This case concerns the removal or restriction of school library books by the Board, which Plaintiffs contend was done in violation of their First Amendment rights. *See generally* [D.E. 27].

2. The parties anticipate production of certain documents and other electronically stored information ("ESI") during discovery. In order to facilitate the production of ESI in an agreed-upon format, the parties request the Court enter the Stipulation Governing Production and Use of ESI.

3. The Stipulation Governing Production and Use of ESI will allow the parties to meet their discovery obligations regarding the production of ESI in a format that the parties have considered and agreed upon. Thus, there is good cause for the entry of a stipulation to facilitate the production and use of ESI.

4. The Parties have discussed and agreed upon the form of a proposed stipulation to facilitate the production and use of ESI which, in the interest of judicial efficiency and the just administration of this case, is attached to this Motion. The Parties respectfully request this Court to enter the attached Stipulation.

**WHEREFORE**, based on the foregoing reasons, the parties respectfully request that the Court enter the proposed Stipulation Governing Production and Use of Electronically Stored Information submitted in this matter.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)

Undersigned counsel certifies that she has conferred with counsel for the Plaintiffs and said counsel have assented to the relief requested herein.

## CERTIFICATE OF WORD COUNT

I certify that this Memorandum complies with the word count limitation set forth in Local Rule 7.1(F) because this Memorandum contains 409 words, excluding the parts exempted by said Local Rule.

Respectfully submitted,

| | |
|---|---|
| /s Lynn Oberlander | /s Nicole Sieb Smith |
| Lynn B. Oberlander (*pro hac vice*) | NICOLE SIEB SMITH |
| **Ballard Spahr LLP** | Florida Bar No.: 0017056 |
| Email: oberlanderl@ballardspahr.com | E-mail: nsmith@rumberger.com |
| 1675 Broadway, 19th Floor | RUMBERGER, KIRK & CALDWELL |
| New York, NY 10019-5820 | 101 North Monroe Street, Suite 1050 |
| Telephone: 212.223.0200 | Tallahassee, Florida 32301 |
| Facsimile: 212.223.1942 | Tel: 850.222.6550 |
| | Fax: 850.222.8783 |
| Attorneys for Plaintiffs | Attorneys for Defendants |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 30, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Kristy L. Parker at kristy.parker@protectdemocracy.org; John Thomas Langford at john.langford@protectdemocracy.org; Shalini Goel Agarwal at shalini.agarwal@protectdemocracy.org; Kirsten Elizabeth Fehlan at fehlank@ballardspahr.com; Lynn Beth Oberlander at oberlanderl@ballardspahr.com; Paul Joseph Safier at safierp@ballardspahr.com (Counsel for Plaintiffs); Rachel Elise Fugate at rfugate@shullmanfugate.com (Counsel for Clay Calvert, et al.); Clarence William Phillips at cphillips@cov.com; Jayne Foley Hein at jhein@cov.com; Nicholas Eli Baer at nbaer@cov.com; Robert C. Buschel at buschel@bglaw-pa.com (Counsel for Florida State Conference NAACP, et al.); Bridget K. O'Hickey at bridget.ohickey@myfloridalegal.com; Daniel William Bell at daniel.bell@myfloridalegal.com; David Matthew Costello at david.costello@myfloridalegal.com; and Henry Charles Whitaker henry.whitaker@myfloridalegal.com (Counsel for State of Florida).

/s Nicole Sieb Smith
J. DAVID MARSEY
Florida Bar No.: 0010212
E-mail: dmarsey@rumberger.com
NICOLE SIEB SMITH
Florida Bar No.: 0017056

E-mail: nsmith@rumberger.com
JEFFREY J. GROSHOLZ
Florida Bar No.: 1018568
E-mail: jgrosholz@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street, Suite 1050
Tallahassee, Florida 32301
Tel: 850.222.6550
Fax: 850.222.8783
and

SAMANTHA DUKE
Florida Bar No. 0091403
Email: sduke@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 S. Orange Ave., Suite 300
Orlando, Florida 32801
Tel: 407.872.7300
Fax: 407.841.2133

Attorneys for Defendants

19207878.v1