UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC., SARAH BRANNEN, LINDSAY DURTSCHI, on behalf of herself and her minor children, BENJAMIN GLASS, on behalf of himself and his minor child, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor child, ASHLEY HOPE PÉREZ, ERICA ROY, on behalf of herself and her minor children, CHRISTOPHER SCOTT SATTERWHITE, on behalf of himself and his minor child, and CARIN SMITH, on behalf of herself and her minor children,

    Plaintiffs,

vs.

ESCAMBIA COUNTY SCHOOL BOARD,

    Defendant.

_____/

CASE NO.: 3:23-CV-10385-TKW-ZCB

## MOTION TO APPEAR *PRO HAC VICE*

Attorney Goldie Fields, of Ballard Spahr LLP, 2029 Century Park East,

Suite 1400, Los Angeles, California 90067-2915, (424) 204-4338, hereby moves this Honorable Court to grant permission to appear *pro hac vice* in the above-styled case on behalf of Plaintiffs PEN AMERICAN CENTER, INC., SARAH BRANNEN, LINDSAY DURTSCHI, on behalf of herself and her minor children, BENJAMIN GLASS, on behalf of himself and his minor child, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor child, ASHLEY HOPE PÉREZ, ERICA ROY, on behalf of herself and her minor children, CHRISTOPHER SCOTT SATTERWHITE, on behalf of himself and his minor child, and CARIN SMITH, on behalf of herself and her minor children. The undersigned so moves pursuant to Rule 11.1 of the Local Rules of Civil Procedure for the United States District Court for the Northern District of Florida, and this Court's Memorandum Regarding Attorneys Seeking Admission to the Northern District of Florida dated December 1, 2020.

    In support of this Motion, the undersigned avers that she is familiar with the CM/ECF e-filing system and that she has not been denied admission to, been disciplined by, resigned from, surrendered her license to practice before, or withdrawn an application for admission to practice before this Court or any other court. Additionally, counsel successfully completed the Tutorial of the

Local Rules for the Northern District of Florida on June 10, 2024.

Confirmation Number: FLND17180423591734.

Furthermore, the undersigned is an attorney in good standing in the Commonwealth of Pennsylvania, as evidenced by the Certificate of Good Standing, dated June 18, 2024, from the Supreme Court of Pennsylvania, which is attached hereto as "EXHIBIT A" and incorporated herein by express reference.

**WHEREFORE**, Goldie Fields respectfully moves this Honorable Court to issue an order permitting counsel to appear *pro hac vice* in the above-styled case on behalf of the above-listed plaintiffs.

Dated: June 20, 2024                    Respectfully submitted,

                                                      BALLARD SPAHR LLP

                                                     */s/ Goldie Fields*
                                                     Goldie Fields, Esq.
                                                     fieldsg@ballardspahr.com
                                                     2029 Century Park East, Suite 1400
                                                     Los Angeles, California 90067-2915
                                                     Telephone: 424.204.4400
                                                     Facsimile: 424.204.4350

                                                     *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on June 20, 2024.

Respectfully submitted,

*/s/ Goldie Fields, Esq.*
**Goldie Fields, Esq.**