# Composite Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| PEN AMERICAN CENTER, INC., SARAH BRANNEN, LINDSAY DURTSCHI, on behalf of herself and her minor children, BENJAMIN GLASS, on behalf of himself and his minor child, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor child, ASHLEY HOPE PÉREZ, ERICA ROY, on behalf of herself and her minor children, and CHRISTOPHER SCOTT SATTERWHITE, on behalf of himself and his minor child,<br><br>      Plaintiffs,<br><br>v.<br><br>ESCAMBIA COUNTY SCHOOL BOARD,<br><br>      Defendants. | Case No. 23cv10385-TKW-ZCB |

**PLAINTIFFS' NOTICE OF DEPOSITION OF PAUL H. FETSKO**

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 30, Plaintiffs in the above captioned action, by and through their attorneys, will take the deposition upon oral examination of Paul H. Fetsko.

The deposition shall commence at 9:00 a.m. on June 28, 2024 at Rumberger Kirk located at 101 North Monroe Street, Suite 1050, Tallahassee, FL 32301. The deposition shall take place before a notary public or other officer authorized by law

to administer oaths and will be recorded by audio, audiovisual, and stenographic means. You are requested to produce Mr. Fetsko on the above date and designated time.

| | |
|---|---|
| Date: May 31, 2024 | /s/*Lynn B. Oberlander* |
| | Lynn B. Oberlander (*pro hac vice*) |
| | **BALLARD SPAHR LLP** |
| | 1675 Broadway, 19th Floor |
| | New York, NY 10019-5820 |
| | Telephone: 212.223.0200 |
| | Facsimile: 213.223.1942 |

Paul J. Safier (*pro hac vice*)
Facundo Bouzat*
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: 215.864.8500
Facsimile: 214.864.8999

Kirsten Fehlan (*pro hac vice*)
**BALLARD SPAHR LLP**
999 Peachtree Street, Suite 1600
Atlanta, GA 30309
Telephone: 678.420.3000
Facsimile: 678.420.9401

Shalini Goel Agarwal (FBN 90843)
Ori Lev*
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
Telephone: 202.579.4582
Facsimile: 939.777.8428

**Pro hac vice* forthcoming

*Attorneys for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2024, I served via electronic mail a true and correct copy of the foregoing document on counsel of record for Defendant.

Dated: May 31, 2024 /s/ Lynn B. Oberlander

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC., SARAH BRANNEN, LINDSAY DURTSCHI, on behalf of herself and her minor children, BENJAMIN GLASS, on behalf of himself and his minor child, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor child, ASHLEY HOPE PÉREZ, ERICA ROY, on behalf of herself and her minor children, and CHRISTOPHER SCOTT SATTERWHITE, on behalf of himself and his minor child,

      Plaintiffs,

v.

ESCAMBIA COUNTY SCHOOL BOARD,

      Defendants.

Case No. 23cv10385-TKW-ZCB

**PLAINTIFFS' NOTICE OF DEPOSITION OF KEVIN ADAMS**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Plaintiffs in the above captioned action, by and through their attorneys, will take the deposition upon oral examination of Kevin Adams.

The deposition shall commence at 9:00 a.m. on June 28, 2024 at Rumberger Kirk located at 101 North Monroe Street, Suite 1050, Tallahassee, FL 32301. The deposition shall take place before a notary public or other officer authorized by law

to administer oaths and will be recorded by audio, audiovisual, and stenographic means. You are requested to produce Mr. Adams on the above date and designated time.

| | |
|---|---|
| Date: May 31, 2024 | /s/*Lynn B. Oberlander* |
| | Lynn B. Oberlander (*pro hac vice*) |
| | **BALLARD SPAHR LLP** |
| | 1675 Broadway, 19th Floor |
| | New York, NY 10019-5820 |
| | Telephone: 212.223.0200 |
| | Facsimile: 213.223.1942 |
| | |
| | Paul J. Safier (*pro hac vice*) |
| | Facundo Bouzat* |
| | **BALLARD SPAHR LLP** |
| | 1735 Market Street, 51st Floor |
| | Philadelphia, PA 19103 |
| | Telephone: 215.864.8500 |
| | Facsimile: 214.864.8999 |
| | |
| | Kirsten Fehlan (*pro hac vice*) |
| | **BALLARD SPAHR LLP** |
| | 999 Peachtree Street, Suite 1600 |
| | Atlanta, GA 30309 |
| | Telephone: 678.420.3000 |
| | Facsimile: 678.420.9401 |
| | |
| | Shalini Goel Agarwal (FBN 90843) |
| | Ori Lev* |
| | 2020 Pennsylvania Ave. NW, Suite 163 |
| | Washington, DC 20006 |
| | Telephone: 202.579.4582 |
| | Facsimile: 939.777.8428 |
| | |
| | *Pro hac vice* forthcoming |
| | |
| | *Attorneys for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 31, 2024, I served via electronic mail a true and correct copy of the foregoing document on counsel of record for Defendant.

Dated: May 31, 2024                                               */s/ Lynn B. Oberlander*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| PEN AMERICAN CENTER, INC., SARAH BRANNEN, LINDSAY DURTSCHI, on behalf of herself and her minor children, BENJAMIN GLASS, on behalf of himself and his minor child, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor child, ASHLEY HOPE PÉREZ, ERICA ROY, on behalf of herself and her minor children, and CHRISTOPHER SCOTT SATTERWHITE, on behalf of himself and his minor child,<br><br>   Plaintiffs,<br><br>v.<br><br>ESCAMBIA COUNTY SCHOOL BOARD,<br><br>   Defendants. | Case No. 23cv10385-TKW-ZCB |

**PLAINTIFFS' NOTICE OF DEPOSITION OF PATTY HIGHTOWER**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Plaintiffs in the above captioned action, by and through their attorneys, will take the deposition upon oral examination of Patty Hightower.

The deposition shall commence at 9:00 a.m. on June 28, 2024 at Rumberger Kirk located at 101 North Monroe Street, Suite 1050, Tallahassee, FL 32301. The deposition shall take place before a notary public or other officer authorized by law

to administer oaths and will be recorded by audio, audiovisual, and stenographic means. You are requested to produce Ms. Hightower on the above date and designated time.

| | |
|---|---|
| Date: May 31, 2024 | /s/*Lynn B. Oberlander* |
| | Lynn B. Oberlander (*pro hac vice*) |
| | **BALLARD SPAHR LLP** |
| | 1675 Broadway, 19th Floor |
| | New York, NY 10019-5820 |
| | Telephone: 212.223.0200 |
| | Facsimile: 213.223.1942 |

Paul J. Safier (*pro hac vice*)
Facundo Bouzat*
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: 215.864.8500
Facsimile: 214.864.8999

Kirsten Fehlan (*pro hac vice*)
**BALLARD SPAHR LLP**
999 Peachtree Street, Suite 1600
Atlanta, GA 30309
Telephone: 678.420.3000
Facsimile: 678.420.9401

Shalini Goel Agarwal (FBN 90843)
Ori Lev*
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
Telephone: 202.579.4582
Facsimile: 939.777.8428

*Pro hac vice* forthcoming

*Attorneys for Plaintiffs*

2

3

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 31, 2024, I served via electronic mail a true and correct copy of the foregoing document on counsel of record for Defendant.

Dated: May 31, 2024            */s/ Lynn B. Oberlander*

3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| PEN AMERICAN CENTER, INC., SARAH BRANNEN, LINDSAY DURTSCHI, on behalf of herself and her minor children, BENJAMIN GLASS, on behalf of himself and his minor child, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor child, ASHLEY HOPE PÉREZ, ERICA ROY, on behalf of herself and her minor children, and CHRISTOPHER SCOTT SATTERWHITE, on behalf of himself and his minor child, | Case No. 23cv10385-TKW-ZCB |

      Plaintiffs,

v.

ESCAMBIA COUNTY SCHOOL
BOARD,

      Defendants.

**PLAINTIFFS' NOTICE OF DEPOSITION OF BILL SLAYTON**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Plaintiffs in the above captioned action, by and through their attorneys, will take the deposition upon oral examination of Bill Slayton.

The deposition shall commence at 9:00 a.m. on June 28, 2024 at the offices of Rumberger Kirk located at 101 North Monroe Street, Suite 1050, Tallahassee, FL 32301. The deposition shall take place before a notary public or other officer

authorized by law to administer oaths and will be recorded by audio, audiovisual, and stenographic means. You are requested to produce Mr. Slayton on the above date and designated time.

Date: May 31, 2024                  /s/*Lynn B. Oberlander*
                                    Lynn B. Oberlander (*pro hac vice*)
                                    **BALLARD SPAHR LLP**
                                    1675 Broadway, 19th Floor
                                    New York, NY 10019-5820
                                    Telephone: 212.223.0200
                                    Facsimile: 213.223.1942

                                    Paul J. Safier (*pro hac vice*)
                                    Facundo Bouzat*
                                    **BALLARD SPAHR LLP**
                                    1735 Market Street, 51st Floor
                                    Philadelphia, PA 19103
                                    Telephone: 215.864.8500
                                    Facsimile: 214.864.8999

                                    Kirsten Fehlan (*pro hac vice*)
                                    **BALLARD SPAHR LLP**
                                    999 Peachtree Street, Suite 1600
                                    Atlanta, GA 30309
                                    Telephone: 678.420.3000
                                    Facsimile: 678.420.9401

                                    Shalini Goel Agarwal (FBN 90843)
                                    Ori Lev*
                                    2020 Pennsylvania Ave. NW, Suite 163
                                    Washington, DC 20006
                                    Telephone: 202.579.4582
                                    Facsimile: 939.777.8428

                                    **Pro hac vice* forthcoming

                                    *Attorneys for Plaintiffs*

2

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 31, 2024, I served via electronic mail a true and correct copy of the foregoing document on counsel of record for Defendant.

Dated: May 31, 2024                               /s/ *Lynn B. Oberlander*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC., SARAH BRANNEN, LINDSAY DURTSCHI, on behalf of herself and her minor children, BENJAMIN GLASS, on behalf of himself and his minor child, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor child, ASHLEY HOPE PÉREZ, ERICA ROY, on behalf of herself and her minor children, and CHRISTOPHER SCOTT SATTERWHITE, on behalf of himself and his minor child,

      Plaintiffs,

v.

ESCAMBIA COUNTY SCHOOL BOARD,

      Defendants.

Case No. 23cv10385-TKW-ZCB

**PLAINTIFFS' NOTICE OF DEPOSITION OF DAVID WILLIAMS**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Plaintiffs in the above captioned action, by and through their attorneys, will take the deposition upon oral examination of David Williams.

The deposition shall commence at 9:00 a.m. on June 28, 2024 at the offices of Rumberger Kirk located at 101 North Monroe Street, Suite 1050, Tallahassee, FL 32301. The deposition shall take place before a notary public or other officer

authorized by law to administer oaths and will be recorded by audio, audiovisual, and stenographic means. You are requested to produce Mr. Williams on the above date and designated time.

Date: May 31, 2024  /s/*Lynn B. Oberlander*
Lynn B. Oberlander (*pro hac vice*)
**BALLARD SPAHR LLP**
1675 Broadway, 19th Floor
New York, NY 10019-5820
Telephone: 212.223.0200
Facsimile: 213.223.1942

Paul J. Safier (*pro hac vice*)
Facundo Bouzat*
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: 215.864.8500
Facsimile: 214.864.8999

Kirsten Fehlan (*pro hac vice*)
**BALLARD SPAHR LLP**
999 Peachtree Street, Suite 1600
Atlanta, GA 30309
Telephone: 678.420.3000
Facsimile: 678.420.9401

Shalini Goel Agarwal (FBN 90843)
Ori Lev*
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
Telephone: 202.579.4582
Facsimile: 939.777.8428

**Pro hac vice* forthcoming*

*Attorneys for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31 2024, I served via electronic mail a true and correct copy of the foregoing document on counsel of record for Defendant.

Dated: May 31, 2024                                              */s/ Lynn B. Oberlander*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC., SARAH BRANNEN, LINDSAY DURTSCHI, on behalf of herself and her minor children, BENJAMIN GLASS, on behalf of himself and his minor child, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor child, ASHLEY HOPE PÉREZ, ERICA ROY, on behalf of herself and her minor children, and CHRISTOPHER SCOTT SATTERWHITE, on behalf of himself and his minor child,

      Plaintiffs,

v.

ESCAMBIA COUNTY SCHOOL BOARD,

      Defendants.

Case No. 23cv10385-TKW-ZCB

### PLAINTIFFS' NOTICE OF DEPOSITION OF KEITH LEONARD

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Plaintiffs in the above captioned action, by and through their attorneys, will take the deposition upon oral examination of Keith Leonard.

The deposition shall commence at 9:00 a.m. on June 28, 2024 at Rumberger Kirk located at 101 North Monroe Street, Suite 1050, Tallahassee, FL 32301. The deposition shall take place before a notary public or other officer authorized by law

to administer oaths and will be recorded by audio, audiovisual, and stenographic means. You are requested to produce Mr. Leonard on the above date and designated time.

Date: May 31, 2024                    /s/*Lynn B. Oberlander*
                                      Lynn B. Oberlander (*pro hac vice*)
                                      **BALLARD SPAHR LLP**
                                      1675 Broadway, 19th Floor
                                      New York, NY 10019-5820
                                      Telephone: 212.223.0200
                                      Facsimile: 213.223.1942

                                      Paul J. Safier (*pro hac vice*)
                                      Facundo Bouzat*
                                      **BALLARD SPAHR LLP**
                                      1735 Market Street, 51st Floor
                                      Philadelphia, PA 19103
                                      Telephone: 215.864.8500
                                      Facsimile: 214.864.8999

                                      Kirsten Fehlan (*pro hac vice*)
                                      **BALLARD SPAHR LLP**
                                      999 Peachtree Street, Suite 1600
                                      Atlanta, GA 30309
                                      Telephone: 678.420.3000
                                      Facsimile: 678.420.9401

                                      Shalini Goel Agarwal (FBN 90843)
                                      Ori Lev*
                                      2020 Pennsylvania Ave. NW, Suite 163
                                      Washington, DC 20006
                                      Telephone: 202.579.4582
                                      Facsimile: 939.777.8428

                                      **Pro hac vice* forthcoming*

                                      *Attorneys for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2024, I served via electronic mail a true and correct copy of the foregoing document on counsel of record for Defendant.

Dated: May 31, 2024                              */s/ Lynn B. Oberlander*