UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,
et al.,
      Plaintiffs,

v.                            Case No.: 3:23cv10385/TKW/ZCB

ESCAMBIA COUNTY SCHOOL
BOARD,
      Defendant.
_____/

## **ORDER**

On June 21, 2024, Defendant filed a motion for entry of a protective order prohibiting Plaintiffs from deposing Escambia County Board Members Superintendent Keith Leonard and former Superintendent Tim Smith. (Doc. 82). Defendant's counsel certifies that they "conferred with opposing counsel regarding this issue" before filing the motion in accordance with Local Rule 7.1. (Doc. 82 at 34). There is no indication, however, that Plaintiffs' counsel and Defendant's counsel have had an in person or telephone conversation to discuss the issues raised. *See generally* N.D. Fla. Loc. R. 7.1(B) (encouraging parties to have an "oral conference" before filing a motion raising an issue). The Court has found that telephonic or in person conversations between counsel about issues

1

raised in discovery motions often result in the resolution (or at least the narrowing) of the dispute.

The Court, therefore, **ORDERS** the parties to confer telephonically or in person regarding the issues raised in the motion for entry of a protective order. That conference shall occur **on or before Friday, June 28, 2024.** During that conference, the Court expects the parties to endeavor in good faith to resolve the issues raised in the motion for entry of a protective order. If counsel resolve the issues raised in the motion, then they should file a joint notice advising the Court that the matter has been resolved.

If the parties are unable to resolve the issues after having a conference, then Plaintiffs should file a response to the motion for entry of a protective order **on or before Friday, July 5, 2024.** Plaintiffs' response should include the date that the in person or telephonic conversation occurred, as well as the duration of the conversation.

If the parties are unable to resolve the issues raised in the motion for entry of a protective order, counsel should expect that a hearing will be scheduled shortly after Plaintiff's response is filed.

It is so **ORDERED**.  This 21st day of June 2024.

/s/ *Zachary C. Bolitho*

Zachary C. Bolitho
United States Magistrate Judge