# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| PEN AMERICAN CENTER, INC., et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>ESCAMBIA COUNTY SCHOOL BOARD,<br><br>    Defendant. | CASE NO.:<br>3:23-CV-10385-TKW-ZCB |

## DECLARATION OF SEAN PARKER

I, Sean Parker, declare as follows:

1. I am over the age of 18 and have personal knowledge of the facts in this declaration.

2. My son, M.P., is 14 years old and a student in the Escambia County Public Schools.

3. I watched the movie adaptation of *The Hate U Give* several years ago, and realized that it was something that my kids should see. I then watched the movie with my kids and discussed the movie afterward with them.

4. Because M.P. was quite young when he watched the movie, and so that he can have a deeper appreciation of the themes in that story, I have also recommended to M.P. that he check out and read the book *The Hate U Give*, by Angie Thomas, from his school library. M.P. has also expressed an interest in checking out and reading this book from his school library, in addition to the later-written prequel *Concrete Rose*.

5. *The Hate U Give* tells the story of a Black teenager who is killed by a police officer and the consequences that follow for his friend who witnesses the killing.

6. I am currently listening to the audiobook version. I believe *The Hate U Give* is a story that is worth revisiting because it conveys a harsh reality that I want M.P. to understand: while not all police officers engage in racial profiling, some do. The book illustrates why it's so important for young Black teenagers to have a conversation with a trusted adult about how to handle themselves during traffic stops or other interactions with the police. In the story, a young black man who has not had "the police talk" doesn't follow strict protocols because he doesn't recognize the extreme danger of the situation is tragically killed by a police officer who perceives him as a threat; his friend who has had "the police talk" with her father has more awareness and comes home alive.

7. As a parent, I have made sure to have "the police talk" with each of my children as they get older about how to conduct themselves in interactions with the police. If they get pulled over when driving, I have instructed them to turn on all the lights in the car and keep their hands on the steering column while the officer approaches. When the officer asks for their license and insurance information, they should make eye contact with the officer and move slowly. Before moving their hands, they should tell the officer where the documents are and ask if they can move their hands to retrieve the documents. I have also instructed them to ask the police officer if their body camera is on and ask for the officer's badge number, name, and ID. There is no need to engage in conversation that can escalate the situation. If the officer asks to search the car, they should ask the reason. If the reason does not make sense, they should say they do not consent and ask if the search is under threat of arrest. At the end of the day, I want my kids to follow the police officer's orders and come home safely, even if the officer has racially profiled them.

8. I view *The Hate U Give* book as something important for M.P. to read and reflect on, as it reflects a sad reality for many young Black people growing up in America. I think that exposure to such stories is critical to developing his consciousness as a young Black teenager.

9. I would like this book to be available to M.P. in his school library and would like him to check the book out from his school library.

10. I would like the book to be available to M.P. in the school library without me having to separately sign an opt-in form or for M.P. to have to ask the librarian to access a restricted book. M.P. has told me that having to ask the librarian for a book would dissuade him from checking out the book.

I certify under penalty of perjury that the foregoing is true and correct. Executed in Escambia County, Florida, this 28th day of June 2024.

/s/ *[DocuSigned by: Sean Parker, 00B12BEF30654SS...]*

Sean Parker