# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| PEN AMERICAN CENTER, INC., et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>ESCAMBIA COUNTY SCHOOL BOARD,<br><br>    Defendant. | CASE NO.: 3:23-CV-10385-TKW-ZCB |

## DECLARATION OF ANN NOVAKOWSKI

I, Ann Novakowski, declare as follows:

1. I am over the age of 18 and have personal knowledge of the facts in this declaration.

2. My child, J.N., is seven years old and just completed first grade in an Escambia County Public School. She has expressed interest in checking out and reading *And Tango Makes Three*, *Uncle Bobby's Wedding*, and *When Aidan Became a Brother* from her school library.

3. J.N. said she likes *Tango* because she likes penguins. She also said that she was sad that Roy and Silo couldn't have a baby and she liked that there was an egg that another mommy penguin couldn't take care of and Roy and Silo could raise as their baby instead.

4. J.N. said she likes *Uncle Bobby's Wedding* because she loves weddings. She likes all weddings and commented that the wedding was like the wedding of her cousin.

5. J.N. said she likes *Aidan* because she likes that it's about a boy but his parents think he's a girl. J.N. said it reminded her of another book called *Red: A Crayon's Story*, which is a story about a blue crayon in a red wrapper.

6. J.N. said she also wants the books to be in her school library because she likes the books and wants other students to be able to read the books.

7. I want J.N. to be exposed to books about different kinds of families and family structures and different kinds of people getting married so that she can better relate to friends and family who are nonbinary or in same-sex relationships, and generally be exposed to differences in the world.

I certify under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed in Escambia County, Florida, this 26 th day of June 2024.

/s/ Ann Novakowski
Ann Novakowski