UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,
et al.,

    Plaintiffs,

v.                        Case No. 3:23cv10385-TKW-ZCB

ESCAMBIA COUNTY SCHOOL
BOARD,

    Defendant.
_____/

## ORDER OF PARTIAL DISMISSAL

Based on the stipulation of dismissal by Erica Roy (Doc. 89), it is **ORDERED** that all claims asserted by Erica Roy are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Clerk shall terminate Ms. Roy as a party in CM/ECF.

**DONE and ORDERED** this 3rd day of July, 2024.

_____
T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE