UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC., SARAH BRANNEN, LINDSAY DURTSCHI, on behalf of herself and her minor children, BENJAMIN GLASS, on behalf of himself and his minor child, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor child, ASHLEY HOPE PÉREZ, CHRISTOPHER SCOTT SATTERWHITE, on behalf of himself and his minor child, and CARIN SMITH on behalf of herself and her minor children,,

  Plaintiffs,

vs.

ESCAMBIA COUNTY SCHOOL BOARD,

  Defendant.
_____/

CASE NO.: 3:23-CV-10385-TKW-ZCB

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS PEN AMERICAN CENTER, INC. AND SEAN PARKER'S MOTION FOR PRELIMINARY INJUNCTION**

Defendant, Escambia County School Board ("Board"), moves for the entry of

an order extending the time for its response to Plaintiffs Pen American Center, Inc.,

and Sean Parker's Motion for Preliminary Injunction, [D.E. 87], by 14 days through Monday, July 29, 2024, and states:

1. On July 1, 2024, Plaintiffs filed a Motion for Preliminary Injunction. [D.E. 87 ("Motion")]. Plaintiffs' Motion asks this Court to enter a preliminary injunction requiring the Board to remove certain restrictions on seven particular books, and order said books to be returned to library shelves before the beginning of the 2024–2025 school year. *Id.* at 30–31.

2. Under this Court's Local Rules, the Board's response to Plaintiffs' Motion is currently due Monday, July 15, 2024. N.D. Fla. Loc. R. 7.1(E).

3. The Board now requests an order from this Court extending the Board's response deadline for 14 days through Monday, July 29, 2024.

4. This extension is being requested so that the Board may properly investigate the veracity of Plaintiffs' claims, and prepare its response, which will include at least one, and maybe additional, declarations.

5. Moreover, Plaintiffs' Motion does not request it be treated as an emergency or request an expedited ruling. Indeed, because school is not currently in session, the Board's libraries are currently inaccessible entirely—regardless of which books are on the shelves.

6. The undersigned certify this request is being made in furtherance of the orderly administration of justice, is brought in good faith, and is not for the purposes of delay. Plaintiffs will not be prejudiced by this request.

7. Plaintiffs do not object to the relief requested herein.

**WHEREFORE**, Defendant Escambia County School Board requests entry of an order extending its deadline to respond to Plaintiffs' Motion for Preliminary Injunction, [D.E. 87], by 14 days, through Monday, July 29, 2024, and for any and all further relief this Court deems just and equitable.

### **CERTIFICATE OF COMPLIANCE WITH RULE 7.1(B)**

Undersigned counsel certifies that pursuant to this Court's Local Rule 7.1(B), they have conferred with counsel for Plaintiffs via email on July 3, 2024, and said counsel have no objection to the relief requested herein.

### **CERTIFICATE OF COMPLIANCE WITH RULE 7.1(F)**

Undersigned counsel certifies this Motion complies with Local Rule 7.1(F) because it contains 338 words.

Respectfully submitted,

/s Nicole Sieb Smith
J. DAVID MARSEY
Florida Bar No.: 0010212
E-mail: dmarsey@rumberger.com
NICOLE SIEB SMITH
Florida Bar No.: 0017056
E-mail: nsmith@rumberger.com
JEFFREY J. GROSHOLZ
Florida Bar No.: 1018568
E-mail: jgrosholz@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street
Suite 1050
Tallahassee, Florida 32301
Tel: 850.222.6550
Fax: 850.222.8783

SAMANTHA DUKE
Florida Bar No. 0091403
Email: sduke@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 S. Orange Ave., Suite 300
Orlando, Florida 32801
Tel: 407.872.7300
Fax: 407.841.2133

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 5, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Kristy L. Parker at kristy.parker@protectdemocracy.org; John Thomas Langford at

4

john.langford@protectdemocracy.org; Shalini Goel Agarwal at shalini.agarwal@protectdemocracy.org; Kirsten Elizabeth Fehlan at fehlank@ballardspahr.com; Lynn Beth Oberlander at oberlanderl@ballardspahr.com; Paul Joseph Safier at safierp@ballardspahr.com; and Goldie Fields at fieldsg@ballardspahr.com (Counsel for Plaintiffs); Rachel Elise Fugate at rfugate@shullmanfugate.com (Counsel for Clay Calvert, et al.); Clarence William Phillips at cphillips@cov.com; Jayne Foley Hein at jhein@cov.com; Nicholas Eli Baer at nbaer@cov.com; Robert C. Buschel at buschel@bglaw-pa.com (Counsel for Florida State Conference NAACP, et al.); Bridget K. O'Hickey at bridget.ohickey@myfloridalegal.com; Daniel William Bell at daniel.bell@myfloridalegal.com; David Matthew Costello at david.costello@myfloridalegal.com; and Henry Charles Whitaker henry.whitaker@myfloridalegal.com (Counsel for State of Florida).

.

/s Nicole Sieb Smith
J. DAVID MARSEY
Florida Bar No.: 0010212
E-mail: dmarsey@rumberger.com
NICOLE SIEB SMITH
Florida Bar No.: 0017056
E-mail: nsmith@rumberger.com
JEFFREY J. GROSHOLZ
Florida Bar No.: 1018568
E-mail: jgrosholz@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street
Suite 1050
Tallahassee, Florida 32301
Tel: 850.222.6550
Fax: 850.222.8783

SAMANTHA DUKE
Florida Bar No. 0091403
Email: sduke@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 S. Orange Ave., Suite 300
Orlando, Florida 32801
Tel: 407.872.7300
Fax: 407.841.2133

Attorneys for Defendants

19432282.v1