## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**PEN AMERICAN CENTER, INC.,**
**et al.**,

     **Plaintiffs**,

v.                                        **Case No. 3:23cv10385-TKW-ZCB**

**ESCAMBIA COUNTY SCHOOL**
**BOARD**,

     **Defendant**.

_____/

## ORDER GRANTING EXTENSION OF TIME

     Upon due consideration of Defendant's unopposed motion for extension of time (Doc. 91), it is

     **ORDERED** that the motion is **GRANTED**, and Defendant shall have until July 29, 2024, to respond to Plaintiffs' motion for a preliminary injunction.  The response shall, in addition to anything else Defendant wants to address, explain (1) why any of the books at issue in the motion that were challenged for reasons other than allegedly containing content prohibited by §1006.28(2)(a)2.b(I) or (II), Fla. Stat., were not returned to the library shelves pending completion of the review process as required by School Board Policy 4.06.10.A.4.b., and (2) why access to the other books at issue in the motion should continue to be restricted pending review

absent proof that the books actually contain content prohibited by §1006.28(2)(a)2.b(I) or (II), Fla. Stat. *See* Doc. 65 at 8 n.12, 10 n.14.

**DONE and ORDERED** this 8th day of July, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**