UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| PEN AMERICAN CENTER, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ESCAMBIA COUNTY SCHOOL BOARD,<br><br>Defendant. | CASE NO.: 3:23-CV-10385-TKW-ZCB |

## STIPULATION OF DISMISSAL BY LINDSAY DURTSCHI

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Lindsay Durtschi hereby dismisses her claims in this matter with prejudice on behalf of herself and her minor children. Rule 41(a)(1)(A)(ii) provides that a "plaintiff may dismiss an action without a court order by filing: . . . (ii) a stipulation of dismissal signed by all parties who have appeared."[1] This stipulation is so signed. Accordingly, Plaintiff Lindsay Durtschi asks that the Court enter an Order dismissing her claims in this matter.

Dated: July 11, 2024                         Respectfully submitted,

---

[1] Rule 41(a) applies to dismiss of "actions." However, "all of a plaintiff's claims in a multiplaintiff suit against a defendant can … be considered 'an action' under Rule 41(a)." *Dorn v. Vivint, Inc.*, __ F. Supp. 3d __, 2024 WL 709207, at *2 (M.D. Ala. Feb. 21, 2024) (discussing Eleventh Circuit caselaw). Alternatively, plaintiff Smith seeks unopposed dismissal under Rule 21. Fed. R. Civ. P. 21 ("On motion or on its own, the court may at any time, on just terms, add or drop a party.").

| | |
|---|---|
| _/s/_ Nicole Sieb Smith | _/s/_ Shalini Goel Agarwal |
| J. David Marsey | Shalini Goel Agarwal (FBN 90843) |
| Nicole Sieb Smith | Ori Lev (*pro hac vice*) |
| Jeffrey J. Grosholz | **PROTECT DEMOCRACY PROJECT** |
| RUMBERGER, KIRK & CALDWELL, P.A. | 2020 Pennsylvania Ave. NW, Suite 163 |
| 101 North Monroe Street, Suite 1050 | Washington, DC 20006 |
| Tallahassee, Florida 32301 | Telephone: 202.579.4582 |
| Tel: 850.222.6550 | Facsimile: 929.777.8428 |
| Fax: 850.222.8783 | |
| | Lynn B. Oberlander (*pro hac vice*) |
| Samantha Duke | **BALLARD SPAHR LLP** |
| RUMBERGER, KIRK & CALDWELL, P.A. | 1675 Broadway, 19th Floor |
| 300 S. Orange Ave., Suite 300 | New York, NY 10019-5820 |
| Orlando, Florida 32801 | Telephone: 212.223.0200 |
| Tel: 407.872.7300 | Facsimile: 212.223.1942 |
| Fax: 407.841.2133 | |
| | Paul J. Safier (*pro hac vice*) |
| *Attorneys for Defendants* | Facundo Bouzat* |
| | **BALLARD SPAHR LLP** |
| | 1735 Market Street, 51st Floor |
| | Philadelphia, PA 19103 |
| | Telephone: 215.864.8500 |
| | Facsimile: 215.864.8999 |
| | |
| | Kirsten Fehlan (*pro hac vice*) |
| | **BALLARD SPAHR LLP** |
| | 999 Peachtree Street, Suite 1600 |
| | Atlanta, GA 30309 |
| | Telephone: 678.420.3000 |
| | Facsimile: 678.420.9401 |
| | |
| | Goldie Fields (*pro hac vice*) |
| | **BALLARD SPAHR LLP** |
| | 2029 Century Park East, Suite 1400 |
| | Los Angeles, CA 90067 |
| | Telephone: 424.204.4338 |
| | Facsimile: 424.204.4350 |
| | |
| | **Pro hac vice* forthcoming* |
| | *Attorneys for Plaintiffs* |