UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**PEN AMERICAN CENTER, INC.,** et al.,

    Plaintiffs,

v.   Case No. 3:23cv10385-TKW-ZCB

**ESCAMBIA COUNTY SCHOOL BOARD**,

    Defendant.

_____/

## ORDER OF PARTIAL DISMISSAL

Based on the stipulation of dismissal by Lindsay Durtschi (Doc. 93), it is **ORDERED** that all claims asserted by Ms. Durtschi are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Clerk shall close the case file.

**DONE and ORDERED** this 12th day of July, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**