# Exhibit 2

| | |
|---|---|
| From: | Adams, Kevin [KAdams2@ecsdfl.us] |
| Sent: | 8/11/2022 11:00:19 AM |
| To: | Timothy Smith [tsmith@ecsdfl.us] |
| Subject: | Fwd: Request for District Review: The Perks of Being a Wallflower |

Superintendent,

As discussed, you have the statutory authority to take the books out of circulation, until they are reviewed by a committee. I would appreciate quick action to ensure our students do not have access to inappropriate materials. I would believe Ms. Baggett is providing a valuable service to the district by identifying books that should be pulled from circulation district-wide.

Once again, appreciate your quick action on this matter.

Thank you,
Kevin Adams, Chair
Escambia County School Board, District 1

---------- Forwarded message ---------
From: **Baggett, Vicki** <VBaggett@ecsdfl.us>
Date: Thu, Aug 11, 2022 at 9:49 AM
Subject: Re: Request for District Review: The Perks of Being a Wallflower
To: Marcanio, Steve <SMarcanio@ecsdfl.us>, Kevin Adams <KAdams2@ecsdfl.us>, Michael Sherrill <MSherrill@ecsdfl.us>, Gerry Pippins <GPippins@ecsdfl.us>
Cc: Michelle White <MWhite5@ecsdfl.us>, Brian Alaback <BAlaback@ecsdfl.us>


No problem. Dr. Smith told me that he would present my lists directly to you and/or Michelle White. However, I now have compiled 66 books so far that need to be reviewed. I will gladly fill out forms for their review, and I will now seek outside help from the community in finding additional books that need to be reviewed as well. I see this as something that cannot wait, and truly consider this is a direct violation of the federal obscenity law against our children (not to mention our state statutes). My question at this point is are the books going to be pulled from the shelves while these investigations are going on, in order to have these out of the hands of children while your committee determines if these are appropriate for our school district? Please note I will no longer find excerpts for the committee, as I do not have time to do this for you, but since you are compiling a qualified committee, that should not be an issue. Note that all of the books that I will be submitting, I have personally reviewed.
Thanks, Vicki Baggett, M.A.T.


On Thu, Aug 11, 2022 at 7:43 AM Marcanio, Steve <SMarcanio@ecsdfl.us> wrote:
> Mrs. Baggett
>
> I received your letter asking for a district committee to review *The Perks of Being a Wallflower* by Stephen Closky as an optional novel study for twelfth-grade students. All reconsideration requests must start at the school level, therefore the committee will only consider *The Perks of Being a Wallflower* by Stephen Closky and not the additional titles presented in the July 28, 2022 letter to me.
>
> A district review committee of lay persons, media specialists, administrators, teachers, and parents is currently being formed. The committee will read *The Perks of Being a Wallflower* by Stephen Closky and then consider the educational philosophy of the school district, the professional opinions of other teachers of the

same subject and other competent authorities, reviews of the materials by reputable bodies, the teacher's own stated objectives in using the materials, public input, and the objection of the complainant.

The committee will also review the original Reconsideration of Educational Media form you submitted to Mr. Sherrill and the letter you submitted to Mr. Marcanio asking for a district committee review. You may also proffer additional evidence for the committee's consideration that:

A.   An instructional material does not meet the criteria of s. 1006.31(2), F.S., or s. 1006.40(3)(d), F.S., if it was selected for use in a course or otherwise made available to students in the school district but was not subject to the public notice, review, comment, and hearing procedures under s. 1006.283(2)(b), F.S.

B.   Any material used in a classroom, made available in a school library, or included on a reading list contains content that is pornographic or prohibited under s. 847.012, F.S., is not suited to student needs and their ability to comprehend the material presented or is inappropriate for the grade level and age group for which the material is used.

If you wish to submit such additional information for the district review committee to consider, please communicate this in writing via email to Michelle White, Coordinator of Media Services, mwhite5@ecsdfl.us by August 18, 2022.

The findings of the district level committee shall be a matter of written record and transmitted to the Assistant Superintendent of Curriculum and Instruction. The Assistant Superintendent of Curriculum and Instruction shall inform the complainant, Coordinator of Media Services, the Superintendent, and School Board in writing of the action taken.

Decisions on reconsidered materials will stand for one (1) year before new requests for reconsideration of those items will be entertained, unless the decision is appealed and overturned at a higher level.


Sincerely,


United,
Steve Marcanio
Assistant Superintendent, Curriculum & Instruction
Escambia County School District
75 N. Pace Blvd.
Pensacola, FL  32505

850.429.2918
smarcanio@ecsdfl.us

| | |
|---|---|
| From: | Adams, Kevin [KAdams2@ecsdfl.us] |
| Sent: | 9/19/2022 12:08:32 PM |
| To: | Timothy Smith [tsmith@ecsdfl.us] |
| Subject: | Fwd: Set 4 of questionable/obscene books in our elementary, middle and high schools |
| Attachments: | Set4Questionablebooks.pdf |

Superintendent,

As per our conservation, I am requesting for you to quarantine books that may contain age-inappropriate or obscene content until they are reviewed and approved by the district and board. I am concerned that books with inappropriate or obscene content could be checked out by students without parents' approval.

Additionally, I am concerned about the district acquisition process that allowed books to be purchased that could contain inappropriate or obscene content for our media centers. I would recommend stopping all book purchases for media centers until we have a new board-approved book policy.

Thank you,
Kevin Adams, Chair
Escambia County School Board
District 1

---------- Forwarded message ---------
From: **Baggett, Vicki** <VBaggett@ecsdfl.us>
Date: Thu, Sep 15, 2022 at 8:53 PM
Subject: Set 4 of questionable/obscene books in our elementary, middle and high schools
To: <tsmith@ecsdfl.us>, <GovernorRon.Desantis@eog.myflorida.com>, <KAdams2@ecsdfl.us>, <Pfetsko@ecsdfl.us>, <dmwglw@gmail.com>, <mwhite5@ecsdfl.us>, <MSherrill@ecsdfl.us>, <GPippins@ecsdfl.us>, <smarcanio@ecsdfl.us>


Dr. Smith and Others:
Please find attached my 4th set of books with questionable and inappropriate/obscene content. I have provided 17 books in this set, with sample excerpts from each book. I have also provided your forms to begin the review process. This is now a total of 117 books that I have submitted for review.
I am amazed that all of the ones I have submitted are still on the shelves, including those with graphic sexual pictures. We all know books like these are not appropriate, and it is sad to me that anyone has to beg our educational leaders to stop making these easily available to minors.

Vicki Baggett

| | |
|---|---|
| From: | Adams, Kevin [KAdams2@ecsdfl.us] |
| Sent: | 9/29/2022 10:17:33 AM |
| To: | Timothy Smith [tsmith@ecsdfl.us] |
| Subject: | Fwd: Information Item: Statement - Education Media Materials |

Thank you for honoring my request.

---------- Forwarded message ---------
From: **Buswell, Elisabeth** <EBuswell@ecsdfl.us>
Date: Thu, Sep 29, 2022 at 8:58 AM
Subject: Information Item: Statement - Education Media Materials
To: William Slayton <bslayton@ecsdfl.us>, Patricia Hightower <PHightower@ecsdfl.us>, Kevin Adams <kadams2@ecsdfl.us>, Laura Edler <ledler@ecsdfl.us>, Paul Fetsko <pfetsko@ecsdfl.us>

Good Morning,

Please see the below statement that will be released today from Dr. Smith.

In the interest of honoring parent choice on both sides of a contentious issue, ECPS Superintendent Dr. Tim Smith is implementing a "Restricted Section" in ECPS libraries. The purpose of the Restricted Section will be to house books currently under appeal for questionable content. Parents will be given the opportunity to opt-in if they wish for their students to have access to titles housed in the Restricted Section as they are being reviewed.

"While we review disputed books, we want to make sure parents still have the right to make decisions relative to what they believe is and isn't appropriate for their children," stated Smith. "We feel the implementation of a Restricted Section in each of our school libraries, from which students can access these titles only with parent permission, will best meet the needs of our families as books are under review. The final arbiter of what is appropriate for a child to read is always that child's parent; not other parents, teachers, or aggrieved members of the public."

The current ECPS Reconsideration of Educational Media Policy states that requests for reconsideration are to be submitted to the school with the title in question. Once the request has been submitted, the school will form a School Materials Review Committee to read the title, review the complaint, consult professional reviews, and consult outside experts as needed. The School Materials Review Committee will then meet to discuss the title and hold a blind vote to keep the title, move the title to another level, or remove the title completely.

The complainant then has the opportunity to appeal the decision to a District Materials Review Committee. The District Materials Review Committee will read the title, review the complaint and appeal, consult professional reviews, and consult outside experts as needed. The District Materials Review Committee will then meet to discuss the title and hold a blind vote to keep the title, move the title to another level, or remove the title completely. The complainant then has the opportunity to appeal the decision to the School Board.

"The School Board has the authority to remove books from its libraries; however, it cannot do so simply because it disagrees with the message of a book or it offends the personal morals of an individual," said School Board General Counsel Ellen Odom. "Through the review process, if the School Board determines that a particular book is pornographic or obscene, is not suited to student needs and their ability to comprehend the material presented, is inappropriate for the grade level and age group for which the material is used, or is factually inaccurate or misleading, it can direct the removal of such book."

Escambia County Public Schools is working on a revised school library collection development policy and educational media review policy to ensure consistency of the review process and consistency with the recently passed House Bill 1467, formally known as K-12 Educational Measure. ECPS staff, in conjunction with the School Board, will hold a special workshop on October 10 at 8:00 am to discuss School Board Rule 4.06 - Educational Media Materials.


Best
E-

--
Elisabeth Buswell
Coordinator of Board Affairs
Escambia County School Board
www.escambiaschools.org
P: 850-469-6147

E-ECSD_0062229