# Exhibit 3

| | |
|---|---|
| From: | Smith, Timothy [tsmith@ecsdfl.us] |
| Sent: | 10/18/2022 8:32:00 AM |
| To: | White, Michelle [MWhite5@ecsdfl.us] |
| CC: | Steve Marcanio [smarcanio@ecsdfl.us]; Brian Alaback [balaback@ecsdfl.us] |
| Subject: | Re: new challenges |
| Attachments: | 22-23 Book Challenges - Information.xlsx |

Michelle,

Thank you for this information and for the recommendations regarding the 10 books recently added. I would like to discuss the book Rumble as I believe there is implied language although not as graphic as the others. I agree with your recommendations for the other 9 books.

I also think we need to go through the entire list of books given the new policy being created. It would be ideal for us to make a determination for all books and send that out to principals and media specialists in one email.

I appreciate your work on the books and organizing all of this information.


*United for Every Student to Succeed,*

Tim Smith, Ed.D.
Superintendent
Escambia County Public Schools


On Sun, Oct 16, 2022 at 8:59 PM White, Michelle <MWhite5@ecsdfl.us> wrote:
Dr. Smith

10 new challenges were submitted Friday afternoon. The challenges, reviews, and additional information are available on the google sheet linked below, lines 132-141. This is my sheet I use to track information and feed the sheet linked on the public facing website.

https://docs.google.com/spreadsheets/d/1c8CzyoL0VHL5z89MQEyyT6btJ68Yirtj1lGMWAB96Xk/edit?usp=sharing

I recommend all but 2 of these new titles to be placed in the restricted area until further review.

I have noted Y or N for restricted status on most of the previously challenged titles and will finish the list by Tuesday.

Please let me know how you would like to proceed for the newly challenged titles. I will wait for your direction before informing schools of the new titles and the expected restrictions.

Thank you,
Michelle


--

E-ECSD_0037688

Michelle White
Coordinator of Media Services
Escambia County Public Schools
2005 N 6th Ave
Pensacola, Fl 32503
(850) 696-7235
(850) 595-0030 ext. 290
mwhite5@ecsdfl.us
Submit a Helpdesk Ticket using the email address listed below to submit questions, request assistance, or support for textbooks:
Textbook: textbooksupport@ecsd.zendesk.com

**From:** Smith, Timothy [tsmith@ecsdfl.us]
**Sent:** 11/3/2022 9:46:10 PM
**To:** White, Michelle [MWhite5@ecsdfl.us]
**CC:** Steve Marcanio [smarcanio@ecsdfl.us]
**Subject:** Re: Please review

Michelle,

In addition to the books being in the restricted section at middle schools because of the young adult category, two books also need to be added to the restricted section in high school based on applying HB 847.012 and HB 847.001. Those two books are Absolute True Diary and 13 Reasons Why.

Tim


*United for Every Student to Succeed,*

Tim Smith, Ed.D.
Superintendent
Escambia County Public Schools


On Thu, Nov 3, 2022 at 3:26 PM White, Michelle <MWhite5@ecsdfl.us> wrote:
> Please advise if you wish for me to respond:
>
> These titles are in the Young Adult sections of middle school libraries and are only available for students who have permission to check out books from this section of the library.
>
>
> On Thu, Nov 3, 2022 at 2:35 PM Baggett, Vicki <VBaggett@ecsdfl.us> wrote:
>
> Dr. Smith, Board Members and Others:
> Please consider this a follow-up request to my email submitted to you on Oct. 28 which was concerning 5 books that you have listed still available on the shelves of our school libraries.
> I included for you direct excerpts from the books. I am attaching those again. Since you are focusing only on books with pornographic content, I am concerned why these have not been restricted or pulled. All of these five are available in our middle schools.
>
> 1. "Absolute True Diary,"--Middle School and High School
> 2. "The Hate You Give" --Middle School (has F word 70 times in addition to extreme sexual content)
> 3. "13 Reasons Why"--Middle School
> 4. "57 Bus"--Middle School and High School
> 5. "Elenor and Park"--Middle School and High School
>
>
> ---------- Forwarded message ---------
> From: **Baggett, Vicki** <VBaggett@ecsdfl.us>
> Date: Fri, Oct 28, 2022 at 10:15 AM
> Subject: Please review

To: Timothy Smith <tsmith@ecsdfl.us>, Steve Marcanio <smarcanio@ecsdfl.us>, Michelle White <MWhite5@ecsdfl.us>, Kevin Adams <KAdams2@ecsdfl.us>, <GovernorRon.Desantis@eog.myflorida.com>, William Slayton <BSlayton@ecsdfl.us>, Laura Edler <ledler@ecsdfl.us>, Paul Fetsko <pfetsko@ecsdfl.us>, Patricia Hightower <phightower@ecsdfl.us>

Oct. 28, 2022

Dear Dr. Smith and Board Members:

    Although I am happy to see that most of the books that I have submitted for review are at least restricted while in review, I am sad to also realize that some of those that have not been restricted have obviously not been read in full by whoever is actually making this decision. Since you are not going to restrict anything that has racial or religious slurs (all races and all religions) and seem to be focusing at this time on pornographic content, I will include excerpts from several books that you are leaving on the shelf. Again, I have read all of these books in whole and will gladly provide these for you, so that you can make sure your idea of NOT removing them while reviews are taking place is something you really meant to do. People from other districts are now contacting me concerning my own reviews and lists. They are definitely paying attention to our actions in this important step in protecting the innocence of children who have been entrusted to us.

Sincerely,

Vicki Baggett, M.A.T.


--
Michelle White
Coordinator of Media Services
Escambia County Public Schools
2005 N 6th Ave
Pensacola, Fl 32503
(850) 696-7235
(850) 595-0030 ext. 290
mwhite5@ecsdfl.us
Submit a Helpdesk Ticket using the email address listed below to submit questions, request assistance, or support for textbooks:
Textbook: textbooksupport@ecsd.zendesk.com