# Exhibit 4

| | |
|---|---|
| **From:** | Smith, Nicole <nsmith@rumberger.com> |
| **Sent:** | Wednesday, July 3, 2024 5:16 PM |
| **To:** | Oberlander, Lynn; Duquette, Carlie; Duke, Samantha |
| **Cc:** | Safier, Paul J.; Fehlan, Kirsten; Bouzat, Facundo; Fields, Goldie; Ori Lev; Shalini Agarwal; Ellinor Heywood |
| **Subject:** | RE: Deposition of Tim Smith [RKC-ACTIVE.FID3715510] |

⚠ **EXTERNAL**

Lynn,

In the event the court permits Mr. Smith's deposition to proceed, the District will be retaining separate counsel for Mr. Smith for purposes of the deposition. The District is in the process of doing that. As soon as I know who it is, I will let you know, so our offices can coordinate dates. Thanks.


**Nicole Sieb Smith**
Attorney at Law
nsmith@rumberger.com  | View my online bio

**Rumberger|Kirk**

101 North Monroe Street     MAIN   850.222.6550
Suite 1050
Tallahassee, FL 32301

The information in this e-mail message is legally privileged and confidential information. If you have received this e-mail in error, please delete from any device/media where the message is

---

**From:** Oberlander, Lynn <oberlanderl@ballardspahr.com>
**Sent:** Tuesday, July 2, 2024 5:02 PM
**To:** Smith, Nicole <nsmith@rumberger.com>; Duquette, Carlie <cduquette@rumberger.com>; Duke, Samantha <Sduke@rumberger.com>
**Cc:** Safier, Paul J. <SafierP@ballardspahr.com>; Fehlan, Kirsten <FehlanK@ballardspahr.com>; Bouzat, Facundo <bouzatf@ballardspahr.com>; Fields, Goldie <fieldsg@ballardspahr.com>; Ori Lev <ori.lev@protectdemocracy.org>; Shalini Agarwal <shalini.agarwal@protectdemocracy.org>; Ellinor Heywood <ellinor.heywood@protectdemocracy.org>
**Subject:** RE: Deposition of Tim Smith [RKC-ACTIVE.FID3715510]

In reference to yesterday's email:  Are you representing Tim Smith for the purposes of this deposition?  If not, we will directly contact him to discuss scheduling.  Please let me know as soon as possible.

Thank you.

Lynn

---

**From:** Oberlander, Lynn
**Sent:** Monday, July 1, 2024 4:39 PM
**To:** Smith, Nicole <nsmith@rumberger.com>; Duquette, Carlie <cduquette@rumberger.com>; Duke, Samantha <Sduke@rumberger.com>
**Cc:** Safier, Paul J. <SafierP@ballardspahr.com>; Fehlan, Kirsten <FehlanK@ballardspahr.com>; Bouzat, Facundo <bouzatf@ballardspahr.com>; Fields, Goldie <fieldsg@ballardspahr.com>; Ori Lev <ori.lev@protectdemocracy.org>;

1

Shalini Agarwal <shalini.agarwal@protectdemocracy.org>; Ellinor Heywood <ellinor.heywood@protectdemocracy.org>
**Subject:** RE: Deposition of Tim Smith [RKC-ACTIVE.FID3715510]

Nicole, as discussed,  we are going to subpoena Tim Smith.   Have you figured out some dates in August that he is available?  As I previously wrote to you, I am available August 1 – Aug. 20, at this time.  Thank you.

Lynn

---

**From:** Smith, Nicole <nsmith@rumberger.com>
**Sent:** Tuesday, June 18, 2024 5:32 PM
**To:** Oberlander, Lynn <oberlanderl@ballardspahr.com>; Duquette, Carlie <cduquette@rumberger.com>; Duke, Samantha <Sduke@rumberger.com>
**Cc:** Safier, Paul J. <SafierP@ballardspahr.com>; Fehlan, Kirsten <FehlanK@ballardspahr.com>; Bouzat, Facundo <bouzatf@ballardspahr.com>; Fields, Goldie <fieldsg@ballardspahr.com>; Ori Lev <ori.lev@protectdemocracy.org>; Shalini Agarwal <shalini.agarwal@protectdemocracy.org>; Ellinor Heywood <ellinor.heywood@protectdemocracy.org>
**Subject:** RE: Deposition of Tim Smith [RKC-ACTIVE.FID3715510]

⚠ **EXTERNAL**

Hi Lynn – yes, there is case law stating that Apex is equally applicable to former high ranking officials, so let's choose a date in August to allow time for motion practice. Please give me a few dates that you are available.

**Nicole Sieb Smith**
Attorney at Law
nsmith@rumberger.com  | View my online bio

101 North Monroe Street     MAIN   850.222.6550
Suite 1050
Tallahassee, FL 32301

The information in this e-mail message is legally privileged and confidential information. If you have received this e-mail in error, please delete from any device/media where the message is

---

**From:** Oberlander, Lynn <oberlanderl@ballardspahr.com>
**Sent:** Tuesday, June 18, 2024 5:16 PM
**To:** Smith, Nicole <nsmith@rumberger.com>; Duquette, Carlie <cduquette@rumberger.com>; Duke, Samantha <Sduke@rumberger.com>
**Cc:** Safier, Paul J. <SafierP@ballardspahr.com>; Fehlan, Kirsten <FehlanK@ballardspahr.com>; Bouzat, Facundo <bouzatf@ballardspahr.com>; Fields, Goldie <fieldsg@ballardspahr.com>; Ori Lev <ori.lev@protectdemocracy.org>; Shalini Agarwal <shalini.agarwal@protectdemocracy.org>; Ellinor Heywood <ellinor.heywood@protectdemocracy.org>
**Subject:** Deposition of Tim Smith

Nicole, I hope you are well.  We would like to schedule Tim Smith's deposition.  You have previously represented to us that you will accept service of the subpoena on his behalf.  Can you let us know when he is available?  Also, it wasn't clear to me from our previous meet and confers about the School Board depositions whether you were intending to move for a protective order as to Mr. Smith, under your Apex theory.  Please let me know, and also let me know if you would like to discuss on a call.  Thanks very much.

Lynn

**Lynn B. Oberlander**
2024 Pro Bono Honor Roll – Gold

Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
646.346.8011 DIRECT
212.223.1942 FAX

347.572.4300 MOBILE | oberlanderl@ballardspahr.com
VCARD

---------------------------------
www.ballardspahr.com

3