UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER INC,
et al.,
    Plaintiffs,

vs.                              Case No.:  3:23cv10385/TKW/ZCB

ESCAMBIA COUNTY SCHOOL
BOARD, et al.,
    Defendants.
_____/

# ORDER

On July 19, 2024, the Court issued an order (Doc. 98) denying Defendant School Board's motion for a protective order (Doc. 82). After the order had been submitted for filing by the undersigned but apparently before it had been docketed by the Clerk of Court, Defendant School Board filed a motion for leave to file a reply memorandum (Doc. 97).

In support of its motion for leave to file a reply, Defendant School Board has argued, *inter alia,* that "to the extent the Court agrees with Judge Winsor's concern regarding whether the Board itself can assert the legislative privilege on behalf of its individual members, the Board should be permitted in this case to file affidavits by its individual

members declaring their intention to assert the legislative privilege…." (Doc. 97 at 4).  The Court's order denying Defendant School Board's motion for a protective order was without prejudice to the filing of a "new motion that comports with the instructions Judge Winsor issued in the Tallahassee case" regarding the assertion of legislative privilege by the individual Board members.  (Doc. 98 at 6-7).  Thus, Defendant School Board has an avenue available for addressing the issue of legislative privilege for the individual Board members.

As for the other arguments Defendant School Board says it would have made in a reply memorandum, the Court is confident those arguments would not have changed its decision to deny the motion for a protective order.[1]  Accordingly, Defendant School Board's motion for leave to file a reply (Doc. 97) is **DENIED as moot.**

---

[1] If Defendant School Board believes that restrictions should be placed on the depositions of certain officials (as its motion to file a reply indicates), then Defendant School Board may file a motion seeking such restrictions. Defendant School Board's prior motion for a protective order sought to completely prevent the officials' depositions and did not propose or address the issue of restrictions.  Thus, the issue of deposition restrictions was not resolved by the Court's prior order.

It is **SO ORDERED.** This the 19th day of July 2024.

*s/ Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge
