UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,
SARAH BRANNEN, BENJAMIN
GLASS, on behalf of himself and his
minor child, GEORGE M. JOHNSON,
DAVID LEVITHAN, KYLE LUKOFF,
ANN NOVAKOWSKI, on behalf of
herself and her minor child, PENGUIN
RANDOM HOUSE LLC, SEAN
PARKER, on behalf of himself and his
minor child, ASHLEY HOPE PÉREZ, and
CHRISTOPHER SCOTT
SATTERWHITE, on behalf of himself and
his minor child,

  *Plaintiffs*,

v.

ESCAMBIA COUNTY SCHOOL
BOARD,

  *Defendant*.

CASE NO.: 3:23-CV-10385-TKW-ZCB

## JOINT MOTION TO EXTEND DEADLINE FOR EXPERT DISCOVERY

  Plaintiffs and Defendant (the "Parties"), through their undersigned counsel, respectfully move for the entry of an Order extending the deadline to complete **expert discovery** by six weeks, from **October 15, 2024** to **November 26, 2024**. In support of this Joint Motion, the Parties state as follows:

1. On April 8, 2024, the Court issued an Order Extending Deadlines, which set an expert discovery deadline for October 15, 2024. ECF No. 72.

2. The Parties have been engaged in substantial discovery efforts, including serving and responding to written discovery, reviewing and producing responsive documents, and taking and defending depositions, including ongoing motion practice over the noticed depositions of members of the Escambia County School Board.

3. On June 14, 2024, Defendant Escambia County School Board (the "Board") noticed Rule 30(b)(6) depositions of Penguin Random House for July 23, 2024, and of PEN American Center for August 1st and 2nd, 2024. The noticed deposition of Penguin Random House took place on July 23rd, and the deposition of PEN American Center is set to proceed on August 1st and 2nd.

4. On June 18, 2024, Plaintiffs noticed a Rule 30(b)(6) deposition for July 30th and 31st of the Board. The next day, the Board responded that it would review the deposition notice and note any concerns about witness availability.

5. On July 3, 2024, Plaintiffs served a revised Rule 30(b)(6) deposition notice that added a definition of a key term and corrected a typographical error but did not otherwise change the substance of the notice.

6.  On July 9, 2024, the parties met and conferred on the substance of Plaintiffs' Rule 30(b)(6) deposition, as well as the Board's Rule 30(b)(6) depositions of Plaintiffs PEN American Center and Penguin Random House.

7.  On July 11, 2024, the Board offered the following dates for its availability for a Rule 30(b)(6) deposition: August 21st, 22nd, and 23rd.

8.  Plaintiffs agreed to the August 22nd and 23rd dates.

9.  Currently, Plaintiffs' deadline to provide expert disclosures is August 1st. *See* ECF No. 72 (setting expert discovery deadline for October 15, 2024); ECF No. 54 at 2 (setting deadline for expert disclosures for Plaintiff for 75 days before the close of expert discovery). Defendant's deadline to provide expert disclosures is August 31st. ECF No. 54 at 2. And Plaintiffs' deadline to provide any rebuttal is September 15th. *Id.*

10. In order to allow for expert review of the Board's Rule 30(b)(6) deposition testimony on August 22nd and 23d, which will cover topics relevant to expert review of the Board's policies and practices for evaluating book challenges, the Parties have discussed and agreed—subject to the Court's approval—to extend Plaintiffs' expert disclosure deadline until September 12, 2024, as well as all accompanying expert deadlines.

11. The undersigned certify this Motion is being made in furtherance of the orderly administration of justice, is brought in good faith, and is not for the purposes

of delay. None of the Parties will be prejudiced by a brief extension of the deadline for expert discovery.

WHEREFORE, the Parties respectfully request entry of an order extending the expert disclosure deadlines and expert discovery deadline as follows, which is consistent with the timing set for both Parties' disclosure obligations identified in this Court's scheduling order (ECF No. 54, at 2):

- Plaintiffs' Expert Disclosures:     September 12, 2024
- Defendant's Expert Disclosures:    October 14, 2024
- Plaintiffs' Rebuttal:     October 28, 2024
- Expert Discovery Deadline:    November 26, 2024

## RULE 7.1(B) CERTIFICATION

Undersigned counsel certify that they have conferred about the contents of this Joint Motion and that both parties agree to the requested relief.

## RULE 7.1(F) CERTIFICATION

The Parties hereby certify that this motion contains 603 words.

Respectfully submitted:

/s/ *Lynn Oberlander*              /s/ *Nicole Sieb Smith*

Lynn B. Oberlander (*pro hac vice*)   NICOLE SIEB SMITH (Bar No. 0017056)
**BALLARD SPAHR LLP**              **RUMBERGER, KIRK & CALDWELL**
oberlanderl@ballardspahr.com        nsmith@rumberger.com
1675 Broadway, 19th Floor          101 North Monroe Street, Suite 1050
New York, NY 10019-5820            Tallahassee, Florida 32301
Tel: 212.223.0200                  Tel: 850.222.6550

Fax: 213.223.1942                    Fax: 850.222.8783

*Attorneys for Plaintiffs*              *Attorneys for Defendant*