UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**PEN AMERICAN CENTER, INC.,**
et al.,

    Plaintiffs,

v.                                           Case No. 3:23cv10385-TKW-ZCB

**ESCAMBIA COUNTY SCHOOL BOARD**,

    Defendant.
_____/

## ORDER EXTENDING DEADLINES

Upon due consideration of the joint motion to extend deadlines (Doc. 101), it is **ORDERED** that the motion is **GRANTED**, and

1. The new expert disclosure deadlines proposed by the parties are adopted by the Court. The parties may agree to extend these deadlines without court approval so long as the extension does not impact the discovery deadline. *See* N.D. Fla. Loc. R. 6.1.

2. The expert discovery deadline is extended to November 26, 2024. All deadlines in the scheduling order (Doc. 54) tied to the discovery deadline shall run from the new expert disclosure deadline.

**DONE and ORDERED** this 29th day of July, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**