UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,
et al.,

    Plaintiffs,

v.    Case No. 3:23cv10385-TKW-ZCB

ESCAMBIA COUNTY SCHOOL
BOARD,

    Defendant.
_____/

### ORDER GRANTING EXTENSION OF TIME

Upon due consideration of Defendant's unopposed motion for extension of time (Doc. 102), it is

**ORDERED** that the motion is **GRANTED**, and Defendant shall have until July 31, 2024, to respond to Plaintiff's motion for preliminary injunction.

**DONE and ORDERED** this 29th day of July, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**