## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,
SARAH BRANNEN, BENJAMIN
GLASS, on behalf of himself and his
minor child, GEORGE M.
JOHNSON, DAVID LEVITHAN,
KYLE LUKOFF, ANN
NOVAKOWSKI, on behalf of herself
and her minor child, PENGUIN
RANDOM HOUSE LLC, SEAN
PARKER, on behalf of himself and
his minor child, ASHLEY HOPE
PÉREZ, and CHRISTOPHER
SCOTT SATTERWHITE, on behalf
of himself and his minor child,

      Plaintiffs,

vs.

ESCAMBIA COUNTY SCHOOL
BOARD,

      Defendant.

CASE NO.: 3:23-CV-10385-TKW-ZCB

_____ /

## DECLARATION OF BRADLEY VINSON

I, Bradley Vinson, pursuant to 28 U.S.C. § 1746, declare under penalty of

perjury that the statements made below are true and correct.

    1.    I am over the age of 18 and I am competent to testify as to the facts

stated in this declaration. I have personal knowledge of the matters set forth

herein.

2.    I give this declaration in support of the Escambia County School Board's Response to Plaintiffs' Motion for Preliminary Injunction in the matter of *PEN American Center, Inc., et al. v. Escambia County School Board*, Case No. 3:23-cv-10385-TKW-ZCB.

**Background**

3.    I am currently the Coordinator of Media Services for Escambia County Public Schools. I have served in that role since July 1, 2023.

4.    I began working part-time as the Coordinator of Media Services on June 8, 2023, before assuming the position full-time in July 2023.

5.    Before working as the Coordinator of Media Services, I served as the Media Specialist for West Pensacola Elementary School from 2014–2023.

6.    I began my library career by working and volunteering at a public library in Sylva, North Carolina, in 1999.

7.    I graduated from Florida State University in December 2002 with a Bachelor of Arts degree in Anthropology.

8.    While I was a student at Florida State University, I worked as a student librarian in the government documents department at Strozier Library.

9.    After graduating from Florida State University, I again worked at a public library in Sylva, North Carolina, from approximately January 2003 to July 2003.

10. I have lived in Pensacola, Florida, since Fall 2003.

11. Around January 2004, I began working full-time for the West Florida Public Library, a public library in Escambia County, Florida, as a circulation clerk.

12. I worked as a cataloguing and children's librarian at the West Florida Public Library from September 2006 until December 2013. I then worked as the Children's Services Coordinator from December 2013 until August 2014, at which point I left the West Florida Public Library and began working for Escambia County Public Schools. I returned to the West Florida Public Library on a part-time basis from approximately June 2016 until January/February 2019. I resigned from my part-time position with the West Florida Public Library to serve on the West Florida Public Library's Board of Governance from February 2019 until February 2023.

13. In August 2004, I began a Master's program in Library Sciences through the University of Pittsburgh.

14. In 2006, I obtained my Master's degree in Library Sciences through the University of Pittsburgh.

15. In my role as Coordinator of Media Services, I am responsible for providing leadership and direction for the continuous improvement of the libraries and media centers of Escambia County Public Schools, among other duties. I have

attached a copy of my job description and functions to this declaration, as **Exhibit 1**.

## Book Reviews and Challenges

16.     As of July 1, 2022, pursuant to House Bill 1467 (2022) ("HB 1467"), the Florida Legislature required that each book made available to students through a school district library or media center must be selected by a school district employee who holds a valid educational media specialist certificate, regardless of whether the book is purchased, donated, or otherwise made available to students.

17.     As part of this requirement, school librarians, media specialists, and other personnel involved in the selection of library materials are required to complete online training developed by the Florida Department of Education prior to reviewing and selecting age-appropriate materials and library resources. Beginning July 1, 2023, and annually thereafter, each school district superintendent is required to certify to the Florida Department of Education that all school librarians and media specialists have completed the required online training.

18.     In addition, as of July 1, 2023, pursuant to House Bill 1069 (2023) ("HB 1069"), Escambia County School Board policy stated no book or other materials shall be used or be available in a school or classroom library that depicts or describes sexual conduct as defined in section 847.001(19), Florida Statutes, for any grade level or age group for which such use is inappropriate or unsuitable,

unless such material is for a course required by sections 1003.46, 1003.42(2)(n)1.g., or 1003.42(2)(n)3., Florida Statutes, or identified by State Board of Education rule.

19.    Also as of July 1, 2023, pursuant to HB 1069, any material made available in a school library that is subject to an objection on the basis it depicts or describes sexual conduct as defined in section 847.001(19), Florida Statutes, must be removed within five (5) school days after receipt of the objection and remain unavailable to students of that school until the objection is resolved, unless such material is for a course required by sections 1003.46 or 1003.42(2)(o)1.g. or 3., Florida Statutes, or identified by State Board of Education rule.

20.    The impact of these laws on Escambia County Public Schools' libraries and media centers was therefore two-fold: (1) each book in every district library or media center had to be selected and signed off by a school district employee who holds a valid educational media specialist certificate and who underwent the pertinent training; and (2) in completing this selection process, each book had to be reviewed to ensure that if it depicted or described any sexual conduct, as defined by Florida law, it was only placed in collections accessible to the appropriate or suitable audience based on grade level or age group.

21.    Section 847.001(19), Florida Statutes, defines sexual conduct as "actual or simulated sexual intercourse, deviate sexual intercourse, sexual

bestiality, masturbation, or sadomasochistic abuse; actual or simulated lewd exhibition of the genitals; actual physical contact with a person's clothed or unclothed genitals, pubic area, buttocks, or, if such person is a female, breast with the intent to arouse or gratify the sexual desire of either party; or any act or conduct which constitutes sexual battery or simulates that sexual battery is being or will be committed." This definition does not include a mother's breastfeeding of her baby.

22.    Escambia County Public Schools Policy 4.06, titled Educational Media Materials, governs the proper procedure and process for the selection, review, restriction, and removal of book titles, as well as procedures for objecting to particular titles. A copy of the current version of Policy 4.06 is attached to this declaration as **Exhibit 2**.

23.    Policy 4.06 has been amended several times in the last few years, in order to comport with the changes to and current state of Florida law. Policy 4.06 was amended in December 19, 2022, then again on June 20, 2023, and the Board adopted its current form on September 19, 2023. Exhibit 2 details the dates of amendments. At no time did the section of Policy 4.06 pertaining to library and media center materials reference House Bill 1557 (2022) ("HB 1557"), which only concerns classroom instruction.

24.    Section 9 of the current version of Policy 4.06 covers library and media center materials. Subsection 9.D.1. states that the responsibility for "making the final selection for library-media . . . materials rests with the school library media specialist who holds a valid educational media specialist certificate."[1] Subsection 9.D.2. requires that all school library media specialists complete an online training program developed by the Florida Department of Education prior to reviewing and selecting age-appropriate materials and library resources. This fulfills the requirements of HB 1467.

25.    Subsection 9.D.[2] covers the discontinuation of library media materials. It states that personnel holding responsibility for evaluation and selection of educational media should reexamine materials periodically to ensure they meet selection criteria. One criterion, covered in subsection 9.D.8., is the removal of any materials which are required to be removed pursuant to section 1006.28(2)(a)2., Florida Statutes. This fulfills the requirements of HB 1069.

26.    In response to HB 1467 and HB 1069, Escambia County Public Schools undertook a review of its entire collection—which at the time of initiation included 468,670 titles within school libraries alone, not accounting for classroom

---

[1] Additionally, pursuant to section 1006.28(4)(f), Florida Statutes, school principals are responsible for overseeing compliance with school district procedures for selecting school library media center materials at the school to which they are assigned and notifying parents of the process for objecting to the use of specific materials.

[2] Due to a formatting error, Policy 4.06 has two subsections labeled 9.D. This paragraph refers to the second one.

library titles—as a selection process. All titles were initially considered "pulled for review" during Summer 2023, and were gradually released to circulation as media specialists were able to complete their reviews and ensure the titles did not violate the relevant statutes.

27.    Escambia County Public Schools began its HB 1069 review in July 2023 with development of training for media specialists on identifying sexual conduct as defined by legislation, using professional and other review tools to identify where sexual conduct may be present in each title, and reinforcing usage of professional reviews in order to aid in determining the appropriate audience level for each title. After training, each media specialist reviewed their own school library collection, releasing books to circulation after they reviewed them and determined they did not violate any applicable law. Any media specialist could change the status of a book in their collection to indicate the potential presence of sexual conduct and a need for further review; those books remained out of circulation until additional review could be conducted.

28.    Additionally, Escambia County Public Schools' media specialists began meeting with high school media specialists on a weekly basis in October 2023 in order to begin discussing books that had been marked as needing further review under HB 1069, to collectively determine, through examination of professional reviews, discussion, and personal knowledge of each book, the

appropriate age and grade levels for individual titles that had been retained from circulation for further review.

29.    Through this process, over 180 titles/series have been released to circulation in middle school to 'YA opt-in'[3] collections and/or high schools, while some others have been held for further review.

30.    Titles alleged to contain sexual conduct, as defined by Florida law, have required additional time to complete their HB 1069 review and have remained out of circulation until each title's review may occur. Additional time and input has been needed to determine if the titles are suited to student needs and their ability to comprehend the material presented, or to determine the appropriate grade level and age group for which the material may be used.

31.    1,036 unique titles out of the full 468,670 titles in Escambia County Public Schools' total collection remain on the HB 1069 list for further review, including 176 titles[4] that have received requests for reconsideration/challenges. This review process is ongoing as of this writing.

32.    If any sexual conduct, as defined by Florida law, is found in a book that has received a request for reconsideration, i.e., a book challenge, the title is removed from circulation until the appropriate audience level can be determined.

---

[3] The term 'YA opt-in' is explained in greater detail below.

[4] This figure may vary depending on whether the same title in a different language or graphic novel edition is counted as an additional title.

The appropriate audience level, in some cases, has been determined by a group of media specialists and the book has been returned to circulation for the duration of the challenge process. In other cases, it has been more difficult to determine the appropriate audience level, and the book will continue to be stored and kept out of circulation until a District Review Committee reviews the book as part of the challenge process. The District Review Committee's final recommendation will include their recommended audience level for the title in question and the title will be returned to the collections deemed appropriate at that time.

33.    On June 13, 2024, the Escambia County School Board ("Board") held a public workshop in which the topics of District Review Committees and book challenges were discussed. Superintendent Keith Leonard informed the Board that he and I were in the process of reviewing titles under challenge, and also represented that District Review Committees would shortly be formed in order to evaluate titles under challenge, pursuant to Board policy. The Board and Escambia County Public Schools' staff are continuing to populate individuals in order to review the more than 200 titles which are currently being challenged. The Board's workshop        can        be        publicly        viewed        at https://www.youtube.com/watch?v=_W7VOdE8-

D4&list=PLkuTAI1Za_y4TDJb4J22JOF4dsXzP5AWl&index=13. The discussion

related to District Review Committees and book challenges begins around the 17-minute mark and concludes around the 28:30-minute mark.

34.    As part of Escambia County Public Schools' ongoing review of the titles in its media collections in compliance with HB 1467 and HB 1069, and pursuant to challenges, several titles have been unrestricted which were initially restricted following challenge. Specifically, earlier this year the following titles were unrestricted and returned to circulation during the pendency of the challenge process:

A. *Beetle and the Hollowbones*;
B. *Better Nate than Ever*;
C. *Born Ready: the Story of a Boy Named Penelope*;
D. *Calvin*;
E. *Hurricane Child*;
F. *Julian at the Wedding*;
G. *Maiden and Princess*;
H. *Melissa (George)*;
I.  *Milo Imagines the World*;
J.  *My Rainbow*;
K. *Same Sex Parents*;
L. *That's Betty*;
M. *The Mighty Heart of Sunny St James*;
N. *The Whispers*;
O. *The Witch Boy*;
P. *This Would Make a Good Story Someday*;
Q. *Too Bright to See*;
R. *Uncle Bobby's Wedding*;
S. *We Are Not Yet Equal*; and
T. *GLBTQ*.

35.    The Media Services Department maintains a public spreadsheet which indicates the status of titles which are currently being challenged and/or

reconsidered, as well as information related to titles whose challenges have been resolved. This spreadsheet is available at:

https://docs.google.com/spreadsheets/d/1hv6Wtu55zY3t5bmbksY2ie7Q-L3zAQdjrtaFh4duLC4/edit?gid=0#gid=0.

36.     All books and titles within the libraries and media centers in Escambia County Public Schools contain either a barcode, property stamp, or both, identifying them as property of the school in which the book or title is kept, therefore indicating it is ultimately property of the Escambia County School Board. Parents are not permitted to independently visit their child's school library without scheduling a visit and receiving permission beforehand.

**Books At Issue**

37.     It is my understanding that Plaintiffs' Motion concerns seven books which are currently under various levels of restriction in Escambia County Public Schools.

38.     It is my understanding these seven books are:

> A. *Ace of Spades*;
> B. *Lady Midnight*;
> C. *More Happy Than Not*;
> D. *Speak*;
> E. *The Hate U Give*;
> F. *The Music of What Happens*; and
> G. *Where I End and You Begin*.

39.    Pursuant to the above-described process, each of these seven titles has been preliminarily reviewed to determine if it contains sexual conduct, as defined by Florida law. After preliminary review, it was determined all may contain sexual conduct, as defined by section 1006.28(2)(a)2.b.(II), Florida Statutes, and no determination has been made by a trained media specialist regarding the appropriate grade level or age group; therefore, all must remain out of circulation until such a determination has been made. Because these titles are not for a course required by Florida law or identified by State Board of Education rule, they have remained restricted.

40.    A brief narrative for each follows. In addition, examples of the portions for each book which contain sexual conduct, as defined by Florida law, is attached to this declaration, as **Exhibits 3–9**.

## *Ace of Spades*

41.    Escambia County Public Schools owns four copies of *Ace of Spades* at four different high schools. These copies were added to their respective collections between the dates of 09/03/2021 and 08/18/2022.

42.    A request for reconsideration of *Ace of Spades* was received on 09/02/2022 with the following reasons for objections: "sexual obscenities, suicide, crude language, abuse, and LGBTQ themes". This title was marked as restricted

which, at the time, allowed a book to be checked out to a student only if the student's parent/guardian granted permission.

43.    At least one media specialist indicated that *Ace of Spades* may contain sexual conduct, as defined by Florida law, and marked it for additional HB 1069 review on or before the date of Escambia County Public Schools' first HB 1069 report (07/17/23), and the title was pulled from circulation at that time; this title remains in storage until it can be reviewed by District Review Committee and the appropriate audience age-level can be determined.

44.    I have reviewed *Ace of Spades* and concur with the media specialist who indicated it contains sexual conduct, as defined by section 1006.28(2)(a)2.b.(II), Florida Statutes.

45.    Examples of the sexual conduct, as defined by Florida law, in *Ace of Spades* can be found in **Exhibit 3**, attached to this declaration.

*Lady Midnight*

46.    Escambia County Public Schools owns four copies of *Lady Midnight* at four different high schools. These copies were added to their respective collections between the dates of 04/01/2016 and 04/30/2018.

47.    *Lady Midnight* is not and has not been accessible at any elementary schools. It is currently only in high school collections. At the time of receipt of the request for consideration, there were two middle school copies.

48.    A request for reconsideration of *Lady Midnight* was received on 04/01/2023 with the following reasons for objections: "contains sexual situations, multiple killings and other violence, and is age and content inappropriate for middle schoolers". This title was marked as 'YA opt-in' for middle school collections and not restricted for high school collections. "YA" stands for young adult. Titles marked as YA in middle school collections may only circulate to students who have been granted permission by a parent or guardian. At the time of the challenge until implementation of HB 1069, this title would have circulated as normal.

49.    At least one high school media specialist indicated that *Lady Midnight* may contain sexual conduct, as defined by Florida law, and marked it for additional HB 1069 review between the dates of 08/12/2023 and 08/25/2023, and the title was pulled from circulation at that time. This title remains in storage until it can be reviewed by District Review Committee and the appropriate audience age-level can be determined.

50.    I have reviewed *Lady Midnight* and concur with the media specialist who indicated it contains sexual conduct, as defined by section 1006.28(2)(a)2.b.(II), Florida Statutes.

51.    Examples of the sexual conduct, as defined by Florida law, in *Lady Midnight* can be found in **Exhibit 4**, attached to this declaration.

*More Happy Than Not*

52.    Escambia County Public Schools owns three copies of *More Happy Than Not* at three different high schools. These copies were added to their respective collections between the dates of 12/17/2015 and 07/07/2020.

53.    A request for reconsideration of *More Happy Than Not* was received on 09/02/2022 with the following reasons for objections: "LGBTQ explicit graphic story lines". This title was marked as restricted on 10/27/2022 which, at the time, allowed a title to be checked out to a student only if the student's parent/guardian granted permission.

54.    At least one media specialist indicated that *More Happy Than Not* may contain sexual conduct, as defined by Florida law, and marked it for additional HB 1069 review on or before the date of Escambia County Public Schools' first HB 1069 report (07/17/23), and the title was pulled from circulation at that time. This title remains in storage until it can be reviewed by District Review Committee and the appropriate audience age-level can be determined.

55.    I have reviewed *More Happy Than Not* and concur with the media specialist who indicated it contains sexual conduct, as defined by section 1006.28(2)(a)2.b.(II), Florida Statutes.

56.    Examples of the sexual conduct, as defined by Florida law, in *More Happy Than Not* can be found in **Exhibit 5**, attached to this declaration.

*Speak*

57. Escambia County Public Schools owns 24 copies of *Speak* as well as five copies of the graphic novel version of *Speak* at 10 different middle and high schools. These copies were added to their respective collections between the dates of 08/22/2003 and 03/23/2023, with the late addition being a graphic novel copy.

58. A request for reconsideration of *Speak* was received on 09/02/2022 with the following reasons for objections: "graphic content; biased against males". This title was marked as 'YA Opt-in' for middle school collections and not restricted for high school collections. "YA" stands for young adult. Titles marked as YA in middle school collections may only circulate to students who have been granted permission by a parent or guardian. At the time of the challenge until implementation of HB 1069, this title would have circulated as normal.

59. At least one media specialist indicated that *Speak* may contain sexual conduct and/or sexual assault, as defined by Florida law, and marked it for additional HB 1069 review on or before the date of Escambia County Public Schools' first HB 1069 report (07/17/23), and the title was pulled from circulation at that time. This title remains in storage until it can be reviewed by District Review Committee and the appropriate audience age-level can be determined.

60.    I have reviewed *Speak* and concur with the media specialist who indicated it contains sexual conduct, as defined by section 1006.28(2)(a)2.b.(II), Florida Statutes.

61.    Examples of the sexual conduct, as defined by Florida law, in *Speak* can be found in **Exhibit 6**, attached to this declaration.

*The Hate U Give*

62.    Escambia County Public Schools owns 39 copies of *The Hate U Give* at 10 different middle and high schools. These copies were added to their respective collections between the dates of 04/20/2017 and 02/13/2023, although the late addition did not circulate to students.

63.    I have reviewed the school that Plaintiff M.P. attends. There are no copies of *The Hate U Give* at this school, nor were there any copies of *The Hate U Give* previously.

64.    A request for reconsideration of *The Hate U Give* was received on 09/22/2022 with the following reasons for objections: "anti-cop agenda; age inappropriate". This title was marked as 'YA Opt-in' for middle school collections and not restricted for high school collections at that time. "YA" stands for young adult. Titles marked as YA in middle school collections may only circulate to students who have been granted permission by a parent or guardian. At the time of

the challenge until implementation of HB 1069, this title would have circulated as normal.

65.    At least one media specialist indicated that *The Hate U Give* may contain sexual conduct, as defined by Florida law, and marked it for additional HB 1069 review on or before the date of Escambia County Public Schools' first HB 1069 report (07/17/23), and the title was pulled from circulation at that time. This title remains in storage until it can be reviewed by district review committee and the appropriate audience age-level can be determined.

66.    I have reviewed *The Hate U Give* and concur with the media specialist who indicated it contains sexual conduct, as defined by section 1006.28(2)(a)2.b.(II), Florida Statutes.

67.    Examples of the sexual conduct, as defined by Florida law, in *The Hate U Give* can be found in **Exhibit 7**, attached to this declaration.

*The Music of What Happens*

68.    Escambia County Public Schools owns one copy of *The Music of What Happens* at one high school. This copy was added on 03/28/2019.

69.    A request for reconsideration of *The Music of What Happens* was received on 09/2/2022 with the following reasons for objections: "LGBTQ content; sexual excitement". This title was marked as restricted on 12/09/2022 which, at the

time, allowed a title to be checked out to a student only if the student's parent/guardian granted permission.

70.    At least one media specialist indicated that *The Music of What Happens* may contain sexual conduct and/or sexual assault, as defined by Florida law, and marked it for additional HB 1069 review between 08/25/2023 and 09/12/2023, and the title was pulled from circulation at that time. This title remains in storage until it can be reviewed by District Review Committee and the appropriate audience age-level can be determined.

71.    I have reviewed *The Music of What Happens* and concur with the media specialist who indicated it contains sexual conduct, as defined by section 1006.28(2)(a)2.b.(II), Florida Statutes.

72.    Examples of the sexual conduct, as defined by Florida law, in *The Music of What Happens* can be found in **Exhibit 8**, attached to this declaration.

*Where I End and You Begin*

73.    Escambia County Public Schools owns 14 copies of *Where I End and You Begin* at seven different high schools. These copies were added to their respective collections between the dates of 08/17/2020 and 08/12/2022.

74.    A request for reconsideration of *Where I End and You Begin* was received on 09/16/2022 with the following reasons for objections: "sexual nudity; alternate sexualities; profanity". This title was marked as restricted on 10/27/2022

which, at the time, allowed a book to be checked out to a student only if the student's parent/guardian granted permission.

75.    At least one media specialist indicated that *Where I End and You Begin* may contain sexual conduct, as defined by Florida law, and marked it for additional HB 1069 review between 07/24/2023 and 07/31/2023, and the title was pulled from circulation at that time. This title remains in storage until it can be reviewed by District Review Committee and the appropriate audience age-level can be determined.

76.    I have reviewed *Where I End and You Begin* and concur with the media specialist who indicated it contains sexual conduct, as defined by section 1006.28(2)(a)2.b.(II), Florida Statutes.

77.    Examples of the sexual conduct, as defined by Florida law, in *Where I End and You Begin* can be found in **Exhibit 9**, attached to this declaration.

I have read the foregoing statements and declare under penalty of perjury that they are true and correct.

_7/31/24_
Date

BRADLEY VINSON

# Exhibit 1

**Job Title:**    **Coordinator – District Media Resources and Services**



## Position Description

*To perform this job successfully, an individual must be able to perform the essential job functions consistently and to the satisfaction of the employer. Reasonable accommodations may be made for qualified disabled individuals. This job description is not an exhaustive list, as employees may be required to perform duties not specifically designated within this document, at the employer's discretion. The Escambia County School District reserves the right to modify or interpret this job description as needed.*

| | |
|---|---|
| **FLSA Status:** | Exempt |
| **Reports to:** | Appropriate Supervisor or Designee |
| **Supervises:** | Appropriate Staff as required |
| **Pay Grade:** | Administrative – 10 |

APPROVED
ESCAMBIA COUNTY SCHOOL BOARD

JUNE 20, 2017

MALCOLM THOMAS, SUPERINTENDENT
VERIFIED BY RECORDING SECRETARY

## JOB SUMMARY

The purpose of this position is to provide leadership and direction for the continuous improvement of the educational media program to further student achievement and support the philosophy, goals, and objectives of the District.

## ESSENTIAL JOB FUNCTIONS

- Identifies, selects, or develops short- and long-range goals for the media program involving school-based personnel and curriculum needs.
- Assists principals in development, implementation, and improvement of media programs and media budget management.
- Coordinates District instructional materials adoption involving program specialists, school personnel, and lay citizens.
- Serves as administrative contact for media programs and materials selection.
- Represents District at national, regional, and state conferences.
- Coordinates adoption of materials to assure compatibility with District goals and objectives.
- Oversees District technology renewals.
- Oversees District-wide inventory and ordering/transferring of materials.
- Assists in developing educational specifications for media center for new construction and renovation purposes.
- Disseminates information and materials from external agencies to schools.
- Provides a centralized media collection to support teachers and learning to eliminate the need to replicate in every school or Center.
- Interacts with schools, outside agencies, and the community to enhance understanding of District goals and objectives.
- Implements an effective public relations program to promote media resources and programs.
- Supports and participates in the school improvement process when requested.
- Provides technical assistance to school media personnel.

**Coordinator – District Media Resources
and Services**                                              Escambia County School District

- Communicates with administrators, teachers, and news media the principles of intellectual freedom and adherence to copyright laws.
- Serves as liaison in the District's participation in library networking, resource sharing, and other cooperative activities.
- Provides in-service activities to support teachers in the classroom teaching process.
- Establishes, maintains, and promotes a collection of current professional resources for media specialists and teachers.
- Attends local, state, and national conferences and meetings to stay abreast of recent trends and programs.
- Responds to inquiries in a timely and courteous manner.
- Supervises assigned personnel, conducts annual performance appraisals, and makes recommendations for appropriate employment action.
- Prepares or oversees the preparation of all required reports and maintains appropriate records.
- Represents, consistently, the District in a positive and professional manner.
- Performs other duties as assigned.

## MINIMUM REQUIREMENTS

- Master's Degree from an accredited educational institution.
- Certified by the state of Florida in the assigned content area.
- Minimum ten (10) years of successful teaching/administrative experience.
- Experience in Administration and Supervision preferred.
- Qualifications may vary from the above requirements to such a degree as the Superintendent and Board determine is necessary and appropriate to ensure properly qualified personnel in each specialized assignment.

## KNOWLEDGE, SKILLS, AND ABILITIES

- Requires the ability to display knowledge of theories, principals, and practices of information science.
- Requires the ability to display knowledge of District media program, including personnel, services, facilities, technology, and operation of centralized services.
- Requires the ability to display knowledge of state, regional, and national standards.
- Requires the ability to analyze, describe, and evaluate existing programs.
- Requires the ability to communicate effectively, both orally and in writing.
- Requires the ability to oversee the work of a team engaged in providing specific services, completing specific projects, or assisting other units.
- Requires the ability to develop policies, long range plans, and allocate funds.
- Requires the ability to oversee numerous functions and staff.
- Requires the ability to oversee and manage work involving multiple units.
- Requires the ability to prepare and/or process purchase orders.
- Requires the ability to maintain accountability for inventory/property management.
- Requires the ability to make recommendations that impact the budget and manage the budget within the assigned division.
- Requires the ability to use small office equipment, including copy machines or multi-line telephone systems.
- Requires the ability to use computers for data entry and for word processing and/or accounting purposes.
- Requires the ability to create plans for and guide implementation of new technology systems.

**Coordinator – District Media Resources and Services**                    **Escambia County School District**

## PHYSICAL DEMANDS

Medium Work: Exerting up to 50 pounds of force occasionally, and/or up to 30 pounds of force frequently, and/or up to 10 pounds of force constantly to move objects. The work also requires the following physical abilities in order to perform the essential job functions: fingering, handling, hearing, lifting, mental acuity, pulling, pushing, reaching, repetitive motion, speaking, talking, visual acuity, and walking.

## WORKING CONDITIONS

Employees in this position work in a dynamic environment that requires sensitivity to change and responsive to changing goals, priorities, and needs.

**Date of Board Approval:  June 20, 2017, effective July 1, 2017**

**Date of Revision:**

# Exhibit 2



| | |
|---|---|
| Book | Policy Manual |
| Section | Chapter 4 - Instruction |
| Title | Educational Media Materials |
| Code | 4.06 |
| Status | Active |
| Adopted | June 26, 1990 |
| Last Revised | September 19, 2023 |
| Prior Revised Dates | 08/25/1992; 10/21/2003; 01/16/2010; 04/19/2011; 12/16/2014; 12/19/2022; 6/20/2023 |

## Educational Media Materials

The Board has the constitutional duty and responsibility to select and provide adequate instructional materials for all students in accordance with F.S. 1006.28 and 1006.283. For core subject areas, the Board must either (1) adopt instructional materials selected from the State-approved materials according to the state adoption cycles, (2) adopt instructional materials pursuant to a (local) Board instructional materials review program prescribed by this policy, or (3) a combination of both. Core subject areas are mathematics, language arts, science, social studies, reading, and literature for kindergarten through grade 12.

The Board is responsible for the content of all instructional materials and any other materials used in a classroom, made available in a school library/media center, classroom library, or included on a reading list whether adopted and purchased from the state-adopted instructional materials list, adopted and purchased through the District instructional materials program or otherwise purchased or made available in the classroom.

Instructional materials and resources shall be provided in a variety of formats that are appropriate, timely, and essential to the attainment of specified educational objectives and are free of bias, stereotypes, distortions, and prejudices.

This policy provides a parent or resident the opportunity to proffer evidence to the district school board that:

   A.   An instructional material does not meet the criteria of F.S. 1006.31(2) or 1006.40(3)(d) if it was selected for use in a course or otherwise made available to students in the school district but was not subject to the public notice, review, comment, and hearing procedures under F.S. 1006.283(2)(b)8., 9., and 11.

B.  Any material used in a classroom, made available in a school library, classroom library, or included on a reading list that contains content that is pornographic or prohibited under F.S. 847.012, is not suited to student needs and their ability to comprehend the material presented, or is inappropriate for the grade level and age group for which the material is used. Materials found to violate these criteria will be discontinued for any grade level or age group for which such use is inappropriate or unsuitable.

1.  Definition of Instructional Materials

F.S. 1006.29(2) defines the terms "instructional materials" as items having intellectual content that by design serve as a major tool for assisting in the instruction of a subject or course. These items may be available in bound, unbound, kit, or package form and may consist of hardbacked or soft backed textbooks, electronic content, consumables, learning laboratories, manipulatives, electronic media, and computer courseware or software. Pursuant to F.S. 1006.28(1)(a)(1), "adequate instructional materials" means a sufficient number of student or site licenses or sets of materials.

2.  Use of Instructional Materials

A.  Each school shall purchase sufficient current instructional materials to provide each student with a textbook or other instructional materials as a major tool of instruction in core courses in mathematics, language arts, science, social studies, reading, and literature for kindergarten through grade 12 except for instruction approved by the School Advisory Council that does not include a textbook as a major tool of instruction. Such purchase must be made within the first three (3) years of the effective date of the adoption cycle.

Principals are also responsible for overseeing compliance with school district procedures for selecting school library/media center materials and classroom libraries at the school to which they are assigned. Use of materials must adhere to the "fair use" doctrine permitting the use of copyrighted works for instructional purposes. (See https://www.copyright.gov/help/faq/)

B.  Allocations shall be made to individual schools on an equitable basis. Up to fifty (50) percent of the annual allocation may be used for the purchase of instructional materials, including library and reference books and non-print materials, not including the District-adopted list, and for the repair and renovation of textbooks and library books.

C.  Principals shall communicate to parents/guardians the manner in which instructional materials are used to implement the curricular activities of the school and how instructional materials funds are allocated and spent.

D.  Schools shall notify parents/guardians of their student's ability to access their instructional materials through the district's local instructional improvement system and/or website. This notification will be displayed prominently on the school's website and will be provided annually in written format to all parents/guardians of enrolled students.

3.  Adoptions of Core Subject Instructional Materials

Each school year, no later than March 15th, a district subject area Instructional Materials Review Committee shall be established for recommending instructional materials from the state adopted list or materials from appropriate publishers to be included on the District adopted textbook list for purchase by district schools. All materials used to teach reproductive health or any disease, including HIV/AIDS, its symptoms, development and treatment must be approved by the Florida Department of Education.

No school shall participate in a pilot program of instructional materials under consideration for adoption during the eighteen (18) months prior to state adoption or for the first two (2) years after official adoption of materials.

4.    Instructional Materials Adoption Procedure

     A.    Instructional Materials Review Committee Membership

         1.    The Instructional Materials Review Committee shall be composed of persons actively engaged in teaching or in the supervision of teaching in the public elementary, middle, or high schools and shall represent the major fields and levels in which instructional materials are used in the public schools. In addition, the Instructional Materials Review Committee must include at least one parent of district students.

         2.    All persons serving on the Instructional Materials Review Committees must complete a District developed instructional materials selection training program prior to reviewing and selecting materials. The training must assist viewers in complying with Section 1006.31(2), F.S. which requires, among other things, reviews to include materials portraying the ethnic, socioeconomic, cultural, religious, physical, and racial diversity of our society, and to exclude materials containing pornography and prohibited under s. 847.012, F.S.

         3.    Members of the district subject area Instructional Materials Review Committee must sign an "Instructional Materials Review Committee Member Affidavit" form before conducting committee business. The form specifies that Instructional Materials Review Committee members are prohibited from accepting gifts, money, emoluments, or other valuables which shall directly or indirectly influence the adoption or purchase of any instructional materials. A copy of the form can be found on the District's Media Services website. Instructional Materials Review Committee members' conduct should be in the best interest of the students and the District.

         4.    The Instructional Materials Review Committees shall meet as often as necessary to carry out their duties and responsibilities and make recommendations to the Superintendent. Meetings of Instructional Materials Review Committees convened for the purpose of ranking, eliminating, or selecting instructional materials for recommendation to the district school board must be noticed and open to the public in accordance with s. 286.011, F.S. Adoption of textbooks from such recommendations shall be considered as separate actionable items in meetings of the Board.

5.    The District's Instructional Materials Adoption Policy Follows the Criteria Listed Below.

A.    The District's instructional materials adoption cycle shall correspond with the State adoption cycle except when determined to best serve the District's needs.

B.    The focus of the District review will be to evaluate materials submitted by publishers for State adoption or other appropriate materials with the purpose of recommending materials for District adoption.

C.    Content Standards for Instructional Materials

Pursuant to F.S. 1006.34, in the selection of instructional materials, library material, classroom library, and other reading material used in the public school system, the standards used to determine the propriety of the instructional material shall include: the age of the students who normally could be expected to have access to the material; the educational purpose to be served by the material with priority given to the selection of materials that align with Florida State Standards as provided for in F.S. 1003.41 and include instructional objectives contained within the curriculum frameworks for career and technical education.

1.    Alignment with Subject Standards

Textbooks and instructional materials should provide quality learning experiences for students, enrich and support the curriculum, and be consistent with the Florida State Standards. The Instructional Materials Review Committee shall evaluate instructional materials utilizing the procedural guidelines provided by the District's Media Services department. Listed below are the major components of the review guidelines.

a.    Content (Alignment with curriculum and Florida State Standards; level of treatment; expertise for content development; accuracy of content; currency of content; authenticity of content; multicultural representation; humanity and compassion)

b.    Presentation (Comprehensiveness of student and teacher resources; alignment of instructional components; organization of instructional materials; readability of instructional materials; pacing of content; ease of use and durability of materials)

c.    Learning (Motivational strategies; teaching a few "big ideas"; explicit instruction; guidance and support; active participation of students; targeted instructional strategies; targeted assessment strategies)

2.    Accurate, Objective, Balanced, Current, Free of Pornography and Prohibited Material and Suited for Student Needs

Pursuant to F.S. 1006.40(3)(d), any materials purchased shall be free of pornography and material prohibited under F.S. 847.012, suited to student needs and their ability to comprehend the material presented, and appropriate for the grade level and age group for which the materials are used or made available.

Pursuant to F.S. 1006.31, instructional materials recommended by each reviewer shall be accurate, objective, balanced, noninflammatory, current, free of pornography and material prohibited under F.S. 847.012, and suited to student needs and their ability to comprehend the material presented.

The District shall rely on Florida Department of Education rules to determine what is age-appropriate, or in the absence of rules, on a preponderance of reviews by subject experts and/or professionally recognized periodicals or organizations.

3.  Bias-Free

    Instructional materials must also be evaluated for bias-free content. There are five (5) areas in which bias is evidenced in instructional materials:

    a.  Contextual Invisibility

    b.  Stereotyping and Characterization

    c.  Historical Distortions and Omissions

    d.  Language Bias

    e.  Inaccurate and Stereotypical Visual Images

4.  Additional Considerations for Selection of Instructional Materials

    a.  When recommending instructional materials, each reviewer shall:

        i.   Include instructional materials that accurately portray the ethnic, socioeconomic, cultural, religious, physical, and racial diversity of our society, including men and women in professional, career, and executive roles, and the role and contributions of the entrepreneur and labor in the total development of this state and the United States.

        ii.  Include materials that accurately portray, whenever appropriate, humankind's place in ecological systems, including the necessity for the protection of our environment and conservation of our natural resources and the effects on the human system of the use of tobacco, alcohol, controlled substances, and other dangerous substances.

        iii. Include materials that encourage thrift, fire prevention, and humane treatment of people and animals.

        iv.  Require, when appropriate to the comprehension of students, that materials for social science, history, or civics classes contain the Declaration of Independence and the Constitution of the United States.

    b.  Consideration should be given to the broad racial, ethnic, socioeconomic, and cultural diversity of this state. A reviewer may not recommend any instructional materials that contain any matter reflecting unfairly upon

persons because of their race, color, creed, national origin, ancestry, gender, religion, disability, socioeconomic status, or occupation.

6.    Instructional Materials Adoption Evaluation Procedure

   A.    Members of an Instructional Materials Review Committee shall apply the standards set forth in Section IV above in evaluating all instructional materials.

   B.    Members of an Instructional Materials Review Committee shall receive instructions and training in the evaluation techniques to be used, characteristics of effective instructional materials, and the skills necessary to make valid and objective decisions regarding the content and rigor of instructional materials.

   C.    The evaluation process shall include, as available, collection and review of the research about the instructional materials under consideration, as well as other districts' experiences with the instructional materials being reviewed.

   D.    The review process shall include scrutiny of each program's correlation to the State Standards and the assessments that are based on such standards.

   E.    Evaluation instruments employed by the Instructional Materials Review Committee members in its evaluation and selection process may be instruments developed by the Florida Department of Education or district-modified versions of the same.

   F.    If an Instructional Materials Review Committee elects to have publisher presentations, every publisher submitting materials for consideration in a specific subject area shall be provided an equal opportunity to present. All publishers shall be given equal time for the presentation. The Instructional Materials Review Committee chair shall be responsible for ensuring equity.

   G.    Instructional Materials Review Committee members shall review materials and return recommendations to the Assistant Superintendent over Instructional Materials.

7.    Public Input for the Adoption of Instructional Materials

   The public may review and comment on materials being considered and/or recommended for adoption. In addition, Escambia County public school parents/guardians or residents of Escambia County may contest a specific adopted material. Opportunities for public input are listed below.

   A.    The public may review all materials being considered for adoption. Print and/or online samples of a student edition will be made available during the Instructional Materials Review Committee review process. Student editions of materials recommended for adoption will be made available online at least twenty (20) calendar days before the school board hearing.

   B.    An open, noticed public meeting will be held to review the district's annual instructional materials plan, preview print/online samples, and provide online access instructions.

   C.    An open, noticed school board meeting will be held to receive public comment on recommended instructional materials.

D.    The parent/guardian of a student enrolled in an Escambia County public school/resident of Escambia County may contest the district school board's adoption of a specific instructional material by filing a petition, on the "Motion to Contest the Adoption of an Instructional Material" form, within thirty (30) calendar days after the adoption by the school board.

     1.    The "Motion to Contest the Adoption of an Instructional Material" form must be signed by the parent/guardian or resident, include the required contact information, and state the objection to the instructional material.

     2.    Within thirty (30) calendar days after the thirty (30) day period has expired, the school board will conduct at least one open public hearing on all petitions timely received before an unbiased and qualified hearing officer. The hearing officer may not be an employee or agent of the school district. While not subject to Chapter 120 provisions, the hearing must provide sufficient procedural protections to allow each petitioner an adequate and fair opportunity to be heard and present evidence to the hearing officer.

     3.    The school board's decision after convening a public hearing is final and not subject to further petition or review

8.    Lost/Damaged Instructional Materials and Disposal of Instructional Materials

A.    Principals shall make a reasonable effort to collect from each pupil or pupil's parent/guardian the purchase price of any instructional materials the pupil has lost, destroyed, or unnecessarily damaged and to report and transmit the amount collected to the Superintendent. Failure to satisfy the debt may result in suspension of the pupil from participation in extra-curricular activities or an assignment to community service at the school site until the debt is satisfied.

B.    The District shall dispose of instructional materials when they have become unserviceable or surplus or are no longer on state contract by

     1.    giving materials to other public education programs within the District or State, giving materials to teachers to use in developing supplementary teaching materials, or giving materials to students or others that may include any charitable organization, governmental agency, private school, or State; or

     2.    selling the materials to used book dealers, recycling plants, pulp mills, or other persons, firms, or corporations upon such terms as are most economically advantageous to the District. All moneys received because of sale, exchange, or other disposition of instructional materials shall be deposited in the District school fund and added to the District appropriation for instructional materials.

9.    School Library/Media Center and Other Educational Materials

In accordance with F.S. 1006.28(2)(d), the School Board shall establish and maintain a program of school library media services for all public schools in the district, including school library/media centers, or school library/media centers open to the public, and, in addition, such traveling or circulating libraries as may be needed for the proper operation of the district school system.

The media specialist will stay informed about appropriate new publications, by using multiple sources, such as discussions with colleagues, attendance at conferences, and reading a variety of periodicals and book reviews. The media specialist will also receive and consider suggestions or requests brought forward by other faculty, students and parents/guardians. Potential new books for the school library media center, classroom library, and reading lists will be evaluated to determine if they would be suitable for student needs and whether they would be appropriate for the intended grade level and age group. In considering possible new acquisitions, the media specialist will consult reputable, professionally recognized reviewing periodicals and school community stakeholders. The media specialist will also assess the level of student interest in the subject(s) presented and the ability of students to comprehend the material. Books that are selected must be free of pornography and material prohibited under F.S. 847.012. After evaluation, the media specialist will inform the principal of those books that have been evaluated and are approved for inclusion in the collections. The procedure for developing library media center, classroom library, and reading list collections will be posted on the website for each school in the District.

A wide choice of materials that support the instructional program shall be available to students and professional staff to allow for varying achievement levels, free choice reading interests, and teaching/learning styles. Materials should be available in a variety of formats and reading levels, offer a well-balanced coverage of subjects, and support the diverse interests, needs, and viewpoints of the school community.

School librarians, media specialists, and other personnel involved in the selection of school district library and classroom library materials must complete a training program developed pursuant to F.S. 1006.29(6) before reviewing and selecting age-appropriate materials and library resources.

Upon written request, the District shall provide access to any materials or book specified in the request that is maintained in the school library and classroom library and is available for review. The school principal shall arrange a convenient time to provide such access.

A.    Purpose of the Library/Media Center and Classroom Library Materials

The library/media center and classroom library shall contain a comprehensive collection of materials and equipment in a variety of media formats to:

1.    provide a broad background of information resources in all areas of knowledge; and

2.    support the general educational goals of the District and the objectives of specific courses, including materials that represent diverse points of view.

3.    Meet the personal needs and interests of students, including materials that:

a.    nurture the development of recreational/listening/viewing, cultural appreciation, and aesthetic values;

b.    represent the many religious, racial, ethnic, linguistic, and cultural groups in our society and reflect their contributions to the heritage and culture of our civilization;

       c.     foster respect for the diverse roles available to all people in today's society;

       d.     provide education media that reflect differing and/or opposing viewpoints; and

       e.     provide a comprehensive collection appropriate for the users of the library media center and classroom library.

4.     Support the professional needs of teachers and administrators; and

5.     Introduce new instructional strategies into the learning environment.

B.     Student Access to Library/Media Center and Classroom Library Collections

Parents have the right to determine what they believe is and is not appropriate reading material for their student. Parents will be given the opportunity to choose Open Access, Limited Access, or No Access to the library/media center and classroom library collection. The access will be noted in the Student Information System and in the Library Catalog.

Parents of middle school students, grade six (6) through eight (8) shall also have the opportunity to opt in for their student to have access to the "young adult" section in the library/media center and classroom library. The access will be noted in the Student Information System and the Library Catalog.

C.     Objectives of Selection

The primary objective of educational media is to implement, enrich, and support the educational program of the District; its secondary function is to contribute to the development of informed and responsible citizens. It is the duty of the District to provide a wide range of materials of different levels of difficulty, with diversity of appeal and representing different points of view taking into account the varied interests, abilities, and maturity levels of the pupils being served. The utilization of any specific item in educational media does not necessarily mean that the school or the District advocates or endorses the contents of the item.

To this end, the School Board of the Escambia District affirms that school library media centers and classroom libraries shall:

1.     provide a comprehensive collection of instructional materials that will support the curriculum;

2.     provide materials for teachers and students that will stimulate growth in knowledge, literacy appreciation, aesthetic values, and ethical standards;

3.     provide information that will enable students to make intelligent decisions and to understand the consequences of their decisions;

4.     provide education media that reflects differing and/or opposing viewpoints;

5.  provide materials which reflect the ideas and beliefs of the many ethnic, religious, and political groups that have contributed to the American and world heritage and culture; and

6.  provide age-appropriate materials in multiple genres to encourage students to read for pleasure and information.

D.  Responsibility for Selection of Materials

Selection of educational media is a continuous process which involves teachers, administrators, lay persons, other instructional personnel, and students as appropriate.

1.  The responsibility for coordinating the selection process and making the final selection for library-media and classroom library materials rests with the school library media specialist who holds a valid educational media specialist certificate.

2.  School library media specialists, and other personnel involved in the selection of school district library materials must complete the online training program developed by the Florida Department of Education prior to reviewing and selecting age-appropriate materials and library resources.

3.  School principals are responsible for overseeing compliance with school district procedures for selecting school library media and classroom library materials.

4.  Teachers are responsible for fully reviewing and evaluating outside media that will be used as classroom curriculum material.

5.  Final selection of classroom curriculum material shall be the responsibility of the principal or principal's designee.

E.  Evaluation and Selection of Library/Media Center Materials

In addition to supporting the curriculum, the school library/media center and classroom library affords students the opportunity to explore areas of interest and thought not covered by the prescribed curriculum; therefore, it should contain materials that allow for free inquiry, study, and evaluation. The selection process may include consultation with school administrators, other teachers, students, and parents/guardians to assure a comprehensive collection appropriate for users of the library/media and classroom library center. School principals are responsible for overseeing compliance with school district procedures for selecting school library/media center at the school to which they are assigned.

1.  Each book made available to students through a school district library/media center, classroom library, or included in a recommended or assigned school or grade level reading list must be selected by a school district employee who holds a valid educational media specialist certificate, regardless of whether the book is purchased, donated, or otherwise made available to students.

2.  Each new title purchased to be available to students through a district library/media center and classroom library must be presented to the school's Library Advisory Council for input. The Library Advisory Council shall be

comprised of at least the school's media specialist, two teachers, one parent and one community member.  The principal will ensure the committee is representative of the school community.

3.  Materials placed in media collections shall meet the criteria set forth in Section 1006.40(3)(d) F.S. The process of evaluating materials for inclusion in collections is continuous and systematic. Selections are based upon consultation with reputable professionally recognized reviewing periodicals and school community stakeholders. Materials for inclusion shall be considered according to the following criteria:

a.  First consideration is given to the need of the individual school based on:

i.  reader interest;

ii.  support of state academic standards and aligned curriculum;

iii.  existing collection;

iv.  academic needs of students and faculty; and

v.  requests from users of the collection (administrators, faculty, parents/guardians, students) are given high priority.

b.  Materials for purchase are considered on the basis of overall purpose, timeliness, importance of the subject matter, quality of writing or production; readability and popular appeal; authoritativeness; reputation of the author, artists, publisher, producer, format; and cost.

c.  In the selection of educational media, special consideration is given to the following:

i.  Ideologies: factual information on any ideology or philosophy present in society;

ii.  Religion: factual unbiased media which represents all major religions;

iii.  Science: theories and factual information about scientific knowledge appropriate to the age level for which it is intended;

iv.  Sex: pornographic, sensation, or titillating media are not included, but the fact of sexual incidents appearing in the media does not automatically disqualify them.

No book or other materials containing pornography shall be used or be available in the District as prohibited by Section 847.012, F.S.;

No book or other materials shall be used or be available that depicts or describes sexual conduct as defined in F.S. 847.001(19) for any grade level or age group for which such use is

inappropriate or unsuitable, unless such material is for a course required by F.S. 1003.46, F.S. 1003.42(2) (n)1.g., or F.S. 1003.42(2) (n)3., or identified by State board of Education rule.

v.   Sex education: factual information appropriate for the age group or related to the school curriculum; and

vi.   Stereo-type and sex biases: educational media shall be freed from stereo-type and sex biases;

vii.   Race, sexuality, gender identity, profanity, drugs/alcohol and violence: selection will be based on community standards as established by the Board. In the absence of standards, professional reviews will be consulted.

4.   Each school must publish on its website, in a searchable format prescribed by the Florida Department of Education, a list of all materials maintained in the school library/media center and elementary classroom libraries.

5.   Each elementary school must publish on its website, in a searchable format prescribed by the Florida Department of Education, a list of all required school or grade level reading lists.

D.   Discontinuation of Library Media Materials and Classroom Library Materials

Personnel holding responsibility for evaluation and selection of educational media should reexamine materials periodically to ensure they continue to meet selection criteria. Objective criteria for removing materials include:

1.   condition of material (worn and damaged);

2.   duplication of seldom-used materials;

3.   obsolescence and/or inaccuracy of information;

4.   inappropriate content based on age interest level;
5.   lack of circulation;

6.   supersession of serial materials; and

7.   alignment to state academic standards and relevancy to curriculum; and

8.   required removal pursuant to s. 1006.28(2)(a)2., F.S.

10.   Challenged Materials

Objections Regarding Non-Adopted Instructional, Library/Media Center, Classroom Library, and/or other Educational Material.

Challenged materials may be removed from use only after the following procedures have been completed in sequence.

Interested citizens may challenge materials being used in a school according to procedures established by the Board and published in the Challenged Materials document on the Media Services website.

A.    Reconsideration of Challenged Media

1.    The School District of Escambia County supports the principles of freedom of speech and the right to a redress of grievances inherent in the First Amendment of the United States as well as appropriate Federal and State Statutes, and subsequent court decisions that have been rendered.

2.    Any parent/guardian or resident of the county of the school district may raise objections to resources used in the educational program despite the fact that the individuals selecting such resources were duly qualified to make these selections and observed the criteria for selecting resources.

3.    No parent, guardian or resident of the county has the right to determine the reading, viewing or listening resources for students other than their own children.

4.    Access to Materials Under Review

a.    Any material challenged on the basis that it contains content that is pornographic or prohibited under F.S. 847.012 or depicts or describes sexual conduct as defined in F.S. 847.001(19), unless such material is for a course required by F.S. 1003.46, F.S. 1003.42(2) (n)1.g., or F.S. 1003.42(2) (n)3., or identified by State Board of Education rule shall be placed in a Restricted Access Area of the Library/Media Center within five (5) school days of receipt of the objection and remain unavailable to students of that school shall be placed in a Restricted Access Area of the Library/Media Center until a decision has been made by the Superintendent in consultation with the Coordinator of Media Services, District Materials Review Committee or Board.

b.    All other challenged material will remain in circulation during the pendency of the review process.  Parents may at any time opt their child out of all materials currently under review which remain in circulation. See section 9.B. Student Access to Library/Media Center and Classroom Library Collections.

5.    A decision to sustain a challenge shall not be interpreted as a judgment of irresponsibility on the part of the professionals involved in the original selection and/or use of the resource. Professional personnel shall not be punished or have their employment affected by decisions reached by the District Materials Review Committee or the Board.

B.    Procedures for Reconsideration of Materials

Objections to some materials may be voiced by the public not withstanding the care taken in the selection process and despite the qualifications of persons selecting materials. If a complaint is made, the following procedures should be observed:

1.  Inform the complainant of the selection procedures and make no comments.

2.  All concerns shall be presented in writing on a printed Reconsideration of Educational Media form that is available through the principal of the school or the District website. A complainant who does not complete and return the form shall receive no consideration.

3.  These procedures shall be followed for reconsideration:

    a.  The completed Request for Reconsideration of Educational Media forms are submitted to the school principal or to the Coordinator of Media Services.

    b.  The principal shall notify the Assistant Superintendent of Curriculum and Instruction and the Coordinator of Media Services.

    c.  Any material challenged on the basis that it contains content that is pornographic or prohibited under F.S. 847.012 or depicts or describes sexual conduct as defined in F.S. 847.001(19), unless such material is for a course required by F.S. 1003.46, F.S. 1003.42(2) (n)1.g., or F.S. 1003.42(2) (n)3., or identified by State Board of Education rule, shall be placed in a Restricted Access Area of the Library/Media Center within five (5) school days of receipt of the objection.

    d.  The Superintendent, in consultation with the Coordinator of Media Services, shall retain the right to make a determination that the challenge to a title on the basis that it contains content that is pornographic or prohibited under F.S. 847.012 or depicts or describes sexual conduct as defined in F.S. 847.001(19), unless such material is for a course required by F.S. 1003.46, F.S. 1003.42(2) (n)1.g., or F.S. 1003.42(2) (n)3., or identified by State Board of Education rule, provides sufficient evidence to remove the title without review by the District Materials Review Committee or the Board.

    e.  Information regarding the challenge shall be posted on the Media Services website for additional public input.

    f.  A District Materials Review Committee shall be appointed by the Assistant Superintendent of Curriculum and Instruction to review the appeal.

    g.  The District Materials Review Committee shall be comprised of five or more members to include community members, school administrators, teachers, parents/guardians, and media specialists of the same level(s) of school(s) containing the title. The District Materials Review Committee reserves the right to use outside expertise if necessary to help in its decision making.

    h.  Meetings of committees convened for the purpose of resolving an objection by a parent or resident to specific materials must be noticed and open to the public in accordance with s. 286.001.

i.    School Library Councils of the same level(s) of school(s) containing the title in question shall be given the opportunity to provide input for the District Materials Review Committee to consider.

j.    Challenged materials shall be read and re-evaluated by the District Materials Review Committee considering the specific objections. In the deliberations of challenged materials, the District Materials Review Committee shall consider the educational philosophy of the school district, the professional opinions of other teachers of the same subject and other competent authorities, reviews of the materials by reputable bodies, input from School Library Advisory Councils of the same level(s) of school(s) containing the title, the teacher's own stated objectives in using the materials, public input, and the objection of the complainant.

k.    The complainant shall have the right to proffer evidence, in a written format, for the District Materials Review Committee's consideration that:

     i.    An instructional material does not meet the criteria of s. 1006.31(2), F.S., or s. 1006.40(3)(d), F.S., if it was selected for use in a course or otherwise made available to students in the school district but was not subject to the public notice, review, comment, and hearing procedures under s. 1006.283(2)(b), F.S.

     ii.    Any material used in a classroom, made available in a school library or classroom library, or included on a reading list contains content that is pornographic or prohibited under s. 847.012, F.S., depicts or describes sexual conduct as defined in F.S. 847.001(19), unless such material is for a course required by F.S. 1003.46, F.S. 1003.42(2) (n)1.g., or F.S. 1003.42(2) (n)3., or identified by State Board of Education rule, is not suited to student needs and their ability to comprehend the material presented, or is inappropriate for the grade level and age group for which the material is used.

l.    The District Materials Review Committee will make its decision determined by the simple majority to retain the item in the collection without restriction, move the resources to a different level, or remove the resources. This will be a secret ballot vote; however, all ballots must be maintained as public records.

m.    The Assistant Superintendent of Curriculum and Instruction shall receive a written report concerning the District Materials Review Committee's decision.

n.    The Assistant Superintendent of Curriculum shall inform the complainant, in writing, by certified US mail, of the District Materials Review Committee's decision.

o.  District Materials Review Committee decisions on reconsidered materials will stand for one (1) calendar year before new requests for reconsideration of those items will be entertained, unless the decision is appealed and overturned at a higher level.

p.  The District Materials Review Committee's decision shall apply to all schools.

4.  These procedures shall be followed for an appeal to the School Board if the complainant disagrees with the decision by the District Materials Review Committee.

a.  An appeal of the decision made by the District Materials Review Committee must be made in writing to the superintendent within ten (10) days of receipt of the District Materials Review Committee's decision.

b.  Decision on the complaint will be made at the next regularly scheduled Board meeting unless the date of the decision being appealed is filed within fourteen (14) days of the Board meeting. In that instance, the matter will be heard at the following regular Board meeting. The Board reserves the right to schedule a special meeting for consideration of challenged materials.

c.  The Board shall review all evidence and materials presented at the District Materials Review Committee level. If the complainant wishes to offer any additional evidence, it must be submitted to the superintendent no less than eight (8) days prior to the meeting at which the matter will be heard.

d.  The public shall be afforded an opportunity to comment before the Board makes a final decision.

e.  The Board reserves the right to use outside expertise if necessary to help in its decision making.

f.  The Board decision will be final, and the superintendent will implement the decision.

g.  Board decisions on reconsidered materials will stand for five (5) calendar years before new requests for reconsideration of those items will be entertained.

h.  The Board's decision shall apply to all schools.

i.  If a parent disagrees with the determination made by the district school board on the objections to the use of a specific material, a parent may request the Commissioner of Education to appoint a special magistrate who is a member of the Florida Bar in good standing and who has at least five (5) years' experience in administrative law. The special magistrate shall determine facts relating to the school district's determination, consider information provided by a parent and the school district, and render a recommended decision for resolution to the State Board of Education within thirty (30) days after receipt of the request by the parent. The State Board of Education must approve or reject the recommended decision at its next regularly scheduled meeting that is more than seven (7) calendar days and no

more than thirty (30) days after the date the recommended decision is transmitted. The costs of the special magistrate shall be borne by the school district. The State Board of Education shall adopt rules, including forms, necessary to implement this subparagraph.

Legal

Rulemaking Authority: Sections 1001.41; 1001.42; 1001.43, F.S.

Law Implemented: Sections 847.02; 1006.28; 1006.34; 1006.40; 1010.215, F.S.

**Last Modified by Lenaha Kidd on September 25, 2023**

# Exhibit 3





## 9

# DEVON

*Wednesday*

Since lunch, I've been getting stares.

It doesn't take a genius to figure out that the latest Aces blast was about me, but the question is, *what* about me? And why do I receive blasts about others only, and not myself?

It's probably this "Aces" person's twisted way of adding to the sick feeling in my stomach as much as they can.

"Hey, Richards!" some guy shouts as I walk down the hallway. I stop to look at him. He smirks before wrapping his arms around himself, kissing the air and making smooching noises.

It's not even been a full week and already senior year is sucking on a level I never imagined it could.

Exiting the double doors of the school brings me a sense of peace. Because at least now, the school day is over and I can go home.

A hand grabs my arm and jerks me into an alley by the main school building. I'm thrown against the brick wall and I hiss, my back throbbing in several places as I collide with the rough surface.

"Do you want to get killed?!" Jack shouts.

"No—"

"Then why the fuck is your fucking sex tape floating around the fucking school?"

*My what?*

Oh my god.

I might throw up. I can't breathe . . . My legs are shaking . . . My head is spinning.

"I need to find Scotty," I manage. *I need to kill Scotty.* A part of me wants to ask to see the video, see how bad it is, but I don't know if I can handle that.

Jack says nothing. His face is scrunched up, and he's breathing hard. I don't know what it is about his expression, but it makes me feel like I should be ashamed of myself.

Like I should feel dirty.

Before he knew I was gay, Jack didn't look at me like that. He was the first person I told, back when we were still in middle school. Before I came out, life was us having each other's back, sleepovers, and video games, while Ma was away at work, when we had no one but each other. Now it's this: Jack hating me for something I can't change. The both of us wishing things could go back to the way they were before I said those words.

We stare at each other. I have to stop myself from apologizing—because what would I even be sorry for? Existing too loud?

I break eye contact, pushing off the wall, my legs unsteady as I run back into the school, a place I'm starting to hate more than ever. Girls giggle when they see me, and I get it now. I get the mocking from earlier. It's all making sense.

I'm so embarrassed.

My sight blurs and I try to catch my breath, but I keep choking

74

on air. I sniff, rushing forward, bursting into Crombie, high on adrenaline.

*I'm gonna kill Scotty.*

I jump onto the stage and tear through the curtain to where the girl from Tuesday is sitting next to Scotty's slumped figure, rubbing his back. His blue letterman jacket is draped over the back of his chair.

I try calming my breathing before I speak.

"Scotty," I say. No response.

The girl looks at me with an annoyed expression plastered onto her semi-plastic face. Her nose, which I now notice is a little slanted—I assume from a botched surgery—scrunches up at me.

"Scotty," she whispers, and he looks up and then looks away.

"My career is probably over," Scotty says.

My chest is still heaving.

"All the successful people these days have sex tapes. This is a step in your favor," says the girl. I want to hit her.

Scotty nods. "True."

I want to hit him.

"Scotty," I say again.

"Can't you see this is hard for him?" the girl tells me.

I want to laugh. "Hard for him? He's the one who made the video, and he was the *only* one who had that video."

"You're barely in the video, and Scotty said he deleted it. Besides, do you know how easy it is to hack into anyone's cloud?" she huffs.

"What?" I say, because I'm so confused. I don't care if I'm barely in it. The fact that I am, and everyone saw it—

I scrunch that thought up like it's written on a mental sheet of

75



paper. If this gets back home, if Ma sees this, she's going to be so disappointed in me; she'll see me differently. And Dre—he said . . .

"Well, I mean . . . I guess everyone *knows* it was you because we heard your voice and Scotty says your name; you guys are pretty vocal—"

"I know it's you doing this, Scotty," I say, face burning. "I know it's you sending the messages, leaking stuff."

Scotty stares at me, blond hair messy and covering his eyes as a smile slowly appears on his lips. The girl next to him watches us hungrily.

"You think *I'm* Aces?" he asks, feigning offense.

He's the only person I can think of with the motive to hurt me and maybe even Chiamaka. We both dumped him.

"It makes sense. You and I aren't friends anymore, and you're the only one who could have sent out that video . . ."

His smile falters a little. I must be imagining it, because surely someone as self-centered as Scotty couldn't care less about what I think of him.

"That's right, we aren't friends, or anything close to that—so why would I waste my time? Why bother with someone no one here cares about? Chiamaka, maybe. People actually *want* to read about her, but why would I bother with *you*? What would I get out of that?" he asks.

There's a tiny pang as his words hit me.

Scotty looks down at his lap, pulling his phone out of his pocket and scrolling like I'm not here anymore.

I used to be able to tell when Scotty was lying. When we were dating, I'd always get this twisting feeling in my gut, something telling me he wasn't being a hundred percent honest. When he'd admit to

76



"All I do is cheat and lie and drink and be a fucking disappointment to You and my parents and Niesus . . ."

Maybe he's not talking about me after all.

He cries a little harder, picking his drink up again. I awkwardly pat his back.

I feel really sick. I've already thrown up in the bathroom, but I'm probably going to puke up my entire digestive system and die next to Scotty in this bedroom while everyone else adjusts normally to teenage life downstairs.

Scotty hugs his cup like it's a stuffed toy. There's a hole in his sock. His big pale toe sticks out, and it's funny because he's nothing like this sober. He's always put together, in the finest clothes every legacy kid is expected to wear.

"You're not a disappointment, Scotty. Trust me," I say, smoothing down my dress. "And it's my duty as your fake girlfriend to not let you die from alcohol poisoning." I tug the cup out of his hands. He slumps back.

We are quiet for a while. I almost think he's fallen asleep.

The door to the guest room opens once again.

"There you are. I went in my room to look for you, but you weren't there . . . Everything okay?" Jamie asks.

I nod, still shivering. Face dry from tears. I probably look like a mess. I force a smile.

"Everything's great," I say.

"Good . . ." His eyes drift down to Scotty, next to me, now fast asleep. "Wanna go somewhere to talk?" He says this with a smirk.

I start to get up, surprised by how painful it is to do so.

An image flashes suddenly in my mind: someone pushing me down, me falling hard, crying, screaming for help—

"I'd love to talk," I say as his arms slip around my waist, brushing over the bruises on my hip . . .

♠

109

the notepad shut as the first warning bell sounds, signaling the end of lunch. Despite Chiamaka's confidence, I still worry that something will go wrong.

We walk out of Morgan separately—Chiamaka a few steps ahead, so that it doesn't look like we were in there together—and I head toward my locker. The crowd divides us as people make their way down the hall.

There's a shift in the air as I near the senior lockers. Something feels different. For one, it is completely dark in the hallway. Two, people are slowing down, their mumbled voices growing louder, and at first I'm unsure what all the chaos is about.

Then the lights blink on and I see them.

Posters plastered to every single locker.

Posters of a passed-out Chiamaka in a short silver dress, black tights, black heeled boots, mascara dried on her cheeks, and her hair a tangled mess. Some of the posters have *Bitch* written in big black bold text, others *Slut*.

I move closer to the posters. Surrounding her body are these weird identical blond dolls.

I scan the crowd for Chiamaka, swallowing the lump in my throat when I see her in the center of the hallway, frozen.

The quiet chaos is interrupted by pop music blaring from the school speakers as a figure dressed head to toe in black, with a black hood and a terrifying Guy Fawkes mask, carrying hundreds of posters, appears out of nowhere and rushes forward.

The hairs on the back of my neck are raised and a chill runs through me unexpectedly. My mind flashes back to the park, the figure with the camera.

225



In one swift movement, they toss the papers they're holding into the air. The sheets fall from the ceiling like giant snowflakes and people reach up, jumping to catch the paper, like it's some game. I block my face as the sheets rain down, but I glimpse the printed images. I reach down and pick one up.

It's me and Chiamaka's junior yearbook photos. Only our eyes have been scratched out. It's like a punch to the gut.

Without thinking, I push through the crowd, walking toward the masked figure. They notice my sudden movement and look me dead in the eye before sprinting away, pushing through the crowd. They're fast, black sneakers carrying them quickly.

I start running but I'm quickly blocked by bodies, shoving me back as they grab at the posters that litter the floor. I fight my way through, not wanting to lose the person, but by the time I break out from the crowd, the figure has disappeared once again.

*Aces?*

Taking a shaky breath, I turn. My face is hot, limbs quaking, as all eyes on me now. Some sneer, others stare blankly. I scan the hallway for Chiamaka, but she's disappeared. Her picture comes into view again, lined up along each locker. I run at the first one, tearing it down, move to the next one, yanking it off, then the next, and the next, blood boiling. Whoever took this photo meant to do harm. She's passed out, unaware of the picture being taken. It's nasty; it's a violation.

I spot Mr. Ward at the end of the hallway, holding one of the posters. Then I watch as he crumples it up and throws it in the trash, before walking away.

The second warning bell rings, and the students around me

226

27

# DEVON

*Sunday*

I knew she was serious when she said, "Wear all black," but I never thought she meant *Dress like a criminal too.*

Chiamaka waves to me by the back entrance of our school, with a set of jangly keys in her hand and a balaclava covering her face. I got in through the back gate, usually left open for cleaners to come through. It's one of the rare places in Niveus without any CCTV. I kept watching my back on the way here, looking for scary masked figures with sharp knives ready to kill us both. But the streets were empty, with no sign of anyone following me at all.

I approach Chiamaka and her eyes survey my outfit critically. Then she lifts the balaclava up slightly, revealing her unimpressed expression.

"That's the best you could do?" she whispers. I'm wearing all black; I don't understand why she's making a big deal about it.

We are basically wearing the same thing, except she's wearing red-bottom heeled black boots and I'm wearing Converse. At least my shoes aren't going to click loudly and alert Aces and all the other anonymous people out to get us that we are here.

"What?" I say.



She shakes her head, pulling the balaclava back down roughly. "Nothing, just come and watch the window with me."

"What does this see into?" I ask, walking up to the back door and the window next to it. I can barely see anything with Chiamaka's big head in the way.

"The library," she says.

Convenient.

"Anyone there yet?"

"Obviously not. Do you really think I wouldn't say anything and keep watching them play on the computers?"

I look up at the dark sky. *God, please give me eternal patience.*

"I thought we were going in and hiding behind the cart by computer 17."

She sighs loudly. "Let's go in."

She pushes the key into the hole—loudly—and opens it—loudly—and then steps in—loudly.

I'm no crook, but I know how not to get killed, or found out, and Chiamaka clearly doesn't. I follow her inside, watching her try to tiptoe but fail. We turn in to the library. The room is cold, quiet, and empty. I scan our surroundings, my eyes landing on computer 17, at the very edge, still. Untouched. Ominous.

"Hey, look," Chiamaka says. I follow her gaze to one of the walls adorned with what feels like hundreds of black-and-white framed photographs, all with years labeled clearly on the frame. Freshman, sophomore, junior, and senior years for each graduating class. It's kind of creepy, the school keeping all of these in *Morgan Library*, of all places. Like the students make one while the Niveus alumni watch.

I'm almost positive the photos weren't here when we came on Thursday.

260

I scan the wall for the junior year photo for our graduating class, crouching a little to focus on it. There are so many of us. At any other school, my face would blur and blend in with the rest of the class, but I find myself easily. Dark skin as prominent as Chiamaka's; the sea of white making us stick out comically.

I spot a sophomore pic from 1963 out of the corner of my eye, where two Black straight-faced strangers stare back at me. I see the change in them in the next picture over—their junior-year photograph—one of the girls seemingly taller in this one. It's weird seeing black-and-white photos of Black people sometimes. TV had me thinking we didn't exist until the eighties.

"We should probably go and hide until Aces comes . . . It's getting close to nine, and I don't want to be caught and have to die wearing polyester," Chiamaka says. I start walking toward the cart by computer 17, but I'm quickly pulled in the opposite direction, toward computers 6 and 7.

"Go under and drag the chair to hide your body," she whispers, completely abandoning the plan she was so adamant we follow. But I do what she says, taking a seat next to her on the floor, under the table, then dragging the chair forward to cover me.

I peek out slightly, computer 17 in my direct vision.

Maybe this plan is better.

We sit in silence for a while. I rub the sleep out of my eyes, leaning back against the wall but hitting my head against the table in the process.

"Shh!" Chiamaka says, looking annoyed at the fact that I injured myself.

I don't trust myself with words right now, so I don't reply.

"That reminds me . . . What took you so long to get here?" she

261

whispers, hitting me across the head, her balaclava now off and in her lap.

*God, please . . . patience . . . thanks.*

What took me so long? I was with Terrell, actually, at an ice-cream joint near his place.

"I was eating dinner," I tell her, because ice cream technically is dinner.

I can feel her roll her eyes. Apparently, now eating's a crime too.

"Next time, waste someone else's time with eating; we have a creep to catch."

"Sorry, I'll starve and faint right in front of Aces instead—"

She pinches my leg.

"What now?" I almost shout, looking at her. Her eyes widen, and she shoves her hand over my mouth quickly.

"I saw legs!" she whispers harshly, her head turning toward the figure. There's a pounding in my ears as I catch a glimpse of movement.

Holy shit.

Inching forward, I peer out through the gaps between the chair legs. I see a person dressed in black, an oversized hoodie covering their small frame, with black jeans and shiny Docs. Their footsteps are heavy, boots scratching against the carpet, gloved hands limp by their sides as they step toward computer 17.

This is it.

"Shit," I whisper without thinking, triggering an abrupt pause from the figure. I freeze for a moment, and I swear my heart stops, my body vibrating as I scooch back slowly. The figure turns toward us, scanning the room, and I see the scary smile of the mask from Thursday, the one that's been haunting me since, with its pale, vacant

262

expression making it look so monstrous and terrifying. They stop looking around and continue heading toward the computer.

Through the small gap, I see Aces pull out the chair in front of computer 17, sit down, cross their legs, and reach for the mouse.

My heart is beating so fast. Chiamaka's breathing turns shallow.

She sits back against the wall and curls into a ball. Her lips move, but no words come out; she looks so freaked out.

I watch Aces's legs as they swivel gently in the chair.

Chiamaka sits up slowly, passing me the rope she somehow fit in her hoodie pocket. She's going to tackle them, and I am going to tie them up, then we're going to take a photo. Hard, undeniable evidence. We'll also take pictures of the account and anything they have saved on there. We planned this, but somehow here, in the library, it feels like we're way ahead of ourselves.

Before I can even catch myself, she's up and charging toward them.

"Reveal yourself, bitch!" she screams, which I guess is my cue to stand.

Chiamaka pushes the figure onto the floor and tries to remove the mask from their face. A few blond curls slip out from their hood.

I move closer, only slightly. I don't want to get any blood on Terrell's hoodie. I hold the rope up, getting ready to jump in and tie their hands.

Chiamaka finally rips the mask off, but instead of holding what I quickly realize is a girl down, she stumbles off the body, visibly trembling. As Chiamaka stares at her, frozen, the girl stands, turns, and rushes away from us.

*What the actual fuck?*

I throw down the rope and run to the library doors as they swing back toward me, hard, and then I race down the corridor. But there is



nothing. No one. No sound of feet or movement in the dark hallway. I can't even tell which way they went. I walk up to some of the doors of the nearby classrooms, and they're all locked from the outside.

I stand for a moment, watching and waiting, before I walk back to the library.

"What the fuck, Chiamaka? You let them get away!" I shout as I open the doors again, but she doesn't even seem to really hear me. She looks like she's seen a ghost. Her face is drained of color, mouth hanging open.

Before I can say another word, she rushes out of the library too.

After all that talk of wanting to take "the bitch" down, Chiamaka bails when the mission needs her most.

As I bend to pick up the rope, my eyes catch the blaring bright screen of computer 17 instead.

I lean in. The girl left the computer logged in to a page with black spades symbols decorating the border.

I sit down and scroll to the top of the page.

ACE OF SPADES SECRET SOCIETY

Generosity, Grace, Determination, Integrity, Idealism, Nobility, Excellence, Respectfulness, and Eloquence.

Aren't those our school values?

An animation of a smirking guy dealing cards grins at me in the corner. The words *Press enter for some fun!* appear across the screen, and even though I feel like I'm about to have a heart attack, I press enter. The school values dash across the screen, swirling and spinning, before arranging themselves in a line. *Press enter again!* the screen tells me, and I do. In a flash, most of the letters disappear, leaving the first letter of each word, like an acrostic.

264

N
I
G
G
E
R

D
I
E

Cold rushes through me; it feels like someone is walking over my grave.

*Nigger die?*

The fuck?

There's an arrow pointing down at the bottom of the screen, so I scroll, heart hammering. A folder comes up titled *Checkmate*. I double-click, and three more folders appear, labeled *Rook*, *Bishop*, and *Knight*. Chess pieces? I click on *Rook*, and a short table full of names loads on the page, some I recognize, some I don't. In one row I spot the name *Jack McConnel*, a sharp checkmark next to it, and beside that a short sentence I have to reread to make sense of.

**Distribution of DR's messages.**

Distribution of DR's messages.

DR . . . Devon Richards.

Messages . . . All the shit Aces has been sending to everyone. The screen blurs and I shut my eyes, squeezing the tears out. Jack's been sending the messages to people. Jack's reason Dre found out

265

about all of this. Jack's the reason Dre broke up with me. Jack's the reason I can't breathe whenever I enter the school.

I wipe my eyes and drag the mouse down, watching as more familiar names appear. Unable to process, I'm numb as I click back and choose the *Bishop* folder. Like before, there are rows of names, with short sentences detailing more *tasks* next to each one—all of them checked off. The lists in the files aren't long enough to be the names of every single person at Niveus, but I recognize a lot of them as students. Anger bubbles inside as I read more familiar names, like *Mindy Lian* and *Daniel Johnson* and other people I've shared conversations with, sat next to in classes for almost four years. All of them, in on this. *This.*

*What is this?*

I come out of *Bishop*, now hovering over the next folder, *Knight*, scared of what I might see if I click. The files here seem to be lists of names and vague duties, nothing else. I decide to exit the *Checkmate* folder altogether, wanting to find more than this. Something that will tell me what the hell is going on. There's another arrow underneath *Checkmate.* I scroll and find two more folders beneath.

One labeled *The Girls*, the other *The Boys.* I select *The Girls* first. A list of folders with names and old dates pops up: *Dianna Walker 1965, Patricia Jacobs 1975, Ashley Jenkins 1985* . . . Each folder has a picture of a Black girl. At the end is Chiamaka's name and her yearbook picture. The same one that was on the posters on Thursday.

I click on *Dianna Walker 1965*, pressing the mouse again at a document labeled *Aces 1.* My hands are shaking.

Immediately, scanned photographs of handwritten letters appear.



*Looks like our favorite negro has been up to no good.—Aces*

What the fuck is this shit?

266

I wipe my eyes again, clicking on *Aces 2* in Walker's file. There she is, sprawled out on a bed, no clothes, eyes closed. The photo is black-and-white and crinkled. There's something about the picture that feels like her body is being used, no consent. Something about the way this picture has been taken feels so wrong. It reminds me of the posters of Chiamaka, hung up on the lockers for everyone to see.

My stomach turns, and I close the file, feeling sick.

Suddenly, there's a zapping sound. The graphics on the screen slowly start to fizzle out. I reach into my pocket quickly, grabbing my phone to take pictures of everything I've seen. I scroll up and down, hands shaking, the screen getting darker, the sounds in old video games, and a loud bang makes me jump back.

I scramble away from the computer like it's an explosive ready to go off. Shielding my head, I frantically move backward, breath shaky, heart wild. I hear more zaps, like the sounds in old video games, before the screen flashes. The ace of spades card appears and then disappears, and the background turns a dazzling white.

The words *Ready to play?* materialize in bold black writing.

I push myself up from the floor, running toward the door. My hands vibrate as I watch the screen, heart skipping several beats when it switches off with a final zap, returning to its dark, ominous state.

There's so much going through my mind right now. My face is wet, my body tense. This is bigger than we'd imagined. So much bigger. Aces isn't one person, or even a small group . . . It's so many people. And there were so many files I didn't see. My mind is racing.

But the most prominent thought over all the noise is: *Who was that person in the mask?*

267



# Exhibit 4



wore a gray tunic and trousers, and daggers at his belt. He was as inhumanly lovely as a statue.

"Kieran," said Mark, a sort of half-shocked exhale. "But I—"

"Should have expected me." Kieran stalked forward. "You asked to borrow my steed; I lent it. The longer I go without it, the more chary Gwyn will grow. Did you hope to raise his suspicions?"

"I intended to return it," Mark said, his voice low.

"Did you?" Kieran crossed his arms over his chest.

"Cristina, go inside," said Mark. He had dropped his hand and was looking at Kieran, not at her, his expression fixed.

"Mark—"

"Please," he said. "This is—if you respect my privacy, please, go inside."

She hesitated. But his expression was clear. He knew what he was asking. She turned and went in through the Institute's back door, letting it bang loudly shut behind her.

The stairs loomed up in front of her, but she couldn't climb them. She barely knew Mark Blackthorn. But as she went to put her foot on the first step, she thought of the scars on his back. Of the way he had curled into a ball in his bedroom that first day, the way he had accused Julian of being a dream or a nightmare sent to haunt him by the Wild Hunt.

She didn't believe in the Cold Peace, had never believed in it, but Mark's pain had torn away at her beliefs. Perhaps the faeries truly were that cruel. Perhaps there really was no good in them, no honor. And if that was the case, how could she leave Mark out there, alone, with one of them?

She whirled around and pushed the door open—and froze.

It took a moment for her gaze to find them, but when it did, Mark and Kieran seemed to leap out at her like the images from a lighted screen. They stood in a patch of moonlight at the edge of the lot, Mark's back against one of the scrub oak trees. Kieran

was leaning against him, pinning him to the tree, and they were kissing.

Cristina hesitated a moment, blood rising into her face, but it was clear Mark wasn't being touched against his will. Mark's hands were tangled in Kieran's hair, and he was kissing him as fiercely as if he were starving. Their bodies were pressed together tightly; nevertheless, Kieran clutched at Mark's waist, his hands moving restlessly, desperately, as if he could pull Mark closer still. They slid up, pushing Mark's jacket off his shoulders, stroking the skin at the edge of his collar. He made a low keening sound, like a cry of grief, deep in his throat, and broke away.

He was staring at Mark, his gaze as hungry as it was hopeless. Never had a faerie looked so human to Cristina as Kieran did then. Mark looked back at him, eyes wide, shining in the moonlight. A shared look of love and longing and terrible sadness. It was too much. It had already been too much: Cristina knew she shouldn't have been watching them but she hadn't been able to stop, mingled shock and fascination rooting her to the spot.

And desire. There was desire, too. Whether for Mark, or for both of them, or just for the idea of wanting someone so much, she wasn't sure. She moved back, her heart pounding, about to pull the door shut after her—

And the whole parking lot lit up like a stadium as a car rounded the corner and turned into it. Music blared out the windows; Cristina could hear Emma's and Julian's voices.

Her gaze darted back toward Mark and Kieran, but Kieran had vanished, a shadow into shadows. Mark was bending down to pick up his jacket as Emma and the others piled out of the car.

Cristina pulled the door shut. Through it she heard Emma ask Mark where she was, and Mark say that she had gone inside. He sounded casual, calm, as if nothing had happened.

But everything had happened.



BRIGHT EYES

If she kissed him, would he taste like blood or cloves or a mix-ture of the two? *Sweet and spicy? Bitter and hot?*

She made herself shove the thought down. He was her *paraba-tai*. He wasn't for kissing. He was—

His left hand moved down over her back to her waist, slid-ing around to lightly cup her hip. Her body jolted. She'd heard of people having butterflies in their stomachs, and she knew what they meant: that flapping, uneasy feeling deep in your gut. But she had it now *everywhere*. Butterflies under all of her skin, fluttering, sending shivers that moved in waves up and down her body. She began to trace her finger over his wrist, meaning to write on him: *J-U-L-I-A-N, W-H-A-T-A-R-E-Y-O-U-D-O-I-N-G?*

But he didn't seem to notice. For the first time, he wasn't hear-ing their secret language. She stopped, stared up at him; his eyes when they met hers were unfocused, dreamy. His right hand was in her hair, winding it through his fingers. She felt the sensations as if each individual hair were a live wire connected to one of her nerve endings.

"When you came down the stairs tonight," he said, his voice thick and low, "I was thinking about painting you. Painting your hair. That I'd have to use titanium white to get the color right, the way it catches light and almost glows. But that wouldn't work, would it? It's not all one color, your hair, it's not just gold: It's amber and tawny and caramel and wheat and honey."

Normal Emma would have made a joke. *You make it sound like a breakfast cereal.* Normal Emma and Normal Julian would have laughed. But this wasn't Normal Julian; this was a Julian she'd never seen, a Julian with his expression stripped down to the elegant bones of his face. She felt a wave of desperate wanting, lost in the way his eyes looked, in the curves of his cheekbones and jaw, the unexpected softness of his mouth.

"But you never paint me," she whispered.



Lady Midnight

He didn't answer. He looked agonized. His pulse was pounding triple time. She could see it in his throat. His arms were locked in place; she sensed he needed to hold her where she was, not let her come an inch closer. The space between them was heated, electric. His fingers curled around her hip. His other hand slid down her back, slowly, gliding along her hair until he reached bare skin where the back of the dress dipped down.

He closed his eyes.

They had stopped dancing. They were standing still, Emma barely breathing, Julian's hands moving over her. Julian had touched her a thousand times: while they trained, while they fought or tended each other's wounds.

He had never touched her like this.

He seemed like someone under a spell. Someone who knew he was under a spell, and was fighting against the pull of it with every nerve and fiber, the percussion of a terrible internal struggle pounding through his veins. She could feel his pulse through his hands, against the bare skin of her back.

She moved toward him, just a little, barely an inch. He gasped. His chest expanded against hers, brushing the swell of her breasts through the thin material of her dress. The sensation whipped through her like electricity. She couldn't think.

"Emma," he said in a choked voice. His hands contracted, sharply, as if he'd been stabbed. He was pulling her. Toward him. Her body slammed up against his. The crowd was a blur of light and color around them. His head lowered toward hers. They breathed the same breath.

There was a clash of cymbals: shattering, deafening. They broke apart as the doors of the theater were thrown open, the room flooding with bright light. The music stopped.

A loudspeaker crackled to life. "Will the audience please enter the theater," said a sultry female voice. "The performance of the Lottery is about to begin."

340

THE ANGELS NOT HALF SO HAPPY

"She looked at you several times while you were dancing with the blond girl."

Mark blinked. Partly in surprise that he had so quickly forgotten how literal faeries were. And partly in surprise that he himself had remembered such a human expression and used it so unconsciously.

It was pointless to try to explain to Kieran all the ways that Cristina would never want him. She was too kind to show her revulsion at his faerie blood, but revolted he was sure she must be, under the surface. Instead he tucked his hands into the waistband of Kieran's breeches and pulled the other boy toward him to take another kiss, and with it memories of the Hunt like sweet wine.

Their kisses were hot, tangled. Two boys under a blanket, trying not to make noise, not to wake the others. Kissing to blot out the memories, kissing away the blood and dirt, kissing away the tears. Mark's hands made their way under Kieran's shirt, tracing the lines of scars on his back. There, they were matched in pain, though at least those who had whipped Mark were not his own family.

Kieran's hands slipped ineffectually on Mark's pearl buttons. "These mundane clothes," he said between his teeth. "I hate them."

"Then take them off me," Mark murmured, forgetful and dazed and lost in the Hunt. His hands were on Kieran but in his mind he was spinning through the northern lights, the sky painted blue and green like the heart of the ocean. Like Blackthorn eyes.

"No." Kieran smiled and stepped back. He was rumpled, his shirt gaping open at the front. Wanting beat through Mark's blood, to lose himself in Kieran and forget. "You told me once humans want what they cannot have. And you are half-human."

"We want what we cannot have," Mark said. "But we love what shows us kindness."

"I will take wanting, for now," said Kieran, and placed his hand over the necklace at Mark's throat. "And the memory of my gift to you."



345



Lady Midnight

"Of course it's possible!" His voice seemed to explode out of his body. "We are bound together, Emma, bound together—I breathe when you breathe, I bleed when you bleed, I'm yours and you're mine, you've always been mine, and I have always, *always* belonged to you!"

She had never heard him say anything like this, never heard him talk this way, never seen him so close to losing control.

"I didn't mean to hurt you," she said. She started to sit up, reaching for him. He caught her wrist.

"Are you joking?" Even in the darkness, his blue-green eyes had color. "Is this a joke to you, Emma? Don't you understand?" His voice dropped to a whisper. "*I don't live if you die!*"

Her eyes searched his face. "Jules, I'm so sorry, Jules—"

The wall that usually hid the truth deep in his eyes had crumbled; she could see the panic there, the desperation, the relief that had punched through his defenses.

He was still holding her wrist. She didn't know if she leaned into him first or if he pulled her toward him. Maybe both. They crashed together like stars colliding, and then he was kissing her.

Jules. Julian. Kissing her.

His mouth moved against hers, hot and restless, turning her body to liquid fire. She clawed at his back, pulling him closer. His clothes were wet, but his skin under them was hot wherever she could touch it. When she placed her hands at his waist, he gasped into her mouth, a gasp that was half incredulity and half desire.

"Emma," he said, a word halfway between a prayer and a groan. His mouth was wild on hers; they were kissing as if they were trying to tear down the bars that held them inside a prison. As if they were both drowning and they could breathe only through each other.

Her bones felt as if they had turned to glass. They seemed to be shattering all through her body; she crumpled backward, pulling Julian with her, letting the weight of his body push them both

*422*

All the Night-Tide

down into the sand. She clutched at his shoulders, thought of the disoriented moment when he'd pulled her out of the water, the moment she hadn't quite known who he was. He was stronger, bigger than she remembered. More grown-up than she had let herself know, though every kiss was burning away her memories of the boy he had been.

When he leaned closer into her, she jumped in surprise at the wet coldness of his shirt. He reached down and grasped the collar, tearing it over his head. When he leaned back down over her, the expanse of his bare skin stunned her, and her hands slid up his sides, over the wings of his shoulder blades, as if she were articulating the shape of him, creating him with the touch of her palms and fingers. The light scars of his old Marks; the heat of his skin, filmed with salty ocean water; the feel of his smooth sea-glass bracelet—he took her breath away with the *Julian*-ness of him. There was no one else he could be. She knew him by touch, by the way he breathed, by the beat of his heart against hers.

The touch of her hands was undoing him. She could see him unraveling, piece by piece. Her knees came up to clasp his hips; her hand cupped the bare skin above the waistband of his jeans, gently as the ocean at low tide, and he shuddered against her as if he were dying. She had never seen him like this, not even when he was painting.

Gasping, he tore his mouth away from hers, forcing himself still, forcing his body to stop moving. She could see what it cost him in his eyes, black with hunger and impatience. In the way that when he drew his hands away, they dug into the sand on either side of her, fingers clawing into the ground. "Emma," he whispered. "You're sure?"

She nodded and reached for him. He made a sound of desperate relief and gratitude and caught her against him, and this time there was no hesitation. Her arms were open; he went into them and

*423*



Lady Midnight

gathered her up against him, shivering down to his bones as she locked her ankles behind his calves, pinning him against her. As she opened herself, making her body a cradle for him to lie against.

He found her mouth with his again, and as if her lips were connected to every nerve ending in her body, her whole self seemed to spark and dance. So this was what it was supposed to be like, what kissing was supposed to be like, what all of it was supposed to be like. *This.*

He leaned in to outline her mouth, her cheek, the sandy curve of her jaw with kisses. He kissed his way down her throat, his breath warm on her skin. Tangling her hands in his wet curls, she stared up in wonder at the sky above them, wheeling with stars, shimmering and cold, and thought that this couldn't be happening, people didn't get things they wanted like this.

"Jules," she whispered. "My Julian."

"Always," he whispered, returning to her mouth, "always," and they fell into each other with the inevitability of a wave crashing against the beach. Fire raced up and down Emma's veins as the barriers between them vanished; she tried to press each moment, each gesture into her memory—the feel of his hands closing on her shoulders, the drowning gasp he made, the way he dissolved into her as he lost himself. To the last moment of her life, she thought, she would recall the way he buried his face against her neck and said her name over and over as if every other word had been forgotten forever in the depths of the ocean. To the last hour.

When the stars stopped spinning, Emma was lying in the curve of Julian's arm, looking up. His dry flannel jacket was spread over them. He was gazing at her, head propped up on one hand. He looked dazed, his eyes half-lidded. His fingers traced slow circles on her bare shoulder. His heart was still racing, slamming against hers. She loved him so much it felt like her chest was cracking open.

—424—

All the Night-Tide

She wanted to tell him so, but the words stuck in her throat. "Was that—" she began. "Was that your first kiss?"

"No, I've been practicing on random strangers." He grinned, wild and beautiful in the moonlight. "Yes. That was my first kiss."

A shiver went through Emma. She thought, *I love you, Julian Blackthorn. I love you more than starlight.*

"It really wasn't that bad," he said, and smiled at him.

He laughed and pulled her closer against him. She relaxed into the curve of his body. The air was cold, but she was warm here, in this small circle with Julian, hidden by the outcroppings of rock, wrapped in the flannel jacket that smelled like him. His hand was gentle in her hair. "Shh, Emma. Go to sleep."

She closed her eyes.

Emma slept, by the side of the ocean. And she had no nightmares.

"Emma." There was a hand on her shoulder, shaking her. "Emma, wake up."

She rolled over and blinked, then froze in surprise. There was no ceiling over her, only bright blue sky. She felt stiff and sore, her skin abraded by sand.

Julian was hovering over her. He was fully dressed, his face gray-white like scattered ash. His hands fluttered around her, not quite touching her, like Ty's butterflies. "Someone was here."

At that she did sit up. She was sitting on the beach—a small, bare half circle of a beach, hemmed in on either side by fingers of stone reaching into the ocean. The sand around her was thoroughly churned up, and she blushed, memory crashing into her like a wave. It looked like it was at least midday, though thankfully the beach was deserted. It was familiar, too. They were close to the Institute, closer than she'd thought. Not that she'd thought much.

—425—



*Lady Midnight*

She dragged air into her lungs. "Oh," she said. "Oh my God."

Julian didn't say anything. His clothes were wet, crusted with sand where they folded. Her own clothes were on, Emma realized belatedly. Julian must have dressed her. Only her feet were bare.

The tide was low, seaweed lying exposed at the waterline. Their footsteps from the night before had long been washed away, but there were other footsteps embedded in the sand. It looked as if someone had climbed over one of the rock walls, walked up to them, and then doubled back and walked away. Two lines of footsteps. Emma stared at them in horror.

"Someone saw us?" she said.

"While we were sleeping," said Julian. "I didn't wake up either." His hands knotted at his sides. "Some mundane, I hope, just figuring we were a dumb teenage couple." He let out a breath. "I hope," he said again.

Flashes of memory of the night before shot through Emma's mind—the cold water, the demons, Julian carrying her, Julian kissing her, Julian and her, lying entwined on the sand.

Julian. She didn't think she could think of him as *Jules* again. Jules was her childhood name for him. And they had left their childhood behind.

He turned to look at her, and she saw the anguish in his sea-colored eyes. "I am so sorry," he whispered. "Emma, I am so, so sorry."

"Why are you sorry?" she asked.

"I didn't think." He was pacing, his feet kicking up sand. "About—being safe. Protection. I didn't think about it."

"I'm protected," she said.

He whirled to face her. "What?"

"I have the rune," she said. "And I don't have any diseases, and neither do you, do you?"

"I—no." The relief on his face was palpable and for some reason made her stomach ache. "That was my first time, Emma."

— 426 —

*All the Night-Tide*

"I know," she said in a whisper. "Anyway, you don't need to apologize."

"I do," he said. "I mean, this is good. We're lucky. But I should have thought of it. I don't have an excuse. I was out of my mind."

She opened her mouth, then closed it again.

"I must have been, to do that," he said.

"To do what?" She was impressed by how clearly and calmly each word came out. Anxiety beat through her like a drum.

"What we did." He exhaled. "You know what I mean."

"You're saying what we did was wrong."

"I meant—" He looked as if he were trying to contain something that wanted to tear its way out of him. "There's nothing wrong with it morally," he said. "It's a stupid Law. But it is a Law. And we can't break it. It's one of the oldest Laws there is."

"But it doesn't make *sense*."

He looked at her without seeing her, blindly. "The Law is hard, but it is the Law."

Emma got to her feet. "No," she said. "No Law can control our feelings."

"I didn't say anything about feelings," said Julian.

Her throat felt dry. "What do you mean?"

"We shouldn't have slept together," he said. "I know it meant something to me, I'd be lying if I said it didn't, but the Law doesn't forbid sex, it forbids love. Being in love."

"I'm pretty sure sleeping together is against the rules too."

"Yeah, but it's not what they exile you for! It's not what they strip your Marks for!" He raked a hand through his snarled hair. "It's against the rules because—being intimate like that, physically intimate, it opens you up to be emotionally intimate and *that's* what they care about."

"We *are* emotionally intimate."

"You know what I mean. Don't pretend you don't." There are

— 427 —



TO LOVE AND BE LOVED

It was the pain in his voice that convinced her. It was the same pain that had beaten in her own heart for so long that she'd stopped knowing it for what it was. She let go of the counter. She took a step toward Julian, and then another one. "Are you— Are you in love with me?"

His smile was soft and sad. "So much."

A moment later she was in his arms and kissing him. She couldn't have said how it happened exactly, just that it seemed inevitable. And that for all that Julian's voice had been quiet when he'd spoken, his mouth on hers was eager and his body was wanting and desperate. He clutched her to him, his lips tracing the outline of her mouth. Her hands were fierce in his hair—she'd always loved his hair, and now that she could touch it freely, she buried her hands in the thick waves, winding them around her fingers.

His hands slid to the backs of her thighs and he lifted her up as if she weighed nothing. She locked her hands around his neck, clinging on as he held her against him with one arm. She was aware of him grabbing at the papers covering the counter, knocking them to the floor along with tubes of paint, until he'd cleared a space where he could set her down.

She pulled him in, keeping her legs wrapped around his waist. There was nothing closed about him now, nothing diffident or remote or reticent as their kisses grew deeper, wilder, hotter.

"Tell me I didn't screw this up forever," Julian gasped between kisses. "I was such an ass on the beach—and when I saw you with Mark in your room—"

Emma slid her hands down to his shoulders, broad and strong under her grip. She felt drunk on kissing. This was what people fought wars over, she thought, and killed each other over, and destroyed their lives for: this nerve-shredding mixture of longing and pleasure. "Nothing was happening—"

His hands stroked her hair. "I know it's ridiculous. But when

541



*Lady Midnight*

you had a crush on Mark, when you were twelve, it was the first time I remember ever being jealous. It doesn't make any sense, I know that, but the things we're most frightened of, we can't make ourselves dismiss them. If you and Mark ever . . . I don't think I could come back from that."

Something about the raw honesty in his voice touched her. "Everyone has things they're afraid of," she whispered, moving closer into his arms. She slid her fingers under the hem of his shirt. "It's part of being human."

His eyes slipped half-closed. His fingers raked down through her hair; his hands caressed her back lightly, then found her waist, pulling her harder into him. Her head fell back, almost banging into one of the cabinets; his lips burned on her collarbone. His skin was hot under her touch. She could understand suddenly why people talked about passion as fire: She felt as if they had caught aflame and were burning like the dry Malibu hills, about to become ashes that would mix together forever.

"Tell me you love me, Emma," he said against her throat. "Even if you don't mean it."

She gasped; how could he think, how could he not realize—?

There was the sound of footsteps in the studio. "Julian?" Livvy's voice echoed through the door. "Hey, Jules, where are you?"

Emma and Julian ripped themselves away from each other in a panic. They were both disheveled, their hair mussed, their lips kiss-swollen. Nor could Emma imagine how they'd explain why they'd locked themselves into Julian's private room.

"Juuules!" Livvy was yelling now, good-naturedly. "We're in the library and Ty sent me to get you. . . ." Livvy paused, most likely looking around the room. "Seriously, Julian, where are you?"

The knob of the door turned.

Julian stood frozen. The knob jiggled again, the door rattling against its lock.

542



*Lady Midnight*

Emma was in the middle of a very confusing dream about Magnus Bane and a troupe of clowns when she was awoken by a hand on her shoulder. She muttered and dug herself deeper into the bedclothes, but the hand was insistent. It stroked down her arm, which was actually very pleasant. A warm mouth brushed the edge of her lips.

"Emma?" Julian said.

Vague memories of him carrying her down the hall to her bedroom and then collapsing beside her drifted through the tired fog in her brain. *Hmm,* she thought. There really seemed to be no reason to get up at all, not when Julian was being affectionate. She feigned sleep as he kissed her cheek, and then along her jaw, and then—

She sat bolt upright, sputtering. "You stuck your tongue in my ear!"

"Yup." He grinned. "It did get you moving, didn't it?"

"Eugh!" She threw an I LOVE CALI pillow at him, which he nimbly ducked. He was wearing jeans and a gray T-shirt that made his eyes look lapis blue. He was clearly just awake and tousle-haired and so adorable that she could only keep herself from attacking him by putting her hands behind her back.

"Why are you putting your hands behind your back?" he asked.

"No reason." She wrinkled up her nose. "That ear thing was weird. Don't do it again."

"How about this?" he suggested, and leaned in to kiss the base of her throat.

Sensation spiraled out from the places his lips touched—her collarbone first, then her neck, then the side of her mouth.

She drew her hands out from behind her back and reached for him. His skin was sunshine-warm.

Their faces were so close that she could see the small starbursts of color inside his eyes: pale gold, paler blue. He wasn't smiling. His

<span>◄──── 638 ────►</span>

*Sever My Soul*

expression was too intent for that. There was a wanting in his eyes that made her feel like she was breaking apart.

Their legs tangled in the blankets as they came together, mouths seeking. He still wasn't an expert kisser, but she liked that. She liked being reminded that he hadn't been with anyone but her. That she was his first. She liked that something as simple as a kiss was still a source of amazement for him. She used her tongue to trace the corners of his mouth, the seam of his lips, until he sank back on the bed, pulling her on top of him. His body shuddered, arching up toward hers, his hands sliding down to grip her hips.

"Emma?" There was a knock on the door. They jerked away from each other, Julian rolling off the bed, Emma sitting upright, her heart pounding. "Emma, it's Dru. Have you seen Jules?"

"No," Emma croaked. "I haven't."

The door started to open.

"Don't," Emma called. "I'm—I'm getting dressed."

"Whatever," Dru said dismissively, but the door didn't open further. Resolutely, Emma didn't look toward Julian. *Everything's fine,* she told herself. *Calm, be calm.* "Well, if you see him, can you tell him Tavvy and everyone need lunch? Livvy and Ty are making a mess in the kitchen, too."

Her voice held the satisfied tone of a sibling tattling on another sibling.

"Sure," said Emma. "Did you check the studio? He might be there."

There was a rustle. "No, I didn't. Good idea. See you later!"

"Bye," Emma said, faintly. Dru's footsteps were already receding down the hall.

Finally Emma let herself look at Julian. He was leaning against the wall, his chest rising and falling fast, his eyes half-lidded, teeth digging into his lip.

He exhaled. "Raziel," he whispered. "That was close."

<span>◄──── 639 ────►</span>



# Exhibit 5





top of a moving Nissan to get away from six hunters. No joke, but his name is *also* Dave. He nicknamed himself Me-Crazy after all these not-so-sane stunts, and because of that one time he clipped the wings of a wounded bird for a laugh. We're lucky he likes us.

Me-Crazy's Timberland boots don't slow him down, but his footsteps are so loud I'm surprised they never give him away. "Stop following Me-Crazy," Me-Crazy says. "Yah going to get Me-Crazy caught."

"Not if we all hide together," I gasp. Brendan is lagging behind.

Me-Crazy halts, and it's not so he can point out his next hiding space. He rolls his eyes back until all we see is white. He punches his own face and jogs in place.

Oh shit: Crazy Train Mode. When he's like this, he lifts people up onto his shoulders and bangs them against walls and cars and whatever the fuck else is around.

"We'll stop following you, goddamn it," I tell him.

We jet around him while he stands still, not turning back; he knows we know better.

"Fucking psycho," Brendan says as we reach the far end of the garage and run into Building 155. We sneak into the unoccupied maintenance office and catch our breath. It smells like dirty mop water and toilet plungers. Brendan spits inside this sink that's filled to the brim with yellowed water. "You have to tell me about Genevieve's tits now."

"No way."

We hear footsteps and crouch, keeping our backs against a broken-down table.

"Punk," Brendan whispers, peeking over the table for Deon or custodians. "Props to you, A. I thought for sure you were going to pull some fag shit and not go through with it."

"You wish," I whisper back. "It was pretty fucking incredible."



10        ADAM SILVERA

"I bet. No homo, but I would watch that sex tape to see your girl in action. Not you."

"I'm really uncomfortable right now," I joke.

"FUCK."

I turn to see what's got Brendan wilding out. Deon is coming toward us. We both hop up and separate so he'll have to choose. I don't like my odds. Deon is fit from years of being on the football team and once he grapples me, I'm done. (Yeah, you gotta basically bear-hug someone for three beats of "Manhunt one, two, three. Manhunt one, two, three . . ." to capture them.) Deon fakes coming for me and grabs Brendan, setting me up for escape.

I bolt, my heart pumping hard. I skip stairs, slamming open the door. I'm running out of breath but I can't get caught now, not unless I want to spend the rest of the game figuring out where the fuck Me-Crazy is. We'd all have a better chance finding Bigfoot playing with the Holy Grail. I head to the little alleyway where I can hide inside a Dumpster—hell no, scratch that—hide behind a Dumpster. But the gate is locked.

Upside: I'm skinny enough to squeeze my way through if I can pry the gate open.

Downside: I'm too skinny and lacking the muscle needed to pull this off.

Someone behind me whistles. I almost jet down the block toward Dead Man's Corner, named so because it's easy to get cornered if you're up against two hunters. But it's not Deon or Brendan. Some stranger-guy with light brown skin and thick eyebrows is standing at the curb. He's with a short girl with dyed red hair who looks frustrated or sad or both.

"You okay?" he asks me.

"Yeah, playing manhunt," I manage. "And it's going to be game over in a sec." I keep pulling and pulling, trying to squeeze in but am just going to get stuck. "Fuck you, gate!" Eyebrows



MORE HAPPY THAN NOT    33

TEN MINUTES LATER, AFTER making the stupid move of hiding inside the tunnel slide like an amateur, Deon catches me. Now I'm searching for others in staircases and the garage, when I feel magnetized back to the gate where I just was. No one is there. Not Baby Freddy or Nolan or that kid Thomas. I move on.

☺ ☺ ☺ ☺

NOT LONG AFTER 4:30, Genevieve joins the Family Day festivities. The guys all cheer and whistle as she approaches. I half expect her to play-choke me like she did before we had sex last night, except for real. But as we hug she whispers, "I told my friends too." Then she punches me. When my friends begin asking probing questions about how good I was, she and I ditch them for an unoccupied bench.

"How you doing?" I ask.

"Pretty happy, I guess."

I stare at her bare neck until my eyes fall a bit. Normally I'm better at not staring at her cleavage whenever she wears these baggy-cut shirts, but my post-sex hormones are at a high. I'm weak to it all. She raises my chin until our eyes reconnect. "I've created a monster, haven't I?"

"I swear I like you as a person too."

She's not smiling, though. "I'm going to miss you, Aaron," she says.

She grabs my hand. I'm so fucking confused.

Then I see it in her face. It feels like someone has knocked the air out of me. She's breaking up with me. She only wanted me for sex. Maybe the sex was bad. I was bad at sex because we rushed this. Maybe we should've never had sex, ever. It would be a hard life but an even harder life is one without Genevieve who never gives me shit whenever I run out of things to say at the end of a long day.

"What did I do?" I ask.

34    ADAM SILVERA

She places a hand on my cheek, a pity palm. "I enrolled to the art camp, dumb-idiot. I was a really late admission obviously, but I called and someone dropped out. But I don't leave until after my birthday, so this doesn't ruin whatever big plans you have."

Yeah, I am indeed the biggest dumb-idiot this world has ever seen. But I'm also the luckiest dumb-idiot, because I have a girl-friend who gives so many flying fucks about her future. And she's definitely not leaving because the sex was so-so.

Probably not.

"I think I'll miss you too," I say back, and it sounds really cool, like when Han Solo told Princess Leia "I know" after she said she loved him.

The pity palm clenches into a fist and punches my shoulder. If I told her I didn't have any plans for her birthday yet, she'd probably punch me in the face. Whatever I decide on can't be too expensive because I have to give my mom some rent money before the month is up. "You probably want to spend your birthday at the park waiting for stars to come out, don't you?"

"That sounds pretty perfect, actually, yeah."

"Nah. Too boring. Let's go to NASA and try to fool around in a zero-gravity room."

"Sounds impossible and messy."

"I think it sounds outrageously fun."

"You're not winning this, Aaron." She gets up, smiling, and walks away.

I chase after her. "I'm sure they have stars at NASA some-where . . ."

☺  ☺  ☺  ☺

THE GREAT ARGUMENT OF NASA vs. Park ended when Genevieve threw a "because I say so" my way. So, you know, it was never going to happen but it still sucks.

time. We look forward to seeing you in August." She calls the next number, and Evangeline leads me outside.

I'm in a daze, looking up at the squat building in the summer heat, not sure how to process what exactly happened just there.

"I'm sorry that didn't go the way you wanted it to," Evangeline says, looking pretty defeated herself. "This will give you some time to make sure this is what you really want."

"It's not only what I want," I say. "It's what everyone wants."



I HIDE THE FOLDER under my mattress like it's porn or something, and I go outside to grab an iced tea at Good Food's. I'm about to pay Mohad when I catch Brendan in the pastries aisle stuffing coffee cakes into his pockets.

"Do you need a dollar?" I ask, and he jumps. "I can spot you a dollar if you promise not to hit me."

He doesn't flip me off or tell me to go fuck myself, so I walk over and hold out the one-dollar bill.

"I have money," Brendan says. "I'm trying to save up."

"Okay."

"You going to snitch and get me banned?"

"Not if you let me buy that for you. Truce?"

Brendan smirks and hands me the coffee cakes. "Truce."

I buy everything at the counter from Mohad. I feel something like hope as we leave the store together. There's always an awkward silence after our fights. It happened in third grade after he dissed me in front of the entire class for sleeping in the same bed as my parents; it happened again on Christmas morning a few years ago, when he stole a controller my mom had gotten me out from under my tree and claimed his father had gotten him the same one. And even though Brendan was the one who attacked Thomas, I'm guilty for not choosing his side.



"I'm sorry," I say.

"My bad too." Brendan tears open the coffee cake and asks, "You want to play manhunt? I was thinking about getting a game going."

We go to the first court where everyone is gathered around the Skelzies board. They're talking about how to get a girl wet with only their fingers and how you don't need a condom if you're hitting it from the back. I don't try to fake a laugh or chime in. I wouldn't do that, anyway, and this way it's natural: I can look and feel the same, like I'm still one of them. Brendan nods, as if to say I'm cool again, and all is good.

"Fuck Skelzies. Manhunt time. Aaron already volunteered to be hunter."

"Asshole," I mutter as everyone runs off into different directions.

I check underneath cars for Skinny-Dave, but he must actually be sober because he wasn't dumb enough to hide there today. I do a quick sweep for where Me-Crazy might be hiding down here. No luck and I'm cool with maybe never solving that mystery because spending more time with that insane bastard isn't high up on my to-do list.

I get back to the courtyard and spot Fat-Dave up on the roof and he moons me. I flip him off. I see Nolan and Deon and chase them as they run out of the gates. They split up right when I see Thomas walking toward me, and for a second I think about catching him until I remember he's not part of the game.

He's actually here.

Thomas quickly says, "I know things are weird even though we didn't want them to be." He looks me straight in the eyes, and I try and catch my breath. I don't know whether to float or sink yet. "But you're my best friend and I miss having you around. I know you don't actually have a thing for me. Drinking confuses people like that, so we'll call the whole thing taboo

our school's drama club, I want to become an actor who will star in really cool action movies like *Scorpius Hawthorne* with sword fights and magical battles. I would rather watch movies than a bunch of sweaty guys trying to put a ball through a hoop so I can study how to be an actor, especially since so much has changed since Shakespeare was alive. (If he was ever really alive, I think he might he made up, like Santa and Jesus but grown-ups tell you he's real.)

"Dad, did you know that men used to play the roles of women in Shakespeare's plays? That's pretty funny, right?"

Dad turns away from the game for the first time all night. "You're a boy," he says. "Don't ever act like a girl."



### (AGE THIRTEEN)

BRENDAN RUNS UP TO me. "Yo! Yo! I just got my first blow job!"

I get a little heated. I'm just surprised, you know. "Whoa. Awesome. From who?"

"Some girl who's friends with Kenneth and Kyle. She thinks Kyle is cuter because he's coming into his mustache, but I talked a good game and got her into my pants. I am a god!"

I pat his back. "Good job, dude. Good job."

Brendan sees Baby Freddy coming out of our building with his baseball equipment. "Hold up, let me go tell that little shit." Brendan runs off and I feel a little sick.

### (AGE FIFTEEN)

THERE'S DEFINITELY SOMETHING GOING on between us: we spend all of Earth Science passing illustrated notes back and forth instead of

listening to Ms. O mispronounce minerals with her thick Puerto Rican accent; we always come up with bullshit excuses to keep hanging out after school; we trade stories at this pretty cool chicken spot; we go to the movies and throw candy and chocolate into our buckets of popcorn; we rest our arms next to each other's. Mostly we play around a lot in the park, just the two of us, like a secret. A secret we suck at hiding because everyone already suspects we're dating, but I'm still pretty damn shocked when I hear: "You should be my boyfriend."

I gotta admit, I thought I was doomed to a life of hookups like Brendan and Skinny-Dave. Or more like Baby Freddy who always chases and never catches anything. I never thought someone would give me the hand-holding treatment. This must mean that I was wrong about everything I thought about myself. I scoot a little closer to Genevieve on the park bench. I squeeze her hand and say, "Sure. I'll being your boyfriend a shot."



### I DON'T UNDERSTAND.

It all felt so right in that moment I agreed to date her. I was the straightest guy I knew, but when I got home that night, I was still thinking about other guys. Not Brendan anymore; I got turned off from him after hearing him talk about sleeping with girls as conquests. No, I think about the dudes I see undress in the locker room at school, the ones sitting across from me on the bus staring at nothing and likely thinking about their normal crushes.

I don't think about Genevieve. She's staring up at me now like I'm all she thinks about, like I should be inching toward her lips, as she is mine. I go for it, to prove myself wrong. I turn at the last second and we bump heads.

"Ow!" Genevieve laughs. "Watch it, dumb-idiot."

his friends are around. I pedal and fall over, almost banging my head into a fire hydrant. He extends his hand to me and asks, "Any chance I'm forgetting a broom with training wheels?"

⊛   ⊛   ⊛   ⊛

COLLIN HAS ALREADY LOST both of his virginities.

He got it on with this girl Suria when he was fourteen, after she gave him a hand job under the bleachers in the gym. Then he let this guy plow him last year when he was vacationing in the Poconos.

I still have both of my virginities to lose. I've only gotten as far as groping with Genevieve. I want to take it to the next level with Collin.

We recently tried doing it in a nearby building's staircase, but didn't get very far undressing ourselves before we heard someone coming down. The same deal with this abandoned porch up on the balcony a few nights ago, which was really risky, but worth risking, I think. We've ventured far away from my block and stumble on to a hiding space behind a wired fence, in-between a meat market and a flower shop, businesses of death and life.

"It smells like dead cow," I say. "But kind of nice too. Weird."

"Jesus, do you want me to go get you a flower?" Collin asks, flipping me off. We always flip each other off because it's how we remain guys, you know. Collin steps over a rusty bike without wheels, leaving me to wonder the next time he'll try and teach me how to ride a bike, and he wrenches the bottom of the fence until it folds back enough for us to crawl through.

It's dark out and we're so far away from our friends on the block and our girlfriends at home. I bet the fucking moon can't

even see us right now. I shove him and he shoves me back. I tackle him against the wall, unbuttoning his shirt, and it's all condoms and awkward memories from there.

⊛   ⊛   ⊛   ⊛

IT'S CHILLIER TODAY, SO we can't have sex when we go to our spot. We decide to leave a physical mark instead. I borrowed some cans of spray paint from Genevieve she had left over from an assignment a year ago. I was happy as hell when Collin agreed to this because it meant we shared something beyond sex.

Collin sprays a black-and-blue world onto the dirty wall. I hear police sirens so I have to think quickly in case they're coming for us. I streak a green arrow over the world. It looks like the universal icon for boys, which makes sense because we're men no matter what we do together. Collin adds a crown and makes us kings.

The sirens fade into the distance so we hang around and keep decorating—for lack of a straighter word. He sprays some weird, shapeless creature on the other wall. "Hey, can I borrow a kiss?"

"Nah."

"Okay, let's try this again: kiss me or I'll spray you," Collin threatens.

I smile. I walk toward him and he aims the can at me. "Don't fucking do it, Collin Vaughn." I back up and a spray of blue hits me in the chest. "You motherfucker." I pick up a can and spray green all over his back while he runs around. The war goes on for ten minutes until we're both covered in blue and green and black and I have no idea how I'll even begin to explain this to my parents.



⊛   ⊛   ⊛   ⊛



reading the same graphic novel about zombies invading a heavily guarded garbage dump, where they find their master's decapitated head. Not really sure what the zombies plan on doing with the head if they manage to retrieve it, but we lose interest anyway.

"Remember our spot behind the fence?" he says out of nowhere.

It's not a game of Remember That Time.

"It's been a while," I say.

"Want to go?"

I close the graphic novel. We tell Stan we'll see him later and I wonder if he knows about Collin and me. As long as he's not outing us, it doesn't matter.

We head to our spot between the meat market and flower shop. I steer Collin toward the fence from behind, but he shrugs me off and I don't give him any shit for it, even though there's not a single gay-hating soul in sight. The smell of dead cow is way more pungent than the flowers this evening. There's a sign that reads COMMUNITY SERVICE GATHERING ON FRIDAY, AUGUST 16TH. Who the hell knows what that entails? But it's pretty awesome to find our graffiti still on the wall.

We crawl through the open spot in the fence into the side where history is pulsating with memories of our first time, second time, third time . . . you get it. Collin scans the area for any wanderers or birds with cameras on their heads before coming back to undo my belt buckle. It's so dark someone could murder us and get away with it, which we prefer—the darkness, not the murder part. I pull him into a rough kiss and I don't doubt that whenever he's kissing Nicole he's pretending she's some other guy—maybe even me—and as I kiss him now I pretend he's someone else, and it's just so fucking sad.

He hands me a condom and I rip open the wrapper with my teeth.



with me behind her back. His other complaints are small, like how she's craving ice cubes. The crunching bothers him.

Screw all his bitching because it's his fault she's pregnant—okay, our fault for being cowards—but he's 100 percent to blame for letting her fall in love with him. I never really understood why he "liked" Nicole, and you can argue that I'm looking at her with the wrong lenses, but I know she's the type of thoughtful girl who will wish you happy birthday every hour of the day and get you presents you never realized you wanted. I can't pretend Collin is the only guilty one—I'm not an asshole, too. I let Genevieve fall in love with me. But that means Thomas is also an asshole because he let me fall . . . Yeah, he definitely let me fall and couldn't bother to pick me up.

But I have Collin. I never admitted loving him to his face, not even to fill these holes of loneliness. When he tells me to follow him, I'm expecting a surprise, but instead we end up at our spot behind the fence. We have sex quickly, and he heads off to work without wishing me a happy birthday, just a pat on the back after he pulled up his pants from around his ankles.

I go the long route so I can walk past Thomas's building in the hopes of seeing him outside or staring out of his window. Yeah, there's the risk of seeing him holding hands with Genevieve as they go upstairs and probably have sex so he can feel straight. But I've been through that pain before with Collin, and I just want to see him for at least a moment.

I spot Skinny-Dave across the street and when he sees me, he stays underneath the traffic light even though it's signaling for him to cross. He knows better now that Me-Crazy isn't around.

Maintenance has finally boarded the lobby door with plywood. I check the mail. There are two birthday cards from my eighty-year-old aunt with dementia; I'm not as surprised that she sent two cards as I am that she remembered my birthday at



# Exhibit 6



in a blue-jeans ad, thinthinthin, big lips, big earrings, white smiles. I felt like such a little kid.

Rachel found a way to fit in, of course. She knew a lot of people because of Jimmy. I tasted a beer. It was worse than cough medicine. I gulped it down. Another beer and one more, then I worried I would throw up. I walked out of the crowd, toward the woods. The moon shone on the leaves. I could see the lights, like stars strung in the pines. Somebody giggled, hidden beyond the dark, quiet boygirl whispers. I couldn't see them.

A step behind me. A senior. And then he was talking to me, flirting with me. This gorgeous cover-model guy. His hair was way better than mine, his every inch a tanned muscle, and he had straight white teeth. Flirting with me! Where was Rachel—she had to see this!

Greek God: "Where did you come from? You're too beautiful to hide in the dark. Come dance with me."

He took my hand and pulled me close to me. I breathed in cologne and beer and something I couldn't identify. I fit in against his body perfectly, my head level with his shoulder. I was a little dizzy—I laid my cheek on his chest. He wrapped one arm around my back. His other hand slid down to my butt. I thought that was a little rude, but my tongue was thick with beer and I couldn't figure out how to tell him to slow down. The music was sweet. This was what high school was supposed to feel like. Where was Rachel? She had to see this!

134

He tilted my face up to his. He kissed me, man kiss, hard sweet and deep. Nearly knocked me off my feet, that kiss. And I thought for just a minute there that I had a boyfriend, I would start high school with a boyfriend, older and stronger and ready to watch out for me. He kissed me again. His teeth ground hard against my lips. It was hard to breathe.

A cloud cloaked the moon. Shadows looked like photo negatives.

"Do you want to?" he asked.

What did he say? I didn't answer. I didn't know. I didn't speak.

We were on the ground. When did that happen? "No." No I did not like this. I was on the ground and he was on top of me. My lips mumble something about leaving, about a friend who needs me, about my parents worrying. I can hear myself—I'm mumbling like a deranged drunk. His lips lock on mine and I can't say anything. I twist my head away. He is so heavy. There is a boulder on me. I open my mouth to breathe, to scream, and his hand covers it. In my head, my voice is as clear as a bell: "SO I DON'T WANT TO!" But I can't spit it out. I'm trying to remember how we got on the ground and where the moon went and wham! shirt up, shorts down, and the ground smells wet and dark and NO!—I'm not really here, I'm definitely back at Rachel's, crimping my hair and gluing on fake nails, and he smells like beer and mean and he hurts me hurts me hurts me and gets up

135



and zips his jeans

and smiles.

The next thing I saw was the telephone. I stood in the middle of a drunken crowd and I called 911 because I needed help. All those visits from Officer Friendly in second grade paid off. A lady answered the phone, "Police, state your emergency," and I saw my face in the window over the kitchen sink and no words came out of my mouth. Who was that girl? I had never seen her before. Tears oozed down my face, over my bruised lips, pooling on the handset. "It's OK," said the nice lady on the phone. "We have your location. Officers are on the way. Are you hurt? Are you being threatened?" Someone grabbed the phone from my hands and listened. A scream—the cops were coming! Blue and cherry lights flashing in the kitchen-sink window. Rachel's face—so angry—in mine. Someone slapped me. I crawled out of the room through a forest of legs. Outside, the moon smiled goodbye and slipped away.

I walked home to an empty house. Without a word.

It isn't August. The moon is asleep and I'm sitting on my porch roof like a frozen gargoyle, wondering if the sun is going to blow off the world today and sleep in.

There is blood on the snow. I bit my lip clear through. It needs stitches. Mom will be late again. I hate winter. I've lived in Syracuse my whole life and I hate winter. It starts too early and ends too late. No one likes it. Why does anyone stay here?

136



*No, I guess not. It was a long time ago.* She stops and draws a spiraling circle. I stand on the edge and wonder if I'm going to fall in. *The party was a little wild,* she continues. *But it was dumb to call the cops. We could have just left.* She slides the notebook over to me.

I draw a spiraling circle in the opposite direction to Rachel's. I could leave it like this, stop in the middle of the highway. She's talking to me again. All I have to do is keep the dirt hidden and walk arm in arm with her into the sunset. She reaches back to fix her hair scrunchie. "R.B. + A.E." is written in red pen on the inside of her forearm. Breathe in, one-two-three. Breathe out, one-two-three. I force my hand to relax.

*I didn't call the cops to break up the party,* I write. *I called—*I put the pencil down. I pick it up again—*them because some guy raped me. Under the trees. I didn't know what to do.* She watches as I carve out the words. She leans closer to me. I write more. *I was stupid and drunk and I didn't know what was happening and then he hurt—*I scribble that out—*raped me. When the police came, everyone was screaming, and I was just too scared, so I cut through some back yards and walked home.*

I push the notebook back to her. She stares at the words. She pulls her chair around to my side of the table.

*Oh my God, I am so sorry,* she writes. *Why didn't you tell me?*

*I couldn't tell anybody.*

183

*Does your mom know?*

I shake my head. Tears pop up from some hidden spring. Damn. I sniff and wipe my eyes on my sleeve.

*Did you get pregnant? Did he have a disease? Oh my God, Are you OK????????*

*No. I don't think so. Yes, I'm OK. Well, kinda.*

Rachel writes in a heavy, fast hand. *WHO DID IT???*

I turn the page.

*Andy Evans,*

"Liar!" She stumbles out of her chair and grabs her books off the table. "I can't believe you. You're jealous. You're a twisted little freak and you're jealous that I'm popular and I'm going to the prom and so you lie to me like this. And you sent me that note, didn't you? You are so sick."

She spins to take on the librarian. "I'm going to the nurse," she states. "I think I'm going to throw up."

## CHAT ROOM

I'm standing in the lobby, looking at the buses. I don't want to go home. I don't want to stay here. I got my hopes up halfway

184

I don't know what to do with the comforter. It's really too ratty to take home. I should have gone to my locker first and gotten my backpack—I forgot about the books that are in here. I fold the comforter and set it on the floor, turn out the light, and head out the door for my locker. Somebody slams into my chest and knocks me back into the closet. The light flicks on and the door closes.

I am trapped with Andy Evans.

He stares at me without talking. He is not as tall as my memories, but is still loathsome. The lightbulb throws shadows under his eyes. He is made out of slabs of stone and gives off a smell that makes me afraid I'll wet my pants. He cracks his knuckles. His hands are enormous.

Andy Beast: "You have a big mouth, you know it? Rachel blew me off at the prom, giving me some bullshit story about how I raped you. You know that's a lie. I never raped anybody. I don't have to. You wanted it just as bad as I did. But your feelings got hurt, so you started spreading lies, and now every girl in school is talking about me like I'm some kind of pervert. You've been spreading that bullshit story for weeks. What's wrong, ugly, you jealous? Can't get a date?"

The words fall like nails on the floor, hard, pointed. I try to walk around him. He blocks my way. "Oh, no. You're not going anywhere. You really screwed things up for me." He reaches behind and locks the door. Click.

Me:



"You are one strange bitch, know that? A freak. I can't believe anyone listened to you." He grabs my wrists. I try to pull them back and he squeezes so tight it feels like my bones are splintering. He pins me against the closed door. Maya Angelou looks at me. She tells me to make some noise. I open my mouth and take a deep breath.

Beast: "You're not going to scream. You didn't scream before. You liked it. You're jealous that I took out your friend and not you. I think I know what you want."

His mouth is on my face. I twist my head. His lips are wet, his teeth knock against my cheekbone. I pull my arms again and he grabs his fist coming. I have no legs. My heart wobbles. His teeth are on my neck. The only sound I can make is a whimper. He fumbles to hold both my wrists in one hand. He wants a free hand. I remember I remember. Metal hands, hot knife hands.

No.

A sound explodes from me.

"NNNOOO!!!"

I follow the sound, pushing off the wall, pushing Andy Evans off-balance, stumbling into the broken sink. He curses and turns, his fist coming, coming. An explosion in my head and blood in my mouth. He hit me. I scream, scream. Why aren't the walls falling? I'm screaming loud enough to make the whole school crumble. I grab for anything, my potpourri

194

bowl—I throw it at him, it bounces to the floor. My books. He swears again. The door is locked the door is locked. He grabs me, pulls me away from the door, one hand over my mouth, one hand around my throat. He leans me against the sink. My fists mean nothing to him, little rabbit paws thumping harmlessly. His body crushes me.

My fingers wave overhead, looking for a branch, a limb, something to hang on to. A block of wood—the base of my turkey-bone sculpture. I slam it against Maya's poster. I hear a crunch. IT doesn't hear. IT breathes like a dragon. ITs hand leaves my throat, attacks my body. I hit the wood against the poster, and the mirror under it, again.

Shards of glass slip down the wall and into the sink. IT pulls away from me, puzzled. I reach in and wrap my fingers around a triangle of glass. I hold it to Andy Evans's neck. He freezes. I push just hard enough to raise one drop of blood. He raises his arms over his head. My hand quivers. I want to insert the glass all the way through his throat, I want to hear him scream. I look up. I see the stubble on his chin, a fleck of white in the corner of his mouth. His lips are paralyzed. He cannot speak. That's good enough.

Me: "I said no."

He nods. Someone is pounding on the door. I unlock it, and the door swings open. Nicole is there, along with the lacrosse team—sweaty, angry, their sticks held high. Someone peels off and runs for help.

195



# I am Outcast.

*The kids behind me laugh so loud I know they're laughing about me. I can't help myself. I turn around. It's Rachel, surrounded by a bunch of kids wearing clothes that most definitely did not come from the EastSide Mall. Rachel Bruin, my ex-best friend. She stares at something above my left ear. Words climb up my throat. This was the girl who suffered through Brownies with me, who taught me how to swim, who understood about my parents, who didn't make fun of my bedroom. If there is anyone in the entire galaxy I am dying to tell what really happened, it's Rachel. My throat burns.*

*Her eyes meet mine for a second. "I hate you," she mouths silently.*

Melinda Sordino's freshman year is off to a horrible start. She busted an end-of-summer party by calling the cops, and now her friends—and even strangers—all hate her. Months pass and things aren't getting better. She's a pariah. The lowest of the low. Avoided by everyone. But eventually, she'll reveal what happened at the party. And when she finally speaks the truth, *everything* will change.

★ A National Book Award Finalist        ★ A *Los Angeles Times* Book Prize Finalist
★ A Michael L. Printz Honor Book        ★ Winner of eight state book awards,
★ An Edgar Allan Poe Award Finalist           Finalist for eleven more

**Go Fish**   Look inside for a Q & A with Laurie Halse Anderson, a discussion guide,
              a list of resources, and more.

Cover art © 1999 by Michael Morgenstern

US $10.99 / CAN $15.99
ISBN 978-0-312-67439-7

**SQUARE FISH**
AN IMPRINT OF MACMILLAN
175 FIFTH AVENUE, NEW YORK, NY 10010
MACTEENBOOKS.COM
PRINTED IN THE UNITED STATES OF AMERICA

# Exhibit 7





THE HATE U GIVE

were in Chris's ridiculously large room. The third floor of his
parents' mansion is a suite for him, a perk of being the last born
to empty-nesters. I try to forget that he has an entire floor as big
as my house and hired help that looks like me.

Fooling around isn't new for us, and when Chris slipped his
hand in my shorts, I didn't think anything of it. Then he got me
going, and I really wasn't thinking. At all. For real, my thought
process went out the door. And right as I was at *that* moment,
he stopped, reached into his pocket, and pulled out a condom.
He raised his eyebrows at me, silently asking for an invitation
to go all the way.

All I could think about was those girls I see walking around
Garden Heights, babies propped on their hips. Condom or no
condom, shit happens.

I went off on Chris. He knew I wasn't ready for that, we
already talked about it, and yet he had a condom? He said he
wanted to be responsible, but if I said I'm not ready, I'm not
ready.

I left his house pissed *and* horny, the absolute worst way to
leave.

My mom may have been right though. She once said that
after you go there with a guy, it activates all these feelings, and
you wanna do it all the time. Chris and I went far enough that I
notice every single detail about his body now. His cute nostrils
that flare when he sighs. His soft brown hair that my fingers
love to explore. His gentle lips, and his tongue that wets them

81

Vens too.
hey look

m like a
at least

I nod at
she and

a locker
s. Prob-
ould've

before.

be pre-
me to
know I
"
is and I



ANGIE THOMAS

"My dad gambles."

"I grew up in the projects."

"I grew up with a roof over my head too."

I sigh and start to turn my back to him.

He holds my shoulder so I won't. "Don't let this stuff get in your head again, Starr."

"You ever notice how people look at us?"

"What people?"

"People," I say. "It takes them a second to realize we're a couple."

"Who gives a fuck?"

"Me."

"Why?"

"Because you should be with Hailey."

He recoils. "Why the hell would I do that?"

"Not Hailey. But you know. Blond. Rich. White."

"I prefer: Beautiful. Amazing. Starr."

He doesn't get it, but I don't wanna talk about it anymore. I wanna get so caught up in him that the grand jury's decision isn't even a thing. I kiss his lips, which always have and always will be perfect. He kisses me back, and soon we're making out like it's the only thing we know how to do.

It's not enough. My hands travel below his chest, and he's bulging in more than his arms. I start unzipping his jeans.

He grabs my hand. "Whoa. What are you doing?"

"What do you think?"

374

THE HATE U GIVE

His eyes search mine. "Starr, I want to, I do—"

"I know you do. And it's the perfect opportunity." I trail kisses along his neck, getting each of those perfectly placed freckles. "Nobody's here but us."

"But we can't," he says, voice strained. "Not like this."

"Why not?" I slip my hand in his pants, heading for the bulge.

"Because you're not in a good place."

I stop.

He looks at me, and I look at him. My vision blurs. Chris wraps his arms around me and pulls me closer. I bury my face in his shirt. He smells like a perfect combination of Lever soap and Old Spice. The thump of his heart is better than any beat he's ever made. My normal, in the flesh.

Chris rests his chin on top of my head. "Starr . . ."

He lets me cry as much as I need to.

My phone vibrates against my thigh, waking me up. It's almost pitch-black in Chris's room—the red sky shines a bit of light through his windows. He sleeps soundly and holds me like that's how he always sleeps.

My phone buzzes again. I untangle myself out of Chris's arms and crawl to the foot of the bed. I fish my phone from my pocket. Seven's face lights up my screen.

I try not to sound too groggy. "Hello?"

"Where the hell are you?" Seven barks.

377



# Exhibit 8





"My mom freaked. She's done."

Pam cackles. Like literally cackles. "Oh my God I love Lydia. There should be a reality show about Lydia." She wraps herself in a pink feather boa that was hanging on my bedpost.

"Yes!" Kayla says. "*Vaguely Bipolar Housewives of Chandler.*"

I roll my eyes. "I didn't even give you the most random part of all this. Guy Smiley. He's taking my mom's place."

Kayla inhales dramatically. "What? From AP Comp? Back-row dude? That's not even random. That doesn't make sense. How the? Why? Is he like a chef or something? Is there like an Uber app for chefs, and did you pick him because he's hot?"

"He was just there. When Mom freaked."

Pam raises an eyebrow. "Super random. I give it a day. You and Guy Smiley? You know when you hear something and you know it isn't happening? This is one of those times."

Kayla nods and sits up. "Pam is *right*, for once. Anyway. We need to up the ante on this makeover, because if he doesn't get a date soon and I have to hear more whining, even ONE MORE TIME, I am going to spontaneously combust."

She jumps up and goes to my closet.

"Don't!" I yell, and Kayla looks over at me, amused. Pam jumps to her feet and puts her arms out like she's blocking me. She's joking, but I'm not. That's my private stuff. Mine. Whatever happened to asking permission?

"Please don't," I say, my face turning red. When Pam sees this, she lets me go, but Kayla has already opened my closet door. Pam goes over and they both look inside, and I hide my face.

They don't see it right away. "It" shall be described only as a

marital aid here, because I do not think I can bear to go into specifics on this particular aid to my nonexistent marriage.

I didn't hide It, though, after the last time It was *maritally aiding* me. I did wash it, thank you very much, but then I just put it behind its shoebox home instead of in it, because Mom wouldn't step foot in my closet and I am so fucking stupid and lazy.

"Oh. Oh . . ." Pam says, stretching out the second "oh" into three syllables. Low-high-low.

"Oh . . ." says Kayla, elongating but staying on the same note at least.

"Please just close the door and let's not——"

They look at each other, and it's like they communicate something but I have no idea what.

"Who cares?" Kayla asks as she sits back down on the shag carpet. "Do you really think I don't have one? I got it at Castle Boutique. The saleslady hooked me up. Rabbit."

"Yeah, but——" My face has never been redder, and I feel particularly stupid in my current Ludwig outfit. It feels like steam could erupt from my ears.

"You have tons of butt shame," Kayla says, and Pam snickers until Kayla hits her in the arm. "You do, Jordan. It's not a big deal. Lots of people have butt sex. It's like, so what?"

I go over to the closet, pick up the It that is currently making it a possibility that I might literally die of embarrassment, and stuff It back in its shoebox home. I close the closet door and sit down against it, as if there's a monster in my closet and by sitting against the door, we're momentarily safe.

"I just . . . That's where poop comes from."

CHAPTER FIVE

# MAX

*The street in front of Phoenicia smells like cumin and creosote even though the restaurant's been closed for hours. Because ASU is done for the summer, it's actually quiet beyond the bleating of cicadas and the occasional automobile heading down University, one block south. My heart is pounding because I'm walking next to Kevin, and I know what's coming. Or I think I do.*

*"Do you have protection?" I ask, not daring to look to my left but yearning to see his blue faux-hawk.*

*He laughs a little and says, "Relax. I've only been with like five guys."*

*Flash forward two hours and I'm in his dorm room. It's a night of firsts. First night after the end of junior year. My first college party. My first time in a dorm room. My first time turning off my phone and knowing that Rosa might freak if I don't get my brown ass back home soon. My first time, period. It's like I'm high, but I'm not. A couple beers. Things are getting real, fast. My heart is in my throat. My ears are stuffed up like when I fly to Colorado Springs to see my dad.*

*Kevin's shirt is off. Skinny-chested and narrow, with purplish nipples that stand out against his pale skin. He stands at the foot of his single bed, staring at me. I'm shirtless too. He shakes his head over and over, like I'm some beautiful thing, which is awesome and scares me shitless.*

33

He says, *"Are you my dark-skinned boy?"*

*A bubble of something slushy fills up my esophagus. I don't answer.*

*"Are you my Arabian prince?"*

*My jaw tenses. I want to make a joke about how fucking stupid that shit is, but I don't want to kill the moment. Too curious to see what's next. Too excited. Still, I gotta say something.*

*"My mom was born in Mexico City and my dad is from Indiana,"* I say.

*He rolls his eyes. "Oh, come on. Don't be so sensitive. It's a fantasy, okay?"*

*Time goes sideways. My head fogs. Nope. Nope—*

My eyes flash open. Even though it's hot in my bedroom, I shudder like I'm freezing, and I wince. I'm not trying to think about that.

I glance at my phone and press the button. 3:04 a.m. I sigh. Not a good hour to be up. Especially when you have your first day of work the next day. Food truck. With Jordan, who is—I dunno. His mom was a trip, but she won't be there. That's good at least.

I spent the night studying up on how to run a food truck. Lots of YouTube videos. I have no idea, so I watched a few. Jordan will have to fill me in on the rest, which I'm worried about. Based on our conversation earlier, he's not exactly the best communicator.

I lie in bed until I can't stare at the ceiling anymore, can't explore for another second the slat of light that runs diagonally across my ceiling from the moonlight. Will I be able to see it shift if I stare at it all night? When does it disappear, and how?

I get up, go into the kitchen, pour a glass of water, and chug it down. Then I wander outside and sit with my feet in the pool. It's not yet bath temperature; it will be in about a month.

34

I look up at the sliver of moon through the saguaros that flank our pool. Too bright for stars here, and I wish I could see them, wish I could ask them questions.

Like, what the fuck was that with Kevin?

It wasn't cool, the whole thing, to the point I can't really even—I don't know.

I need a do-over. I'm so stupid.

I slosh my feet through the still-cool water. The ripples undulate, and the reflections of the cacti shimmer. I stare and stare until the ripples subside, and once the saguaros are back in sight and steady, I shake my head.

Nope. I'm a warrior.

Mom and Dad don't agree on much, but they both have pretty much the same take on this; they just say it in different ways.

Mom always says all sorts of shit goes down in the world, and it's up to me to decide how to take it. The one way you're sure to be unhappy is to frown your way through life, she says, and she's right. Always look for the bright, vibrant color through the darkness. It's always there, but sometimes hard to see.

So I had my first time. Last night. I guess I'm a man now, right? Shit. Doesn't feel—shut up. Shut up shut up. You got some. You're being stupid. Dramatic. Dad says it's okay to be gay; just don't be a pussy. He's a comedian and makes gay jokes in his act down in Colorado Springs, but it's all in fun. He even has a joke about a guy licking his balls and how that's one of life's delicacies. That was sort of freaky when I heard him do it. I don't exactly get my dad on this stuff, but I know he loves me. But I also know if he heard these thoughts I'm having, he'd screw up his face and

35



"You want hot dogs?" Mom asks.

"What? No tamales?" I say back, and she frowns at me.

"Ungrateful," she says, and she starts scraping off the grill.

"Zay-Rod says you and Dad are brother and sister," I tell her. She laughs. "Xavier. You were always my favorite but now I don't know."

Zay-Rod laughs. "Sorry, Ms. Gutierrez." She smiles at him to show she's kidding.

I strip off my shirt and jump into the pool. The water is still cool enough that it's somewhat refreshing. When I go under, my head spins crazy. I like to think the heat doesn't bug me, but it's like 114 out and we just walked a mile. It gets to me some.

As I find my equilibrium and come up for air, Betts jumps in just about right on top of me, knocking me back underwater. My head spins again and for a second I feel like I'm going to drown.

I thrash my arms, and my brain goes somewhere weird.

*I'm gonna jet,* I say. *Kevin's dorm room.*

*He smirks, and he sits on my legs. "Nah," he says. He's smaller than me, but something about this move is so brash that I don't even counter it. He sits on my calves and pushes down, and I am stuck. I have to laugh. What else can you do but laugh?*

And suddenly I'm at the bottom of the pool and I cannot move. Time slows. I open my eyes. I feel like nothing can touch me. Like if I screamed, no one would hear. And they wouldn't. For some reason, this terrifies me, and I don't know why.

Then I feel a pull on the bottom of my red swim shorts. That unfreezes me. I struggle to the surface, swat Betts in the neck, and grab my shorts away from him before he can get them off.

90

"Why do you want me naked so bad!" I ask, trying to catch my breath.

Zay-Rod jumps just about right in between us, and this time, while we are under, Zay-Rod succeeds in pulling down my suit.

"What the hell, dude!" I say when my face once again emerges from the salt water. "When in the world has there ever been two gayer straight dudes than you two? You can't keep your hands off me." I bend over and pull up my shorts. I can hear my mom laughing at the grill.

"You do have a nice butt," Betts says, kicking his legs up and floating on his back for a second. "For a dude," he says to the sky.

I wince and think about how straight dudes are all caught up in gay sex stuff. Like when I came out to my dad down in Colorado Springs over spring break. *It's okay to be gay, but real men don't take things into their bodies. That's what girls and women do; it's what separates us.* So when Betts does his whole "You got a nice butt" thing, I kinda want to strangle him a little. It's straight supremacy.

Instead I grab a yellow noodle, submerge it in water, put my mouth on one end, and blow. Water soaks Betts, who interrupts his float, grabs the noodle from me, and beats me over the head with it.

"So when do we get to meet this new boyfriend of yours? You never introduce us to your boyfriends," Betts says.

"You blame me?"

Zay-Rod laughs. "Truth."

My mom approaches the pool. "First I've heard of this. New boyfriend?"

"The kid from the food truck," Betts says.

91

*Not if I see you first,* is his response.

I grin because he seems like a mischievous kind of guy, and I like that. Maybe boyfriend material? I'd be good with that. It's so damn hard to find someone. I'm not friends with the LGBTQ kids at school because I'm not out, because of baseball. One *n* ten was not for me, and while I can get into BS West with my fake ID, there's all these dudes there giving me shade, acting like their shit don't stink. I don't have the time for that.

I tell Rosa I'm off to Betts's place for some Madden, and she's busy reading Isabel Allende's The Japanese Lover and tells me to have mercy on those other boys. I walk out with thrilling shivers dotting my arms and legs. I've never lied to Rosa before about something this big. I've never had to, and I'm not even sure I have to now, but it feels like it adds to the excitement to make this a Max-only adventure.



The party is out of control by the time I arrive at ten. Shirtless dudes running around with Super Soakers and thump-y music blaring and girls dancing up on each other in tight tops and skimpy bottoms. I can smell the alcohol as I walk in, and part of me wants to turn right around because I've never walked into a party alone before. Always had my boys there, even with BS West, which Betts dug because he could mack on the straight girls hanging with their gay buddies, and they were all like, No thank you, please. It was pretty funny.

Thankfully it doesn't take long to spot Kevin. His blue faux-hawk gives him away, and he gives me an uneven smile and a tiny wave from across the room. When he speaks, his mouth closes crook-edly, and that adds some additional quirk to his look. I like him immediately.

As we walk toward his dorm, my heart pulses in my ear.
I ask him, "Do you have protection?"
He tells me to relax. He's only been with five guys. This logic eludes me, but Kevin is older, more experienced. I defer to him.

I am shirtless in his bed. It's like Kevin is two people. One at the party, and one ever since we left. Ever since it's seemed like a done deal, I guess. At the party he talked fast and seemed overeager to please. Now he seems almost cocky in his attitude, and we don't say much. And when we do, it's not—not what I want. At all.

He stands at the foot of his bed, his shirt off too.

"Wanna smoke up?"

I shake my head no. I don't know exactly what he means, which makes me feel stupid. It's like I missed a class in Hooking Up 101. Weed? More than weed? I don't know, but I am not interested in finding out. A few beers is enough for me, and I've heard enough of my mom's diatribes about how Mexico has been ruined by America's hunger for drugs. Not gonna be part of that.

He takes out a pipe and a tiny wooden case and he pinches a bit of greenish-looking stuff and puts it in the pipe hole and lights up. He inhales heavily, holds it in, exhales. Pot for sure. I try not to take in too much of the smoke. Then he shakes his head, over and over, regarding me like I'm some sort of prize he's won.

He says, "Are you my dark-skinned boy?"

My esophagus fills with something slushy. "Um."

"Are you my Arabian prince?"

I'm like, Are you for real? My jaw tenses, because he doesn't laugh, or say "Just playin'." He means this, or thinks this is acceptable, a normal thing to say. I want to say something, make a joke at least about

184



how fucking stupid that is, how ignorant. But I don't want to kill the moment. I'm too curious to see what's next. When the room has been silent for so long that it feels like my not saying anything is a form of consent, I say, "My mom was born in Mexico City and my dad is from Indiana."

He rolls his eyes. "Oh, come on. Don't be so sensitive. It's a fantasy, okay?"

I feel my shoulders tense and my face heats up. Nope. This is not me being too sensitive. And suddenly the quirky, talkative guy from the party has been replaced by this asshole I don't like at all.

I sit up and look away. "I'm gonna jet," I say.

I'm about to turn my legs to the side of the bed and stand when he jumps on the bed next to my feet, thumping into me slightly. He smirks. I stare. He sits on my legs.

"Nah," he says. It's half a statement and half a question, and I don't answer because I'm so shocked that he's just sat on my legs. I'm, like, bigger than him. By a lot. I remember thinking: Amateur hour. He may be older, but he's never gonna get it, because this is some basic shit, stuff you don't do. Anyone with half a clue would know that.

Then he inches up until he's sitting on my calves, pushing down in an uncomfortable way. I have to laugh. He doesn't laugh. I'm waiting for the camera. He's punking me. This isn't happening.

But I don't move. It's like I can't. And at the same time a part of my brain is thinking: Move, Max. Get the hell up. Get out of here. This is stupid.

I don't know why I don't move. It's like I can't. Not like he drugged me, but like the brashness of his actions has frozen me. His stare is boring into my eyes, and I avert mine. I think of alpha dogs. How

185



*sometimes Chihuahuas can be alpha over Great Danes. It's weird but it's true.*

Kevin tweaks my nipple. I don't like it. I should punch him, I think. Pin him. Pick him up by his armpits and put him against the wall and stare him down 'til he apologizes. I don't.

He leans in for a kiss, and all I'm thinking about is that he called me Arabian. I don't kiss back but it doesn't stop him from kissing enough for both of us. I feel dirty. I hear voices. Voices from people in my life. My dad. My mom. Random shit like this joke my dad told me once about George Bush thinking that Brazilian is a number, like bazillion. This time my mom got food poisoning on shrimp.

He reaches for my shorts and I say, "Naw, dude."

I am not looking at him. I am not watching. He is intent on getting me naked, and I don't know this feeling. I don't get it. I can't understand why I'm still here. Because that means I want it, right? I'm bigger and I don't leave.

And then it's like I do leave my body, but only in my brain. My body stays put, frozen, and I float to the top of the room. I see the rest from up there. I do.

I become keenly aware of the dandruff in Kevin's faux-hawk. I see Kevin's tired, glassy eyes for what they are, and I feel this odd compassion for him, as I'm a rag doll and he is doing things to me, things I don't want. I want to hug him. I want to tell him it doesn't have to be like this, that there is a better way, which is a hilarious thought to have, and I know that, and yet I think it anyway. And time stretches like bubble gum, and loses its taste, like bubble gum, and I find myself repeating this litany as I watch the thing happen, from above, as I watch and feel nothing, nothing I should feel.

I'm not here. I'm not here. I'm not here.

186

*I do not move. The whole time. I do not move. I do not look at him. We could be pushed up against each other on the bus. It is the most personal yet most impersonal experience of my life, and I know, as it's happening, that this is not normal.*

*And after, as Kevin goes down the hall to clean up in the dorm bathroom, I recline on the single bed, and an emptiness settles into my chest and breaks one of my ribs.*

*I feel it. A broken rib. Pushing in toward my heart.*

*And then Kevin comes back, and he collapses next to me, in silence, and I think that if he touches me, I'll scream. And yet I also want him to touch me. Is this crazy? Am I going crazy?*

My eyes flash open, and I know. I close them tight. I don't want to know. I don't want this. But I know.

My heart pulses. I think of my dad. *Boys are not supposed to allow things into their bodies. You can be gay, but guys don't do that.* And I don't believe that, exactly, but some part of that stays with me, and I am filled with slush again and I cry out, which also boys don't do. I smile—it's always worked before. Just smile, Max. The pain cannot be stronger than a smile.

But it is.

"Max? You okay?"

It's my mom, right outside my door. I clench up and my heart pulses fiercely. I say something to my mom, and it's official. I am not ready for this to be anything, let alone official. I can handle this. I can handle it. I can.

"I'm okay," I say.

"You're moaning. Bad dream?"

"Yeah," I say.



"You need a glass of water?".

"Nah."

I listen as her footsteps fade away, and I breathe deep. Okay, Okay. I take a look at my phone. 4:33. Too early for this shit. And we have work in like a few hours, and now this, which is not real, not real until I decide it is.

*Was I raped?*

The idea makes me almost laugh. A smaller guy, just a year older. No. I stayed. I could've left. I stayed. Not rape. Just stupidity.

But then I think of the stuff we hear at school. No means no, which some of the stupider-ass baseball dudes translate as, "No means yes, yes means anal." Which wasn't funny then. And I said no. *Naw.* So is this like, rape-minus? Is that a thing? If you aren't overpowered, if you could have left but you didn't, you didn't because you were curious, maybe, that's not rape, right?

And I think of my dad, who saw that psychic, and who isn't wise, exactly, but is an adult, kind of. So without thinking too much I call him.

"Wha—Max? What's wrong? You okay?"

"Yeah. No. I don't know. Maybe."

He sighs. "Whataya need? Can you call back at like a normal hour when people are awake? Christ."

"Dad, is it, um, rape if one person says no but then doesn't leave when they could?"

"What?"

"Like the um, girl. Like, she says no, but the guy pleads with her, and she doesn't say yes, but she, like, freezes up like a rag doll. And he does—stuff—to her. Is that like rape?"

188

"What the—are you raping girls now?" Dad laughs. I don't. It's so not funny, and it's so something my dad would think is funny, because my dad is an idiot. Why did I even call him?

"No."

"So, are you researching rape now? At five oh-fucking-clock in the morning? Jesus."

And for the first time in my life that I am aware of, I desperately want him to put the pieces together. To get serious and have a clue. To ask me if I'm okay.

"Um, sure," I say, answering his question in a way that I'm sure will raise a red flag.

It doesn't. He laughs. "So the girl says no, and the guy doesn't stop, and she just lies there?"

"Yeah?"

Dad laughs again. "Dude. That's not even like illegitimate rape. That's garden-variety rape, kid."



My whole body goes numb. Have I explained it all the right way? It can't be. I mamble more words and then I can barely manage to press the button to hang up. But I do, because if any weird noise comes out of my body right now, Dad will make a joke, and the one thing I cannot take right now is a joke.

I shake, in bed. Waves of something syrupy run up and down my veins. That damn slush again. I feel myself underwater. I need to scream out the syrup. I cannot. I will wake up Mom. I will upset her. I cannot say anything about this, ever. To anybody.

189



## LOVE MEANS YOU ARE NO LONGER ALONE WITH YOUR SECRETS.

**JORDAN** is trying as hard as he can to stay afloat. His mom is spiraling out of control, and the only way they're going to survive is if he can turn a rickety old food truck into a success. Desperate to hide his true situation, he tries to do it alone. But that's impossible.

Enter MAX. Max has some dark secrets of his own . . . and he hopes that if he ignores them enough, it'll be like they're not really there. He starts working for Jordan. And then it's more like he's working *alongside* Jordan . . . until suddenly what they have between them has nothing at all to do with work.

Over the course of a summer, Jordan and Max will have to face their biggest fears, as they discover that love is often as hard as telling the truth . . . and as rewarding as having the truth heard for the first time.

### PRAISE FOR
### THE MUSIC OF WHAT HAPPENS

★ "Konigsberg demonstrates once again why he is one of the major voices in LGBTQ literature." —*Booklist*, starred review

★ "Give to fans of Benjamin Alire Sáenz's *Aristotle and Dante Discover the Secrets of the Universe* and Laurie Halse Anderson's *Speak*." —*School Library Journal*, starred review

"Portrays gay teen relationships in a way that is consistently authentic, compassionate, hopeful, and empowering." —*The Horn Book*

"A compelling, laugh-out-loud story, as swoon-worthy as it is deeply affecting." —David Arnold, author of *Mosquitoland*

Cover art © 2019 by Patrick Leger
Cover design by Nina Goffi

$18.99 US / $25.99 CAN

**SCHOLASTIC**
IreadYA.com

ISBN 978-1-338-21551-9

51099

9 781338 215519

# Exhibit 9





she was wearing my body, it was still her inside, and it would be her experience, not mine.

I completely fell apart at that point—choking, sobbing, dying. Someone knocked on the door.

"O-o-o-occupied," I said between choking sobs.

"It's me, Imogen."

Oh god. Oh Christ. Oh literal Jesus of Nazareth.

I wiped away at my face, sniffed back the sadness, and took several strangled breaths.

"I'm fine," I said.

"Can I come in?" said Imogen.

"I'm fine, really."

"Oh, I know. I just need to use the bathroom."

It was the most perfect, ill-timed joke. I burst out laughing, and then my laughter turned into sobbing all over again.

"I want to talk to the real Wynonna," said Imogen. "Not the fake Cesario version."

"I'm not the real Wynonna," I said. "I've been lying to you this whole time."

"Okay. Well, can I talk to whoever is in this stall?"

Who was I to object to that? I leaned forward and unlocked the stall. Imogen entered, then locked the stall behind her.

"I'd offer you a seat, but . . ." I gestured elaborately at the lack of additional toilet seats in the stall.

"Is this seat taken?" She pointed at my lap.

I cracked a smile that indicated it was not.

Imogen sat in my lap. For someone as skinny as she was, she was surprisingly heavy. I guess all that extra length and height had to go *somewhere.*

"I saw you kissing Holden," she said.

222

Of course she did. She and Wynezra were sitting in the very back—very top—of the theater. I was sure they saw everything.

"*Was* it not what you were expecting?" said Imogen.

"It's not that," I said. And then I thought of Holden reaching up my leg, and I felt sick. "Not *just* that. It's . . ."

God, how to word this?

"I don't feel like myself is all," I said.

"Oh, right," said Imogen. "Because you're not the real Wynonna."

I chuckled. "Exactly."

"So, who are you?"

"I guess I'm the fake Cesario version."

"Hmm. That sounds like a pickle."

"Yes! It's a fucking pickle is what it is. Thank you!"

"You know," said Imogen, "Olivia isn't in love with Viola."

Wait, what?

"She's in love with *Cesario,*" said Imogen. "That love was never fake to her."

I looked at Imogen. Only now, Imogen's face was close—dangerously close—and her breath was shallow, and her eyes were large and intense and filled with so much compassion that I didn't deserve.

It was like someone lit a fuse, except that fuse separated into two, and reached both Imogen and me at the same time, igniting us like carefully timed fireworks.

We kissed.

Our lips met like waves crashing on a rocky shore—jagged, and rough, and alive. *My* hands were in her hair, ruining the freshly straightened curtains, and hers were on my face, cradling it like something precious. Imogen raised a leg, tucked it in, and slid it past me with impossible, balletic grace, until she was straddling me. She bit my lip. My frustratingly long fingernails scraped down the length of her

223



back. Her hands ran down my neck, my bare shoulders, sliding down the curves of my chest. And then she grabbed my breasts, firmly, and squeezed them like she meant it.

Oh. My. God.

Something surged inside of me—an ecstasy I had never known. I lost all scope of the situation—who I was and what I was doing. My eyes became level with the rapidly forming hickey that Wynezra had left on Imogen's neck. My mouth latched onto it like a bull's-eye.

"Ohhhhhhhhh," said Imogen, and her eyes rolled into the back of her skull. And then she laughed. "Oh my god. Did you tell Ezra that was my spot?"

Huh?

"What am I saying?" said Imogen. "Of course you did. You're the only person who knows my body like that. Thanks a lot, traitor."

My mouth let go—growing slack with realization.

Imogen wrapped her arms around me, squeezing me like she never intended to let me go. The sexual intensity defused, and there was nothing left but the deepest, purest, most heartbreaking affection.

"I feel like I've been holding my breath," said Imogen. Her voice was like an open wound. "Ever since last summer. And now . . . now I can finally breathe."

I felt the truth slip around my neck like a noose, pulling tighter with each passing second. Wynonna lied to me. Or, at least, she smudged the truth significantly.

Imogen was in love with someone, but it wasn't a boy.

Imogen was in love with Wynonna.

224

but a string dangling down there. I was basically a human party pop-per, but that was the weirdest part of it, and it was purely aesthetic.

"I was expecting to feel more," I admitted.

"It might be *your* first rodeo," said Wynezra, "but it's not this vagina's."

After that ordeal, we argued over which of our parents/guardians was the worst option to call for a ride.

"You can call Carol if you *want*," said Wynezra. "I'm just saying, she'll make our lives a living hell every second of the drive."

"But she'll pick up!" I said.

"Reluctantly."

"Okay. Well. I don't think my parents will pick up."

So, we created an order to our call list that ranked the pleasant-ness of the pickup over the likelihood that they would actually pick up the phone. I had Wynezra call Dad. No answer. I had her call Mom. Again, no answer.

"Are they really that busy?" said Wynezra. "I mean, the hospital knows they have *kids*, right?"

"They might not be—strictly speaking—busy with *work*," I said.

"Oh!" she said. And then her eyes widened. "Oh! You think they're doing it with other people?"

"I *know* they're doing it with other people."

I went on to explain—in NC-17–rated detail—how I knew that.

"Damn," said Wynezra. "Derek's dick sounds like a national treasure."

"Can we please not talk about Derek's dick?"

"Hey, you were the one going into graphic detail. I'm just express-ing my admiration. But, um, that sucks about your parents. Do you think they know about...you know...each other?"



"Do you want to have a sleepover tonight?" said Willow.

She blurted it out so fast—so sudden—I blinked and did a double take, just to make sure I hadn't hallucinated the question.

"Sorry," she said. "That was random. Just . . . between this play and prom, I'm a bundle of nerves, and my parents are never home, and I thought it would be nice to . . . but I understand if you can't. Sorry. You know what? Forget I—"

"I'd love to," I said.

"Oh!" said Willow. Her entire crabby-old-butler face lit up. "Okay! Yeah! Great!"

It had become impossible for her to speak in anything but one-word exclamations.

"Lemme just tell Ezra," Willow said finally when all the glowing seemed to be making her face hurt. She turned, and then jumped with a start.

Wynezra was standing right behind us.

"Whoa, hey!" said Willow, clutching her chest. "Didn't see you there. Is it okay if Wynonna—"

"Yeah, yeah, yeah," said Wynezra dismissively. And somewhat urgently, "Can I have a word with Wynonna?"

Willow looked at me, as if to confirm that that was okay. I gave her a subtle nod.

Wynezra put a hand in the center of my back and directed me to the far, far, far corner of the theater—well out of earshot of anyone.

"What's going on?" I said.

"I'm going to show you something," said Wynezra, "only because you would have already seen it if you were *jeu*, and I want you to know that it's real, and it's serious."

"Okay?"

Wynezra handed me her—my—phone, opened to a picture.

268

It was a nude of Willow.

A very private—very intimate—nude. One that was clearly never meant to see the light of day.

"JESUS FUCK," I said, pushing the phone away. "What the fuck? *Why* the fuck?"

"There's more."

Before I could object, she swiped her finger across the screen and showed the phone in my face. It was the top of Willow's head. You could sort of see her face, but it was pressed against the pelvis of some dude. A long, surfer-tan arm with wristbands was gripping her hair, holding her in place.

But this wasn't just a picture. There was a play button in the very center.

I didn't dare press it.

"Remember that blowjob I told you she gave Thad? Well, apparently he made a home movie. And since I *know* you're wondering—no, she didn't know she was being filmed. I don't think she even knows this film exists."

I felt sick. I felt furious. I felt sick *and* furious, and it was a deadly combination. Like I could kill Thad and simultaneously puke on his corpse.

"Jayden texted both the pic and the video to me just a couple minutes ago. But it was a group message. It went out to, like, a dozen people."

I snapped. My head swiveled like a heat-seeking turret locking onto a target. Thad, Jayden, and a couple other guys had already changed out of their costumes. They were now crowded around something, laughing. Even Patrick was hovering on the outskirts of their group.

I stormed toward them.

"Ezra, wait!" Wynezra hissed.

261

It wasn't until I drew near that I realized Thad was holding up his phone, playing a video for them, and *that's* what they were crowded around. *That's* what they were laughing at.

My blood was boiling. My blood was molten magma, bubbling and spewing from the depths of the earth. My blood was a volcano.

The boys noticed my swift approach and parted awkwardly. Thad smoothly pocketed his phone. He was unfazed, playing it completely cool. And then he had the gall to check me up and down like a slab of meat.

I punched him in the throat.

Thad's mouth flailed open—gasping, wheezing, choking on his own windpipe. He dropped to his knees, hands cradled gently around his trachea.

"Fucking bitch!" said Jayden—although this seemed more an exclamation of shock than anything else. The whites of his eyes were more visible than his nipples in that tight-ass polo shirt.

I grabbed his nipples like a pair of volume knobs and cranked them until he was screaming in falsetto.

A tan, wristband-laden arm attacked me from behind, wrapping me in a chokehold. Thad's arm. I released Jayden's collar, scraping desperately at the crook of his arm, gasping for air. Nothing was coming through.

"I'll kill you . . ." said Thad, wheezing into my ear, ". . . you fucking cu—"

There was a delicious smack of flesh to flesh and bone to bone, and suddenly, I could breathe.

Wynezra had decked Thad clean in the face, and now she was on top of him, her fist moving in straight lines, up and down, up and down, like a vertical battering ram, pummeling his skull into the crust

262

of the earth, to be excavated by archaeologists in the distant future and preserved in the Museum of Natural Douchery.

*Something* grabbed me by the hair and jerked my head back.

"I'll cut your fucking tits off, you fucking whore!" Jayden screamed.

I glanced down and spotted the tip of his shoe next to mine. I stomped on it. Jayden howled and let go of my hair. I spun one hundred and eighty degrees, swung my leg back, and then kicked like a cheerleader, aiming for the sky but connecting with his testicles, punting them into the top of his skull. Jayden's pupils shrank to mere specks in his irises. He crumpled to the floor, but that wasn't good enough for me because I was immediately on top of him. Unlike Wynezra, I took the two-handed approach, beating his face with both fists, whipping his head left, right, left, right, left, right—

It took the biggest person in the vicinity—Daisy—to pull me off Jayden's would-be corpse. Her big arms wrapped around my waist, hoisting me off, while my arms flailed, and my legs kicked, and I screamed.

I screamed words.

"SHE'S MY SISTER, YOU FUCKING PIECE OF SHIT, MY SISTER, I'LL FUCKING KILL YOU IF YOU EVEN LOOK AT HER AGAIN, I SWEAR TO GOD, I'LL CUT OFF YOUR COCK AND MURDER YOU IN YOUR FUCKING SLEEP—"

Ziggy attempted to pull Wynezra off Thad. She swatted him away—like a human-sized fly—but stood up and backed away with her hands in the air like this was a routine.

She was cool. She was done.

263



**Ezra Slevin is an anxious, neurotic insomniac**
who spends his nights questioning his place in the universe and his days obsessing over Imogen, a nerdy girl with gigantic eyebrows and a heart of gold. For weeks, Ezra has been working up the courage to invite Imogen to prom. The only problem is Imogen's protective best friend, Wynonna Jones. Wynonna has blue hair, jams to '80s rock, and has made a career out of tormenting Ezra for as long as he can remember.

Then, on the night of a total solar eclipse, something strange happens to Ezra and Wynonna—and they wake up in each other's bodies. Not only that, they begin randomly swapping back and forth every day. Ezra soon discovers Wynonna's huge crush on his best friend, Holden. With no end to their curse in sight, Ezra makes Wynonna a proposition: While swapping bodies, he will help her win Holden's heart—but only if she helps him woo Imogen.

Forming an uneasy alliance, Ezra and Wynonna embark on a collision course of mistaken identity, hurt feelings, embarrassing bodily functions, and one positively byzantine production of *Twelfth Night*. But soon, Ezra starts wishing he could be more like Wynonna's badass version of himself...and realizing that he feels more like himself while being Wynonna than he has in a long time.

**DON'T MISS:**

NEANDERTHAL
OPENS
THE
DOOR
TO THE
UNIVERSE

PRESTON NORTON

"Touching, funny, and utterly unforgettable."
—ROBYN SCHNEIDER, author of
*The Beginning of Everything*

"Both heartbreaking and hopeful."
—GOLDY MOLDAVSKY, *New York Times*
bestselling author of *Kill the Boy Band*

Visit us at LBYR.com
theNOVL.com

$9.99 US / $12.99 CAN
ISBN-13: 978-1-4847-0600-0

50999

9 781484 798690

Cover art © 2019 by Geraldine Sy
Cover design by Mary Claire Cruz
Cover © 2020 Hachette Book Group, Inc.
Printed in the U.S.A.