# EXHIBIT C

**FLORIDA DEPARTMENT OF**
## EDUCATION
fldoe.org

**State Board of Education**

Tom Grady, *Chair*
Ben Gibson, *Vice Chair*
*Members*
Monesia Brown
Esther Byrd
Grazie Pozo Christie
Ryan Petty
Joe York

**Manny Diaz, Jr.**
**Commissioner of Education**

## MEMORANDUM

**TO:**        School District Superintendents

**FROM:**    Jacob Oliva

**DATE:**     June 3, 2022

| **Contact Information:** |
| Amber Baumbach |
| 850-245-9115 |
| Amber.Baumbach@fldoe.org |
| **DPS: 2022-83** |

**SUBJECT:    House Bill 1467, K-12 Education, School District Responsibilities**

House Bill 1467, signed by Governor DeSantis on March 25, 2022, and effective July 1, 2022, requires school districts to be transparent in the selection of instructional materials and library and reading materials. This legislation preserves the rights of parents to make decisions about what materials their children are exposed to in school. Changes for school districts are noted below.

- School district meetings of committees convened for the purpose of ranking, eliminating, or selecting instructional materials must be noticed and open to the public and parents of district students must be included in such committees.
- Beginning January 1, 2023, school librarians, media specialists, and other personnel involved in the selection of school district library materials must complete the online training program developed by the Florida Department of Education (FDOE) prior to reviewing and selecting age-appropriate materials and library resources. A memorandum was sent recently to school districts calling for nominations for workgroup members to help develop this training.
- Each book made available to students through a school district library media center or included in a recommended or assigned school or grade-level reading list must be selected by a school district employee who holds a valid educational media specialist certificate, regardless of whether the book is purchased, donated, or otherwise made available to students.
- It is the responsibility of school principals to oversee compliance with school district procedures for selecting school library media center materials at the school to which they are assigned.
- Each district school board shall adopt procedures for developing library media center collections and post the procedures on the website for each school within the district. The procedures must:
  - Require that book selections meet the selection criteria in section (s.) 1006.40(3)(d), Florida Statutes (F.S.).
  - Require consultation of reputable, professionally recognized reviewing periodicals and school community stakeholders.
  - Provide library media center collections are based on reader interest, support of state academic standards and aligned curriculum, and the academic needs of students and faculty.

**JACOB OLIVA**
**SENIOR CHANCELLOR**

House Bill 1467, K-12 Education, School District Responsibilities
June 3, 2022
Page Two

- o Provide for the regular removal or discontinuance of books based on, at a minimum, physical condition, rate of recent circulation, alignment to state academic standards and relevancy to curriculum, out-of-date content, and required removal pursuant to s. 1006.28(2)(a)2., F.S.
- Each elementary school must publish on its website, in a searchable format prescribed by the FDOE, a list of all materials maintained in the school library media center or required as part of a school or grade-level reading list.
- Each district must publish on its website, in a searchable format prescribed by the FDOE, a list of all instructional materials, including those used to provide instruction required by s. 1003.42, F.S. Each district school board must:
  - o Provide access to all materials, excluding teacher editions, in accordance with s. 1006.283(2)(b)8.a., F.S., before the district school board takes any official action on such materials. This process must include reasonable safeguards against the unauthorized use, reproduction, and distribution of instructional materials considered for adoption.
  - o Select, approve, adopt, or purchase all materials as a separate line item on the agenda and must provide a reasonable opportunity for public comment. The use of materials described in this paragraph may not be selected, approved, or adopted as part of a consent agenda.
- Annually, beginning June 30, 2023, each district must submit to the Commissioner of Education a report that identifies:
  - o Each material for which the school district received an objection for the school year and the specific objections thereto.
  - o Each material that was removed or discontinued as a result of an objection.
  - o The grade level and course for which a removed or discontinued material was used, as applicable.
- No later than July 1, 2023, and annually thereafter, each superintendent must certify to FDOE that all school librarians and media specialists employed by the district have completed the required training developed by the FDOE.
- The annual school district certification of fidelity of instructional materials must include any material that received an objection pursuant to s. 1006.28, F.S., for the school year and the specific objections thereto; each material that was removed or discontinued as a result of an objection; and the grade level and course for which a removed or discontinued material was used, as applicable.

FDOE will begin the rule development process and information on rule workshops is forthcoming.

Thank you for your attention to the implementation of these important changes.


JO/ab

cc: School District Library Media Supervisors
     School District Instructional Materials Supervisors