# EXHIBIT A

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

PEN AMERICAN CENTER, INC., SARAH BRANNEN, BENJAMIN GLASS, on behalf of himself and his minor child, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor child, ASHLEY HOPE PÉREZ, and CHRISTOPHER SCOTT SATTERWHITE, on behalf of himself and his minor child,

CASE NO.: 3:23-CV-10385-TKW-ZCB

Plaintiffs,

vs.

ESCAMBIA COUNTY SCHOOL BOARD,

Defendant.
_____/

## DECLARATION OF PATRICIA HIGHTOWER

I, Patricia Hightower, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the statements made below are true and correct.

1. I am over the age of 18 and I am competent to testify as to the facts stated in this declaration. I have personal knowledge of the matters set forth herein.

2. I am currently a member of the School Board of Escambia County, Florida, an elected position. I have served on the School Board of Escambia County since 2004.

3. I give this declaration in support of the School Board of Escambia County's Renewed Motion for Protective Order Asserting Legislative Privilege seeking to protect the elected members of the School Board of Escambia County from compelled depositions in the matter of *PEN American Center, Inc., et al. v. Escambia County School Board*, Case No. 3:23-cv-10385-TKW-ZCB.

4. I am aware that the Plaintiffs in the above-referenced matter would like to take my deposition.

5. It is my understanding that the School Board of Escambia County, acting by and through counsel, seeks to invoke the legislative privilege on my behalf in order to prevent or quash any such efforts to depose me in the above-referenced matter.

6. Therefore, to the extent the legislative privilege is applicable to me and may be invoked by me, I confirm my intent to assert the legislative privilege here.

7. In asserting the legislative privilege, I rely on counsel for the School Board of Escambia County for doing so.

I have read the foregoing statements and declare under penalty of perjury that they are true and correct.

_July 23, 2024_
Date

_Patricia Hightower_
PATRICIA HIGHTOWER