UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**PEN AMERICAN CENTER, INC.**, et al.,

    **Plaintiffs**,

v.                                  Case No. 3:23cv10385-TKW-ZCB

**ESCAMBIA COUNTY SCHOOL BOARD**,

    **Defendant**.

_____/

## ORDER SCHEDULING PRELIMINARY INJUNCTION HEARING

Based on the Court's review of Plaintiffs' motion for preliminary injunction (Doc. 87), Defendant's response in opposition (Doc. 105), and the attachments to those filings, the Court finds that an evidentiary hearing will be needed to resolve the motion because there appear to be factual disputes on several key issues, including (a) Plaintiffs' standing to seek injunctive relief with respect to some or all of the 7 books at issue in the motion; (b) whether any of those books contain content described in §1006.28(2)(a)2.b(II), Fla. Stat., and, if so, whether that is a legitimate pedagogical reason for restricting access to the book; and (c) whether access to those books is currently restricted based on citizen challenges or school librarian review under "HB 1069," or both, and whether that makes any difference to the relief sought in the motion or the operative complaint.

Defendant represented that two days will be needed for the evidentiary hearing. Plaintiffs did not dispute that time estimate. Accordingly, it is

**ORDERED** that Defendant's motion to set an evidentiary hearing (Doc. 106) is **GRANTED**, and the Clerk shall notice an in-person evidentiary hearing on Plaintiffs' motion for preliminary injunction for September 3-4, 2024.[1]

**DONE and ORDERED** this 2nd day of August, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**

---

[1] The Court recognizes that these dates were not pre-cleared with the parties and that they may not be ideal because of their proximity to the Labor Day holiday, but these are the only two consecutive days available on the Court's calendar before November. Thus, the parties will need to make themselves and their witnesses available on these dates.