# EXHIBIT B

|  |  |
|---|---|
| **From:** | Oberlander, Lynn <oberlanderl@ballardspahr.com> |
| **Sent:** | Thursday, August 1, 2024 11:39 AM |
| **To:** | Smith, Nicole; Duke, Samantha; Grosholz, Jeffrey |
| **Cc:** | Shalini Agarwal; Ori Lev; Fehlan, Kirsten; Ellinor Heywood; Relyea, Ryan R.; Bouzat, Facundo; Fields, Goldie |
| **Subject:** | Documents for PEN 30(b)6 Deposition |
| **Attachments:** | Book pages for Summer deposition.pdf; Copy of Escambia calculations-PRIVILEGED AND CONFIDENTIAL- PREPARED FOR 30(b)6 Deposition.pdf |

**Lynn B. Oberlander**
2024 Pro Bono Honor Roll – Gold

**Ballard Spahr** LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
646.346.8011 DIRECT
212.223.1942 FAX

347.572.4300 MOBILE | oberlanderl@ballardspahr.com
VCARD

------------------------------

www.ballardspahr.com

1