UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**PEN AMERICAN CENTER, INC.**,
et al.,

    **Plaintiffs**,

v.                                Case No. 3:23cv10385-TKW-ZCB

**ESCAMBIA COUNTY SCHOOL BOARD**,

    **Defendant**.
_____/

**ORDER**

Based on Plaintiffs' notice of withdrawal of motion for preliminary injunction (Doc. 111), it is

**ORDERED** that the hearing scheduled for September 3-4, 2024, is canceled, and the Clerk shall terminate the motion for preliminary injunction (Doc. 87).

**DONE and ORDERED** this 8th day of August, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**