# Exhibit 1

| | |
|---|---|
| **Date:** | Tue, 21 Feb 2023 4:26:30 PM (UTC) |
| **Sent:** | Tue, 21 Feb 2023 4:26:27 PM (UTC) |
| **Subject:** | Re: School Board Meeting Monday, February 20th at 5:30 P.M. |
| **From:** | Samantha Lee <samanthajolee3@gmail.com> |
| **To:** | Adams, Kevin <KAdams2@ecsdfl.us>; |

Mr. Adams,

I apologize for missing your call Saturday afternoon. I want to thank you for your votes to remove these books. I agree with you that if parents want their children to have access to these books, they should supply the book in some form.

I do not believe it's the responsibility of the school district to teach about these topics or to supply books. This is a parent role and right to teach about these topics when they feel their child is ready. It was also a concern of mine that students would start sharing these books with other students. It's huge risk that the district should not part take in. I believe all who voted to remove books made the right call.

Again, I appreciate your votes, concerns, and reply to my email of concerns.

Thank you,
Samantha Lee

On Sunday, February 19, 2023, Adams, Kevin <KAdams2@ecsdfl.us> wrote:

Hi Samantha,

The information is correct and we have our special meeting at 5:30 P.M. tomorrow to vote on the district book committee recommendation to keep the books in circulation.

I agree with your concerns and will vote accordingly.

To access all 168 book challenges  https://ecsd-fl.schoolloop.com/reconsideration   click on Current Challenges * - for titles, status, and opportunity for public input.

r,
Kevin L. Adams
Escambia County School Board Member, District 1
Office: (850) 469-6137
Cell: (850) 449-8692
Fax: (850) 469-6273
75 North Pace Boulevard
Pensacola, FL  32505

Under Public Records Florida law, virtually all written communications to or from School District Personnel are public records available to the public and media upon request. E-mail sent or received on the School District system will be considered public and will only be withheld from disclosure if deemed confidential pursuant to State or Federal Law.

On Sat, Feb 18, 2023 at 10:12 AM Samantha Lee <samanthajolee3@gmail.com> wrote:
Hello Mr. Fetsko and Mr. Adams,

   My name is Samantha Lee. I am a parent within the Escambia County School District. Recently, I have seen information pertaining to the upcoming school board meeting. I am attaching a picture of the

information circling social media. As a parent of a young child attending school within the district, I am concerned about the books being discussed.



   I have a few questions in regards to this topic. Is this information above correct? Are these books being discussed to determine if they should be made available to students? If so, how are the schools going to ensure that the books do not get into the hands of students whose parents do not agree with the content.

   Exposing children as young as kindergarten to books that promote transexual decisions and homosexual ideas is inappropriate. My six year old daughter knows nothing about these topics as she rightfully shouldn't.

  I appreciate any information you can provide. Please feel free to reach me by email or on my cell phone (850)-602-0317.


Thank you,
Samantha Lee

**Date:** Mon, 20 Feb 2023 6:19:30 PM (UTC)
**Subject:** attached
**From:** Williams, David <DWilliams3@ecsdfl.us>
**To:** David Williams <DWilliams3@ecsdfl.us>;
**Attachments:** School Board Meeting 2-20-23.docx

# David M. Williams, Ed. S
District 3 School Board Member
75 North Pace Blvd
Pensacola, FL  32505
(850) 469-6154

"Excuses are reasons for failure"  DMW

School Board Meeting
February 20, 2023
David M. Williams

All Boys Aren't Blue

- Understand the trajectory of his life
- Author George M. Johnson admits in an interview in 2022 that he expected his book to be controversial and it had already been banned in 20 states
- Booklist a book review company states, *"describes the authors identity as an intensity that may lead readers to feeling confused about the main point of the book"*
- I agree, it can be used as a supplement to the mental health modules, but as an outstand reference in the public library
- Section 847.012 of the F.S. states, "No book or other materials containing pornography shall be used or be available in the District"
- "Age appropriate" or "developmentally appropriate" or in my research "each child has a natural progression of learning" – Urie Bronfenbenner Developmental theory
    - proposed that human development unfolds in a set of personal environmental systems, involving cultural, social, economic and political elements, not merely psychological ones. These systems and their interactions can nurture development
- While I admire the courage of the author to publicly his struggles and experiences with an understanding of the incidents in his life that propelled his trajectory, I would rather this book is placed in a public library and not in our the ECPS library, media center, or innovation center. book

| | |
|---|---|
| **Date:** | Fri, 24 Feb 2023 2:16:05 PM (UTC) |
| **Subject:** | Re: Book Banning |
| **From:** | Hightower, Patricia <PHightower@ecsdfl.us> |
| **To:** | Nina M <nm51zero@gmail.com>; |

Thank you for sharing your views  I agree with you. I saw the original story, and I love penguins. This is normal behavior in that they take care of those in their community. I hope that our community will continue to speak out as you have done.

Patty

On Thu, Feb 23, 2023 at 10:23 PM Nina M <nm51zero@gmail.com> wrote:
Dear School Board Members:

I am greatly disappointed in your decision to ban books from the school libraries. Books are a way to learn about people that are different from us, to gain empathy for others and to laugh, cry and ponder things we may not have thought about and to see ourselves in others and know we are not alone.

I have a first grader at NB Cook and I am especially troubled by the decision to ban the book, *And Tango Makes Three.* I have read this book to my first grader and there isn't anything inappropriate in this book. It is based on a true story about animals. My first grader really likes the book and it saddens me that this community is so scared about two male penguins raising a young penguin that it would ban the book. This is life. What are we going to do, stop taking field trips to zoos in case kids ask questions when they see animals doing animal things? You are setting kids up for failure when you can't have age appropriate conversations about life. Life won't stop because you don't talk about it.

Children in the school district come from all different types of families and when you erase families that you don't agree with you hurt the children that come from these families. Children need to know that their family type, whether it is a single parent, a foster family, a traditional family, two moms or two dads, is valued. You are doing a disservice to our children by banning books and trying to erase what you might not agree with. Remember children do not choose their families, so to ban books that depict families or similar situations that some children may face, is harmful to children and can lead to bullying by others, as they see that the adults are saying there is something wrong with a child's family or lifestyle.

I urge you to rethink your book banning and listen to the advisory committee's thoughtful recommendations, or why have an advisory committee if you do not value their advice?

The children need you to do better!

Sincerely,

Nina Mazur


--

United for ALL Student Success
Patty Hightower
Escambia County School Board
District 4
75 N Pace Blvd
Pensacola, FL 32505
Office: 850-469-6265

Home:850-384-7791

This message is intended solely for the addressee listed. Forwarding this email to any other board member is expressly prohibited. Florida has a very broad public records law designating both the content and the email addresses as public records. If you do not want the content of your email or your email address released in a public records request, do not send electronic mail to this entity. Instead contact this office via phone or in person.

E-ECSD_0003886