# Exhibit 3

# Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Lynn Oberlander
Tel: 646.346.8011
Fax: 212.223.1942
oberlanderl@ballardspahr.com

August 6, 2024

Via E-mail (nsmith@rumberger.com)

Nicole Sieb Smith, Esq.
Rumberger|Kirk
101 North Monroe Street
Suite 1050
Tallahassee, FL 32301

Re:   *PEN American Center, Inc. v. Escambia County School Board*, No. 3:23-cv-10385 (N.D. Fla) – Notice of Inadvertent Disclosure

Dear Nicole:

In accordance with the Stipulated Confidentiality Order entered into in this case on May 1, 2024 ("Confidentiality Order") [Docket 79], we are hereby renewing our request that you immediately return or destroy the document labeled "Book Pages for Summer Deposition" that was inadvertently provided to you at the outset of the 30(b)(6) deposition of Pen American Center, Inc. on August 1 (the "Inadvertently Disclosed Information"). As I told you on the morning of August 2, the document contains material protected by the attorney work-product privilege and should not have been provided to you. Upon discovery of this, I immediately asked for its return or destruction. See excerpts of Deposition, attached.

The Inadvertently Disclosed Information was not relied upon during the deposition in any way: it had been prepared with the intent of using it, but was not looked at or reviewed by the deponent prior to our sending it you. The Confidentiality Order recognizes that pursuant to Federal Rule of Evidence 502(d), the disclosure of Inadvertently Disclosed Information "shall not constitute or be deemed a waiver or forfeiture in this proceeding" of any claim of attorney-client privilege, work product protect, or any other privilege or protection that the Disclosing Party would otherwise be entitled to assert with respect to the Inadvertently Disclosed Information and its subject matter. See Confidentiality Order ¶15(a).

According to Par. 15(b) of the Confidentiality Order, upon notification by the Disclosing Party (Plaintiffs) to the Receiving Party (School Board) of the inadvertent disclosure of privileged or protected information, the Receiving Party is to immediately cease using, copying, or distributing the Inadvertently Disclosed Information. Then, within 5 days, the Receiving Party is to "return or certify the destruction" of all copies of the Inadvertently Disclosed Information. Confidentiality Order ¶15(b)(ii). The Confidentiality Order also

DMFIRM #413340538 v1

Nicole Sieb Smith, Esq.
August 6, 2024
Page 2

provides that the Receiving Party is to return or certify the destruction of "any documents created by the Receiving Party based upon the Inadvertently Disclosed Information." See Confidentiality Order ¶15(b)(ii).  To the extent that you prepared deposition questions or other documents based upon the Inadvertently Disclosed Information, we ask that you certify the destruction of any such documents.

Accordingly, please return or certify the destruction of the document entitled "Book Pages for Summer Deposition" and any other documents created by you or defense counsel based upon the information contained within the document.

We look forward to your prompt response.

Sincerely,

*Lynn Oberlander*

Lynn Oberlander

cc:     Shalini Agarwal
        Ori Lev
        Kirsten Fehlan

DMFIRM #413340538 v1