# Exhibit A

## *Title* by Author

| | |
|---|---|
| Removed or Restricted? | |
| PEN standing | ☐ Organizational<br>☐ Associational |
| Challenge form information | |
| Summary | |
| Content | ☐ LGBTQ+<br>☐ Race<br>☐ Sexual assault |
| Accolades & Reviews | |
| Author Identity | |
| Audience | |
| Sexual conduct under 847.001(19) | ☐ Yes<br>☐ No<br>☐ Maybe |
| Viewpoint discrimination | |
| On Book Looks? | ☐ Yes<br>☐ No |