UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC., SARAH BRANNEN, BENJAMIN GLASS, on behalf of himself and his minor child, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor child, ASHLEY HOPE PÉREZ, and CHRISTOPHER SCOTT SATTERWHITE, on behalf of himself and his minor child,

    *Plaintiffs*,

vs.

ESCAMBIA COUNTY SCHOOL BOARD,

    *Defendant*.

_____/

CASE NO.:  3:23-CV-10385-TKW-ZCB

## **MOTION TO APPEAR *PRO HAC VICE***

Attorney Facundo Bouzat, of Ballard Spahr LLP, 1735 Market Street, Philadelphia, PA  19103, (215) 864-8224, hereby moves this Honorable Court to grant permission to appear *pro hac vice* in the above-styled case on behalf of Plaintiffs PEN AMERICAN CENTER, INC., SARAH BRANNEN, BENJAMIN

GLASS, on behalf of himself and his minor child, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor child, ASHLEY HOPE PÉREZ, and CHRISTOPHER SCOTT SATTERWHITE, on behalf of himself and his minor child. The undersigned so moves pursuant to Rule 11.1 of the Local Rules of Civil Procedure for the United States District Court for the Northern District of Florida, and this Court's Memorandum Regarding Attorneys Seeking Admission to the Northern District of Florida dated December 1, 2023.

In support of this Motion, the undersigned avers that he is familiar with the CM/ECF e-filing system and that he has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court. Additionally, counsel successfully completed the Tutorial of the Local Rules for the Northern District of Florida on May 21, 2024, Confirmation Number FLND17163154221669.

Furthermore, the undersigned is an attorney in good standing in the State of California, as evidenced by the Certificate of Good Standing, dated July 29, 2024, attached hereto as "EXHIBIT A" and incorporated herein by express reference.

**WHEREFORE**, Facundo Bouzat respectfully moves this Honorable Court to issue an order permitting counsel to appear *pro hac vice* in the above-styled case on behalf of the above-listed plaintiffs.

Dated: August 28, 2024          Respectfully submitted,

                                           BALLARD SPAHR LLP

                                           */s/ Facundo Bouzat*
                                           Facundo Bouzat
                                           bouzatf@ballardspahr.com
                                           1735 Market Street, 51st Floor
                                           Philadelphia, PA 19103-7599
                                           Telephone: 215.864.8224
                                           Facsimile: 215.864.8999

                                           *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on August 28, 2024.

Respectfully submitted,

By: */s/ Facundo Bouzat*

# EXHIBIT A

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

July 29, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, FACUNDO BOUZAT, #316957 was admitted to the practice of law in this state by the Supreme Court of California on December 5, 2017 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records