UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,
et al.,

    **Plaintiffs**,

v.                                                Case No. 3:23cv10385-TKW-ZCB

ESCAMBIA COUNTY SCHOOL
BOARD,

    **Defendant**.

_____/

## ORDER

This case is before the Court based on the motion for leave to appear *pro hac vice* filed by attorney Facundo Bouzat (Doc. 117). The Court finds based on the motion and supporting documentation that Mr. Bouzat meets the requirements of Local Rule 11.1 to appear *pro hac vice*. The Court also notes that the applicable fee has been paid. Accordingly, it is

**ORDERED** that the motion is **GRANTED**, and attorney Facundo Bouzat is authorized to appear *pro hac vice* for Plaintiffs.

**DONE and ORDERED** this 29th day of August, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**