UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC., SARAH BRANNEN, BENJAMIN GLASS, on behalf of himself and his minor child, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor child, ASHLEY HOPE PÉREZ, and CHRISTOPHER SCOTT SATTERWHITE, on behalf of himself and his minor child,

    Plaintiffs,

vs.

ESCAMBIA COUNTY SCHOOL BOARD,

    Defendant.
_____/

CASE NO.: 3:23-CV-10385-TKW-ZCB

## **STIPULATION REGARDING DISCOVERY EXTENSION**

The parties anticipate the need to extend the deadline for fact discovery due to extensive document production and the large number of witnesses to be deposed. The parties met and conferred and agreed to extend the fact discovery deadline by two months, through and including October 31, 2024. No other deadlines will be affected.

Respectfully submitted,

| | |
|---|---|
| /s Lynn B. Oberlander | /s Nicole Sieb Smith |
| LYNN B. OBERLANDER | NICOLE SIEB SMITH |
| *(pro hac vice)* | Florida Bar No.: 0017056 |
| Email: | E-mail: nsmith@rumberger.com |
| BALLARD SPAHR, LLP | RUMBERGER, KIRK & CALDWELL, P.A. |
| 1675 Broadway, 19th Floor | 101 North Monroe Street, Suite 1050 |
| New York, NY 10019-5820 | Tallahassee, Florida 32301 |
| Tel: 212.223.0200 | Tel: 850.222.6550 |
| Fax: 212.223.1942 | Fax: 850.222.8783 |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendants |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 30, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Kristy L. Parker at kristy.parker@protectdemocracy.org; John Thomas Langford at john.langford@protectdemocracy.org; Shalini Goel Agarwal at shalini.agarwal@protectdemocracy.org; Kirsten Elizabeth Fehlan at fehlank@ballardspahr.com; Lynn Beth Oberlander at oberlanderl@ballardspahr.com; Paul Joseph Safier at safierp@ballardspahr.com, Ori Lev at ori.lev@protectdemocracy.org; Goldie Fields at fieldsg@ballardspahr.com; and Facundo Bouzat at bouzatf@ballardspahr.com (Counsel for Plaintiffs).

2

/s Nicole Sieb Smith
J. DAVID MARSEY
Florida Bar No.: 0010212
E-mail: dmarsey@rumberger.com
NICOLE SIEB SMITH
Florida Bar No.: 0017056
E-mail: nsmith@rumberger.com
JEFFREY J. GROSHOLZ
Florida Bar No.: 1018568
E-mail: jgrosholz@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street, Suite 1050
Tallahassee, Florida 32301
Tel: 850.222.6550
Fax: 850.222.8783
and

SAMANTHA DUKE
Florida Bar No. 0091403
Email: sduke@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 S. Orange Ave., Suite 300
Orlando, Florida 32801
Tel: 407.872.7300
Fax: 407.841.2133

Attorneys for Defendants