UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER,
INC.,
et al.,

v.   Case No.: 3:23cv10385/TKW/ZCB

ESCAMBIA COUNTY SCHOOL
BOARD,

### REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on <u>September 6, 2024</u>

Type of Motion/Pleading:   <u>Parties' Joint Motion to File Under Seal Disputed Document</u>

Filed by:   <u>Defendant</u>   on <u>9/4/2024</u>   Doc.   <u>120</u>

JESSICA LYUBLANOVITS, CLERK OF COURT
<u>/s/ *Sylvia D. Williams*</u>
Deputy Clerk: Sylvia D. Williams

### ORDER

Upon consideration of the foregoing, it is **ORDERED** this 6th day of September 2024:

For the reasons stated in the motion, the Parties' Joint Motion to File Under Seal Disputed Document (Doc. 120) is **GRANTED**. The Clerk of Court is directed to accept and file the Disputed Document under seal upon its submission.

<u>/s/ *Zachary C. Bolitho*</u>
Zachary C. Bolitho
United States Magistrate Judge