## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,
SARAH BRANNEN, BENJAMIN
GLASS, on behalf of himself and his
minor child, GEORGE M.
JOHNSON, DAVID LEVITHAN,
KYLE LUKOFF, ANN
NOVAKOWSKI, on behalf of herself
and her minor child, PENGUIN
RANDOM HOUSE LLC, SEAN
PARKER, on behalf of himself and
his minor child, ASHLEY HOPE            CASE NO.:  3:23-CV-10385-TKW-ZCB
PÉREZ, and CHRISTOPHER
SCOTT SATTERWHITE, on behalf
of himself and his minor child,

      Plaintiffs,

vs.

ESCAMBIA COUNTY SCHOOL
BOARD,

      Defendant.

_____ /

## <u>DEFENDANT'S NOTICE OF FILING HEARING TRANSCRIPT</u>

Defendant, Escambia County School Board ("Board"), gives notice of filing

the transcript of the September 4, 2024 hearing held before the Honorable Allen C.

Winsor in *Parnell, et al., v. School Board of Lake County, Florida*, United States

District Court Case No. 4:23-cv-414-AW-MAF, on the Board's Renewed Motion

for Protective Order Asserting Legislative Privilege and Motion for Clarification of

Order Denying Without Prejudice Motion for Protective Order (ECF Nos. 164, 165). The Board submits that given the similarities between the discovery motions filed in the *Parnell* matter and in this matter, [D.E. 107 (Board's Renewed Motion for Protective Order Asserting Legislative Privilege), 108 (Board's Motion for Restrictions of any Board Member Depositions)]—similarities which this Court recognized previously, [D.E. 98]—the Hearing Transcript may be useful in the Court's adjudication of the Board's pending discovery motions in this matter.

## <u>CERTIFICATE OF WORD COUNT</u>

I certify that this Notice complies with the word count limitation set forth in Local Rule 7.1(F) because it contains 144 words, excluding the parts exempted by said Local Rule.

Respectfully submitted,

/s Nicole Sieb Smith
J. DAVID MARSEY
Florida Bar No.: 0010212
E-mail: dmarsey@rumberger.com
NICOLE SIEB SMITH
Florida Bar No.: 0017056
E-mail: nsmith@rumberger.com
JEFFREY J. GROSHOLZ
Florida Bar No.: 1018568
E-mail: jgrosholz@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street, Suite 1050

Tallahassee, Florida 32301
Tel:  850.222.6550
Fax:  850.222.8783

and

SAMANTHA DUKE
Florida Bar No. 0091403
Email:  sduke@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 S. Orange Ave., Suite 300
Orlando, Florida 32801
Tel:  407.872.7300
Fax: 407.841.2133

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 11, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Kristy L. Parker at kristy.parker@protectdemocracy.org; John Thomas Langford at john.langford@protectdemocracy.org; Shalini Goel Agarwal at shalini.agarwal@protectdemocracy.org; Kirsten Elizabeth Fehlan at fehlank@ballardspahr.com; Lynn Beth Oberlander at oberlanderl@ballardspahr.com; Paul Joseph Safier at safierp@ballardspahr.com; Ori Lev at ori.lev@protectdemocracy.org; Goldie Fields at

fieldsg@ballardspahr.com; and Facundo Bouzat at bouzatf@ballardspahr.com (Counsel for Plaintiffs).

/s Nicole Sieb Smith
J. DAVID MARSEY
Florida Bar No.: 0010212
E-mail: dmarsey@rumberger.com
NICOLE SIEB SMITH
Florida Bar No.: 0017056
E-mail: nsmith@rumberger.com
JEFFREY J. GROSHOLZ
Florida Bar No.: 1018568
E-mail: jgrosholz@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street, Suite 1050
Tallahassee, Florida 32301
Tel: 850.222.6550
Fax: 850.222.8783
and

SAMANTHA DUKE
Florida Bar No. 0091403
Email: sduke@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 S. Orange Ave., Suite 300
Orlando, Florida 32801
Tel: 407.872.7300
Fax: 407.841.2133

Attorneys for Defendants

19686797.v1