UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
Civil Hearing Minutes

**Case Style:** *Pen American Center, Inc., et al. v. Escambia County School District, et al.;* 3:23cv10385-TKW/ZCB

**Type of Hearing:** Motion Hearing (ECF 107 and 108)

**Time Commenced:** 1:03 p.m.    **Time Concluded:** 3:07 p.m.

**Presiding:** Zachary C. Bolitho, U.S. Magistrate Judge

**Court Reporter:** Julie Wycoff

**Courtroom Deputy:** Sylvia Williams

---

**Attorney(s) for Plaintiffs:**
Lynn Oberlander, Esquire
Paul Safier, Esquire

**Attorney(s) for Defendants:**
Jeffrey Grosholz, Esquire
Nicole Smith, Esquire

This hearing included attendance by:

   Videoconferencing/ZOOM:   ___ YES   _X_ NO

   Telephone:   ___ YES   _X_ NO


Filed 9/12/2024
CRD initials: sdw