UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC., SARAH BRANNEN, BENJAMIN GLASS, on behalf of himself and his minor child, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor child, ASHLEY HOPE PÉREZ, and CHRISTOPHER SCOTT SATTERWHITE, on behalf of himself and his minor child,

  Plaintiffs,

vs.

ESCAMBIA COUNTY SCHOOL BOARD,

  Defendant.
_____/

CASE NO.: 3:23-CV-10385-TKW-ZCB

## **DEFENDANT'S NOTICE OF FILING ORDER**

Defendant, Escambia County School Board ("Board"), gives notice of filing the Order Granting Motion for Protective Order and Addressing Other Open Matters (ECF No. 191) dated September 24, 2024, authored by the Honorable Allen C. Winsor in *Parnell, et al., v. School Board of Lake County, Florida, et al.*, United States District Court Case No. 4:23-cv-414-AW-MAF. The Board submits that given

the similarities between the discovery motions filed in the *Parnell* matter and in this matter, [D.E. 107 (Board's Renewed Motion for Protective Order Asserting Legislative Privilege), 108 (Board's Motion for Restrictions of any Board Member Depositions)]—similarities which this Court recognized previously, [D.E. 98]—the Order may be useful in the Court's adjudication of the Board's pending discovery motions in this matter.

## CERTIFICATE OF WORD COUNT

I certify that this Notice complies with the word count limitation set forth in Local Rule 7.1(F) because it contains 157 words, excluding the parts exempted by said Local Rule.

Respectfully submitted,

/s Nicole Sieb Smith
J. DAVID MARSEY
Florida Bar No.: 0010212
E-mail: dmarsey@rumberger.com
NICOLE SIEB SMITH
Florida Bar No.: 0017056
E-mail: nsmith@rumberger.com
JEFFREY J. GROSHOLZ
Florida Bar No.: 1018568
E-mail: jgrosholz@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street, Suite 1050
Tallahassee, Florida 32301
Tel: 850.222.6550
Fax: 850.222.8783

and

SAMANTHA DUKE
Florida Bar No. 0091403
Email:  sduke@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 S. Orange Ave., Suite 300
Orlando, Florida 32801
Tel:  407.872.7300
Fax: 407.841.2133

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 24, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:  Kristy L. Parker at kristy.parker@protectdemocracy.org;  John Thomas Langford at john.langford@protectdemocracy.org;  Shalini Goel Agarwal at shalini.agarwal@protectdemocracy.org;  Kirsten Elizabeth Fehlan at fehlank@ballardspahr.com;  Lynn Beth Oberlander at oberlanderl@ballardspahr.com; Paul Joseph Safier at safierp@ballardspahr.com; Ori Lev at ori.lev@protectdemocracy.org; Goldie Fields at fieldsg@ballardspahr.com; and Facundo Bouzat at bouzatf@ballardspahr.com (Counsel for Plaintiffs).

/s Nicole Sieb Smith
J. DAVID MARSEY
Florida Bar No.:  0010212

3

E-mail: dmarsey@rumberger.com
NICOLE SIEB SMITH
Florida Bar No.: 0017056
E-mail: nsmith@rumberger.com
JEFFREY J. GROSHOLZ
Florida Bar No.: 1018568
E-mail: jgrosholz@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street, Suite 1050
Tallahassee, Florida 32301
Tel: 850.222.6550
Fax: 850.222.8783
and

SAMANTHA DUKE
Florida Bar No. 0091403
Email: sduke@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 S. Orange Ave., Suite 300
Orlando, Florida 32801
Tel: 407.872.7300
Fax: 407.841.2133

Attorneys for Defendants