# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| PEN AMERICAN CENTER, INC., SARAH BRANNEN, LINDSAY DURTSCHI, on behalf of herself and her minor children, BENJAMIN GLASS, on behalf of himself and his minor child, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor child, ASHLEY HOPE PÉREZ, ERICA ROY, on behalf of herself and her minor children, CHRISTOPHER SCOTT SATTERWHITE, on behalf of himself and his minor child, and CARIN SMITH, on behalf of herself and her minor children,<br><br>*Plaintiffs*,<br><br>v.<br><br>ESCAMBIA COUNTY SCHOOL BOARD,<br><br>*Defendant*. | Case No. 3:23-cv-10385-TKW-ZCB |

## MOTION TO APPEAR *PRO HAC VICE*

Attorney Catherine J. Warren, of Ballard Spahr LLP, 1225 17th Street, Suite 2300, Denver, CO 80202, (303) 299-7387, hereby moves this Honorable Court to

grant permission to appear *pro hac vice* in the above-styled case on behalf of Plaintiffs PEN AMERICAN CENTER, INC., SARAH BRANNEN, LINDSAY DURTSCHI, on behalf of herself and her minor children, BENJAMIN GLASS, on behalf of himself and his minor child, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor child, ASHLEY HOPE PÉREZ, ERICA ROY, on behalf of herself and her minor children, CHRISTOPHER SCOTT SATTERWHITE, on behalf of himself and his minor child, and CARIN SMITH, on behalf of herself and her minor children. The undersigned so moves pursuant to Rule 11.1 of the Local Rules of Civil Procedure for the United States District Court for the Northern District of Florida, and this Court's Memorandum Regarding Attorneys Seeking Admission to the Northern District of Florida dated December 1, 2023.

In support of this Motion, the undersigned avers that she is familiar with the CM/ECF e-filing system and that she has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court. Additionally, counsel successfully completed the Tutorial of the Local Rules for the Northern District of Florida on October 3, 2024, Confirmation Number FLND17279785152098.

Furthermore, the undersigned is an attorney in good standing in the State of Colorado and State of Massachusetts as evidenced by the Certificates of Good Standing, dated October 4th, 2024, from the Supreme Court of Colorado and dated October 3rd, 2024, from the Supreme Court of the State of Massachusetts which are attached hereto as "EXHIBIT A" and "EXHIBIT B" and incorporated herein by express reference.

**WHEREFORE**, Catherine J. Warren respectfully moves this Honorable Court to issue an order permitting counsel to appear *pro hac vice* in the above-styled case on behalf of the above-listed plaintiffs.

Dated: October 4th, 2024      Respectfully submitted,

BALLARD SPAHR LLP

By:  */s/ Catherine J. Warren*
Catherine J. Warren
warrenc@ballardspahr.com
1225 17th Street, Suite 2300
Denver, CO 80202-5596
Telephone: 303.299.7387
Facsimile: 303-296-3956

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on October 4th, 2024.

Respectfully submitted,

By: */s/ Stephanie Agabo*
     Legal Administrative Assistant

# EXHIBIT A



**STATE OF COLORADO, ss:**

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Catherine Jane Warren**

has been duly licensed and admitted to practice as an

### ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys

and Counselors at Law in my office of date the **6th**

day of **October** A.D. **2022** and that at the date

hereof the said **Catherine Jane Warren** is in good standing

at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this

**4th** day of **October** A.D. **2024**

*Cheryl Stevens*
                                                Clerk

By _[signature]_
                                               Deputy Clerk

# EXHIBIT B

# UNITED STATES DISTRICT COURT
## District of Massachusetts

**CERTIFICATE OF GOOD STANDING**

I, Robert M. Farrell, Clerk of this Court, certify that **Catherine Jane Warren**, Bar **705980**, was duly admitted to practice in this Court on **December 13, 2022**, and is in good standing as a member of the Bar of this Court.

Dated at Boston, Massachusetts on **October 03, 2024**



_____
**Robert M. Farrell**
**CLERK**