IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| PEN AMERICAN CENTER, INC., SARAH BRANNEN, LINDSAY DURTSCHI, on behalf of herself and her minor children, BENJAMIN GLASS, on behalf of himself and his minor child, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor child, ASHLEY HOPE PÉREZ, ERICA ROY, on behalf of herself and her minor children, CHRISTOPHER SCOTT SATTERWHITE, on behalf of himself and his minor child, and CARIN SMITH, on behalf of herself and her minor children,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>ESCAMBIA COUNTY SCHOOL BOARD,<br><br>    *Defendant*. | Case No. 3:23-cv-10385-TKW-ZCB |

## MOTION TO APPEAR *PRO HAC VICE*

Attorney Michael R. Kilgarriff, of Ballard Spahr LLP, 1225 17th Street, Suite 2300, Denver, CO 80202, (303) 299-7343, hereby moves this Honorable Court to

grant permission to appear *pro hac vice* in the above-styled case on behalf of Plaintiffs PEN AMERICAN CENTER, INC., SARAH BRANNEN, LINDSAY DURTSCHI, on behalf of herself and her minor children, BENJAMIN GLASS, on behalf of himself and his minor child, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor child, ASHLEY HOPE PÉREZ, ERICA ROY, on behalf of herself and her minor children, CHRISTOPHER SCOTT SATTERWHITE, on behalf of himself and his minor child, and CARIN SMITH, on behalf of herself and her minor children. The undersigned so moves pursuant to Rule 11.1 of the Local Rules of Civil Procedure for the United States District Court for the Northern District of Florida, and this Court's Memorandum Regarding Attorneys Seeking Admission to the Northern District of Florida dated December 1, 2023.

In support of this Motion, the undersigned avers that he is familiar with the CM/ECF e-filing system and that he has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court. Additionally, counsel successfully completed the Tutorial of the Local Rules for the Northern District of Florida on October 3rd, 2024, Confirmation Number **FLND17279782012097**.

Furthermore, the undersigned is an attorney in good standing in the State of Colorado, State of New York, and District of Columbia as evidenced by the Certificate of Good Standing, dated September 20, 2024, from the Supreme Court of Colorado, Supreme Court of the State of New York, and the District of Columbia Bar which is attached hereto as "EXHIBIT A" and incorporated herein by express reference.

**WHEREFORE**, Michael R. Kilgarriff respectfully moves this Honorable Court to issue an order permitting counsel to appear *pro hac vice* in the above-styled case on behalf of the above-listed plaintiffs.

Dated: October 7th, 2024

Respectfully submitted,

BALLARD SPAHR LLP

By: */s/ Michael R. Kilgarriff*
Michael R. Kilgarriff
kilgarriffm@ballardspahr.com
1225 17th Street, Suite 2300
Denver, CO 80202-5596
Telephone: 303.299.7343
Facsimile: 303.296.3956

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on October 7th, 2024.

Respectfully submitted,

By: */s/ Stephanie Agabo*

# EXHIBIT A



**STATE OF COLORADO, ss:**

I, __**Cheryl Stevens**__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__**Michael Robert Kilgarriff**__

has been duly licensed and admitted to practice as an

### ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys

and Counselors at Law in my office of date the __**11th**__

day of __**July**__ A.D. __**2024**__ and that at the date hereof the said __**Michael Robert Kilgarriff**__ is in good standing at this Bar.

**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __**20th**__ day of __**September**__ A.D. __**2024**__



*Cheryl Stevens*
                  Clerk

By _____
                  Deputy Clerk



*Appellate Division of the Supreme Court  
of the State of New York  
Third Judicial Department*

---

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Michael Robert Kilgarriff

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 12, 2015**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of Albany on September 20, 2024.*

Clerk of the Court

CertID-00192169



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# Michael Robert Kilgarriff

*was duly qualified and admitted on June 6, 2016 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 20, 2024.*

**JULIO A. CASTILLO**
**Clerk of the Court**

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

**For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.**