UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,
et al.,

    Plaintiffs,

v.                            Case No. 3:23cv10385-TKW-ZCB

ESCAMBIA COUNTY SCHOOL
BOARD,

    Defendant.

_____/

## NOTICE OF HEARING

**TAKE NOTICE** that a hearing in this case has been set before Judge T. Kent Wetherell, II as described below:

| | |
|---|---|
| **DATE**: | Friday, November 15, 2024 |
| **TIME**: | 10:00 A.M. C.T. |
| **LOCATION**: | Courtroom 4 North at the United States Courthouse, 1 North Palafox Street, Pensacola, Florida. |
| **SUBJECT**: | Plaintiffs' motion to amend (Doc. 127) and Defendant's response (Doc. 134) |
| **NOTE**: | If anyone participating in this conference has a disability that requires a special accommodation, |

please contact the Clerk's office as immediately as possible so arrangements can be made.

**DONE and ORDERED** this 17th day of October, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**