UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,
ET AL.,

    PLAINTIFFS,

VS.                          CASE NO.: 3:23-CV-10385-TKW-ZCB

ESCAMBIA COUNTY SCHOOL BOARD,

    DEFENDANT.

## JOINT NOTICE OF MEDIATION

In its October 5, 2023 Scheduling Order (ECF No. 54), the Court ordered the parties to "mediate this case . . . [within] 14 days after the discovery deadline." The parties respectfully provide notice that mediation has been scheduled to take place via remote videoconference at 9:30 a.m. on Monday, December 2, 2024, before the Honorable James Wolf.

Dated: October 28, 2024

Respectfully submitted,

*/s/Lynn B. Oberlander*
Lynn B. Oberlander\*
**BALLARD SPAHR LLP**
1675 Broadway, 19th Floor
New York, NY 10019-5820
Telephone: 212.223.0200
Facsimile: 212.223.1942

J. DAVID MARSEY
Florida Bar No. 0010212
NICOLE SIEB SMITH
Florida Bar No. 0017056
JEFFREY J. GROSHOLZ
Florida Bar No. 1018568

| | |
|---|---|
| RUMBERGER, KIRK & CALDWELL<br>A Professional Association<br>Post Office Box 10507<br>Tallahassee, Florida  32302-2507<br>Telephone:  (850) 222-6550<br>Telecopier:  (850) 222-8783<br>E-mail:   dmarsey@rumberger.com<br>            nsmith@rumberger.com<br>            jgrosholz@rumberger.com<br><br>*Counsel for Defendant Escambia County School Board* | Mike Kilgarriff**<br>Ballard Spahr LLP<br>1225 17th Street, Suite 2300<br>Denver, CO 80202<br>Telephone: 303.292.2400<br>Facsimile: 303.296.3956<br><br>Matthew G. Kussmaul**<br>Facundo Bouzat*<br>**BALLARD SPAHR LLP**<br>1735 Market Street, 51st Floor<br>Philadelphia, PA  19103<br>Telephone: 215.864.8500<br>Facsimile: 215.864.8999<br><br>Kirsten Fehlan*<br>**BALLARD SPAHR LLP**<br>999 Peachtree Street, Suite 1600<br>Atlanta, GA 30309<br>Telephone:678.420.3000<br>Facsimile: 678.420.9401<br><br>Goldie Fields*<br>**BALLARD SPAHR LLP**<br>2029 Century Park East, Suite 1400<br>Los Angeles, CA 90067<br>Telephone: 424.204.4338<br>Facsimile: 424.204.4350<br><br>Shalini Goel Agarwal (FBN 90843)<br>Ori Lev*<br>**PROTECT DEMOCRACY PROJECT**<br>2020 Pennsylvania Ave. NW, Suite 163<br>Washington, DC 20006<br>Telephone: 202.579.4582<br>Facsimile: 929.777.8428<br><br>*\*Admitted pro hac vice*<br>*\*\*Pro hac vice motion forthcoming*<br>*Attorneys for Plaintiffs* |