UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,
et al.,
    Plaintiffs,

v.                                          Case No.: 3:23cv10385/TKW/ZCB

ESCAMBIA COUNTY SCHOOL
BOARD,
    Defendant.
_____/

## ORDER

On October 28, 2024, Plaintiffs filed a motion to compel discovery. (Doc. 141). Specifically, Plaintiffs seek to compel Defendant (1) to respond to an interrogatory; (2) to produce on a monthly basis all versions of a reconsiderations spreadsheet; (3) to perform a search and produce Board members' personal communications responsive to Plaintiffs' discovery requests; (4) to remedy deficiencies in the production of communications regarding HB 1069; and (5) to produce a privilege log compliant with Rule 26. (*Id.* at 25-26). Given the impending discovery deadline in this case (Doc. 103), the Court will shorten Defendant's time to respond to Plaintiff's motion. Defendant is **ORDERED** to respond to Plaintiff's motion to compel by **5:00pm central time on Tuesday,**

**November 5, 2024**.  The parties should anticipate that a hearing will be scheduled shortly after Defendant's response is filed.

It is so **ORDERED**.  This 29th day of October 2024.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge