UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,
SARAH BRANNEN, BENJAMIN
GLASS, on behalf of himself and his
minor child, GEORGE M.
JOHNSON, DAVID LEVITHAN,
KYLE LUKOFF, ANN
NOVAKOWSKI, on behalf of herself
and her minor child, PENGUIN
RANDOM HOUSE LLC, SEAN
PARKER, on behalf of himself and
his minor child, ASHLEY HOPE
PÉREZ, and CHRISTOPHER
SCOTT SATTERWHITE, on behalf
of himself and his minor child,

CASE NO.:  3:23-CV-10385-TKW-ZCB

    Plaintiffs,

vs.

ESCAMBIA COUNTY SCHOOL
BOARD,

    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL**

Defendant, Escambia County School Board ("Board"), moves unopposed for the entry of an order extending the time for its response to Plaintiffs' Motion to Compel Discovery, [D.E. 141], by an additional two days through Thursday, November 7, 2024, and states:

1. On October 28, 2024, Plaintiffs filed a Motion to Compel Discovery. [D.E. 141 ("Motion")]. Plaintiffs' Motion asks this Court to compel the Board to provide the dates that the books at issue in this litigation have been restricted or unrestricted, supplement a specific discovery response on a monthly basis by providing new versions of the Board's Reconsideration Spreadsheet, perform a "thorough search for, and produce" communications of the individual Board members' personal devices, remedy alleged deficiencies in the Board's production related to HB 1069, and produce a privilege log that Plaintiffs argue is compliant with the Federal Rules of Civil Procedure.

2. Although normally the Board's response would be due November 11, 2024, N.D. Fla. Loc. R. 7.1(E), the Court on October 29, 2024, shortened the Board's response time given the impending discovery deadline to 5:00 pm CST on November 5, 2024. [D.E. 142].

3. The Board now requests an additional, brief two-day extension of time to respond to Plaintiffs' Motion, through Thursday, November 7, 2024.

4. This extension is requested because, since Plaintiffs' Motion was filed, the undersigned have been diligently engaged in gathering information in order to respond to Plaintiffs' broad Motion and assembling possible declarations to use in aid of the Board's response.

5. Further, the Board—as of October 30, 2024—has provided Plaintiffs a second amended privilege log to try and resolve some of the issues contained within Plaintiffs' Motion.

6. The Board argues this additional time will not only allow the Board to prepare a fulsome response for the Court's review and assist in its adjudication, but will also allow the parties time to resolve further issues raised within Plaintiffs' Motion and potentially obviate or eliminate the need for judicial intervention.

7. This extension will prejudice no party as Plaintiffs' Motion does not request it be treated as an emergency or request an expedited ruling.

8. The undersigned certify this request is being made in furtherance of the orderly administration of justice, is brought in good faith, and is not for the purposes of delay. Plaintiffs will not be prejudiced by this request.

9. Plaintiffs do not object to the relief requested herein.

**WHEREFORE**, Defendant Escambia County School Board requests entry of an order extending its deadline to respond to Plaintiffs' Motion to Compel Discovery, [D.E. 141], by an additional two days, through Thursday, November 7, 2024, and for any and all further relief this Court deems just and equitable.

## **CERTIFICATE OF COMPLIANCE WITH RULE 7.1(B)**

Undersigned counsel certifies that pursuant to this Court's Local Rule 7.1(B), they have conferred with counsel for Plaintiffs via email on November 3–4, 2024, and said counsel have no objection to the relief requested herein.

## **CERTIFICATE OF COMPLIANCE WITH RULE 7.1(F)**

Undersigned counsel certifies this Motion complies with Local Rule 7.1(F) because it contains 461 words.

    Respectfully submitted,

/s Nicole Sieb Smith
J. DAVID MARSEY
Florida Bar No.:  0010212
E-mail:  dmarsey@rumberger.com
NICOLE SIEB SMITH
Florida Bar No.:  0017056
E-mail:  nsmith@rumberger.com
JEFFREY J. GROSHOLZ
Florida Bar No.:  1018568
E-mail:  jgrosholz@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street
Suite 1050
Tallahassee, Florida 32301
Tel:  850.222.6550
Fax:  850.222.8783

SAMANTHA DUKE
Florida Bar No. 0091403
Email: sduke@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 S. Orange Ave., Suite 300
Orlando, Florida 32801
Tel: 407.872.7300
Fax: 407.841.2133

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 4, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Kristy L. Parker at kristy.parker@protectdemocracy.org; John Thomas Langford at john.langford@protectdemocracy.org; Shalini Goel Agarwal at shalini.agarwal@protectdemocracy.org; Kirsten Elizabeth Fehlan at fehlank@ballardspahr.com; Lynn Beth Oberlander at oberlanderl@ballardspahr.com; Paul Joseph Safier at safierp@ballardspahr.com; and Goldie Fields at fieldsg@ballardspahr.com (Counsel for Plaintiffs); Rachel Elise Fugate at rfugate@shullmanfugate.com (Counsel for Clay Calvert, et al.); Clarence William Phillips at cphillips@cov.com; Jayne Foley Hein at jhein@cov.com; Nicholas Eli Baer at nbaer@cov.com; Robert C. Buschel at buschel@bglaw-pa.com (Counsel for Florida State Conference NAACP, et al.); Bridget K. O'Hickey at bridget.ohickey@myfloridalegal.com; Daniel William Bell at

5

daniel.bell@myfloridalegal.com; David Matthew Costello at david.costello@myfloridalegal.com; and Henry Charles Whitaker henry.whitaker@myfloridalegal.com (Counsel for State of Florida).

/s Nicole Sieb Smith
J. DAVID MARSEY
Florida Bar No.: 0010212
E-mail: dmarsey@rumberger.com
NICOLE SIEB SMITH
Florida Bar No.: 0017056
E-mail: nsmith@rumberger.com
JEFFREY J. GROSHOLZ
Florida Bar No.: 1018568
E-mail: jgrosholz@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street
Suite 1050
Tallahassee, Florida 32301
Tel: 850.222.6550
Fax: 850.222.8783

SAMANTHA DUKE
Florida Bar No. 0091403
Email: sduke@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 S. Orange Ave., Suite 300
Orlando, Florida 32801
Tel: 407.872.7300
Fax: 407.841.2133

Attorneys for Defendants