UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,
et al.,

    Plaintiffs,

v.                                 Case No. 3:23cv10385-TKW-ZCB

ESCAMBIA COUNTY SCHOOL
BOARD,

    Defendant.
_____/

## ORDER

Pursuant to Fed. R. Civ. P. 72(a), Plaintiffs filed a timely objection (Doc. 143) to the magistrate judge's Order (Doc. 138) granting Defendant's renewed motion for protective order. Rule 72(a) does not address whether the opposing party may file a response to the objection, but the advisory committee notes to the rule state that "[i]t is . . . contemplated that a party who is successful before the magistrate will be afforded an opportunity to respond to objections raised to the magistrate's ruling."

Normally, the Court would give the opposing party 14 days to file a response, but because of the impending discovery deadline, the Court finds it necessary to shorten that period. Additionally, shortening the response period will allow the Court to hear oral argument on the objection at the upcoming hearing on Plaintiffs' motion to amend, if necessary.

Accordingly, it is **ORDERED** that Plaintiffs shall have until noon (central time) on November 12, 2024, to file a response to Plaintiffs' objection. No reply is authorized.

**DONE and ORDERED** this 4th day of November, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**