UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,
et al.

v.   Case No. 3:23cv10385/TKW/ZCB

ESCAMBIA COUNTY
SCHOOL BOARD

### REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on: November 4, 2024
Type of motion/pleading: Motion for Extension of Time
Filed by: Defendant   on 11/4/24   Doc. 144

JESSICA LYUBLANOVITS,
CLERK OF COURT
*/s/ Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

### ORDER

Upon consideration of the motion for extension of time, it is **ORDERED** this 4th day of November 2024, that:

The motion (Doc. 144) is **GRANTED** because Defendant has shown good cause for extending the deadline to file a response to the motion to compel. The new deadline for Defendant to respond to Plaintiff's motion to compel is **November 7, 2024**.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

1