# United States District Court
**Civil Hearing Minutes**

| | | | |
|---|---|---|---|
| Time Commenced | 9:59 am | Case No. | 3:23-cv-10385-TKW-ZCB |
| Time Concluded | 1:37 pm | Date | November 15, 2024 |

**DOCKET ENTRY:** Hearing held re Plaintiff's Motion to Amend First Amended Complaint, ECF [127] and Plaintiff's Appeal to Magistrate Judge Decision ECF [143]. Order to follow.

---

| PRESENT: U.S. DISTRICT JUDGE **T. KENT WETHERELL II** | Barbara Rogers | Julie Wycoff |
|---|---|---|
| | Deputy Clerk | Court Reporter |

**Style of Case:** PEN AMERICAN CENTER INC et al v. ESCAMBIA COUNTY SCHOOL BOARD et al

| **Plaintiff Counsel Present** | **Plaintiff** |
|---|---|
| Matthew G. Kussmaul | PEN AMERICAN CENTER INC., et al |
| Lynn Oberlander | |
| Ori Lev | |

| **Defendant Counsel Present** | **Defendant** |
|---|---|
| Nicole Smith | ESCAMBIA COUNTY SCHOOL BOARD |
| Jeffrey Grosholz | |

**PROCEEDINGS:**

| | |
|---|---|
| 9:59 am | Court in Session |
| 11:46 am | Court in Recess (break) |
| 11:55 am | Court in Session |
| 1:37 pm | Court Adjourned |