UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,
SARAH BRANNEN, BENJAMIN
GLASS, on behalf of himself and his
minor child, GEORGE M.
JOHNSON, DAVID LEVITHAN,
KYLE LUKOFF, ANN
NOVAKOWSKI, on behalf of herself
and her minor child, PENGUIN
RANDOM HOUSE LLC, SEAN
PARKER, on behalf of himself and
his minor child, ASHLEY HOPE
PÉREZ, and CHRISTOPHER
SCOTT SATTERWHITE, on behalf
of himself and his minor child,

    CASE NO.: 3:23-CV-10385-TKW-ZCB

    Plaintiffs,

vs.

ESCAMBIA COUNTY SCHOOL
BOARD,

    Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Defendant, Escambia County School Board ("Board"), and Board members Kevin Adams, Paul Fetsko, Patty Hightower, William Slayton, and David Williams, appeal to the United States Court of Appeals for the Eleventh Circuit this Court's Amended Order on Motion to Amend and Rule 72(a) Objection, [D.E. 155 ("Amended Order")], which was entered by this Court

on November 20, 2024.[1] *See In re Hubbard*, 803 F.3d 1298, 1305 (11th Cir. 2015) (holding that denial of legislative privilege claims are immediately appealable); *see also Pernell v. Fla. Bd. of Governors of State Univ.*, 84 F.4th 1339, 1342 (11th Cir. 2023) (permitting same). A copy of the Amended Order is attached as **Exhibit A**.

Respectfully submitted,

/s Nicole Sieb Smith
J. DAVID MARSEY
Florida Bar No.: 0010212
E-mail: dmarsey@rumberger.com
NICOLE SIEB SMITH
Florida Bar No.: 0017056
E-mail: nsmith@rumberger.com
JEFFREY J. GROSHOLZ
Florida Bar No.: 1018568
E-mail: jgrosholz@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street, Suite 1050
Tallahassee, Florida 32301
Tel: 850.222.6550
Fax: 850.222.8783

and

SAMANTHA DUKE
Florida Bar No. 0091403
Email: sduke@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 S. Orange Ave., Suite 300

---

[1] To the extent the Court's Amended Order does not supersede the Court's initial Order on Motion to Amend and Rule 72(a) Objection, [D.E. 153 ("Initial Order")], the Board and Board members Kevin Adams, Paul Fetsko, Patty Hightower, William Slayton, and David Williams appeal the Initial Order as well. A copy of the Initial Order is attached as **Exhibit B**.

2

Orlando, Florida 32801
Tel: 407.872.7300
Fax: 407.841.2133

Attorneys for Defendant, Escambia County School Board

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 26, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Kristy L. Parker at kristy.parker@protectdemocracy.org; Shalini Goel Agarwal at shalini.agarwal@protectdemocracy.org; Kirsten Elizabeth Fehlan at fehlank@ballardspahr.com; Lynn Beth Oberlander at oberlanderl@ballardspahr.com; Paul Joseph Safier at safierp@ballardspahr.com; Ori Lev at ori.lev@protectdemocracy.org; Goldie Fields at fieldsg@ballardspahr.com; Facundo Bouzat at bouzatf@ballardspahr.com; Michael R. Kilgarriff at kilgarriffm@balladspahr.com and Matthew Kussmaul at kussmaulm@ballardspahr.com (Counsel for Plaintiffs).

/s Nicole Sieb Smith
J. DAVID MARSEY
Florida Bar No.: 0010212
E-mail: dmarsey@rumberger.com
NICOLE SIEB SMITH
Florida Bar No.: 0017056
E-mail: nsmith@rumberger.com
JEFFREY J. GROSHOLZ

3

Florida Bar No.: 1018568
E-mail: jgrosholz@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street, Suite 1050
Tallahassee, Florida 32301
Tel: 850.222.6550
Fax: 850.222.8783
and

SAMANTHA DUKE
Florida Bar No. 0091403
Email: sduke@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 S. Orange Ave., Suite 300
Orlando, Florida 32801
Tel: 407.872.7300
Fax: 407.841.2133

Attorneys for Defendant, Escambia County School Board