UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,
*et al.*,

    Plaintiffs,

vs.                                    CASE NO.: 3:23-CV-10385-TKW-ZCB

ESCAMBIA COUNTY SCHOOL
BOARD,

    Defendant.

_____/

## MEDIATION REPORT

The parties to the above cause submitted their issues to mediation on December 2, 2024. After eight hours of mediation, the parties reached an impasse.

    /s/ Jason O'Steen
    JASON O'STEEN
    Florida Bar No. 52783
    Email: jason@osteenosteen.com
    JAMES R. WOLF
    Email: jamesrwolf1881@gmail.com
    **O'STEEN & O'STEEN, P.L.**
    2900 East Park Ave.
    Tallahassee, Florida 32301
    (850) 877-1028
    *Mediator*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by electronic mail via the CM/ECF System to all counsel of record, on this 3rd day of December, 2024.

    /s/ Jason O'Steen
    Attorney