# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

PEN AMERICAN CENTER, INC., *et al.*,

    *Plaintiffs*,

v.

Case No. 3:23-cv-10385-TKW-ZCB

ESCAMBIA COUNTY SCHOOL DISTRICT, *et al.*,

    *Defendants*.

_____/

## MOTION TO WITHDRAW AS COUNSEL FOR *AMICUS CURIAE* THE STATE OF FLORIDA

Pursuant to Local Rule 11.1(h)(1)(b), Henry C. Whitaker moves for leave to withdraw as counsel for *amicus curiae* the State of Florida. Mr. Whitaker will depart the Office of the Attorney General on January 17, 2025, to pursue another opportunity. The Attorney General does not object to Mr. Whitaker's withdrawal. The State of Florida will continue to be represented by undersigned counsel, Daniel Bell, David Costello, and Bridget O'Hickey.

1

Respectfully submitted,

ASHLEY MOODY
  *Attorney General*

*/s/ Henry C. Whitaker*
HENRY C. WHITAKER (FBN 1031175)
  *Solicitor General*

DANIEL W. BELL (FBN 1008587)
  *Chief Deputy Solicitor General*
DAVID M. COSTELLO (FBN 1004952)
  *Senior Deputy Solicitor General*
BRIDGET K. O'HICKEY (FBN 1048521)
  *Deputy Solicitor General*

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
*henry.whitaker@myfloridalegal.com*

*Counsel for Amicus Curiae the State of Florida*

## LOCAL RULE 7.1(B) AND 7.1(F) CERTIFICATE

I hereby certify that on January 16 and 17, 2025, counsel for the State of Florida conferred with counsel for Plaintiffs and Defendants via email. No party indicated that it opposed this motion.

Per local rule 7.1(G), motions to withdraw do not require a memorandum. Even so, the word count is 81, which complies with the word limit set forth in Rule 7.1(F).

*/s/ Henry C. Whitaker*
Solicitor General

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January 2025, a true and correct copy of this document was filed electronically with the Clerk of Court through the CM/ECF filing system, which provides notices to all counsel of record.

*/s/ Henry C. Whitaker*
Solicitor General