UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC., SARAH BRANNEN, BENJAMIN GLASS, on behalf of himself and his minor child, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor child, ASHLEY HOPE PÉREZ, and CHRISTOPHER SCOTT SATTERWHITE, on behalf of himself and his minor child,

    Plaintiffs,

vs.

ESCAMBIA COUNTY SCHOOL BOARD,

    Defendant.
_____/

CASE NO.: 3:23-CV-10385-TKW-ZCB

### DEFENDANT'S STATUS REPORT REGARDING RESTRICTED BOOKS

Pursuant to the Court's Order (D.E. 170), Defendant provides the following status report:

1. Since Defendant's Reply in Support of its Motion to Stay (D.E.168), the following books have been reviewed and voted upon by the District Materials Review Committee (DMRC):

- Born Ready: The True Story of a Boy Named Penelope by Jodie Patterson
- Uncle Bobby's Wedding by Sarah Brannen
- Milo Imagines the World by Matt de la Pena
- Ban This Book by Alan Gratz
- Better Nate Than Ever by Tim Federle
- Too Bright to See by Kyle Lukoff

2. The decisions by the DMRCs regarding these books were not appealed to the Board.

3. The District has selected the following titles for the next set of DMRCs to review:

- Out of Darkness by Ashley Perez
- Concrete Rose by Angie Thomas
- Slaughterhouse Five by Kurt Vonnegut
- The Freedom Writers Diary by Erin Gruwell
- 10 Things I can See From Here by Carrie Mac
- A Lesson in Vengenace by Victoria Lee

The District is in the process of coordinating dates for those committee meetings.

4. The District has dismissed challenges to the following titles after determining that the titles are lost and no longer available in libraries:

- Almost Perfect by Brian Katcher
- Dead Until Dark by Charlaine Harris
- Lessons from a Dead Girl by Jo Knowles
- My Friend Dahmer by Derf Backderf
- Queer, There and Everywhere by Sarah Prager
- Red Hood by Elana K. Arnold
- The 1619 Project [created by Nikole Hannah-Jones]
- From Blood and Ash by Jennifer Armentrout
- The Carnival at Bray by Jessie Ann Foley
- Kingdom of Flesh and Fire by Jennifer Armentrout
- The Watchmen by Alan Moore

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 12, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Kristy L. Parker at kristy.parker@protectdemocracy.org; Shalini Goel Agarwal at shalini.agarwal@protectdemocracy.org; Kirsten Elizabeth Fehlan at

17960305.v1

3

fehlank@ballardspahr.com; Lynn Beth Oberlander at oberlanderl@ballardspahr.com; Paul Joseph Safier at safierp@ballardspahr.com; Ori Lev at ori.lev@protectdemocracy.org; Goldie Fields at fieldsg@ballardspahr.com; Facundo Bouzat at bouzatf@ballardspahr.com; Michael R. Kilgarriff at kilgarriffm@balladspahr.com and Matthew Kussmaul at kussmaulm@ballardspahr.com (Counsel for Plaintiffs).

/s Nicole Sieb Smith
J. DAVID MARSEY
Florida Bar No.:  0010212
E-mail:  dmarsey@rumberger.com
NICOLE SIEB SMITH
Florida Bar No.:  0017056
E-mail:  nsmith@rumberger.com
JEFFREY J. GROSHOLZ
Florida Bar No.:  1018568
E-mail:  jgrosholz@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street, Suite 1050
Tallahassee, Florida 32301
Tel:  850.222.6550
Fax:  850.222.8783
and

SAMANTHA DUKE
Florida Bar No. 0091403
Email:  sduke@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 S. Orange Ave., Suite 300
Orlando, Florida 32801
Tel:  407.872.7300
Fax: 407.841.2133

Attorneys for Defendants

4