UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC., SARAH BRANNEN, BENJAMIN GLASS, on behalf of himself and his minor child, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor child, ASHLEY HOPE PÉREZ, and CHRISTOPHER SCOTT SATTERWHITE, on behalf of himself and his minor child,

   CASE NO.: 3:23-CV-10385-TKW-ZCB

  Plaintiffs,

vs.

ESCAMBIA COUNTY SCHOOL BOARD,

  Defendant.
_____/

**DEFENDANT'S SECOND STATUS REPORT**
**REGARDING RESTRICTED BOOKS**

  Pursuant to the Court's Order, (D.E. 170), Defendant provides the following status report:

  1. Since Defendant's Status Report filed February 12, 2025, (D.E.176), the District focused on in-depth training of 65 committee members for the Materials

Review Committees (DMRC) which included six sessions for volunteers to attend, in order to review and vote upon books by DMRCs.

2. The District has selected the following titles for the next set of DMRCs to review and which are scheduled to be reviewed before the due date of the next report:

- A Lesson in Vengeance by Victoria Lee, scheduled for review March 24, 2025;

- Out of Darkness by Ashley Hope Pérez, scheduled for review March 24, 2025;

- The Art of Racing in the Rain by Garth Stein, scheduled for review March 25, 2025;

- Concrete Rose by Angie Thomas, scheduled for review March 26, 2025;

- Darius the Great Deserves Better by Adib Khorram, scheduled for review March 26, 2025;

- The Freedom Writers Diary by Erin Gruwell, scheduled for review April 09, 2025;

- Hear These Voices: Youth at the Edge of the Millennium by Anthony Allison, scheduled for review April, 10, 2025; and

- 10 Things I can See From Here by Carrie Mac, review date to be determined.

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on March 14, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Kristy L. Parker at kristy.parker@protectdemocracy.org; Shalini Goel Agarwal at shalini.agarwal@protectdemocracy.org; Kirsten Elizabeth Fehlan at fehlank@ballardspahr.com; Lynn Beth Oberlander at oberlanderl@ballardspahr.com; Paul Joseph Safier at safierp@ballardspahr.com; Ori Lev at ori.lev@protectdemocracy.org; Goldie Fields at fieldsg@ballardspahr.com; Facundo Bouzat at bouzatf@ballardspahr.com; Michael R. Kilgarriff at kilgarriffm@balladspahr.com and Matthew Kussmaul at kussmaulm@ballardspahr.com (Counsel for Plaintiffs).

/s Nicole Sieb Smith
J. DAVID MARSEY
Florida Bar No.: 0010212
E-mail: dmarsey@rumberger.com
NICOLE SIEB SMITH
Florida Bar No.: 0017056
E-mail: nsmith@rumberger.com
JEFFREY J. GROSHOLZ
Florida Bar No.: 1018568
E-mail: jgrosholz@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street, Suite 1050

Tallahassee, Florida 32301
Tel: 850.222.6550
Fax: 850.222.8783
and

SAMANTHA DUKE
Florida Bar No. 0091403
Email: sduke@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 S. Orange Ave., Suite 300
Orlando, Florida 32801
Tel: 407.872.7300
Fax: 407.841.2133

Attorneys for Defendant