IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| **PEN AMERICAN CENTER, INC., ET AL.,**<br><br>PLAINTIFFS,<br><br>vs.<br><br>**ESCAMBIA COUNTY SCHOOL BOARD,**<br><br>DEFENDANT. | CASE NO.: 3:23-CV-10385-TKW-ZCB |

## PLAINTIFFS' NOTICE OF DEFICIENCIES IN DEFENDANT'S SECOND STATUS REPORT

Plaintiffs file this notice to alert the Court to deficiencies in Defendant's Second Status Report, ECF 178.

Defendant's Second Status Report repeats many of the deficiencies noted in its First Status Report, ECF 176, which were highlighted in Plaintiffs' Notice of Deficiencies, ECF 177.

This Court ordered Defendant to provide periodic status reports "listing the Restricted Books that have been reviewed since this Order and the previous report" in order to "hopefully, incentivize Defendant to do what it already should have done and ensure that the book challenges do not languish while the appeal is pending."

ECF 170 at 7, 5.  However, Defendant's Second Status Report indicates that <u>not a single Restricted Book has been reviewed since the Court's Order.</u>

Instead, Defendant asserts that it has been engaged in training committee members, and that it now has seven of the 119 Restricted Books scheduled for review in the next thirty days. (Defendant also asserts that an eighth book – Carrie Mac's *10 Things I can See From Here* – will be reviewed but has no date scheduled).  At this pace, i.e. two months for eight books, it will take 27 months to complete the review of the books – meaning that many of these books will have been removed from student access for upwards of four years, "pending review." Even if the Defendant doubles its speed of review, it will not complete the process until well into 2026, three years after this case was filed.

A compliant status report from Defendant would have stated that no books have been reviewed since the Court's Order.

Respectfully submitted,

Dated: March 20, 2025

*/s/ Lynn B. Oberlander*
Lynn B. Oberlander*
**BALLARD SPAHR LLP**
1675 Broadway, 19th Floor
New York, NY 10019-5820
Telephone: 212.223.0200
Facsimile: 212.223.1942

Mike Kilgarriff*
Catherine Warren*
**BALLARD SPAHR LLP**
1225 17th Street, Suite 2300
Denver, CO 80202
Telephone: 303.292.2400
Facsimile: 303.296.3956

Matthew G. Kussmaul*
Facundo Bouzat*
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: 215.864.8500
Facsimile: 215.864.8999

Kirsten Fehlan*
**BALLARD SPAHR LLP**
999 Peachtree Street, Suite 1600
Atlanta, GA 30309
Telephone:678.420.3000
Facsimile: 678.420.9401

Goldie Fields*
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA 90067
Telephone: 424.204.4338
Facsimile: 424.204.4350

Shalini Goel Agarwal (FBN 90843)
Ori Lev*
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
Telephone: 202.579.4582
Facsimile: 929.777.8428
**Admitted pro hac vice*

*Attorneys for Plaintiffs*