UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC., SARAH BRANNEN, BENJAMIN GLASS, on behalf of himself and his minor child, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor child, ASHLEY HOPE PÉREZ, and CHRISTOPHER SCOTT SATTERWHITE, on behalf of himself and his minor child,

    Plaintiffs,

vs.

ESCAMBIA COUNTY SCHOOL BOARD,

    Defendant.
_____/

CASE NO.:  3:23-CV-10385-TKW-ZCB

**DEFENDANT'S THIRD STATUS REPORT**
**REGARDING RESTRICTED BOOKS**

    Pursuant to the Court's Order, (D.E. 170), Defendant provides the following status report:

    1.    Since Defendant's Status Report filed March 14, 2025, (D.E.178), the District focused on in-depth training of an additional 18 committee members for the

Materials Review Committees (DMRC) which included seven sessions for volunteers to attend, in order to review and vote upon books by DMRCs.

2. Since Defendant's Status Report filed March 14, 2025, (D.E. 178), the Restricted Books that have been reviewed and their result is as follows:

- *Out of Darkness* **by Ashley Hope Perez** - The committee voted 6:2 to retain the title, and recommended that the title be available in high school library collections for 11th and 12th grade students; this recommendation will remove the title from access for 9th and 10th grade students unless permission is granted by a parent/guardian;

- *A Lesson in Vengeance* **by Victoria Lee** - The committee voted 8:0 to retain the title, and recommended that the title be available in high school library collections;

- *Darius the Great Deserves Better* **by Adib Khorram** - The committee voted 7:0 (with one member absent) to retain the title, and recommended that the title be available in middle school (YA opt-in)[1] and high school library collections;

---

[1] This title is not currently selected by a certified media specialist for ECSD middle school YA opt-in collections; the recommendation reflects only the committee's consensus.

- *Concrete Rose* **by Angie Thomas** - The committee voted 7:0 (with one member absent) to retain the title, and recommended that the title be available in high school library collections. This recommendation will remove the title from middle school (YA opt-in) collections where it was formerly available;

- *Freedom Writers Diary* **by Erin Gruwell** - The committee voted 6:2 to retain the title, and recommended that the title be available in high school library collections;

- *Hear These Voices: Youth at the Edge of the Millennium* **by Anthony Allison** - The committee voted 8:0 to retain the title, and recommended that the title be available in middle school (YA opt-in)[2] and high school library collections.

3. The District has selected the following titles for the next set of DMRCs to review and which are scheduled to be reviewed before the due date of the next report:

- *Slaughterhouse Five* by Kurt Vonnegut, scheduled for review April 21, 2025;

---

[2] This title is not currently selected by a certified media specialist for ECSD middle school YA opt-in collections; the recommendation reflects only the committee's consensus.

- *Girl in Pieces* by Katheleen Glasgow, scheduled for review April 21, 2025;

- *I'll Give you the Sun* by Jandy Nelson scheduled for review April 22, 2025;

- *City of Thieves* by David Benioff scheduled for review April 23, 2025;

- *Kite Runner* by Khaled Hosseini scheduled for review April 24, 2025;

- *I am Not Your Perfect Mexican Daughter* by Erika Sanchez scheduled for review May 5, 2025;

- *Man O'War* by Cory McCarthy scheduled for review May 5, 2025;

- 10 Things I can See From Here by Carrie Mac scheduled for review May 7, 2025;

- *Beloved* by Toni Morrison scheduled for review May 7, 2025

4. *The Art of Racing in the Rain* by Garth Stein scheduled for review March 25, 2025 was rescheduled due to unavailability of community members and is in the process of being rescheduled.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 14, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Kristy L. Parker at kristy.parker@protectdemocracy.org; Shalini Goel Agarwal at

shalini.agarwal@protectdemocracy.org; Kirsten Elizabeth Fehlan at fehlank@ballardspahr.com; Lynn Beth Oberlander at oberlanderl@ballardspahr.com; Paul Joseph Safier at safierp@ballardspahr.com; Ori Lev at ori.lev@protectdemocracy.org; Goldie Fields at fieldsg@ballardspahr.com; Facundo Bouzat at bouzatf@ballardspahr.com; Michael R. Kilgarriff at kilgarriffm@balladspahr.com and Matthew Kussmaul at kussmaulm@ballardspahr.com (Counsel for Plaintiffs).

/s Nicole Sieb Smith
J. DAVID MARSEY
Florida Bar No.: 0010212
E-mail: dmarsey@rumberger.com
NICOLE SIEB SMITH
Florida Bar No.: 0017056
E-mail: nsmith@rumberger.com
JEFFREY J. GROSHOLZ
Florida Bar No.: 1018568
E-mail: jgrosholz@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street, Suite 1050
Tallahassee, Florida 32301
Tel: 850.222.6550/Fax: 850.222.8783
and

SAMANTHA DUKE
Florida Bar No. 0091403
Email: sduke@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 S. Orange Ave., Suite 300
Orlando, Florida 32801
Tel: 407.872.7300/Fax: 407.841.2133

Attorneys for Defendant