UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC., SARAH BRANNEN, BENJAMIN GLASS, on behalf of himself and his minor child, GEORGE M. JOHNSON, DAVID LEVITHAN, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor child, ASHLEY HOPE PÉREZ, and CHRISTOPHER SCOTT SATTERWHITE, on behalf of himself and his minor child,

    Plaintiffs,

vs.

ESCAMBIA COUNTY SCHOOL BOARD,

    Defendant.
_____/

CASE NO.: 3:23-CV-10385-TKW-ZCB

**DEFENDANT'S FIFTH STATUS REPORT**
**REGARDING RESTRICTED BOOKS**

Pursuant to the Court's Order, (D.E. 170), Defendant provides the following status report:

1.  Since Defendant's Status Report filed May 14, 2025, (D.E.184), the District focused on in-depth training of an additional seven committee members for the District Materials Review Committees (DMRC).

2.  Since Defendant's Status Report filed May 14, 2025, (D.E. 184), the Restricted Books that have been reviewed and their result is as follows:

    - ***Sloppy Firsts* by Megan McCafferty** - The committee voted 5:2 (with one member absent) to retain the title, and recommended that the title be available in high school library collections;

    - ***All the Things We Do in the Dark* by Saundra Mitchell** - The committee voted 8:0 to retain the title, and recommended that the title be available in high school library collections; and

    - ***Man O'War* by Cory McCarthy** - The committee voted 4:4 to remove the title; through the tie-breaker process the committee voted 3:2 to remove the title.

3.  The District has selected the following titles for the next set of DMRCs to review and which are scheduled to be reviewed before the due date of the next report:

    - *Scars* by Cheryl Rainfield, scheduled for review June 16, 2025;

    - *The Music of What Happens* by Bill Konigsberg, scheduled for review June 17, 2025; and

- *Graceling* by Kristin Cashore, scheduled for review June 18, 2025.

4. The District has received appeals to five DMRC decisions (*Girl in Pieces*, *Kite Runner*, *City of Thieves*, *Slaughterhouse Five*, and *I Am Not Your Perfect Mexican Daughter*), but has not yet determined a date for the Board to hear these appeals.

5. On June 17, 2025, at its publicly-noticed meeting, the Board will consider an agenda item proposed by the Superintendent, upon conferral with the Coordinator of Media Services, recommending removal of the following titles pursuant to the authority granted him by Board Policy 2522 because they are classified as adult novels, contain graphic descriptions and depictions of sexual conduct which are not appropriate for minors in Escambia County Public Schools, and no school district employee holding a media specialist certification has selected these titles for inclusion in their library collections; accordingly, they cannot be made available to students through a school district media center. *See* Fla. Stat. § 1006.28(2)(d)1.:

- Lexicon, Max Berry[1]

- Milk and Honey, Rupi Kaur[2]

---

[1] This title has never been checked out by a student since first acquired in 2014 and would have been weeded for lack of circulation.

[2] This title has been removed by five other counties, Alachua, Brevard, Clay, Manatee, and Marion.

- The God of Small Things, Arundhati Roy[3]

- Oryx and Crake, Margaret Atwood[4]

- Crescent City: House of Earth and Blood, Sarah Maas[5]

- Triangles, Ellen Hopkins[6]

- The Sun and Her Flowers, Rupi Kaur[7]

- Home After Dark: A Novel, David Small[8]

- Home Body, Rupi Kaur[9]

- My Dark Vanessa, Kate Russell

- White Knight, Sean Murphy

- Zahra's Paradise, Amir & Khalil[10]

- Collateral, Ellen Hopkins[11]

- Maestros, Steve Skroce

- Woodcuts of Women, Dagoberto Gilb

---

[3] Removed in Clay County.
[4] Removed by Alachua and Manatee.
[5] Removed by Brevard, Hernando, and Clay.
[6] Removed by Clay and Seminole.
[7] Removed by Alachua, Brevard, Clay, Hernando, and Marion.
[8] Removed in Clay.
[9] Removed in Brevard.
[10] Removed in Santa Rosa.
[11] Removed in Clay and Indian River.

6. In the same agenda item, the Board will also consider the Superintendent's proposal to remove the following titles because they have been identified as pornographic by the Attorney General of the State of Florida, who directed their removal from Hillsborough County Public Schools:

- What Girls are Made of, Elana Arnold[12]
- Beautiful, Amy Reed[13]
- Breathless, Jennifer Niven[14]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 13, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Kristy L. Parker at kristy.parker@protectdemocracy.org; Shalini Goel Agarwal at shalini.agarwal@protectdemocracy.org; Kirsten Elizabeth Fehlan at fehlank@ballardspahr.com; Lynn Beth Oberlander at oberlanderl@ballardspahr.com; Paul Joseph Safier at safierp@ballardspahr.com; Ori Lev at ori.lev@protectdemocracy.org; Goldie Fields at fieldsg@ballardspahr.com; Facundo Bouzat at bouzatf@ballardspahr.com; Michael

---

[12] Also removed in Brevard, Flagler, Leon, and Manatee.
[13] Also removed in Brevard and Hernando.
[14] Also removed in Clay.

R. Kilgarriff at kilgarriffm@balladspahr.com and Matthew Kussmaul at kussmaulm@ballardspahr.com (Counsel for Plaintiffs).

    /s Nicole Sieb Smith
J. DAVID MARSEY
Florida Bar No.:  0010212
E-mail:  dmarsey@rumberger.com
NICOLE SIEB SMITH
Florida Bar No.:  0017056
E-mail:  nsmith@rumberger.com
JEFFREY J. GROSHOLZ
Florida Bar No.:  1018568
E-mail:  jgrosholz@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street, Suite 1050
Tallahassee, Florida 32301
Tel:  850.222.6550/Fax:  850.222.8783
and

SAMANTHA DUKE
Florida Bar No. 0091403
Email:  sduke@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 S. Orange Ave., Suite 300
Orlando, Florida 32801
Tel:  407.872.7300/Fax: 407.841.2133

Attorneys for Defendant