# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 13, 2025

Clerk - Northern District of Florida
U.S. District Court
1 N PALAFOX ST
PENSACOLA, FL 32502

Appeal Number: 24-13896-GG
Case Style: Pen American Center, Inc., et al v. Escambia County School Board, et al
District Court Docket No: 3:23-cv-10385-TKW-ZCB

Enclosed is the Bill of Costs.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

# In the
# United States Court of Appeals
# For the Eleventh Circuit

_____

No. 24-13896

_____

PEN AMERICAN CENTER, INC.,
GEORGE M. JOHNSON,
KYLE LUKOFF,
ANN NOVAKOWSKI,
On Behalf of Herself and Her Minor Child,
PENGUIN RANDOM HOUSE, LLC., et al.,

                                                           Plaintiffs-Appellees,

SARAH BRANNEN, et al.,

                                                           Plaintiffs,

*versus*

ESCAMBIA COUNTY SCHOOL DISTRICT, et al.,

                                                           Defendants,

2                                                                                                                                  24-13896

ESCAMBIA COUNTY SCHOOL BOARD,

                                                                                            Defendant-Appellant,

KEVIN ADAMS,
PAUL FETSKO,
PATTY HIGHTOWER,
WILLIAM SLAYTON,
DAVID WILLIAMS,

                                                                                            Interested Parties-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:23-cv-10385-TKW-ZCB

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: July 15, 2025

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: August 13, 2025

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. __24-13896__

__Pen American Center, Inc., et al__ vs. __Escambia County School Board, et al__

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### INSTRUCTIONS

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| | Repro. Method (Mark One) In-House / Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|
| Appellate Docketing Fee | — / — | — | — | — | | |
| Appellant's Brief | | | | | | |
| Appendix | | | | | | |
| Appellee's Brief | X | 69 | 9 | 621 | $93.15 | $93.15 |
| Reply Brief | | | | | | |
| | | | | | | |
| | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | TOTAL | $93.15 REQUESTED | $ $93.15 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: _(signed)_
Attorney Name: __Lynn Oberlander__
(Type or print your name)
E-mail: __oberlanderl@ballardspahr.com__
Street Address/City/State/Zip: __1675 Broadway, 19th Floor, New York, NY 10019-5820__

Date Signed: __July 25, 2025__
Attorney for: __PEN American Center, et al.__
(Type or print name of client)
Phone: __(646) 346-8011__

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ __$93.15__ against __Appellants__
and are payable directly to __Appellees__

David J. Smith, Clerk of Court

Issued on: __ISSUED AS MANDATE: 8/13/2025__   By: __/S/ Tresa A. Raines__   DATE: __7/29/2025__
Deputy Clerk

BOC Rev.: 6/17