## INDEX OF EXHIBITS TO SECOND AMENDED COMPLAINT

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| Exhibit 1 | Escambia County School Board Policy Manual for Educational Media Materials |
| Exhibit 2 | School Materials Review Committee Recommendation for *The Perks of Being a Wallflower* |
| Exhibit 3 | District Review Committee Decision on *The Perks of Being a Wallflower* |
| Exhibit 4 | Appeal of Decision on *The Perks of Being a Wallflower* |
| Exhibit 5 | Challenge Form for *When Wilma Rudolph Played Basketball* |
| Exhibit 6 | Challenge Form for *The Kite Runner* |
| Exhibit 7 | Challenge Form for *The God of Small Things* |
| Exhibit 8 | Challenge Form for *The Handmaid's Tale* |
| Exhibit 9 | Challenge Form for *Uncle Bobby's Wedding* |
| Exhibit 10 | Challenge Form for *Milo Imagines the World* |
| Exhibit 11 | Escambia County School Board Policy 2522 |
| Exhibit 12 | List of books at issue and their status as of August 8, 2025 |
| Exhibit 13 | Challenge Form for *And Tango Makes Three* |
| Exhibit 14 | Challenge Form for *When Aidan Became a Brother* |
| Exhibit 15 | District Review Committee Decision on *All Boys Aren't Blue* |
| Exhibit 16 | Challenge Form for *All Boys Aren't Blue* |
| Exhibit 17 | Appeal of Decision on *All Boys Aren't Blue* |
| Exhibit 18 | Challenge Form for *New Kid* |
| Exhibit 19 | District Review Committee Decision on *Drama* |
| Exhibit 20 | Challenge Form for *Drama* |
| Exhibit 21 | District Review Committee Decision on *The Bluest Eye* |
| Exhibit 22 | Challenge Form for *The Bluest Eye* |
| Exhibit 23 | District Review Committee Decision on *The Nowhere Girls* |
| Exhibit 24 | Challenge Form for *The Nowhere Girls* |
| Exhibit 25 | District Review Committee Decision on *Push* |
| Exhibit 26 | Appeal of Decision on *Push* |
| Exhibit 27 | Challenge Form for *Too Bright to See* |
| Exhibit 28 | Challenge Form for *Two Boys Kissing* |
| Exhibit 29 | Challenge Form for *Out of Darkness* |
| Exhibit 30 | Challenge Form for *Beyond Magenta* |
| Exhibit 31 | Challenge Form for *The Freedom Writers Diary* |
| Exhibit 32 | Challenge Form for *Concrete Rose* |
| Exhibit 33 | District Review Committee Decision on *Too Bright To See* |
| Exhibit 34 | June 17, 2025 Adopted Superintendent Recommendation |

## INDEX OF EXHIBITS TO SECOND AMENDED COMPLAINT

| Exhibit 35 | July 15, 2025 Meeting Agenda Item |
|---|---|
| Exhibit 36 | Escambia Mass Removals List |
| Exhibit 37 | Challenge Form for *Better Nate Than Ever* |
| Exhibit 38 | Challenge Form for *Man O'War* |

Exhibit 1



| Book | Policy Manual |
|------|---------------|
| Section | Chapter 4 - Instruction |
| Title | Educational Media Materials |
| Code | 4.06 |
| Status | Active |
| Adopted | June 26, 1990 |
| Last Revised | June 20, 2023 |
| Prior Revised Dates | 08/25/1992; 10/21/2003; 01/16/2010; 04/19/2011; 12/16/2014; 12/19/2022; |

## Educational Media Materials

The Board has the constitutional duty and responsibility to select and provide adequate instructional materials for all students in accordance with F.S. 1006.28 and 1006.283. For core subject areas, the Board must either (1) adopt instructional materials selected from the State-approved materials according to the state adoption cycles, (2) adopt instructional materials pursuant to a (local) Board instructional materials review program prescribed by this policy, or (3) a combination of both. Core subject areas are mathematics, language arts, science, social studies, reading, and literature for kindergarten through grade 12.

The Board is responsible for the content of all instructional materials and any other materials used in a classroom, made available in a school library/media center, classroom library, or included on a reading list whether adopted and purchased from the state-adopted instructional materials list, adopted and purchased through the District instructional materials program or otherwise purchased or made available in the classroom.

Instructional materials and resources shall be provided in a variety of formats that are appropriate, timely, and essential to the attainment of specified educational objectives and are free of bias, stereotypes, distortions, and prejudices.

This policy provides a parent or resident the opportunity to proffer evidence to the district school board that:

A.    An instructional material does not meet the criteria of F.S. 1006.31(2) or 1006.40(3)(d) if it was selected for use in a course or otherwise made available to students in the school district but was not subject to the public notice, review, comment, and hearing procedures under F.S. 1006.283(2)(b)8., 9., and 11.

B.    Any material used in a classroom, made available in a school library, classroom library, or included on a reading list that contains content that is pornographic or prohibited under F.S. 847.012, is not suited to student needs and their ability to comprehend the material

presented, or is inappropriate for the grade level and age group for which the material is used. Materials found to violate these criteria will be discontinued for any grade level or age group for which such use is inappropriate or unsuitable.

1.    Definition of Instructional Materials

F.S. 1006.29(2) defines the terms "instructional materials" as items having intellectual content that by design serve as a major tool for assisting in the instruction of a subject or course. These items may be available in bound, unbound, kit, or package form and may consist of hardbacked or soft backed textbooks, electronic content, consumables, learning laboratories, manipulatives, electronic media, and computer courseware or software. Pursuant to F.S. 1006.28(1)(a)(1), "adequate instructional materials" means a sufficient number of student or site licenses or sets of materials.

2.    Use of Instructional Materials

A.    Each school shall purchase sufficient current instructional materials to provide each student with a textbook or other instructional materials as a major tool of instruction in core courses in mathematics, language arts, science, social studies, reading, and literature for kindergarten through grade 12 except for instruction approved by the School Advisory Council that does not include a textbook as a major tool of instruction. Such purchase must be made within the first three (3) years of the effective date of the adoption cycle.

Principals are also responsible for overseeing compliance with school district procedures for selecting school library/media center materials and classroom libraries at the school to which they are assigned. Use of materials must adhere to the "fair use" doctrine permitting the use of copyrighted works for instructional purposes.
(See https://www.copyright.gov/help/faq/)

B.    Allocations shall be made to individual schools on an equitable basis. Up to fifty (50) percent of the annual allocation may be used for the purchase of instructional materials, including library and reference books and non-print materials, not including the District-adopted list, and for the repair and renovation of textbooks and library books.

C.    Principals shall communicate to parents/guardians the manner in which instructional materials are used to implement the curricular activities of the school and how instructional materials funds are allocated and spent.

D.    Schools shall notify parents/guardians of their student's ability to access their instructional materials through the district's local instructional improvement system and/or website. This notification will be displayed prominently on the school's website and will be provided annually in written format to all parents/guardians of enrolled students.

3.    Adoptions of Core Subject Instructional Materials

Each school year, no later than March 15th, a district subject area Instructional Materials Review Committee shall be established for recommending instructional materials from the state adopted list or materials from appropriate publishers to be included on the District adopted textbook list for purchase by district schools. All materials used to teach reproductive health or any disease, including HIV/AIDS, its symptoms, development and treatment must be approved by the Florida Department of Education.

No school shall participate in a pilot program of instructional materials under consideration for adoption during the eighteen (18) months prior to state adoption or for the first two (2) years after official adoption of materials.

4.    Instructional Materials Adoption Procedure

    A.    Instructional Materials Review Committee Membership

        1.    The Instructional Materials Review Committee shall be composed of persons actively engaged in teaching or in the supervision of teaching in the public elementary, middle, or high schools and shall represent the major fields and levels in which instructional materials are used in the public schools. In addition, the Instructional Materials Review Committee must include at least one parent of district students.

        2.    All persons serving on the Instructional Materials Review Committees must complete a District developed instructional materials selection training program prior to reviewing and selecting materials. The training must assist viewers in complying with Section 1006.31(2), F.S. which requires, among other things, reviews to include materials portraying the ethnic, socioeconomic, cultural, religious, physical, and racial diversity of our society, and to exclude materials containing pornography and prohibited under s. 847.012, F.S.

        3.    Members of the district subject area Instructional Materials Review Committee must sign an "Instructional Materials Review Committee Member Affidavit" form before conducting committee business. The form specifies that Instructional Materials Review Committee members are prohibited from accepting gifts, money, emoluments, or other valuables which shall directly or indirectly influence the adoption or purchase of any instructional materials. A copy of the form can be found on the District's Media Services website. Instructional Materials Review Committee members' conduct should be in the best interest of the students and the District.

        4.    The Instructional Materials Review Committees shall meet as often as necessary to carry out their duties and responsibilities and make recommendations to the Superintendent. Meetings of Instructional Materials Review Committees convened for the purpose of ranking, eliminating, or selecting instructional materials for recommendation to the district school board must be noticed and open to the public in accordance with s. 286.011, F.S. Adoption of textbooks from such recommendations shall be considered as separate actionable items in meetings of the Board.

5.    The District's Instructional Materials Adoption Policy Follows the Criteria Listed Below.

    A.    The District's instructional materials adoption cycle shall correspond with the State adoption cycle except when determined to best serve the District's needs.

    B.    The focus of the District review will be to evaluate materials submitted by publishers for State adoption or other appropriate materials with the purpose of recommending materials for District adoption.

    C.    Content Standards for Instructional Materials

    Pursuant to F.S. 1006.34, in the selection of instructional materials, library material, classroom library, and other reading material used in the public school system, the standards used to determine the propriety of the instructional material shall include: the age of the students who normally could be expected to have access to the material; the educational purpose to be

served by the material with priority given to the selection of materials that align with Florida State Standards as provided for in F.S. 1003.41 and include instructional objectives contained within the curriculum frameworks for career and technical education.

1.    Alignment with Subject Standards

Textbooks and instructional materials should provide quality learning experiences for students, enrich and support the curriculum, and be consistent with the Florida State Standards. The Instructional Materials Review Committee shall evaluate instructional materials utilizing the procedural guidelines provided by the District's Media Services department. Listed below are the major components of the review guidelines.

a.    Content (Alignment with curriculum and Florida State Standards; level of treatment; expertise for content development; accuracy of content; currency of content; authenticity of content; multicultural representation; humanity and compassion)

b.    Presentation (Comprehensiveness of student and teacher resources; alignment of instructional components; organization of instructional materials; readability of instructional materials; pacing of content; ease of use and durability of materials)

c.    Learning (Motivational strategies; teaching a few "big ideas"; explicit instruction; guidance and support; active participation of students; targeted instructional strategies; targeted assessment strategies)

2.    Accurate, Objective, Balanced, Current, Free of Pornography and Prohibited Material and Suited for Student Needs

Pursuant to F.S. 1006.40(3)(d), any materials purchased shall be free of pornography and material prohibited under F.S. 847.012, suited to student needs and their ability to comprehend the material presented, and appropriate for the grade level and age group for which the materials are used or made available.

Pursuant to F.S. 1006.31, instructional materials recommended by each reviewer shall be accurate, objective, balanced, noninflammatory, current, free of pornography and material prohibited under F.S. 847.012, and suited to student needs and their ability to comprehend the material presented.

The District shall rely on Florida Department of Education rules to determine what is age-appropriate, or in the absence of rules, on a preponderance of reviews by subject experts and/or professionally recognized periodicals or organizations.

3.    Bias-Free

Instructional materials must also be evaluated for bias-free content. There are five (5) areas in which bias is evidenced in instructional materials:

a.    Contextual Invisibility

b.    Stereotyping and Characterization

c.    Historical Distortions and Omissions

d.    Language Bias

      e.    Inaccurate and Stereotypical Visual Images

  4.    Additional Considerations for Selection of Instructional Materials

      a.    When recommending instructional materials, each reviewer shall:

          i.    Include instructional materials that accurately portray the ethnic, socioeconomic, cultural, religious, physical, and racial diversity of our society, including men and women in professional, career, and executive roles, and the role and contributions of the entrepreneur and labor in the total development of this state and the United States.

          ii.    Include materials that accurately portray, whenever appropriate, humankind's place in ecological systems, including the necessity for the protection of our environment and conservation of our natural resources and the effects on the human system of the use of tobacco, alcohol, controlled substances, and other dangerous substances.

          iii.    Include materials that encourage thrift, fire prevention, and humane treatment of people and animals.

          iv.    Require, when appropriate to the comprehension of students, that materials for social science, history, or civics classes contain the Declaration of Independence and the Constitution of the United States.

      b.    Consideration should be given to the broad racial, ethnic, socioeconomic, and cultural diversity of this state. A reviewer may not recommend any instructional materials that contain any matter reflecting unfairly upon persons because of their race, color, creed, national origin, ancestry, gender, religion, disability, socioeconomic status, or occupation.

6.    Instructional Materials Adoption Evaluation Procedure

  A.    Members of an Instructional Materials Review Committee shall apply the standards set forth in Section IV above in evaluating all instructional materials.

  B.    Members of an Instructional Materials Review Committee shall receive instructions and training in the evaluation techniques to be used, characteristics of effective instructional materials, and the skills necessary to make valid and objective decisions regarding the content and rigor of instructional materials.

  C.    The evaluation process shall include, as available, collection and review of the research about the instructional materials under consideration, as well as other districts' experiences with the instructional materials being reviewed.

  D.    The review process shall include scrutiny of each program's correlation to the State Standards and the assessments that are based on such standards.

  E.    Evaluation instruments employed by the Instructional Materials Review Committee members in its evaluation and selection process may be instruments developed by the Florida Department of Education or district-modified versions of the same.

F.   If an Instructional Materials Review Committee elects to have publisher presentations, every publisher submitting materials for consideration in a specific subject area shall be provided an equal opportunity to present. All publishers shall be given equal time for the presentation. The Instructional Materials Review Committee chair shall be responsible for ensuring equity.

G.   Instructional Materials Review Committee members shall review materials and return recommendations to the Assistant Superintendent over Instructional Materials.

7.   Public Input for the Adoption of Instructional Materials

The public may review and comment on materials being considered and/or recommended for adoption. In addition, Escambia County public school parents/guardians or residents of Escambia County may contest a specific adopted material. Opportunities for public input are listed below.

A.   The public may review all materials being considered for adoption. Print and/or online samples of a student edition will be made available during the Instructional Materials Review Committee review process. Student editions of materials recommended for adoption will be made available online at least twenty (20) calendar days before the school board hearing.

B.   An open, noticed public meeting will be held to review the district's annual instructional materials plan, preview print/online samples, and provide online access instructions.

C.   An open, noticed school board meeting will be held to receive public comment on recommended instructional materials.

D.   The parent/guardian of a student enrolled in an Escambia County public school/resident of Escambia County may contest the district school board's adoption of a specific instructional material by filing a petition, on the "Motion to Contest the Adoption of an Instructional Material" form, within thirty (30) calendar days after the adoption by the school board.

1.   The "Motion to Contest the Adoption of an Instructional Material" form must be signed by the parent/guardian or resident, include the required contact information, and state the objection to the instructional material.

2.   Within thirty (30) calendar days after the thirty (30) day period has expired, the school board will conduct at least one open public hearing on all petitions timely received before an unbiased and qualified hearing officer. The hearing officer may not be an employee or agent of the school district. While not subject to Chapter 120 provisions, the hearing must provide sufficient procedural protections to allow each petitioner an adequate and fair opportunity to be heard and present evidence to the hearing officer.

3.   The school board's decision after convening a public hearing is final and not subject to further petition or review

8.   Lost/Damaged Instructional Materials and Disposal of Instructional Materials

A.   Principals shall make a reasonable effort to collect from each pupil or pupil's parent/guardian the purchase price of any instructional materials the pupil has lost, destroyed, or unnecessarily damaged and to report and transmit the amount collected to the Superintendent. Failure to satisfy the debt may result in suspension of the pupil from participation in extra-curricular activities or an assignment to community service at the school site until the debt is satisfied.

B.   The District shall dispose of instructional materials when they have become unserviceable or surplus or are no longer on state contract by

1. giving materials to other public education programs within the District or State, giving materials to teachers to use in developing supplementary teaching materials, or giving materials to students or others that may include any charitable organization, governmental agency, private school, or State; or

2. selling the materials to used book dealers, recycling plants, pulp mills, or other persons, firms, or corporations upon such terms as are most economically advantageous to the District. All moneys received because of sale, exchange, or other disposition of instructional materials shall be deposited in the District school fund and added to the District appropriation for instructional materials.

9. School Library/Media Center and Other Educational Materials

In accordance with F.S. 1006.28(2)(d), the School Board shall establish and maintain a program of school library media services for all public schools in the district, including school library/media centers, or school library/media centers open to the public, and, in addition, such traveling or circulating libraries as may be needed for the proper operation of the district school system.

The media specialist will stay informed about appropriate new publications, by using multiple sources, such as discussions with colleagues, attendance at conferences, and reading a variety of periodicals and book reviews. The media specialist will also receive and consider suggestions or requests brought forward by other faculty, students and parents/guardians. Potential new books for the school library media center, classroom library, and reading lists will be evaluated to determine if they would be suitable for student needs and whether they would be appropriate for the intended grade level and age group. In considering possible new acquisitions, the media specialist will consult reputable, professionally recognized reviewing periodicals and school community stakeholders. The media specialist will also assess the level of student interest in the subject(s) presented and the ability of students to comprehend the material. Books that are selected must be free of pornography and material prohibited under F.S. 847.012. After evaluation, the media specialist will inform the principal of those books that have been evaluated and are approved for inclusion in the collections. The procedure for developing library media center, classroom library, and reading list collections will be posted on the website for each school in the District.

A wide choice of materials that support the instructional program shall be available to students and professional staff to allow for varying achievement levels, free choice reading interests, and teaching/learning styles. Materials should be available in a variety of formats and reading levels, offer a well-balanced coverage of subjects, and support the diverse interests, needs, and viewpoints of the school community.

School librarians, media specialists, and other personnel involved in the selection of school district library and classroom library materials must complete a training program developed pursuant to F.S. 1006.29(6) before reviewing and selecting age-appropriate materials and library resources.

Upon written request, the District shall provide access to any materials or book specified in the request that is maintained in the school library and classroom library and is available for review. The school principal shall arrange a convenient time to provide such access.

A. Purpose of the Library/Media Center and Classroom Library Materials

The library/media center and classroom library shall contain a comprehensive collection of materials and equipment in a variety of media formats to:

1. provide a broad background of information resources in all areas of knowledge; and

2.   support the general educational goals of the District and the objectives of specific courses, including materials that represent diverse points of view.

3.   Meet the personal needs and interests of students, including materials that:

   a.   nurture the development of recreational/listening/viewing, cultural appreciation, and aesthetic values;

   b.   represent the many religious, racial, ethnic, linguistic, and cultural groups in our society and reflect their contributions to the heritage and culture of our civilization;

   c.   foster respect for the diverse roles available to all people in today's society;

   d.   provide education media that reflect differing and/or opposing viewpoints; and

   e.   provide a comprehensive collection appropriate for the users of the library media center and classroom library.

4.   Support the professional needs of teachers and administrators; and

5.   Introduce new instructional strategies into the learning environment.

B.   Student Access to Library/Media Center and Classroom Library Collections

Parents have the right to determine what they believe is and is not appropriate reading material for their student. Parents will be given the opportunity to choose Open Access, Limited Access, or No Access to the library/media center and classroom library collection. The access will be noted in the Student Information System and in the Library Catalog.

Parents of middle school students, grade six (6) through eight (8) shall also have the opportunity to opt in for their student to have access to the "young adult" section in the library/media center and classroom library. The access will be noted in the Student Information System and the Library Catalog.

C.   Objectives of Selection

The primary objective of educational media is to implement, enrich, and support the educational program of the District; its secondary function is to contribute to the development of informed and responsible citizens. It is the duty of the District to provide a wide range of materials of different levels of difficulty, with diversity of appeal and representing different points of view taking into account the varied interests, abilities, and maturity levels of the pupils being served. The utilization of any specific item in educational media does not necessarily mean that the school or the District advocates or endorses the contents of the item.

To this end, the School Board of the Escambia District affirms that school library media centers and classroom libraries shall:

1.   provide a comprehensive collection of instructional materials that will support the curriculum;

2.   provide materials for teachers and students that will stimulate growth in knowledge, literacy appreciation, aesthetic values, and ethical standards;

3.  provide information that will enable students to make intelligent decisions and to understand the consequences of their decisions;

4.  provide education media that reflects differing and/or opposing viewpoints;

5.  provide materials which reflect the ideas and beliefs of the many ethnic, religious, and political groups that have contributed to the American and world heritage and culture; and

6.  provide age-appropriate materials in multiple genres to encourage students to read for pleasure and information.

D.  Responsibility for Selection of Materials

Selection of educational media is a continuous process which involves teachers, administrators, lay persons, other instructional personnel, and students as appropriate.

1.  The responsibility for coordinating the selection process and making the final selection for library-media and classroom library materials rests with the school library media specialist who holds a valid educational media specialist certificate.

2.  School library media specialists, and other personnel involved in the selection of school district library materials must complete the online training program developed by the Florida Department of Education prior to reviewing and selecting age-appropriate materials and library resources.

3.  School principals are responsible for overseeing compliance with school district procedures for selecting school library media and classroom library materials.

4.  Teachers are responsible for fully reviewing and evaluating outside media that will be used as classroom curriculum material.

5.  Final selection of classroom curriculum material shall be the responsibility of the principal or principal's designee.

E.  Evaluation and Selection of Library/Media Center Materials

In addition to supporting the curriculum, the school library/media center and classroom library affords students the opportunity to explore areas of interest and thought not covered by the prescribed curriculum; therefore, it should contain materials that allow for free inquiry, study, and evaluation. The selection process may include consultation with school administrators, other teachers, students, and parents/guardians to assure a comprehensive collection appropriate for users of the library/media and classroom library center. School principals are responsible for overseeing compliance with school district procedures for selecting school library/media center at the school to which they are assigned.

1.  Each book made available to students through a school district library/media center, classroom library, or included in a recommended or assigned school or grade level reading list must be selected by a school district employee who holds a valid educational media specialist certificate, regardless of whether the book is purchased, donated, or otherwise made available to students.

2.    Each new title purchased to be available to students through a district library/media center and classroom library must be presented to the school's Library Advisory Council for input. The Library Advisory Council shall be comprised of at least the school's media specialist, two teachers, one parent and one community member.  The principal will ensure the committee is representative of the school community.

3.    Materials placed in media collections shall meet the criteria set forth in Section 1006.40(3)(d) F.S. The process of evaluating materials for inclusion in collections is continuous and systematic. Selections are based upon consultation with reputable professionally recognized reviewing periodicals and school community stakeholders. Materials for inclusion shall be considered according to the following criteria:

   a.    First consideration is given to the need of the individual school based on:

      i.    reader interest;

      ii.    support of state academic standards and aligned curriculum;

      iii.    existing collection;

      iv.    academic needs of students and faculty; and

      v.    requests from users of the collection (administrators, faculty, parents/guardians, students) are given high priority.

   b.    Materials for purchase are considered on the basis of overall purpose, timeliness, importance of the subject matter, quality of writing or production; readability and popular appeal; authoritativeness; reputation of the author, artists, publisher, producer, format; and cost.

   c.    In the selection of educational media, special consideration is given to the following:

      i.    Ideologies: factual information on any ideology or philosophy present in society;

      ii.    Religion: factual unbiased media which represents all major religions;

      iii.    Science: theories and factual information about scientific knowledge appropriate to the age level for which it is intended;

      iv.    Sex: pornographic, sensation, or titillating media are not included, but the fact of sexual incidents appearing in the media does not automatically disqualify them.

         No book or other materials containing pornography shall be used or be available in the District as prohibited by Section 847.012, F.S.;

         No book or other materials shall be used or be available that depicts or describes sexual conduct as defined in F.S. 847.001(19) for any grade level or age group for which such use is inappropriate or unsuitable, unless such material is for a course required by F.S. 1003.46, F.S. 1003.42(2) (n)1.g., or F.S. 1003.42(2) (n)3., or identified by State board of Education rule.

v.   Sex education: factual information appropriate for the age group or related to the school curriculum; and

vi.   Stereo-type and sex biases: educational media shall be freed from stereo-type and sex biases;

vii.   Race, sexuality, gender identity, profanity, drugs/alcohol and violence: selection will be based on community standards as established by the Board. In the absence of standards, professional reviews will be consulted.

4.   Each school must publish on its website, in a searchable format prescribed by the Florida Department of Education, a list of all materials maintained in the school library/media center and elementary classroom libraries.

5.   Each elementary school must publish on its website, in a searchable format prescribed by the Florida Department of Education, a list of all required school or grade level reading lists.

D.   Discontinuation of Library Media Materials and Classroom Library Materials

Personnel holding responsibility for evaluation and selection of educational media should reexamine materials periodically to ensure they continue to meet selection criteria. Objective criteria for removing materials include:

1.   condition of material (worn and damaged);

2.   duplication of seldom-used materials;

3.   obsolescence and/or inaccuracy of information;

4.   inappropriate content based on age interest level;
5.   lack of circulation;

6.   supersession of serial materials; and

7.   alignment to state academic standards and relevancy to curriculum; and

8.   required removal pursuant to s. 1006.28(2)(a)2., F.S.

10.   Challenged Materials

Objections Regarding Non-Adopted Instructional, Library/Media Center, Classroom Library, and/or other Educational Material.

Challenged materials may be removed from use only after the following procedures have been completed in sequence.

Interested citizens may challenge materials being used in a school according to procedures established by the Board and published in the Challenged Materials document on the Media Services website.

A.   Reconsideration of Challenged Media

1. The School District of Escambia County supports the principles of freedom of speech and the right to a redress of grievances inherent in the First Amendment of the United States as well as appropriate Federal and State Statutes, and subsequent court decisions that have been rendered.

2. Any parent/guardian or resident of the county of the school district may raise objections to resources used in the educational program despite the fact that the individuals selecting such resources were duly qualified to make these selections and observed the criteria for selecting resources.

3. No parent, guardian or resident of the county has the right to determine the reading, viewing or listening resources for students other than their own children.

4. Access to Materials Under Review

   a. Any material challenged on the basis that it contains content that is pornographic or prohibited under F.S. 847.012 or depicts or describes sexual conduct as defined in F.S. 847.001(19), unless such material is for a course required by F.S. 1003.46, F.S.
   1003.42(2) (n)1.g., or F.S. 1003.42(2) (n)3., or identified by State Board of Education rule shall be placed in a Restricted Access Area of the Library/Media Center within five (5) school days of receipt of the objection and remain unavailable to
   students of that school shall be placed in a Restricted Access Area of the Library/Media Center until a decision has been made by the Superintendent in consultation with the Coordinator of Media Services, District Materials Review Committee or Board. Parent/Guardians may grant permission for their student to check out the material by completing the Permission to Access Restricted Materials form located on the Media Services website and submitting the completed form to the student's school administrator.

   c. All other challenged material will remain in circulation during the pendency of the review process.  Parents may at any time opt their child out of all materials currently under review which remain in circulation. See section 9.B. Student Access to Library/Media Center and Classroom Library Collections.

5. A decision to sustain a challenge shall not be interpreted as a judgment of irresponsibility on the part of the professionals involved in the original selection and/or use of the resource. Professional personnel shall not be punished or have their employment affected by decisions reached by the District Materials Review Committee or the Board.

B. Procedures for Reconsideration of Materials

Objections to some materials may be voiced by the public not withstanding the care taken in the selection process and despite the qualifications of persons selecting materials. If a complaint is made, the following procedures should be observed:

1. Inform the complainant of the selection procedures and make no comments.

2. All concerns shall be presented in writing on a printed Reconsideration of Educational Media form that is available through the principal of the school or the District website. A complainant who does not complete and return the form shall receive no consideration.

3. These procedures shall be followed for reconsideration:

   a.  The completed Request for Reconsideration of Educational Media forms are submitted to the school principal or to the Coordinator of Media Services.

   b.  The principal shall notify the Assistant Superintendent of Curriculum and Instruction and the Coordinator of Media Services.

   c.  Any material challenged on the basis that it contains content that is pornographic or prohibited under F.S. 847.012 or depicts or describes sexual conduct as defined in F.S. 847.001(19), unless such material is for a course required by F.S. 1003.46, F.S. 1003.42(2) (n)1.g., or F.S. 1003.42(2) (n)3., or identified by State Board of Education rule, shall be placed in a Restricted Access Area of the Library/Media Center within five (5) school days of receipt of the objection.

   d.  The Superintendent, in consultation with the Coordinator of Media Services, shall retain the right to make a determination that the challenge to a title on the basis that it contains content that is pornographic or prohibited under F.S. 847.012 or depicts or describes sexual conduct as defined in F.S. 847.001(19), unless such material is for a course required by F.S. 1003.46, F.S. 1003.42(2) (n)1.g., or F.S. 1003.42(2) (n)3., or identified by State Board of Education rule, provides sufficient evidence to
   remove the title without review by the District Materials Review Committee or the Board.

   e.  Information regarding the challenge shall be posted on the Media Services website for additional public input.

   f.  A District Materials Review Committee shall be appointed by the Assistant Superintendent of Curriculum and Instruction to review the appeal.

   g.  The District Materials Review Committee shall be comprised of five or more members to include community members, school administrators, teachers, parents/guardians, and media specialists of the same level(s) of school(s) containing the title. The District Materials Review Committee reserves the right to use outside expertise if necessary to help in its decision making.

   h.  Meetings of committees convened for the purpose of resolving an objection by a parent or resident to specific materials must be noticed and open to the public in accordance with s. 286.001.

   i.  School Library Councils of the same level(s) of school(s) containing the title in question shall be given the opportunity to provide input for the District Materials Review Committee to consider.

   j.  Challenged materials shall be read and re-evaluated by the District Materials Review Committee considering the specific objections. In the deliberations of challenged materials, the District Materials Review Committee shall consider the educational philosophy of the school district, the professional opinions of other teachers of the same subject and other competent authorities, reviews of the materials by reputable bodies, input from School Library Advisory Councils of the

same level(s) of school(s) containing the title, the teacher's own stated objectives in using the materials, public input, and the objection of the complainant.

k.    The complainant shall have the right to proffer evidence, in a written format, for the District Materials Review Committee's consideration that:

  i.    An instructional material does not meet the criteria of s. 1006.31(2), F.S., or s. 1006.40(3)(d), F.S., if it was selected for use in a course or otherwise made available to students in the school district but was not subject to the public notice, review, comment, and hearing procedures under s. 1006.283(2)(b), F.S.

  ii.    Any material used in a classroom, made available in a school library or classroom library, or included on a reading list contains content that is pornographic or prohibited under s. 847.012, F.S., depicts or describes sexual conduct as defined in
F.S. 847.001(19), unless such material is for a course required by F.S. 1003.46, F.S. 1003.42(2) (n)1.g., or F.S. 1003.42(2) (n)3., or identified by State Board of Education rule, is not suited to student needs and their ability to comprehend the material presented, or is inappropriate for the grade level and age group for which the material is used.

l.    The District Materials Review Committee will make its decision determined by the simple majority to retain the item in the collection without restriction, move the resources to a different level, or remove the resources. This will be a secret ballot vote; however, all ballots must be maintained as public records.

m.    The Assistant Superintendent of Curriculum and Instruction shall receive a written report concerning the District Materials Review Committee's decision.

n.    The Assistant Superintendent of Curriculum shall inform the complainant, in writing, by certified US mail, of the District Materials Review Committee's decision.

o.    District Materials Review Committee decisions on reconsidered materials will stand for one (1) calendar year before new requests for reconsideration of those items will be entertained, unless the decision is appealed and overturned at a higher level.

p.    The District Materials Review Committee's decision shall apply to all schools.

4.    These procedures shall be followed for an appeal to the School Board if the complainant disagrees with the decision by the District Materials Review Committee.

a.    An appeal of the decision made by the District Materials Review Committee must be made in writing to the superintendent within ten (10) days of receipt of the District Materials Review Committee's decision.

b.    Decision on the complaint will be made at the next regularly scheduled Board meeting unless the date of the decision being appealed is filed within fourteen (14) days of the Board meeting. In that instance, the matter will be heard at the

following regular Board meeting. The Board reserves the right to schedule a special meeting for consideration of challenged materials.

c.    The Board shall review all evidence and materials presented at the District Materials Review Committee level. If the complainant wishes to offer any additional evidence, it must be submitted to the superintendent no less than eight (8) days prior to the meeting at which the matter will be heard.

d.    The public shall be afforded an opportunity to comment before the Board makes a final decision.

e.    The Board reserves the right to use outside expertise if necessary to help in its decision making.

f.    The Board decision will be final, and the superintendent will implement the decision.

g.    Board decisions on reconsidered materials will stand for five (5) calendar years before new requests for reconsideration of those items will be entertained.

h.    The Board's decision shall apply to all schools.

i.    If a parent disagrees with the determination made by the district school board on the objections to the use of a specific material, a parent may request the Commissioner of Education to appoint a special magistrate who is a member of the Florida Bar in good standing and who has at least five (5) years' experience in administrative law. The special magistrate shall determine facts relating to the school district's determination, consider information provided by a parent and the school district, and render a recommended decision for resolution to the State Board of Education within thirty (30) days after receipt of the request by the parent. The State Board of Education must approve or reject the recommended decision at its next regularly scheduled meeting that is more than seven (7) calendar days and no more than thirty (30) days after the date the recommended decision is transmitted. The costs of the special magistrate shall be borne by the school district. The State Board of Education shall adopt rules, including forms, necessary to implement this subparagraph.

Legal                    Rulemaking Authority: Sections 1001.41; 1001.42; 1001.43, F.S.

                         Law Implemented: Sections 847.02; 1006.28; 1006.34; 1006.40; 1010.215, F.S.

**Last Modified by Lenaha Kidd on July 5, 2023**

Exhibit 2

**District Curriculum Council Script for Request for Reconsideration Meetings**

**To be stated by Facilitator** (Cooridnator of Media Services.):

*Thank you for joining us today for the District Book Reconsideration Committee meeting to consider the request to remove The Perks of Being a Wallflower from Escambia County Public Schools as an optional novel study for 12th grade students.*

*We are committed to civility and decorum. Please assist us in maintaining a constructive meeting environment by remaining respectful of each participant, their opinions both during and after our meeting, while we are here, in our communities, and online, including on social media. Additional discussion of the complainant or committee members outside of the meeting is discouraged and disparaging comments are contrary to district expectations regarding character and civility.*

*Today's meeting will result in a decision regarding the continued availabilty of The Perks of Being a Wallflower as an optional novel study for 12th grade students.  The complainant will be notified in writing of the committee's decision and the process for an appeal if they wish to do so.*

*All committee members have received the written complaint(s) and will utilize the information provided when discussing the challenge with the committee today.*

*The process for today is as follows –*

*I will review the complaint and appeal.*

*The complainant had an opportunity to proffer additional evidence.  If submitted, this will be shared as well.*

*The community had an opportunity to provide input.  If submitted, this be shared as well.*

*I will read each question or statement from the review from and ask committee members to share.*

*Each committee member will be provided a ballot and asked to determine if the book in question should 1) no longer be allowed as an optional novel study for 12th grade students 2) continue to be allowed as an optional novel study for 12th grade students following district policies and procedures for optional novel studies.*

*The District Book Review Committee's decision will be shared and summary comments will be written.*

*For our meeting today, both agreeable and opposing viewpoints are welcome and we look forward to attaining consensus.*

*Are there any questions?  Let us begin.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

[Facilitator Address the Council]

*We will begin with a review of the complaint, appeal and if submitted, additional evidence.*

## THE SCHOOL DISTRICT OF ESCAMBIA COUNTY
## LIBRARY MEDIA SERVICES
### School Materials Review Committee Recommendation

Attach Citizen's Request for Recommendation of Instructional Materials (Name of Form)

Author: Stephen Chlosky  Title or Item: The Perks of Being a Wallflower

School: Northview High School                School no. 1231  Date  7/13/22

1. Name and titles of School Review Committee Members:
      Name: Raja Atallah, Academic Advisor
      Name: Michael Sherrill , Principal
      Name: Megan Carroll, Librarian
      Name: Gerry Pippins, Assistant Principal
      Name: Wes Summerford, PE/Football Coach
      Name: Brandy White, Dean/Parent
      Name: Michelle White, Coordinator of Media Services

2. Meeting date(s), time(s) and location(s):

| Date | 6/13/22 | Time 8:00 a.m. | Location Northview High School |
| Date | 7/13/22 | Time 11:30 a.m. | Location Northview High School |

3. Committee recommendations:

The committee voted 4:3 recommending the novel remain as an optional title for a teacher to use as a class novel study for seniors at Northview High School.  The Justification for Use of Outside Media form will still need to be submitted to and approved by the school administration before use in the classroom .  An approved letter must also be sent home for parent approval.

4. Reason(s):

The concerns raised in the complaint are part of the characters' development throughout the novel.  These concerns do not outweigh the potential discussions and literary value of the novel enough to remove it as an option for any teacher to use at Northview High School.  A teacher wishing to conduct a novel study with this title will still need to follow the ECSD guidelines and procedures for the use of outside media.

5. Next Steps:
The principal will inform the complainant, in writing, of the committee's decision.

The complainant may appeal the decision, in writing, to the Assistant Superintendent of Curriculum and Instruction.  A district committee will then be formed to evaluate the material.  The complainant shall have the right to proffer evidence for the committee's consideration that:

Any material used in a classroom, made available in a school library, or included on a reading list contains content that is pornographic or prohibited under s.847.012, F.S., is not suited to student needs and their ability to comprehend the material presented, or is inappropriate for the grade level and age group for which the material is used.

Vicki Baggett
Northview High School
Escambia County, FL
Bratt, FL
July 28, 2022

Mr. Steve Marcanio, Asst. Supt. Curriculum/Instruction
All Escambia County Board Members
Supt. Tim Smith
Gov. Ron DeSantis
Principal Michael Sherrill
Asst. Principal Gerry Pippins
Michelle White

RE:  School Materials Review Committee Recommendation/"Perks of Being a Wallflower"

Dear Mr. Marcanio:

I have been informed that filing an appeal with you would necessitate the next step in my attempt to have a particular book removed as an optional one within our school district.  It is my understanding that instead of simply removing a book filled with obscene situations, words and questionable content, a person must appeal to a school committee first.  Then if that fails (which unbelievably has happened in my case), one must then send the request to you to form a committee.  This situation is concerning a book by Stephen Chlosky called "The Perks of Being a Wallflower."  However, this is not the only book that should be considered for removal by our district, or any adult who has been entrusted with the minds and hearts of children and young adults.

As a veteran teacher with over 31 years of high school and college teaching experience, I never, in a million years, thought I would ever have to defend and beg my own school professionals, colleagues, and district personnel  to be in agreement as to what constitutes goodness and values in literature.  What I see taking place in the curriculum of public education is beyond alarming, and if those same adults who have been given the privilege to teach our children do not take their roles seriously, our county will end up in a world of trouble, similar to what is happening in Clay County currently.

What does it mean when a district orders entire classroom sets of books for teachers to use in their classrooms as a novel study and that book has sections on masturbation, beastiality, and teenage sex and lesbianism?  With the new My Perspectives Curriculum with the English curriculum, teachers were allowed to vote for one classroom novel per grade level.  The book in question is certainly not one I voted for.  I had never ever heard of this book; however, this particular book won the 12th English teacher vote throughout our district.  Later when I questioned the English Supervisor, Jessica Rowell, why this book and another one selected for 11th grade called "Into the Wild," which had an entire section about "blow jobs,"  was even on the list, she replied "I have read both novels mentioned, but it is not best practice for an individual to make a district decision.  That is why multiple teacher leaders and other departments were included in this process" (Email on May 13, 2022).

My question to you is this: If we, as teachers, cannot depend on our supervisors and department and ultimately the district to use decent guidelines in selecting classroom novels, then why have these positions?  Let me share with you a few passages from "Perks of Being a Wallflower," the book that serves no literary purpose, even though my school committee voted 4 to 3 to keep it as an option for "any teacher to use at Northview High School" because the passages in question "are part of the characters' developments" (Letter sent by School Materials Review Committee at Northview High on July 14, 2022).

Below are a few of the passages in this book that, I hope, would cause any teacher NOT to use this as a classroom novel discussion. These are just a few.

p. 12—"And I opened the door to the basement, and my sister and this boy were naked. He was on top of her, and her legs were draped over either side of the couch."

p. 21—"I was with Sam. We were both naked. And her legs were spread over the sides of the couch. And I woke up. And I had never felt that good in my life."

p. 21—"Do you know what 'masturbation' is? I think you probably do because you are older than me. But just in case, I will tell you. Masturbation is when you rub your genitals until you have an orgasm. Wow!

p. 31—"She grabbed his penis with her hands and started moving it. I wish I could describe this a little more nicely without using words like penis, but that was the way it was. After a few minutes, the boy pushed the girl's head down, and she started to kiss his penis. She was still crying. Finally, she stopped crying because he put his penis in her mouth, and I don't think you can cry in that position."
p. 44—When most people left, Brad and Patrick went into Patrick's room. They had sex for the first time that night. I don't want to go into detail about it because it's pretty private stuff, but I will say that Brad assumed the role of the girl in terms of where you put things."

p. 110—"Patrick kept making jokes that I would get an 'erection.' I really hoped this wouldn't happen. Once, I got an erection in class and had to go to the blackboard."

p. 158—"They start to make out. The stereo's playing, and they're just about to 'do it' when Parker realizes he forgot the condoms. They're both naked on this putting green. They both want each other. There's no condom. So, what do you think happened? …They did it doggie-style with one of the sandwich bags!"

p. 159—"There was a guy named Carl Burns and everyone called him C.B. And one day C.B. got so drunk at a party that he tried to "f—k" the host's dog.

p. 159—"And there was this guy they called 'Action Jack' because supposedly he was caught masturbating at a drunk party. .."

There is plenty of more about masturbation, beastialty, and sex in this book. I hope you get my point.

The 11th grade book, purchased by our district for an optional classroom novel, uses the "F" word in every chapter. I did not take the time to fill out a removal form for this book. See below. I have marked the pages with explicit language .
    ***I took the time to go through and show you which words were on which pages below. **Explicit Language from "Into the Wild" by John Krakauer.**

    Chapter 1: p. 6--"Hell"; "F--k"
    Chapter 3: p. 17--"godd--n"; p. 18--"da-n"
    Chapter 4: p. 26--"hell"; "sh-t"

Chapter 7: p. 62--"God---n"; "God---n"; p. 64--"hell"; "fu-k"; "bi--h";
"God--n"  p. 65--"Get laid"; p. 66--"Godd--n"; p. 68--"da-n"
Chapter 8: p. 71--"da-n"' "dumbassedness"; p. 79--"sh-t"; p. 84--"hell"; "sh-t"; p. 84--
"fu-kin" Chapter 9: p. 96--"da-n"; "hell"
Chapter 10--p. 101--"Fu--yu"; "da-n"
Chapter 11--p. 116--"da-n"
Chapter 12--p. 118--"ass"; p. 125--"Fu--ing"
Chapter 15--p. 148--"ass"; p. 151--"fu--ed up"; (twice); "orgy"; p. 152--"making
love";  p.154--"fu--ing rest"
Chapter 17--p. 176--"hell"; p. 177-"hell"
Chapter 18--p. 189--"hell"

My question to you and now a district committee is this: What are we doing? Why in the name of
everything that we are supposed to stand for am I, as a veteran English teacher, having to beg the district
to get rid of these classroom novels and start having expectations of those put in positions of leadership
just as we do our own students. We do not allow our students to speak this way in class. Why would we
have this as a topic or in audio for a classroom novel? Why would our district EVER approve this? This is
not literature. Do you think Shakespeare ever had to resort to these sorts of words of situations? No, he
was a real writer and did not need to do implement shock-effect to get the audience's attention.  What
does it mean, though, when a school district gives the green light on classroom sets of novels such as
these? Someone is not being diligent for the sake of our children.

I was told over and over that these books were optional. Mr. Marcanio, you and I both know that now
many "teachers" do not have degrees in their fields, and they are desperate to utilize anything that the
school district sends their way. Our district has provided these classroom sets of novels, which means that
they are fair game for any teacher to utilize in the classroom.  And actually, because the district has
purchased them, as long as the themes coordinate with something a so-called teacher may be covering, he
or she is at liberty to implement these novels within the classroom.  Out of 2,000 books that were
available to our district for free classroom novel sets, our Language Arts Department narrowed the list
down to just a few, and these two mentioned in this letter were part of that list. But again, our supervisor
admitted to reading these.

What does this say for our school district? Who is standing in the gap for our students.  It is so easy to
pass the buck to the teacher, but when a district itself approves this sort of unconscionable book for the
classroom (much less for the libraries), what else can a teacher do? I will be the voice for my students,
my community and the parents I know who would not approve of this. This book, as well as others, that
our district has provided are pornographic, and there is no justification whatsoever for these being
anywhere near our children. As a matter of fact, someone needs to be held accountable for actually
making these sorts of books available to our children, especially under the guise of a classroom novel
option. We all know that any material that has been made available, whether in a library, on a reading list
or even in a classroom and contains pornographic content  is a violation of Florida Statute 847.012.3(b),
and according to 847.012.6, "Any person violating any provision of this section commits a felony of the
third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

I have email after email requesting to know who was responsible for approving these books and
authorizing their usage as a classroom novel. The only answer I ever got was from Ms. Rowell who
informed me that she had read them, but would not make an individual decision on them.  I met with Ms.
Lesa Morgan and Michelle White, the Director of Media Services,  before school was out and even
suggested a review committee of various books throughout the district. We need to get a hold on this.

Mr. Marcanio, these book choices are not limited to just classroom novel sets, but also library choices. Before school was out, our "superintendent, along with Michelle White and our school board approved a book distribution to take place with all of our students. These are fiction and non-fiction titles, over 1300 in all, that are of high-interest to young adults" (Email from Alison Robinson, Retired Librarian at Northview, May 19, 2022). Several students picked up a graphic novel called "The "The Girl from the Sea," which was a book encouraging secret lesbian relationships. (See pictures below.)



So, perhaps unknowingly to you, our school board actually approved this graphic book which was made free to students throughout the district. If you were not aware that this sort of thing is going on in our district, why not? Don't we have checks and balances throughout? Isn't that the purpose of organizational leadership?

I am absolutely sickened to think that anyone would think these sorts of books are appropriate for our students and are considered literature and the above passages add to "character development." In essence, four members of my own Northview committee have openly admitted to allowing pornographic material at my school, siding with Escambia County School District and ultimately the Language Arts Department who purchased these particular books to begin with, an act that the State of Florida has deemed to be a third-degree felony. ("Any person violating any provision of this section commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084).

We need accountability for questionable content that is blatantly coming into our curriculum, but we also need district leaders and board members to stand up and do their part to protect our children. Any adult in this district who reads these books and approves of an Escambia County teacher having high school class discussions about sex with a dog or masturbation for the sake of "character development" needs to be legally challenged indeed.

I await your input and am hopeful that you demand and desire decent literary choices for our students. After all, they deserve the best we have to offer.

Sincerely,

Vicki Baggett, M.A.T.

Exhibit 3

# Escambia County Public Schools
## District Materials Review Committee Decision

**Attach Request for Reconsideration of Educational Media**

**Author**: Stephen Chbosky    **Title or Item**: The Perks of Being a Wallflower

**Material Type:** Non-adopted class novel set to be used as an optional novel study in 12th grade ELA classes

1. **District Committee Review Committee**

   2 high school media specialists, 2 high school teachers, 1 high school administrator, 1 parent of a school student, 1 community member

2. **Meeting date(s), time(s) and location(s):**

   | 8/31/22 | 5:30 pm - 6:30 pm | Spencer Bibbs |
   | 9/21/22 | 5:00 pm - 6:00 pm | Spencer Bibbs |

3. **Committee Recommendations**

   The committee voted 4:3 recommending the novel remain as an optional title for an English Language Arts teacher to use as a novel study for 12th grade students.  The Justification for Use of Outside Media form must be submitted to and approved by the school administration before use in the classroom.  An approved parent opt out letter must also be sent home for each student.

   Purchased class sets of the Perks of Being a Wallflower will be collected and stored at a centralized district location.  Copies of the title will be given to teachers as requested if the following criteria are met:
   - Class is a 12th grade English Language Arts class
   - Justification for Use of Outside Media form has been approved by school administration
   - The opt-out parent letter has been approved by school administration

4. **Reasons**

   The concerns raised in the complaint are part of the characters' development throughout the novel.  These concerns do not outweigh the potential discussions and literary value of the novel enough to remove it as an option for an ELA teacher to use with 12th grade students.  The district level distribution process will be established to ensure school administrator approval, parental input, and limited use to 12th grade students.

# Escambia County Public Schools
## District Materials Review Committee Decision

**5. Next Steps**

The Assistant Superintendent of Curriculum and Instruction will inform the complainant, in writing, by certified US mail, of the committee's decision.

The complainant may appeal the decision to the School Board. The appeal must be made in writing to the Superintendent within ten (10) days of receipt of notification of the district-level committee decision.

A decision on the complaint will be made at the next regularly scheduled Board meeting unless the request for appeal is filed within fourteen (14) days of the Board meeting.  In that instance, the matter will be heard at the following regular Board meeting.

The Board shall review all evidence and materials presented at the district committee level.  If the complainant wishes to proffer additional evidence, it must be presented to the Superintendent no less than eight (8) days prior to the meeting at which the matter will be heard.

The complainant will be afforded the opportunity to offer additional arguments in support of their position.

The public shall be afforded an opportunity to comment before the Board makes a final decision.

The Board reserves the right to use outside expertise if necessary to help in its decision making.

The Board decision will be final, and the Superintendent will implement the decision.

Decisions on reconsidered materials will stand for five (5) years before new requests for reconsideration of those items will be entertained.

Exhibit 4

---------- Forwarded message ---------
From: **Baggett, Vicki** <VBaggett@ecsdfl.us>
Date: Tue, Oct 4, 2022 at 9:02 PM
Subject: Appeal to Oct. 4 District Review Materials Committee Decision
To: Timothy Smith <tsmith@ecsdfl.us>, Steve Marcanio <smarcanio@ecsdfl.us>, Kevin Adams
<KAdams2@ecsdfl.us>, Paul Fetsko <pfetsko@ecsdfl.us>, Patricia Hightower
<phightower@ecsdfl.us>, Laura Edler <ledler@ecsdfl.us>, William Slayton
<BSlayton@ecsdfl.us>


Northview High School
Bratt, FL 32535
Oct. 4, 2022

Escambia County Public Schools School Board
Pensacola, FL

RE:  Additional Appeal to District Materials Review Decision Regarding "Perks of Being a Wallflower" by
Stephen Chbosky

Dear Supt. Smith, Asst. Supt. Marcanio,  and School Board Members:

I have received the District Materials Review Committee Decision today (Oct. 4, 2022), indicating that
the committee voted 4 to 3 to allow this book, "Perks of Being a Wallflower" to remain as an optional
novel use for 12th grade ELA teachers with  an opt-out letter and a Justification for Use form approved by
school administrators. This committee has based its finding on the characters' development throughout
the novel, and although some may agree with the committee's findings regarding character
development, I will offer the following based on simple facts, and not subjectivity.

1.  Using this novel (or any novel that has this level of obscene content) in a classroom environment
would  certainly necessitate that the teacher be trained in the required field.  Sadly, many English
teachers throughout our district are neither trained nor certified in English. In other words, although a
12th English teacher may have the desire to "teach" the course, he or she may not have the background
knowledge and/or experience. (Look at your own agenda slated for Oct. 6. There are 7 pages of teachers
being hired out of field.)  Why, then, would a district offer a controversial book as such to someone in
this situation? And because this is happening all throughout our district, why have the book  for
classroom usage at all? There are so many others from which to choose.  This book is currently removed
or under investigation in so many states and districts **(See Attachment  1)** because of sexual and
obscene content, including references to bestiality.  Can our county really afford to put ourselves in the
position that many of our neighboring counties have found themselves in regarding this book and others
like it?

2.  This letter states that administrators must approve a teacher's usage. What if the administrator does not approve it?  Now you have opened the door for a potential situation between that principal and teacher.  What about the student or students who may opt out of this classroom novel?  What if that student is one of many ? What will happen to this student during class discussion, etc.? Is it fair to single this student out by sending him/her elsewhere? What is the point here? Again, there are so many other books from which a teacher may choose.

3. Thirdly, your letter states that this book is only available for 12th English students. Do you realize that many students taking 12th grade English are under 18; therefore, they are minors.  I currently have a senior English student who is 15 years old!  I also currently have three students who are homeless. Who would opt-out  on their behalf?  The days of having a general age group in one class are over with.

4. The parental book rating for this book is 4/5, meaning it is NOT FOR MINORS because it contains sexual activities, assault and battery; sexual nudity; violence; alcohol and drug use.  Florida Statutes prohibit a school district from knowingly providing minors with "any printed matter that contains explicit and detailed verbal descriptions or narrative accounts of sexual excitement or sexual conduct and that is harmful to minors." I  here with provide the board with four and a half pages of excerpts straight from the book, so that the board can decide if this book fits the above criteria. **(See Attachment 2).**

5. Finally, in Mr. Marcanio's email to me dated August 11, 2022, he stated  that decisions on reconsidered materials will stand for **one (1)** year before new requests will be entertained; however, in the letter received on October 4, with the District Review Committee's Decision, it is stated that "Decisions on reconsidered materials will stand for **five (5) years** before new requests for reconsideration of those items will be entertained."   Why has this  gone from one year to five? Surely this is a typographical error on someone's part or the committee's part.  I, and the public need this clarified, please.  **(See Attachment 3—last two lines on the page).**

In closing, it is my hope that our School Board , using FS 847.012 as a guide, considers the definition of what constitutes a minor; what constitutes detailed verbal descriptions or narrative accounts of sexual excitement or sexual conduct that is harmful to minors; and what business any high school English teacher would have discussing various passages  from this book with minor children in a senior English class.

Sincerely,

Vicki Baggett, M.A.T.

cc: Supt. Tim Smith; All Board Members; Asst. Supt. Marcanio

School District of Escambia County Mail - Request for District Review...          https://mail.google.com/mail/u/0/?ik=74f4aacace&view=pt&search=al...



**Baggett, Vicki <vbaggett@ecsdfl.us>**

## Request for District Review: The Perks of Being a Wallflower
11 messages

**Marcanio, Steve** <SMarcanio@ecsdfl.us>                                Thu, Aug 11, 2022 at 7:43 AM
To: "Baggett, Vicki" <VBaggett@ecsdfl.us>
Cc: Michelle White <MWhite5@ecsdfl.us>, Brian Alaback <BAlaback@ecsdfl.us>

Mrs. Baggett

I received your letter asking for a district committee to review *The Perks of Being a Wallflower* by Stephen Closky as an optional novel study for twelfth-grade students.  All reconsideration requests must start at the school level, therefore the committee will only consider *The Perks of Being a Wallflower* by Stephen Closky and not the additional titles presented in the July 28, 2022 letter to me.

A district review committee of lay persons, media specialists, administrators, teachers, and parents is currently being formed.  The committee will read *The Perks of Being a Wallflower* by Stephen Closky and then consider the educational philosophy of the school district, the professional opinions of other teachers of the same subject and other competent authorities, reviews of the materials by reputable bodies, the teacher's own stated objectives in using the materials, public input, and the objection of the complainant.

The committee will also review the original Reconsideration of Educational Media form you submitted to Mr. Sherrill and the letter you submitted to Mr. Marcanio asking for a district committee review.  You may also proffer additional evidence for the committee's consideration that:

    A. An instructional material does not meet the criteria of s. 1006.31(2), F.S., or s. 1006.40(3)(d), F.S., if it was selected for use in a course or otherwise made available to students in the school district but was not subject to the public notice, review, comment, and hearing procedures under s. 1006.283(2)(b), F.S.

    B. Any material used in a classroom, made available in a school library, or included on a reading list contains content that is pornographic or prohibited under s. 847.012, F.S., is not suited to student needs and their ability to comprehend the material presented or is inappropriate for the grade level and age group for which the material is used.

If you wish to submit such additional information for the district review committee to consider, please communicate this in writing via email to Michelle White, Coordinator of Media Services, mwhite5@ecsdfl.us by August 18, 2022.

The findings of the district level committee shall be a matter of written record and transmitted to the Assistant Superintendent of Curriculum and Instruction. The Assistant Superintendent of Curriculum and Instruction shall inform the complainant, Coordinator of Media Services, the Superintendent, and School Board in writing of the action taken.

Decisions on reconsidered materials will stand for one (1) year before new requests for reconsideration of those items will be entertained, unless the decision is appealed and overturned at a higher level.

# Attachment 2

| Page | Content |
|---|---|
| 2 | I just need to know that someone out there listens and understands and doesn't try to sleep with people even if they could have.<br>I need to know that these people exist. |
| 4 | That's maybe why he felt all alone and killed himself. |
| 6 | But over the summer she had her braces taken off, and she got a little taller and prettier and grew new breasts. |
| 12 | And I opened the door to the basement, and my sister and this boy were naked. He was on top of her, and her legs were draped over either side of the couch. And she screamed at me in a whisper.<br>"Get out. You pervert." |
| 21 | I had a weird dream. I was with Sam. And we were both naked. And her legs were spread over the sides of the couch. And I woke up. And I had never felt that good in my life. But I also felt bad because I saw her naked without her permission.<br>...Do you know what "masturbation" is? I think you probably do because you are older than me. But just in case, I will tell you. Masturbation is when you rub your genitals until you have an orgasm. Wow!<br>I thought that in those movies and television shows when they talk about having a coffee break that they should have a masturbation break.<br>...I told Sam that I dreamt that she and I were naked on the sofa, and I started crying because I felt bad, and do you what she did? She laughed. |
| 30 | This one couple, whom I was told later were very popular and in love, stumbled into my room and asked if I minded them using it. I told them that my brother and sister said I had to stay here, and they asked if they could use the room anyway with me still in it. I sad I didn't see why not, so they closed the door and started kissing. Kissing very hard. After a few minutes, the boy's hand went up the girl's shirt, and she started protesting.<br>"C'mon, Dave."<br>"What?"<br>"The kid's in here."<br>"It's okay."<br>And the boy kept working up the girl's shirt, and as much as she sat no, he kept working it. After a few minutes, she stopped protesting, and he pulled her shirt off, and she had a white bra on with lace. I honestly didn't know what to do by this point. Pretty soon, he took off her bra and started to kiss her breasts. And then he put his hand down her pants, and she started moaning. I think they were both very drunk. He reached to take off her pants, but she started crying really hard, so he reached for his own. He pulled his pants and underwear down to his knees.<br>"Please. Dave. No."<br>But the boy just talked soft to her about how good she looked and things like that, and she grabbed his penis with her hands and started moving it. I wish I could describe this a little more nicely without using words like penis, but that was the way it was.<br>After a few minutes, the boy pushed the girl's head down, and she started to kiss his penis. She was still crying. Finally, she stopped crying because he put his penis |

| Page | Content |
|------|---------|
| | in her mouth, and I don't think you can cry in that position. I had to stop watching at that point because I started to feel sick, but it kept going on, and they kept doing other things, and she kept saying "no." Even when I covered my ears, I could still hear her say that.<br>..."Did they know you were in there?"<br>"Yes. They asked if they could use the room."<br>"Why didn't you stop them?"<br>"I didn't know what they were doing."<br>"You pervert,"... |
| 33 | Sam told me as we were hanging up our coats that Bob was "baked like a fucking cake." |
| 44 | When most people left, Brad and Patrick went into Patrick's room.<br>They had sex for the first time that night.<br>I don't want to go into detail about it because it's pretty private stuff, but I will say that Brad assumed the role of the girl in terms of where you put things. I think that's pretty important to tell you. When they were finished, Brad started to cry really hard. He had been drinking a lot. And getting really really stoned. |
| 45 | He was also crying pretty bad, and he decided if anyone asked him, he would say his eyes were red from smoking pot. |
| 49 | According to my sister, Sam used to be a "blow queen." I hope you know what that means because I really can't think about Sam and describe it to you. |
| 56 | They usually start when my mom's dad (my grandfather) finishes his third drink. It is around this time that he starts to talk a lot. My grandfather usually just complains about black people moving into the old neighborhood, and then my sister gets upset at him, and then my grandfather tells her that she doesn't know what she's talking about because she lives in the suburbs. |
| 66 | And I wasn't shy because we were trying to act like grown-ups, and we drank brandy. And I was warm. I'm still a little warm, but I have to tell you this.<br>...That's when Patrick put on the second side of the tape I made for him and poured everyone another glass of brandy. I guess we all looked a little silly drinking it, but we didn't feel silly. |
| 70 | She told me about the first time she was kissed. She told me that it was with one of her dad's friends. She was seven. |
| 72 | And he caught his sister making out on the back porch<br>...That made him cough when he kissed her but he kissed her anyway because that was the thing to do<br>And he called it "Absolutely Nothing" because that's what it was really all about<br>And he gave himself an A<br>and a slash on each damned wrist<br>And he hung it on the bathroom door because this time he didn't think he could reach the kitchen. |
| 81 | I agreed, but then my brother started saying how my sister was just a "bitchy dyke."<br>...I am probably the only one in the family with a friend who is gay. |
| 94 | Everyone else is either asleep or having sex. |

| Page | Content |
|------|---------|
| 95 | That's what Bob said before he went to his bedroom with Jill, a girl that I don't know. |
| 96 | But the thing is that I can hear Sam and Craig having sex, and for the first time in my life, I understand the end of that poem.<br>And I never wanted to. |
| 100 | Regardless, I decided to never take LSD again. |
| 101 | The book said that sometimes people take LSD, and they don't really get out of it. |
| 110 | Patrick kept making jokes that I would get an "erection." I really hoped this wouldn't happen. Once, I got an erection in class and had to go to the blackboard. |
| 113 | Sam did say that sex things were tricky with Mary Elizabeth since she's had boyfriends before and is a lot more experienced than I am. She said that the best thing to do when you don't know what to do during anything sexual is pay attention to how that person is kissing you and kiss them back the same way. |
| 116 | That's when she told me she was pregnant. |
| 119 | "Charlie, are you smoking?!"<br>..."I can't believe you're smoking!" |
| 123 | So, I told him a little about Mary Elizabeth, leaving out the part about the tattoo and belly button ring.<br>...He lit a cigarette and started telling me about sex. |
| 124 | ..."wear protection,"...<br>...Things like sex don't embarrass him.<br>...I think he was especially happy because I used to kiss this boy in the neighborhood a lot when I was very little, and even though the psychiatrist said it was very natural for little boys and girls to explore things like that, I think my father was afraid anyway. |
| 126 | And then she leaned down and started kissing my neck and ears. Then my cheeks. Then my lips. And everything kind of melted away. She took my hand and slid it up her sweater, and I couldn't believe what was happening to me. Or what breasts felt like. Or later, what they looked like. Or how difficult bras are.<br>After we had done everything you can do from the stomach up, I lay on the floor, and Mary Elizabeth put her head on my chest. |
| 130 | Sex things are so weird, too. It's like after that first night, we have this pattern where we basically do what we did that first time, but there is no fire or Billie Holiday record because we are in a car, and everything is rushed. Maybe this is the way things are supposed to be, but it doesn't feel right.<br>...So, I asked her about Mary Elizabeth (leaving out the sex part) because I knew she could be neutral about it, especially since she "stayed clear" of dinner. |
| 144 | They were all laughing and making sex jokes, and Susan was doing her best to laugh along with them. |
| 158 | "So, they've been going out for a long time, and I think they've even had sex before, but this was going to be a special night..."<br>..."They start to make out. The stereo's playing, and they're just about to 'do it' when Parker realizes he forgot the condoms. They're both naked on this putting green. They both want each other. There's no condom. So, what do you think |

| Page | Content |
|---|---|
| | happened?" |
| | "I don't know." |
| | "They did it doggie-style with one of the sandwich bags!" |
| 160 | We hugged good night, and when I was just about to let go, he held me a little tighter. And he moved his face to mine. And he kissed me. A real kiss. Then, he pulled away real slow. |
| | ...So, he said "thanks" and hugged me again. And moved in to kiss me again. And I just let him. |
| | ...We didn't do anything other than kiss. |
| 161 | We drink a lot. Actually, it's more like Patrick drinks, and I sip. |
| | ...He said that eye contact is how you agree to fool around anonymously. |
| 171 | It was fun watching my sister dance the Time Warp on stage, but I don't think I could have handled her pretending to have sex with a large stuffed Gumby. |
| 178 | "Don't blame me that you fucked around on her since the beginning!..." |
| 186 | "This is good champagne." |
| | I don't think he knew the difference because he's a beer drinker. Sometimes, whiskey. |
| | ...I went with all my Ohio cousins, who promptly pulled out a "joint" and passed it around. |
| 187 | "Jesus. Look at these bleachers. How many colored people-" |
| 188 | Then, Mr. Small and the vice principal, whom Patrick swears is gay... |
| 190 | On the way home for the party, my Ohio cousins lit up another joint. |
| 192 | After about half an hour looking around the dance club, I finally saw Mary Elizabeth with Peter. They were both drinking scotch and sodas, which Peter bought since he is older and had his hand stamped. |
| | ...She told me that Alice was getting high in the ladies' room and Sam and Patrick were on the floor dancing. |
| | ...Then, he took Mary Elizabeth's drink out of her hand and drank it. "Hey, asshole" was her response. I think he was drunk, even though he hasn't been drinking lately, but Patrick does stuff sober, so it's hard to tell. |
| 193 | Her whisper smelled like cranberry juice and vodka. |
| 196 | After I ate my Ho-Ho, I lit up a cigarette,... |
| 197 | She was scared, and it wasn't until she had a sip of whatever we were drinking or a hit off of whatever we were smoking that she would calm down and be the same Sam. |
| 202 | So, I kissed her. And she kissed me back. And we lay down on the floor and kept kissing. And it was soft. And we made quiet noises. And kept silent. And still. We went over to the bed and lay down on all the things that weren't put in suitcases. And we touched each other from the waist up over our clothes. And then under out clothes. And then without clothes. And it was so beautiful. She was so beautiful. She took my hand and slid it under her pants. And I touched her. And I just couldn't believe it. |
| | ...Until she moved her hand under my pants, and she touched me. |

| Page | Content |
|---|---|
| 205 | I just keep seeing him, and he keeps hitting my sister, and he won't stop, and I want him to stop because he doesn't mean it, but he just doesn't listen, and I don't know what to do. |

| Profanity | Count |
|---|---|
| Faggot | 2 |
| Fuck | 6 |
| Prick | 2 |
| Pussy | 2 |
| Shit | 2 |



# PEN AMERICA'S INDEX OF SCHOOL BOOK BAN

PEN America's Index of School Book Bans lists instances occurring
2021 through June 30, 2022, where students' access to books in sch
classrooms in the United States was restricted or diminished, for eith
indefinite periods of time. Some of these bans have since been rescin
remain in place. PEN America's definition of school book bans can b
Methodology tab and here.

| Author | Title | Type of Ban | Secondary Auth |
|--------|-------|-------------|----------------|
| Chbosky, Stephen | The Perks of Being a Wallflower | Banned Pending Investigation | |
| Chbosky, Stephen | The Perks of Being a Wallflower | Banned Pending Investigation | |
| Chbosky, Stephen | The Perks of Being a Wallflower | Banned in Libraries and Classrooms | |
| Chbosky, Stephen | The Perks of Being a Wallflower | Banned Pending Investigation | |
| Chbosky, Stephen | The Perks of Being a Wallflower | Banned in Libraries | |
| Chbosky, Stephen | The Perks of Being a Wallflower | Banned in Libraries and Classrooms | |
| Chbosky, Stephen | The Perks of Being a Wallflower | Banned Pending Investigation | |
| Chbosky, Stephen | The Perks of Being a Wallflower | Banned in Libraries and Classrooms | |
| Cheng, Andrea | Etched in Clay: The Life of Dave, Enslaved Potter | Banned in Libraries | |

"Perks of Being a Wallflower", ECPS Board Appeal
November 1, 2022

Northview High School
Bratt, FL 32535
Oct. 19, 2022

Escambia County Public Schools School Board
Pensacola, FL

RE:  Letter 2- Additional Appeal to District Reviews Process on "Perks of Being a Wall Flower" by Chbosky

Dear Supt. , Asst. Supt. , and Board Members:

Please consider this letter an additional part of my District Review Committee Appeal, concerning the green-light approval of Stephen Chbosky's "The Perks of Being a Wallflower," a 1999 coming-of age novel that has won many literary awards but has also been highly challenged in high schools and libraries across America, after it was added to their optional or required curriculum.

I'm sure all of us can agree that books are very important in the development of a child's mind. Readers can get lost in the fantasies or the realities that words and situations can provide. Most of the time, authors (rather effortlessly) can subtly convince the reader into a particular stance on a subject or idea. Usually this occurs without the reader even realizing what he or she has fallen prey to, especially when the audience is a child. Contrary to what many want to admit, children are any persons beneath the age of 18.  This is the group that I, as a veteran English teacher in Escambia County, FL, have foremost in my heart and mind as I am writing this letter to you.

Giving permission for our school district to offer "Perks of Being a Wallflower" as an optional novel study is providing a plethora of controversial topics and themes to children. This is true even if parental permission is required. The assumption is that the "teacher" in the classroom would be able to utilize and effectively discuss this novel in a way that would be beneficial to the student and the class.  Since you were tasked with reading this novel, I assume you realize that the plot follows Charlie, a high school ninth grader, as he writes letters to an anonymous pen pal. He watches activities all during the novel. His writing is a form of therapy for his depression. After all he has just lost his best friend to suicide. He later befriends a high school senior, who happens to be gay, and also happens to be observed by Charlie having sex with another male. His new best friend introduces Charlie to his own stepsister, who reveals to Charlie that she was a drunkard and a person who is known for having multiple sex partners. She gets an abortion without her parents' consent. She also reveals to Charlie that as an 11-year-old, her father's boss raped her.  As Charlie continues to grow and "come of age," he delves into LSD and marijuana, alcohol and sex also. The reader gets bird-eye scenes of masturbation and attempts at bestiality as well. By the end of the novel, Charlie realizes that his own Aunt Hellen, whom he had loved and trusted, had actually sexually abused him when he was a child, thus leading to one of the reasons for Charlie's attempt at suicide.

As people who are entrusted with children, we can look at the above themes and agree that all of these are very important issues in today's society; however, as those who have been entrusted with the curriculum of minors, let me ask you this? What is a good age for children to start learning about drugs, sex, and abuse? We know these things exist, but is it our public school's responsibility to discuss this with students? A teacher's job is to teach students HOW to think, not WHAT to think.  This sort of

mature and sexual content should be governed and discussed between minors and their parents, not minors and their teachers (many of whom are not even certified in their fields). Is our job not to safeguard children (Yes, seniors are still children if they are under 18.)? We have laws against pornography in our educational curriculum. Parents want their children to go to school to learn academia, not be indoctrinated on ways to have child-on-child sex, adult-on-child sex,  child-on-child anal sex, and ways to create makeshift condoms using plastic Ziploc bags when real condoms are not available, all of which are available for discussion thanks to what is in this  book in question. Teachers are not trained sex therapists, psychologists, psychiatrists or even mental health therapists.  Why would our district offer this book (even as an optional one) for a senior English teacher to utilize in his/her classroom, under the guise of offering an opt-out for the student and parent? What happens to the student whose parents do opt out? Where does this student go during class discussions? Is this student not being discriminated against for not following the majority in the classroom?

The issue is this: Pornography in any form or fashion cannot be allowed in the public classroom or public school library. If we purchase books with these scenarios in them, then we are implicitly giving permission to use them and advising to our employees that we promote this. Our district has said that the principal has to have the final say. The principal is not the deciding factor for our district. It is you, the school board members, that will decide what is appropriate for our children as far as curriculum goes. Children have the right to innocence, and parents have the right to protect that innocence without having their children singled out for opting out of a pornographic book that should not be in the school's novel choices to begin with. How many students are we going to lose each year to homeschooling, private schooling, or virtual schooling before we realize that some knowledge is just too heavy for children?

As a teacher, I cannot believe I am even having to argue that pornographic material should be kept away from minors while they are at a public educational institution. This is true for both the classroom and the library. Of all of the books available to discuss things that actually MATCH the state required objectives for an ELA classroom, this book should not be considered.

Sincerely,

Vicki Baggett

--------------------------------------------------------------------------------------------------------------------------------------

Northview High School
Bratt, FL 32535
Oct. 4, 2022

Escambia County Public Schools School Board
Pensacola, FL

RE:   Additional Appeal to District Materials Review Decision Regarding "Perks of Being a Wallflower" by Stephen Chbosky

Dear Supt. Smith, Asst. Supt. Marcanio,  and School Board Members:

I have received the District Materials Review Committee Decision today (Oct. 4, 2022), indicating that the committee voted 4 to 3 to allow this book, "Perks of Being a Wallflower" to remain as an optional novel use for 12th grade ELA teachers with an opt-out letter and a Justification for Use form approved by school administrators. This committee has based its finding on the characters' development throughout the novel, and although some may agree with the committee's findings regarding character development, I will offer the following based on simple facts, and not subjectivity.

1.  Using this novel (or any novel that has this level of obscene content) in a classroom environment would certainly necessitate that the teacher be trained in the required field. Sadly, many English teachers throughout our district are neither trained nor certified in English. In other words, although a 12th English teacher may have the desire to "teach" the course, he or she may not have the background knowledge and/or experience. (Look at your own agenda slated for Oct. 6. There are 7 pages of teachers being hired out of field.) Why, then, would a district offer a controversial book as such to someone in this situation? And because this is happening all throughout our district, why have the book for classroom usage at all? There are so many others from which to choose. This book is currently removed or under investigation in so many states and districts **(See Attachment 1)** because of sexual and obscene content, including references to bestiality. Can our county really afford to put ourselves in the position that many of our neighboring counties have found themselves in regarding this book and others like it?

2. This letter states that administrators must approve a teacher's usage. What if the administrator does not approve it? Now you have opened the door for a potential situation between that principal and teacher. What about the student or students who may opt out of this classroom novel? What if that student is one of many ? What will happen to this student during class discussion, etc.? Is it fair to single this student out by sending him/her elsewhere? What is the point here? Again, there are so many other books from which a teacher may choose.

3. Thirdly, your letter states that this book is only available for 12th English students. Do you realize that many students taking 12th grade English are under 18; therefore, they are minors. I currently have a senior English student who is 15 years old! I also currently have three students who are homeless. Who would opt-out on their behalf? The days of having a general age group in one class are over with.

4. The parental book rating for this book is 4/5, meaning it is NOT FOR MINORS because it contains sexual activities, assault and battery; sexual nudity; violence; alcohol and drug use. Florida Statutes prohibit a school district from knowingly providing minors with "any printed matter that contains explicit and detailed verbal descriptions or narrative accounts of sexual excitement or sexual conduct and that is harmful to minors." I here with provide the board with four and a half pages of excerpts straight from the book, so that the board can decide if this book fits the above criteria. **(See Attachment 2).**

5.  Finally, in Mr. Marcanio's email to me dated August 11, 2022, he stated that decisions on reconsidered materials will stand for **one (1)** year before new requests will be entertained; however, in the letter received on October 4, with the District Review Committee's Decision, it is stated that "Decisions on reconsidered materials will stand for **five (5) years** before new requests for reconsideration of those items will be entertained." Why has this gone from one year to five? Surely this is a typographical error on someone's part or the committee's part. I, and the public need this clarified, please. **(See Attachment 3—last two lines on the page).**

In closing, it is my hope that our School Board , using FS 847.012 as a guide, considers the definition of what constitutes a minor; what constitutes detailed verbal descriptions or narrative accounts of sexual excitement or sexual conduct that is harmful to minors; and what business any high school English teacher would have discussing various passages  from this book with minor children in a senior English class.


Sincerely,


Vicki Baggett, M.A.T.

cc: Supt. Tim Smith; All Board Members; Asst. Supt. Marcanio

Exhibit 5

# REQUEST FOR THE RECONSIDERATION OF EDUCATIONAL MEDIA

School: _Northview High School_

Requested Initiated By: _Vicki Baggett_

Telephone: ▉▉▉    Address: ▉▉▉

City: _Century_    State: _FL_  Zip code: _32535_

### Please Check Media Type

Set 2
# 33

X Book            ___Film            ___Videocassette

___ Periodical        ___Filmstrip        ___Record

___ Pamphlet         ___Cassette         ___Computer Software

___ Laser Videodisc     ___Kit            Other:_____

Title:_ When Wilma Rudolph Played Basketball _

Author:_ Mark Weakland _

Publisher or Producer: _____

1.  Reasons for Objections: _ Opines prejudice based on race _

2.  Have you read, viewed, and/or listened to the entire educational media to which you object?
    _ yes _

3.  What are the strengths of this educational media? _ historical athletics _

4.  Are you aware of the judgment of this educational media by literary and authoritative critics?
    _ yes _

5.  What do you believe is the purpose of this educational media? _ race-baiting _

6.  For what age group would you recommend this educational media? _ none _

7.  Where was the educational media located in the school system? _ elementary schools _

8.  On what date(s) was the material utilized for instruction? _ N/A _

Signature of Complainant: _Vicki Baggett_    Date: _8-24-22_

Exhibit 6

# REQUEST FOR THE RECONSIDERATION OF EDUCATIONAL MEDIA

School: _Northview High School_

Requested Initiated By: _Vicki Baggett_

Telephone: ███████     Address: ███████

City: _Century_     State: _FL_  Zip code: _32535_

### Please Check Media Type

Set 2
# 19

X Book      ___Film      ___Videocassette

__ Periodical      ___Filmstrip      ___Record

__ Pamphlet      ___Cassette      ___Computer Software

__ Laser Videodisc      ___Kit      Other:_____

Title: _The Kite Runner_

Author: _Khaled Hosseini_

Publisher or Producer: _____

1. Reasons for Objections: _extremely graphic of child rape both of man on boy & others. horrific language_

2. Have you read, viewed, and/or listened to the entire educational media to which you object? _yes_

3. What are the strengths of this educational media? _none_

4. Are you aware of the judgment of this educational media by literary and authoritative critics? _yes_

5. What do you believe is the purpose of this educational media? _Indoctrination_

6. For what age group would you recommend this educational media? _None_

7. Where was the educational media located in the school system? _middle & high Schools_

8. On what date(s) was the material utilized for instruction? _N/A_

Signature of Complainant: _Vicki Baggett_     Date: _8·24·22_

Exhibit 7

Case 3:23-cv-01035-TKW-ZCB Document 21-1 Filed 08/25/25 Page 48 of 176

School: _Northview High School_

Requested Initiated By: _Vicki Baggett_

Telephone: ▮▮▮▮ Address: ▮▮▮▮

City: _Century_ State: _FL_ Zip code: _32535_

Set 3
# 12

### Please Check Media Type

X Book ___ Film ___ Videocassette

___ Periodical ___ Filmstrip ___ Record

___ Pamphlet ___ Cassette ___ Computer Software

___ Laser Videodisc ___ Kit ___ Other:_____

Title: _The God of Small Things_

Author: _Arundhati Roy_

Publisher or Producer: _____

1. Reasons for Objections: _Age inappropriate; encourages pedophilia; Sexual abuse; incest_

2. Have you read, viewed, and/or listened to the entire educational media to which you object? _Yes_

3. What are the strengths of this educational media? _?_

4. Are you aware of the judgment of this educational media by literary and authoritative critics? _Yes_

5. What do you believe is the purpose of this educational media? _?_

6. For what age group would you recommend this educational media? _None_

7. Where was the educational media located in the school system? _Middle Schools_

8. On what date(s) was the material utilized for instruction? _N/A_

Signature of Complainant: _Vicki Baggett_ Date: _8-24-22_

Exhibit 8

School: _Northview High School_

Requested Initiated By: _Vicki Baggett_

Telephone: ▮▮▮▮▮ Address: ▮▮▮▮▮

City: _Century_ State: _FL_ Zip code: _32535_

### Please Check Media Type

| | | |
|---|---|---|
| X Book | ___ Film | ___ Videocassette |
| ___ Periodical | ___ Filmstrip | ___ Record |
| ___ Pamphlet | ___ Cassette | ___ Computer Software |
| ___ Laser Videodisc | ___ Kit | ___ Other: _____ |

_Set 1_
_# 14_

Title: _The Handmaid's Tale_

Author: _Margaret Atwood_

Publisher or Producer: _____

1. Reasons for Objections: _Graphic sexual depictions + language; violence_

2. Have you read, viewed, and/or listened to the entire educational media to which you object? _yes_

3. What are the strengths of this educational media? _none_

4. Are you aware of the judgment of this educational media by literary and authoritative critics? _yes_

5. What do you believe is the purpose of this educational media? _Sexual introduction_

6. For what age group would you recommend this educational media? _adults_

7. Where was the educational media located in the school system? _high schools_

8. On what date(s) was the material utilized for instruction? _N/A_

Signature of Complainant: _Vicki Baggett_ Date: _8-24-22_

Exhibit 9

ECPS Request for Reconsideration of Educational Media

A parent or resident of Escambia County, Florida may proffer evidence that any material used in a classroom, made available in a school library, or included in a reading list contains content that is pornographic or prohibited under F.S. 847.012, is not suited to student needs and their ability to comprehend the material presented, or is inappropriate for the grade level or age group for which the material is being used.

**Please complete all applicable information:**

Before bringing a challenge to a material found at a school, the complainant must read, listened to or viewed the material in its entirety.

Have you read or viewed entire material? **yes**

Date of Request: **Feb. 28, 2023**

Author: **Sarah Brannen**

Title: # Uncle Bobby's Wedding

Publisher or Producer, Date of Publication/Production, Type of Media: **Little Bee Books, 2020**

**Request Initiated by (first and last name): Kaye Dickerson**



School(s) in which item is used: **O.J. Semmes Elementary**

1. What first prompted your concern**? This book contains alternate sexual ideologies, a violation of HB 1557/ Parental Rights Law and is prohibited to be available to K-3. It is content and age inappropriate.**

2. To what in the material do you object? (Please be specific, cite pages, frames, etc. Attach additional

pages if necessary**.  Uncle Bobby and his boyfriend Jamie end up announcing they will get married, and now the niece has two "uncles."  See a few pictures below.**

 Cover

 Uncle Bobby and Jamie hold hands while announcing their marriage to everyone.

3. What are the strengths of the educational media?  **Colorful pictures**

4. What do you believe is the purpose of this educational media? **Encroach on parents' rights and guidelines**

5. Are you aware of the judgment of this educational media by literary and/or authoritative critics?

__x_ Yes ___ No **This has won many awards, especially from the lgbtq+ groups.**

6. What do you wish to be the outcome of the reconsideration? **K-3 are too young to understand same-sex ideas. This book should not be in lower levels in elementary at all.**

a. Available in the following libraries: **Elementary**

b. Remain available in libraries but removed for use in classroom instruction:

___ Yes __**x**_ No **Violates HB 1557**

Signature of Complainant:   **Kaye Dickerson**     Date: **2-28-23**

ECPS, Media Services, 11-8-22Pg 2 of 2

Exhibit 10

**ECPS Request for Reconsideration of Educational Media**

A parent or resident of Escambia County, Florida may proffer evidence that any material used in a classroom, made available in a school library, or included in a reading list contains content that is pornographic or prohibited under F.S. 847.012, is not suited to student needs and their ability to comprehend the material presented, or is inappropriate for the grade level or age group for which the material is being used.

**Please complete all applicable information:**

Before bringing a challenge to a material found at a school, the complainant must read, listened to or viewed the material in its entirety.

Have you read or viewed entire material?  **yes**

Date of Request: **March 9, 2023**

Author: **Matt de la Pena**

Title: **Milo Imagines the World**

Publisher or Producer, Date of Publication/Production, Type of Media: G.P. Putnam's Sons, an Imprint of Penguin Random House LLC, 2021.

Request Initiated by: **Melanie Eubanks**



School(s) in which item is used: **Beulah Elementary, Ensley Elementary, Holm Elementary, Lincoln Elementary, Longleaf Elementary, O.J. Semmes Elementary, Sherwood Elementary, West Pensacola Elementary**

1. What first prompted your concern**? This book contains subtle alternate sexual ideology, a violation of HB 1557/ Parental Rights Law and is prohibited to be available to K-3. It is content and age inappropriate, based on pictures.**

2. To what in the material do you object? (Please be specific, cite pages, frames, etc. Attach additional pages if necessary.



Milo tries to reimagine all the pictures he made on the train. Maybe he could have done it like this instead.

Or this.

3. What are the strengths of the educational media? **Colorful pictures and good story line about creativity and imagination.**

4. What do you believe is the purpose of this educational media? **Show all types of people and situations.**

5. Are you aware of the judgment of this educational media by literary and/or authoritative

critics**?**

___ Yes ___x_ No

6. What do you wish to be the outcome of the reconsideration? **K-3 are too young to understand same-sex ideas, and the subtle picture is a subliminal message to impressionable minds.**

a. Available in the following libraries: **Elementary**

b. Remain available in libraries but removed for use in classroom instruction:

___ Yes __x_ No **Violates HB 1557**

Signature of Complainant:                                    Date: **3-9-23**

ECPS, Media Services, 11-8-22Pg 2 of 2

Exhibit 11



| | |
|---|---|
| Book | Policy Manual |
| Section | 2000 Program |
| Title | CHALLENGES TO ADOPTION OR USE OF INSTRUCTIONAL, LIBRARY, OR READING LIST MATERIALS |
| Code | po2522 |
| Status | Active |
| Adopted | October 15, 2024 |
| Last Revised | February 18, 2025 |

**2522 - CHALLENGES TO ADOPTION OR USE OF INSTRUCTIONAL, LIBRARY, OR READING LIST MATERIALS**

The following individuals may contest the adoption of a specific instructional material, or object to the use of specific material used in a classroom, made available in a school or classroom library, or included on a reading list:

    A. parent of a student in the District; or

    B. resident of the county.

For purposes of this policy, "parent" means a parent of a student enrolled in the District's schools. "Resident" means a person residing in the county who has maintained their residence in Florida for the preceding year, has purchased a home that is occupied by them as their residence, or has established a domicile in Florida pursuant to F.S. 222.17.

**Contest of School Board's Adoption of Instructional Materials**

**Filing a Petition**

A parent or resident must file a petition with the Board within thirty (30) calendar days after the Board's adoption of specific instructional material, on a form provided by the Board. The petition form shall be publicly available by visiting any school in person or by accessing the link on the Board's website.  The petition must be signed by the parent or resident, include the required contact information, and state the objection to the instructional material based on the criteria set forth in F.S. 1006.31(2) or 1006.40(3)(d).

**Timeframe for Hearing**

When the thirty (30) calendar day period following Board adoption of the instructional material in question has expired, the Board will conduct at least one (1) open public hearing before an unbiased and qualified hearing officer for all timely petitions received.

**Hearing Officers**

Hearing officers are not employees or agents of the District with the exception of any agreement entered into for purposes of conducting the hearings set forth herein. Hearing officers shall be selected annually by the Board from a list of candidates provided by the Superintendent.

**Procedures for Hearings**

Petitioners will have an adequate and fair opportunity to be heard and present evidence to the hearing officer. Hearings shall be conducted as follows:

A. The petitioner may make an opening statement.

B. The District's representative may make an opening statement.

C. The petitioner may present evidence (including documents and testimony from witnesses) that instructional material does not meet the criteria of F.S. 1006.31(2) or 1006.40(3)(d) if it was selected for use in a course or otherwise made available to students in the School District but was not subject to the public notice, review, comment, and hearing procedures under F.S. 1006.283(2)(b)8., 9., and 11.

D. The District representative may present evidence (including documents and testimony from witnesses) that the instructional material does meet the criteria of F.S. 1006.31(2) or 1006.40(3)(d) if it was selected for use in a course or otherwise made available to students in the School District but was not subject to the public notice, review, comment, and hearing procedures under F.S. 1006.283(2)(b)8., 9., and 11.

E. The petitioner may make a closing statement.

F. The District representative may make a closing statement.

Within fourteen (14) days of the date of the hearing, the hearing officer shall submit a recommended order to the Board. The Board shall consider the recommended order and enter a final order at a publicly noticed Board meeting. If the petitioner proves that the instructional material does not meet the criteria required under F.S. 1006.28, or contains prohibited material under that statute, the material shall be removed in accordance with Florida law. The Board's decision is final and not subject to further petition or review.

Hearings under this policy are not subject to the provisions of F.S. Chapter 120.

**Objections to Material Used in Classrooms, Made Available in a School or Classroom Library, or Included On a Reading List**

Parents or residents of the county may object to the use of a specific instructional material in the classroom, made available in a school or classroom library, or included on a reading list, based on the criteria set forth in F.S. 1006.28(2)(a)2. or F.S. 1014.05(1)(c). A resident of the county who is not the parent or guardian of a student with access to School District materials may not object to more than one (1) material per month in accordance with State Board rules.

The District's process and objection form, which are easy to read and understand, are accessible on the homepage of the District's website.

All challenges under this policy shall be addressed as follows:

A. Parents or residents of the county must make any such objection to the Coordinator of Media Services by utilizing the standard objection form adopted by the State Board of Education and shall include all required information, including:

1. author;

2. title;

3. publisher;

4. the complainant's familiarity with the material challenged;

5. sections challenged, by page and item;

6. whether the challenged material contains content that:

a. is pornographic;

b. is prohibited under F.S. 847.012;

c. depicts or describes sexual conduct as defined in F.S. 847.001(19)(unless such material is for a course required by F.S. 1003.46, F.S. 1003.42(2)(n)1.g., F.S. 1003.42(2)(n)3., or identified by State Board of

Education rule);

    d. is not suited to student needs and their ability to comprehend the material presented; or,

    e. is inappropriate for the grade level and age group for which the material is used.

Any material that is subject to an objection on the basis that it is pornographic or prohibited under F.S. 847.012 or depicts or describes sexual conduct as defined in F.S. 847.001(19)(unless such material is for a course required by F.S. 1003.46, F.S. 1003.42(2)(n)1.g., F.S. 1003.42(2)3., or identified by State Board of Education rule) must be removed within five (5) school days after receipt of the objection and remain unavailable to students of that school until the objection is resolved.

The Superintendent, in consultation with the Coordinator of Media Services, shall retain the right to make a determination that the challenge to a title on the basis that it contains content that is pornographic or prohibited under F.S. 847.012 or depicts or describes sexual conduct as defined in F.S. 847.001(19), unless such material is for a course required by F.S. 1003.46, F.S. 1003.42(2) (n)1.g., or F.S. 1003.42(2) (n)3., or identified by State Board of Education rule, provides sufficient evidence to remove the title without review by the District Materials Review Committee or the Board.

Parents shall have the right to read passages from any material that is subject to an objection. If the Board denies a parent the right to read passages due to content that is subject to an objection on the basis that it is pornographic or prohibited under F.S. 847.012 or depicts or describes sexual conduct as defined in F.S. 847.001(19)(unless such material is for a course required by F.S. 1003.46, F.S. 1003.42(2)(n)1.g., F.S. 1003.42(2)(n)3., or identified by State Board of Education rule), the District shall discontinue the use of the material.

B. Upon receipt of the challenge, the Coordinator of Media Services may appoint a review committee made up of eight (8) individuals. The committee must consist of:

    1. five (5) Board member-designated individuals comprising a combination of parents of students who will have access to the materials at the time of the challenge and community members;

        a. Each Board member may only have one (1) designated individual on a given review committee;

        b. Every review committee must contain at least one (1) community member and one parent.

    2. one (1) media specialist from the school level at which the material is available;

    3. one (1) teacher;

    4. one (1) School Administrator.

A quorum shall be present at each meeting at which a decision is made consisting of at least two (2) out of three (3) district employees and three (3) out of five (5) Board appointees.

In the event of a tie vote in any committee decision, the votes of the Board appointees shall determine the outcome.

Meetings of review committees must be noticed and open to the public in accordance with F.S. 286.011.

B. The committee, in evaluating the questioned material, shall be guided by the following criteria:

    1. the appropriateness of the material for the age and maturity level of the students with whom it is being used

    2. the accuracy of the material

    3. the objectivity of the material

    4. the use being made of the material

C. The material in question, except material that must be removed within five (5) school days pursuant to Florida law, may not be removed from circulation pending the committee's recommendation to the Superintendent.  Parents may at any time opt their child out of all materials currently under review which remain in circulation.

D. The committee's recommendation shall be reported to the Superintendent in writing within sixty (60) business days following the formation of the committee. If additional time is needed, the Coordinator of Media Services shall notify

the Superintendent. The Superintendent will advise the complainant, in writing, of the committee's decision.

E. The complainant may appeal this decision, within ten (10) business days, to the Board through a written request to the Superintendent, who shall forward the request and all written material relating to the matter to the Board.

F. The Board will review the case, including all evidence proffered by the complainant, during a publicly noticed Board meeting. The Board shall announce during the meeting whether the challenged material meets the requirements of this Policy. The complainant shall submit any additional evidence for the Board's consideration no later than eight (8) days before the meeting at which the Board will consider the challenge.

No challenged material may be removed from the curriculum or from a collection of resource materials except by action of the Board or as otherwise required in this policy and Florida law, and no challenged material may be removed solely because it presents ideas that may be unpopular or offensive to some. Any Board action to remove material will be accompanied by the Board's statement of its reasons for the removal.

If the Board finds that any material meets the requirements under F.S. 1006.28(2)(a)2.a or that any other material contains prohibited content under F.S. 1006.28(2)(a)2.b.(I), the District shall discontinue use of the material.

If the Board finds that any other material contains prohibited content under F.S. 1006.28(2)(a)2.b.(II)-(IV), the District shall discontinue use of the material for any grade level or age group for which such use is inappropriate or unsuitable.

If a parent disagrees with the determination made by the Board on the objection to the use of a specific material, a parent may request the Commissioner of Education to appoint a special magistrate who is a member of The Florida Bar in good standing and who has at least five (5) years' experience in administrative law. The special magistrate shall determine facts relating to the District's determination, consider information provided by the parent and the District, and render a recommended decision for resolution to the State Board of Education within 30 days after receipt of the request by the parent.

The State Board of Education must approve or reject the recommended decision at its next regularly scheduled meeting that is more than seven (7) calendar days and no more than thirty (30) days after the date the recommended decision is transmitted. The costs of the special magistrate shall be borne by the District.

**Annual Report to the Florida Department of Education**

Annually, beginning June 30, 2023, the Board shall submit to the Commissioner of Education a report that identifies the following:

A. Each material for which the District received an objection, including the grade level and course the material was used in, for the school year and the specific objections thereto;

B. Each material that was removed or discontinued; and

C. Each material that was not removed or discontinued and the rationale for not removing or discontinuing the material.

Revised 2/18/25

© **Neola 2024**

Legal               F.S. 119.071

                    F.S. 212.183

                    F.S. 1001.215

                    F.S. 1002.22

                    F.S. 1003.485

                    F.S. 1006.28

                    F.S. 1006.28 through 1006.42

                    F.S. 1008.22

                    F.S. 1008.25(5) (a)

F.S. 1008.25 (5) (c)

F.S. 1014.05

F.A.C. 6A-1.094126

F.A.C. 6A-6.03028

F.A.C. 6A-7.0714

34 C.F.R. Part 300

**Last Modified by Tamela Moody on March 4, 2025**

Exhibit 12

**PEN American Center Inc., et al., v. Escambia County School Board**
**Books At Issue – Second Amended Complaint**

Below are the books at issue as identified by category in the Second Amended Complaint. These books were all part of the lawsuit as identified on the spreadsheet introduced as Exhibit 3 to the deposition of the Board's Rule 30(b)(6) witness, Bradley Vinson.[1]

| I. **Original Removed Books** | |
|:---:|:---|
| Removed by Board vote 2023[2] | |
| 1 | *All Boys Aren't Blue* by George M. Johnson |
| 2 | *And Tango Makes Three* by Justin Richardson |
| 3 | *Drama* by Raina Telgemeier |
| 4 | *Lucky* by Alice Sebold |
| 5 | *New Kid* by Jerry Craft |
| 6 | *Push* by Sapphire |
| 7 | *The Bluest Eye* by Toni Morrison |
| 8 | *The Nowhere Girls* by Amy Reed |
| 9 | *When Aidan Became a Brother* by Kyle Lukoff |

---

[1] Nine of the books originally at issue have been identified as lost by the Board and are therefore no longer at issue in this case and not included in the categories below: *Almost Perfect*; *Dead Until Dark*; *From Blood and Ash*; *Kingdom of Flesh and Fire*; *Lessons from a Dead Girl*; *My Friend Dahmer: A Graphic Novel*; *Red Hood*; *The Carnival at Bray*; *The Watchmen*.

[2] *Drama*, *The Bluest Eye* and *The Nowhere Girls* were subsequently removed from all libraries in July 2025 and are therefore also part of the Mass-Removed Books.

| | II. <u>Recent Removed Books</u> |
|---|---|

**A. Committee-Removed Books**
Identified on Defendant's Status Reports during stay as removed by DMRC vote

| 1 | *Better Nate Than Ever* by Tim Federle |
|---|---|
| 2 | *Too Bright To See* by Kyle Lukoff |
| 3 | *Man O'War* by Cory McCarthy |

**B. Superintendent-Removed Books**
Removed by Board vote June 17, 2025, based on Superintendent recommendation
(A greater number of books were removed on this day; this list reflects only the subset of books that are at issue in this case.)

| 1 | *Collateral* by Ellen Hopkins |
|---|---|
| 2 | *Crescent City: House of Earth and Blood* by Sarah J. Maas |
| 3 | *Home After Dark* by David Small |
| 4 | *Home Body* by Rupi Kaur |
| 5 | *Lexicon* by Max Barry |
| 6 | *Milk and Honey* by Rupi Kaur |
| 7 | *My Dark Vanessa* by Kate Elizabeth Russell |
| 8 | *Oryx and Crake* by Margaret Atwood |
| 9 | *The God of Small Things* by Arundhati Roy |
| 10 | *The Sun and Her Flowers* by Rupi Kaur |
| 11 | *Triangles* by Ellen Hopkins |
| 12 | *Batman: White Knight* by Sean Murphy |
| 13 | *Zahra's Paradise* by Amir Soltani & Khalil |
| 14 | *Beautiful* by Amy Reed |
| 15 | *Breathless* by Jennifer Niven |

| 16 | *What Girls Are Made Of* by Elana K. Arnold |
|---|---|

| | C. **Mass-Removed Books** |
|---|---|
| | Removed by Board vote July 15, 2025, based on inclusion on State DOE list as edited by Bradley Vinson<br>(A greater number of books were removed on this day; this list reflects only the subset of books that are at issue in this case.)[3] |
| 1 | *10 Things I Can See From Here* by Carrie Mac |
| 2 | *Ace of Spades* by Faridah Abíké-Íyímidé |
| 3 | *After* by Amy Efaw |
| 4 | *All The Things We Do in the Dark* by Saundra Mitchell |
| 5 | *Allegedly* by Tiffany D. Jackson |
| 6 | *Angus, Thongs and Full-Frontal Snogging* by Louise Rennison |
| 7 | *The Art of Racing in the Rain* by Garth Stein |
| 8 | *Assassination Classroom v.3* by Yusei Matsui |
| 9 | *Beloved* by Toni Morrison |
| 10 | *Beyond Magenta* by Susan Kuklin |
| 11 | *Boy Girl Boy* by Ron Koertge |
| 12 | *Boy Toy* by Barry Lyga |
| 13 | *Bumped* by Megan McCafferty |
| 14 | *Burned* by Ellen Hopkins |
| 15 | *Chosen* by P.C. Cast & Kristin Cast |
| 16 | *Clockwork Princess* by Cassandra Clare |

---

[3] In addition to the 98 listed Mass-Removed Books, the Board voted to remove *Drama*, *The Bluest Eye* and *The Nowhere Girls* from all school libraries notwithstanding the Board's earlier vote to retain them for some grade levels. These books are not included in this list, but they are also among the Mass-Removed Books (as well as the Original Removed Books).

3

| | |
|---|---|
| 17 | *Concrete Rose* by Angie Thomas |
| 18 | *Crank* by Ellen Hopkins |
| 19 | *Damsel* by Elana K. Arnold |
| 20 | *Darius the Great Deserves Better* by Adib Khorram |
| 21 | *Dime* by E.R. Frank |
| 22 | *Eleanor and Park* by Rainbow Rowell |
| 23 | *Empire of Storms* by Sarah J. Maas |
| 24 | *Extremely Loud and Incredibly Close* by Jonathan Safran Foer |
| 25 | *Fade* by Lisa McMann |
| 26 | *Flamer* by Mike Curato |
| 27 | *Forever* by Judy Blume |
| 28 | *Foul Is Fair* by Hannah Capin |
| 29 | *Girl Made of Stars* by Ashley Herring Blake |
| 30 | *Go Ask Alice* by Anonymous |
| 31 | *Graceling* by Kristin Cashore |
| 32 | *Grit* by Gillian French |
| 33 | *I Am Not Your Perfect Mexican Daughter* by Erika L. Sanchez |
| 34 | *I Never* by Laura Hopper |
| 35 | *Identical* by Ellen Hopkins |
| 36 | *I'll Give You the Sun* by Jandy Nelson |
| 37 | *Infandous* by Elana K. Arnold |
| 38 | *It* by Stephen King |
| 39 | *It Ends With Us* by Colleen Hoover |
| 40 | *Jesus Land: A Memoir* by Julia Scheeres |
| 41 | *Kingdom of Ash* by Sarah J. Maas |
| 42 | *L8r G8r* by Lauren Myracle |

| 43 | *Lady Midnight* by Cassandra Clare |
| 44 | *Last Night at the Telegraph Club* by Malinda Lo |
| 45 | *Leah on the Offbeat* by Becky Albertalli |
| 46 | *Life Is Funny* by E.R. Frank |
| 47 | *Little and Lion* by Brandy Colbert |
| 48 | *Living Dead Girl* by Elizabeth Scott |
| 49 | *Lush* by Natasha Friend |
| 50 | *Me and Earl and the Dying Girl* by Jesse Andrews |
| 51 | *Melissa (George)* by Alex Gino |
| 52 | *Midnight Lie* by Marie Rutkoski |
| 53 | *Monday's Not Coming* by Tiffany D. Jackson |
| 54 | *More Happy Than Not* by Adam Silvera |
| 55 | *Nineteen Minutes* by Jodi Picoult |
| 56 | *Out of Darkness* by Ashley Hope Pérez |
| 57 | *Rainbow Boys* by Alex Sanchez |
| 58 | *Ramona Blue* by Julie Murphy |
| 59 | *Ready or Not (All-American Girl Series)* by Meg Cabot |
| 60 | *Red, White and Royal Blue* by Casey McQuiston |
| 61 | *Relish: My Life in the Kitchen* by Lucy Knisley |
| 62 | *Rumble* by Ellen Hopkins |
| 63 | *Scars* by Cheryl Rainfield |
| 64 | *Slaughterhouse Five* by Kurt Vonnegut |
| 65 | *Smoke* by Ellen Hopkins |
| 66 | *Sold* by Patricia McCormick |
| 67 | *Speak* by Laurie Halse Anderson |
| 68 | *Stealing Heaven* by Elizabeth Scott |

| 69 | *The Absolutely True Diary of a Part-Time Indian* by Sherman Alexie |
| 70 | *The Duff* by Kody Keplinger |
| 71 | *The Female of the Species* by Mindy McGinnis |
| 72 | *The Freedom Writers Diary* by Erin Gruwell |
| 73 | *The Glass Castle* by Jeanette Wall |
| 74 | *The Handmaid's Tale* by Margaret Atwood |
| 75 | *The Handmaid's Tale, graphic novel* by Margaret Atwood |
| 76 | *The Hate U Give* by Angie Thomas |
| 77 | *The Haters* by Jesse Andrews |
| 78 | *The House of Spirits* by Isabel Allende |
| 79 | *The Infinite Moment of Us* by Lauren Myracle |
| 80 | *The Kingdom of Little Wounds* by Susann Cokal |
| 81 | *The Kite Runner* by Khaled Hosseini |
| 82 | *The Perks of Being a Wallflower* by Stephen Chbosky |
| 83 | *The Poet X* by Elizabeth Acevedo |
| 84 | *The Truth About Alice* by Jennifer Mathieu |
| 85 | *The Upside of Unrequited* by Becky Albertalli |
| 86 | *Thirteen Reasons Why* by Jay Asher |
| 87 | *This One Summer* by Mariko Tamaki |
| 88 | *Tilt* by Ellen Hopkins |
| 89 | *Tower of Dawn* by Sarah J. Maas |
| 90 | *Tricks* by Ellen Hopkins |
| 91 | *Two Boys Kissing* by David Levithan |
| 92 | *Unravel Me* by Tahereh Mafi |
| 93 | *Vanishing Acts* by Jodi Picoult |
| 94 | *Water for Elephants* by Sara Gruen |

| 95 | *We Are the Ants* by Shaun David Hutchinson |
| 96 | *Where I End and You Begin* by Preston Norton |
| 97 | *Wicked: The Life and Times of the Wicked Witch of the West* by Gregory Maguire |
| 98 | *Yolk* by Mary Choi |

| | **III.    Current Restricted Books** |
|---|---|
| | Books at issue in this lawsuit still subject to challenge and currently restricted pending resolution of the challenge[4] |
| 1 | *Bear Town: Book 1* by Fredrik Backman |
| 2 | *City of Thieves* by David Benioff |
| 3 | *Deogratias: A Tale of Rwanda* by J.P. Stassen |
| 4 | *Doing It* by Hannah Witton |
| 5 | *Finding Cinderella* by Colleen Hoover |
| 6 | *Girl in Pieces* by Kathleen Glasgow |
| 7 | *Guyaholic* by Carolyn Mackler |
| 8 | *Middlesex* by Jeffery Eugenides |
| 9 | *Simon vs. The Homo Sapiens Agenda* by Becky Albertalli |
| 10 | *Sloppy Firsts* by Megan McCafferty |
| 11 | *Super Mutant Magic Academy* by Jillian Tamaki |
| 12 | *The Facts in the Case of the Departure of Miss Finch* by Neil Gaiman |
| 13 | *The Music of What Happens* by Bill Konigsberg |
| 14 | *The Year of the Flood* by Margaret Atwood |
| 15 | *Without Merit* by Colleen Hoover |

---

[4] *City of Thieves* and *Girl in Pieces*, both included on this list, have been reviewed by a DMRC, which voted to retain the book but restrict it to eleventh and twelfth grade students; an appeal to the Board by Baggett is pending.

| | **IV.    Contingent Books** |
|---|---|
| | **A. Pending Challenge** |
| | Books at issue in this lawsuit still subject to challenge and currently unrestricted pending resolution of the challenge |
| 1 | *Beetle and the Hollowbones* by Aliza Layne |
| 2 | *Calvin* by Ronald Ford and Vanessa Ford |
| 3 | *Flor Fights Back* by Joy Michael Ellison |
| 4 | *GLBTQ* by Kelly Huegel |
| 5 | *Hurricane Child* by Kacen Callender |
| 6 | *Julian at the Wedding* by Jessica Love |
| 7 | *Maiden and Princess* by Daniel Haack |
| 8 | *My Rainbow* by Trinity Neal |
| 9 | *Same Sex Parents* by Holly Duhig |
| 10 | *That's Betty* by Gregory Bonsignore |
| 11 | *The Mighty Heart of Sunny St. James* by Ashley Blake |
| 12 | *The Whispers* by Greg Howard |
| 13 | *The Witch Boy* by Molly Knox Ostertag |
| 14 | *This Would Make a Good Story Someday* by Dana Levy |
| 15 | *We Are Not Yet Equal* by Carol Anderson |
| | **B. Challenge Resolved Favorably** |
| | DMRC voted to retain book; no appeal to Board; no further Board action to date |
| 1 | *A Lesson in Vengeance* by Victoria Lee |
| 2 | *Born Ready: The Story of a Boy Named Penelope* by Jodie Patterson |
| 3 | *Milo Imagines the World* by Matt de La Peña |
| 4 | *Hear These Voices: Youth at the Edge of the Millennium* by Anthony Allison |
| 5 | *Uncle Bobby's Wedding* by Sarah Brannen |

Exhibit 13

# REQUEST FOR THE RECONSIDERATION OF EDUCATIONAL MEDIA

School: _Northview High School_

Requested Initiated By: _Vicki Baggett_

Telephone: ▓▓▓▓▓▓    Address: ▓▓▓▓▓▓▓▓

City: _Century_    State: _FL_    Zip code: _32535_

**Please Check Media Type**

X Book    ___Film    ___Videocassette

___ Periodical    ___Filmstrip    ___Record    _Set I_

___ Pamphlet    ___Cassette    ___Computer Software    _# 7_

___ Laser Videodisc    ___Kit    Other: _____

Title: _And Tango Makes Three_

Author: _Justin Richardson_

Publisher or Producer: _____

1.    Reasons for Objections: _LGBTQ agenda using penguins_

2.    Have you read, viewed, and/or listened to the entire educational media to which you object? _Yes_

3.    What are the strengths of this educational media? _none_

4.    Are you aware of the judgment of this educational media by literary and authoritative critics? _Yes_

5.    What do you believe is the purpose of this educational media? _Indoctrination_

6.    For what age group would you recommend this educational media? _none_

7.    Where was the educational media located in the school system? _elementary schools_

8.    On what date(s) was the material utilized for instruction? _N/A_

Signature of Complainant: _Vicki Baggett_    Date: _8-24-22_

Exhibit 14

# REQUEST FOR THE RECONSIDERATION OF EDUCATIONAL MEDIA

School: _Northview High School_

Requested Initiated By: _Vicki Baggett_

Telephone: ███████    Address: ███████

City: _Century_    State: _FL_    Zip code: _32535_

### Please Check Media Type

| | | |
|---|---|---|
| X Book | ___Film | ___Videocassette |
| ___ Periodical | ___Filmstrip | ___Record |
| ___ Pamphlet | ___Cassette | ___Computer Software |
| ___ Laser Videodisc | ___Kit | Other:_____ |

_Set 2_
_# 32_

Title: _When Aidan Became a Brother_

Author: _Kyle Lukoff_

Publisher or Producer: _____

1. Reasons for Objections: _LGBTQ introduction; not age appropriate_

2. Have you read, viewed, and/or listened to the entire educational media to which you object? _yes_

3. What are the strengths of this educational media? _none_

4. Are you aware of the judgment of this educational media by literary and authoritative critics? _yes_

5. What do you believe is the purpose of this educational media? _indoctrination of LGBTQ_

6. For what age group would you recommend this educational media? _adults_

7. Where was the educational media located in the school system? _elementary school_

8. On what date(s) was the material utilized for instruction? _N/A_

Signature of Complainant: _Vicki Baggett_    Date: _8-24-22_

Exhibit 15

# Escambia County Public Schools
## District Materials Review Committee Decision

**Attach Request for Reconsideration of Educational Media**

**Author**: George M. Johnson        **Title or Item**: All Boys Aren't Bue

**Material Type:** High school library book

1. **District Committee Review Committee**

   1 high school media specialist, 1 high school administrator, 1 high school teacher, 1 high school parent, 1 community member

2. **Meeting date(s), time(s) and location(s):**

   12/12/22    5:30 pm - 6:30 pm   Spencer Bibbs

   1/9/23      5:30 pm - 6:30 pm   Spencer Bibbs

3. **Committee Decision (will stand for 1 year unless appealed to the ECSD School Board)**

   The committee voted 5:0 recommending that All Boys Aren't Blue be available in all high school ECPS libraries.

4. **Committee Comments Regarding the Titles:**

   **Could this work be considered offensive in any way due to:**

   > Profanity, brutality, sexual behavior, drugs/alcohol, violence, language, manner characters are presented, political positions, religion or portrayal of religious practices/ideologies

   **Are questionable elements of this work an important part of the overall development of the story or text?**

   > Yes:

   > The sexual assault and experiences of the narrator are extremely important to understand the trajectory of his life.  Without mentioning these experiences, the reader would not get the full experience of what his childhood was like as a queer, black man. The point of this memoir is to give a first-hand account of a queer, black young adult and without these moments, the memoir would not make sense.

# Escambia County Public Schools
## District Materials Review Committee Decision

Throughout, the author's experiences are connected to his beliefs.  He does not glamorize his experiences.  He seeks to tell his truth for readers who may share circumstances.

This book is a memoir of growing up black and gay. The author's experience was complex and he discusses many circumstances and situations that shaped/influenced him.

As stated in the introduction "as heavy as these subjects may be, it is necessary that they are not only told but also read by teens who may have to navigate many of these same experiences in their own lives.

Author writes of an incident of child molestation and two sexual encounters.

**This work is most suitable for which grades?**

9-12

**Taken as a whole, does this work have literary, artistic, political or scientific value for the suggested audience?**

Yes:

Absolutely. This memoir gives a voice to many marginalized communities that represent our students.

There are teenagers in our community who benefit from hearing his experiences and perspectives.  His life is part of the American experience.

This book discusses the experience of being black and gay, it touches on trauma (and processing trauma), family, death, etc.  All of the things the author experienced in his (continuing) formative years.

It is expressly written so others in similar circumstances will be able to earn from his experiences and hopefully have an easier time with it.

The book details the importance of family and how the love of family provides a strong foundation and support through life's challenges.  As a male who is black and gay, the author emphasizes that having that strong familial support is what can get any young person through any of life's challenges, especially those that he personally encountered.

# Escambia County Public Schools
## District Materials Review Committee Decision

**What is the overall purpose, theme or message of the material?**

Besides giving a voice to oppressed communities, this memoir gives the reader hope despite the hardships one may have in their youth.

Memoir. Breakdown isolation for LBGTQ youths and help them avoid mistakes the author has made.

The overall message is "Be who you are" and "Be proud of who you are" and "Find the people who love you unconditionally."

That it is ok to be a black homosexual and the damage which can occur as a result of expecting everyone to conform to a single viewpoint.

The book details the importance of family and how the love of family provides a strong foundation and support through life's challenges.  As a male who is black and gay, the author emphasizes that having that strong familial support is what can get any young person through any of life's challenges, especially those that he personally encountered.

**Are the concepts presented in a manner appropriate to the ability and maturity level of the suggested audience?**

Yes:

Many of our students do align themselves as black or queer, so this memoir does focus on experiences that our students do go through.  Our students are already exposed to dating violence, stigmas of mental illness, supporting friends with mental illness, and child trafficking through mandatory Suite 360 training, so this memoir can actually be used to support our students who have gone through the same experiences as Johnson.

This is written very simply and straight forward. There is a lot of explanation that accompanies more challenging parts.

It's a memoir - the author's experience - not a textbook or how-to book.  It touches on mental health that most if not all high school students are dealing.

He explains the language (and uses less than many of my students). The sex
Is somewhat expected but clearly not intended to be arousing. Rather, it is descriptive as a way of explaining the full situation and consequences.

For the majority of the book, the author writes about experiences in his life that are when he was of a younger age or similar age group for students grades 9-12. He writes of his elementary, middle school, high school and college experiences.

## Escambia County Public Schools
### District Materials Review Committee Decision

**Are illustrations appropriate for the suggested audience's developmental age?**

Yes

**Will reading or listening to this work result in a more compassionate understanding of human beings?**

Yes:

What this memoir does is give a voice to marginalized communities.  It shows the struggles of both black children and gay children.

Hearing about other people's lives and struggles.  The book also demonstrates compassion for people the author is in conflict. The author attempts to understand the struggles and perspectives of others.

Even among the gay community, there's no "one size fits all" label - the author did a great job expressing his compassion for friends and family (even those that hurt him).  This book is about a human experience.

He shows some of the negatives of his situation but does not present them a martyrdom. He works hard to humanize his characters.

Yes, reading or listening to this work will result in a more compassionate understanding of human beings.  The author writes about being an African American male and a gay male. He wrote about his experiences being a part of both subgroups of general society and his general experiences and feeling of how sometimes each subgroup was viewed through a lens of negative bias.

**Does the work offer an opportunity to understand and better appreciate the aspirations, achievements, and problems of different cultures or minority groups?**

Yes:

Absolutely.  This memoir shows acceptance of the LGBTQIAP+ community.  The author even states himself that he was unable to fully see himself represented in history books. Per the author, "It's an important reminder of just how important it is for Black kids to see themselves in the subjects they learn and the people they learn it from."  This author told a story that was not able to be told before, which now gives hope to our students that see themselves in this memoir.

# Escambia County Public Schools
## District Materials Review Committee Decision

That is the core of this work. It comes from a place of wanting more understanding for the author's culture and sexuality.

The author discusses a lot of problems in the gay community, black community, gay and black community and also discusses achievements and aspirations.

He is describing himself: a minority within a minority and the negative impact the oppression of the majority has had.

The author chronicles being bullied and physically assaulted because of his race. He describes the circumstances of his attack and the emotions he experienced as a result of the attack.

**NON-FICTION ONLY: Does the material contribute to the evolution of ideas and/or support state education standards?**

Yes:

This memoir can definitely be used as a supplement to the mental health modules as well as the following ELA B.E.S.T. Standards.
ELA.K12.EE.2.1 Read and comprehend grade level complex texts proficiently
R.2.1 Structure (9th - 12th grade)
R.2.2 Central Idea (9th - 12th grade)
R.2.3 Author's Purpose and Perspective (9th - 12th grade)
R.2.4 Argument (9th - 12th grade)
R.3.1 Figurative Language (9th - 12th grade)
R.3.2 Paraphrase and Summarize (9th - 12th grade)
R.3.3 Comparative Reading (11th grade specifically: Compare and contrast how contemporaneous authors address related topics, comparing author's use of reasoning, and analyzing the author's use of reasoning, and analyzing the texts within the context of the time period)
R.3.4 Understanding Rhetoric  (9th - 12th grade)
C.1.2 Narrative Writing (9th - 12th grade)
V.1.3 Context and Connotation (9th - 12th grade)

It's a library book in high school - it provides insight into this person's experience - it provides his information, which could be of value to anyone at the high school level or older.

Characterization, point of view, struggle for equality, rhetoric, purpose and perspective, style

V.1.3 Context and Connotation
R.1.2 Theme
R.1.3 Perspective and Point of View
R.2.2 Central Idea

# Escambia County Public Schools
## District Materials Review Committee Decision

R.2.3 Author's Purpose and Perspective

## 5. Next Steps

The Assistant Superintendent of Curriculum and Instruction will inform the complainant, in writing, by certified US mail, of the committee's decision.

The complainant may appeal the decision to the School Board. The appeal must be made in writing to the Superintendent within ten (10) days of receipt of notification of the district-level committee decision.

A decision on the complaint will be made at the next regularly scheduled Board meeting unless the request for appeal is filed within fourteen (14) days of the Board meeting. In that instance, the matter will be heard at the following regular Board meeting.

The Board shall review all evidence and materials presented at the district committee level. If the complainant wishes to proffer additional evidence, it must be presented to the Superintendent no less than eight (8) days prior to the meeting at which the matter will be heard.

The complainant will be afforded the opportunity to offer additional arguments in support of their position.

The public shall be afforded an opportunity to comment before the Board makes a final decision.

The Board reserves the right to use outside expertise if necessary to help in its decision making.

The Board decision will be final, and the Superintendent will implement the decision.

Decisions on reconsidered materials will stand for five (5) years before new requests for reconsideration of those items will be entertained.

Exhibit 16

# REQUEST FOR THE RECONSIDERATION OF EDUCATIONAL MEDIA

School: _Northview High School_

Requested Initiated By: _Vicki Baggett_

Telephone: ▮▮▮▮▮▮    Address: ▮▮▮▮▮▮▮▮

City: _Century_    State: _FL_    Zip code: _32535_

### Please Check Media Type

X Book          ___Film          ___Videocassette

___ Periodical    ___Filmstrip     ___Record          _Set 1_

___ Pamphlet     ___Cassette      ___Computer Software   _#6_

___ Laser Videodisc  ___Kit        Other:_____

Title: _All Boys Aren't Blue_

Author: _George M. Johnson_

Publisher or Producer: _____

1. Reasons for Objections: _extreme sexual content; violent language; disturbing scenes; LGBTQ content_

2. Have you read, viewed, and/or listened to the entire educational media to which you object? _Yes_

3. What are the strengths of this educational media? _none_

4. Are you aware of the judgment of this educational media by literary and authoritative critics? _yes_

5. What do you believe is the purpose of this educational media? _indoctrination_

6. For what age group would you recommend this educational media? _none_

7. Where was the educational media located in the school system? _high school_

8. On what date(s) was the material utilized for instruction? _N/A_

Signature of Complainant: _Vicki Baggett_    Date: _8-24-22_

✱ _Submitted for review on 8/4/22, No response until I emailed inquiring on 8/23/22. Was told it has not been reviewed yet._

Exhibit 17

Jan. 27, 2023

RE:   Appeal for "All Boys Aren't Blue"

Dear Escambia County School Board Members:

Please find attached additional evidence for the appeal of the District Materials Review Committee's decision for **"All Boys Aren't Blue."**

According to Cornell Law, the definition of pornography is material that depicts nudity or sexual acts for the purpose of sexual stimulation. Consequently, our own District's Policy Manual claims the following: Chapter 4, Instruction: E:3:v concerning Media Center selections, **"No book or other materials containing pornography shall be used or be available in the District as prohibited by Section 847.012, F.S."**

By now, surely we all know that District employees who offer such material to minors are guilty of a third-degree felony.   We also know that the **new HB1467** law guidelines for school and classroom libraries require that books **must be free of pornography, suited to student needs and their ability to comprehend, and grade and age-level appropriate**. Ultimately, the decision on this book and every other book that is appealed is left up to the school board. Unlike the District Review Committee, whose identity is hidden to the public, your decisions will be front and center for all concerned parents, employees and other community members to see. This is a good thing, because it will show exactly where you stand for the sake of our minor children who have been entrusted in our care.

Our District Materials Review Committee ( who voted 5 to 0 to keep this book available to our minor children, by the way),   wrote that this author "explains the language (and uses less than many of my [sic] students. The sex is somewhat expected but clearly not intended to be arousing. Rather, it is descriptive as a way of explaining the full situation and consequences," and that this "memoir can actually be used to support our students who have gone through the same experiences as Johnson" (the author). The committee further states that this memoir can "definitely be used as a supplement to mental health modules as well as ELA standards . . . "

My question to the school board is where do we draw the line between providing a narrative sexual account for minor student connection? Just because an author is providing a step-by-step narrative of something that happened to him or her

does not mean that the way it is written and the words and situations used are acceptable and beneficial for minors.

I herewith attach several excerpts for you. How many excerpts does it take to decide if a book is **pornographic, age inappropriate, or not suited for students' needs**? So because the committee thinks this memoir aligns with ELA Standards, does this mean any high school ELA teacher can use this book as a supplement within the classroom to teach the 11 ELA B.E.S.T. Standards that the committee listed? Do minor students need to read about cousins "tasting" and performing "oral sex" and then "humping" each other? Or what about "ejaculating so much that you bust?"

Many states have already pulled this book because of the **sexually graphic content and violent language**. Although you are charged with reading this book in its entirety, I am providing you many pornographic and obscene sections direct from the work itself, hopefully to assist you in this serious task at hand.


**EXCERPTS:**
"Yeah." But I laughed and said, "Get your hand off my butt."
You giggled. "That's not my hand."
"You're lying," I said. You then placed both hands on my hips, as we lay side by side. There was still something poking me.
You were fully erect at this point. I was nervous. "We gonna get in trouble."
"You can't tell anybody, okay?" you said. "You promise that you not gonna tell anyone?"
I promised. You then grabbed my hand and made me touch it. It was the first time I had ever touched a penis that wasn't my own. I knew what was happening wasn't supposed to happen. Cousins weren't supposed to do these things with cousins. But my body didn't react that way. My body on the inside was doing something, too. **(p. 201)**

The whole time I knew it was wrong, not because I was having sexual intercourse with a guy, but that you were my family. I only did that for about forty-five seconds before you had me stop. Then you got down on your knees and told me to close my eyes. That's when you began oral sex on me as well. It was the strangest feeling in the world. Unfortunately, I didn't have a handbook to earn sexuality as a queer boy. My crash course was happening right in front of me, and despite the guilt I was feeling, there was also euphoria. Things were happening to me that I couldn't explain. Feelings and emotions I had not known existed.
After a minute or so, you stopped. You then laid me on the ground and got on top of me. You began humping me— back and forth back and forth—never penetrating me, though. It was just our bodies on top of each other going back and forth for several minutes while the music on the TV played in the background. Aretha Franklin was singing "A Rose Is Still a Rose." The irony of a song playing in

the background about the deflowering of a young girl being used by a man. The irony of me lying on the basement floor.

You eventually got up off me and told me to come to the bathroom, that you wanted to show me one more thing. You turned on the light and closed the door. You began stroking yourself in front of me. I just stood there nervous because I didn't know what to expect next. You said, "Just keep watching, Matt." So I stood there and watched you for several minutes.

Then you began to moan slightly. I took a step back because I didn't know what was about to happen, and then it did. You ejaculated into the toilet in front of me. I was very unaware of what sex involved at the time— primarily because I stayed away from it. I knew I didn't like girls that way, and the first thing folks would ask you if you inquired about sex was whether "you were fucking or not." And I wasn't. We also had the bare minimum of sex education in school, so I was unaware of a lot of things.

Watching you **ejaculate** was shocking. I remember you telling me, "It's semen. One day when nobody is around, you should do this until you get this feeling you never felt before and bust."
**(p. 203)**

Two weeks after that night, I **masturbated** for the first time, and you were right. I was old enough to experience that feeling of what I would later learn is called an orgasm. Despite knowing that what happened with you was wrong, I now knew that I was definitely attracted to boys.

...I was soon a high school freshman, with sexually active teens all around me. **(p. 207)**

As we kissed, he began unzipping my pants. It was clear to me in this moment that he wasn't new to this.

He reached his hand down and pulled out my **dick**. He quickly went to giving me head. I just sat back and enjoyed it as I could tell he was, too. He was also definitely experienced in what he was doing, because he went to work quite confidently. He then came up and asked me if I wanted to try on him. I said sure. I began and he said, "Watch your teeth." I didn't want to let him know I was inexperienced. So, I slowed down and took my time and luckily got into a good **rhythm.** He didn't know I was a virgin, and I did my best to act dominant like my favorite porn star. I was an actor, and this was my movie.

There was so much excitement running through my body: This was much more than losing my virginity. For once, I was consenting to the sexual satisfaction of my body. This moment also confirmed that sex could look how I wanted it to look. And that it could be passionate and kind, but most importantly, fun and satisfying. **His body felt great in my mouth**.

I came up after a while and kissed him again. We both got up and went into his bedroom, where we got completely naked. He took off his clothes and immediately lay on his stomach. I then took off my shirt, and then my boxer briefs. I got behind him. There was moonlight coming through the shades of the dark room. Two Black boys under the glow of blue moonlight. How poetic, dare I

say ironic?

Now, I was scared as hell. One, because I didn't know what I was doing and clearly, he did. Two, because it was still college, and my fear of word getting out that I was inexperienced or bad in bed would have been too big of a campus rumor. Let alone that I was having sex with men and a friend of someone in my chapter.

**For the first few minutes, we dry humped and grinded. I was behind him, with my stomach on his back as we kissed. After a few minutes of fun and games, he got up and went to his nightstand, where he pulled out a condom and some lube. He then lay down on his stomach. I knew what I had to do even if I had never done it before. I had one point of reference, though, and that was seven-plus years of watching pornography. Although the porn was heterosexual, it was enough of a reference point for me to get the job done.**

**I remember the condom was blue and flavored like cotton candy. I put some lube on and got him up on his knees, and I began to slide into him from behind. I tried not to force it because I imagined that it would be painful; I didn't want this moment to be painful. So I eased in, slowly, until I heard him moan.**

**As we moved, I could tell he was excited and I was, too, but the pride in me told me not to show it. I felt like I was in control and proud of myself for getting it right on the first try—all the while still being nervous. I wanted to stay dominant in that moment. We went at it for about fifteen minutes before I started to get that feeling. Weakness in the legs, numbness in the waist. I finally came and let out a loud moan—to the point where he asked me to quiet down for the neighbors. I pulled out of him and kissed him while he masturbated. Then, he also came. That night was glorious. I had conquered a fear and had sex with a man on my own terms (p. 266).**

For me, I was finally on my journey of sexual exploration and couldn't't' wait to do it again.

He and I had sex a second time two weeks later, before school let out for summer.

...I had several sexual encounters that involved **mutual masturbation and kissing** and fooling around, but I just couldn't bring myself to have penetrative sex again.

I was hesitant because I still had a lot of questions. As much as I enjoyed being on top, I wasn't sure if I always wanted to be the dominant person in the bedroom. I was still a novice at sex, and even more at gay culture and sexual positions. I wasn't sure if **because I "topped" him, that meant I always had to be the top.** I also wanted to try the bottom position, which I associated with being the more submissive person.

...I just needed time to reflect, and figure out if sex for me was going to be the casual hookup thing or if I was ready to now seek something more. **(p. 269)**

I got to his apartment and we both began drinking while watching TV. This lasted all of ten minutes before we started kissing and undressing each other.

He then stood up and grabbed me by the hands and led me into his bedroom. We took each other's clothes off, fast but deliberate. After, he told me to lie down on the bed. He asked me to "turn over" while he slipped a condom on himself.

My heart immediately started to race. Nervously, I asked him what he was doing, and he said, "You." I laughed at first but then told him that I had never been the bottom. He looked at me and said, "Well, that's about to change tonight."

I was extremely nervous. There is a fear, as with most things that you are doing for the first time. But this was my ass, and I was struggling to imagine someone inside me. And he was . . . large. But, I was gonna try.

it **I had previously topped someone who clearly enjoyed**, but he had been enjoying anal sex before I ever came along. He knew what to expect. I didn't. As an avid porn watcher, the only thing I knew about anal sex previously was that it was painful, or at least played up as such on the cameras.

Nervous and drunk, I listened and got on my stomach. He got on top and slowly inserted himself into me. It was the worst pain I think I had ever felt in my life. He then added more lube and tried again, which felt better but not by much. He began his stroking motion. Eventually, I felt a mix of pleasure with the pain.

I can't say that I didn't enjoy it, because I did. But it was painful for sure. In those few minutes though, I can say that he was gentle. His aim wasn't to hurt me, and my aim was for him to be pleasured, too. He didn't last long inside of me, thankfully. He gave me a kiss before he pulled out. I didn't stay long, nor did I masturbate after. I was in a state of shock. I just wanted to get back home. **(p. 271).**

Again, I ask you, do students actually need to read, at a Florida public high school library, what it means to have an experience of someone being "inside their ass" in order to master our Florida BEST Standards? If that's the case, then many of us apparently are very shallow in our knowledge, based on what was provided to us in our schools' libraries from earlier years.

Vicki Baggett, M.A.T.

Exhibit 18

# REQUEST FOR THE RECONSIDERATION OF EDUCATIONAL MEDIA

School: _Northview High School_

Requested Initiated By: _Vicki Baggett_

Telephone: ███████    Address: ███████

City: _Century_    State: _FL_    Zip code: _32535_

Set 1
# 23

### Please Check Media Type

X Book                    ___ Film              ___ Videocassette

___ Periodical            ___ Filmstrip         ___ Record

___ Pamphlet             ___ Cassette          ___ Computer Software

___ Laser Videodisc       ___ Kit               Other: _____

Title: _New Kid_

Author: _Jerry Craft_

Publisher or Producer: _____

1.  Reasons for Objections: _race-baiting; anti-whiteness_

2.  Have you read, viewed, and/or listened to the entire educational media to which you object?
    _yes_

3.  What are the strengths of this educational media? _None_

4.  Are you aware of the judgment of this educational media by literary and authoritative critics?
    _Yes_

5.  What do you believe is the purpose of this educational media? _Woke agenda; race-baiting_

6.  For what age group would you recommend this educational media? _None_

7.  Where was the educational media located in the school system? _elementary, middle + high schools_

8.  On what date(s) was the material utilized for instruction? _N/A_

Signature of Complainant: _Vicki Baggett_    Date: _8-24-22_

Exhibit 19

# Escambia County Public Schools
## District Materials Review Committee Decision

**Attach Request for Reconsideration of Educational Media**

**Author**: Raina Telgemeier        **Title or Item**: Drama

**Material Type:** Elementary and Middle School library book

1. **District Committee Review Committee**

   1 elementary media specialist, 1 middle school media specialist, 1 elementary administrator, 1 middle school administrator, 1 elementary teacher, 1 middle school teacher, 1 elementary parent, 1 middle school parent, 1 community member

2. **Meeting date(s), time(s) and location(s):**

   | | | |
   |---|---|---|
   | 1/5/23 | 5:30 pm - 6:30 pm | Spencer Bibbs |
   | 1/30/23 | 6:00 pm - 7:00 pm | Spencer Bibbs |

3. **Committee Decision (will stand for 1 year unless appealed to the ECSD School Board)**

   The committee voted 6:3 recommending that Drama be available in all elementary, middle, and high school ECPS libraries.

4. **Committee Comments Regarding the Titles:**

   **Could this work be considered offensive in any way due to:**

   Sexual behavior - attraction, kiss, aberrant behavior

   **Are questionable elements of this work an important part of the overall development of the story or text?**

   Yes

   This is a story of a 7th grade girl who loves being in Drama club and working behind the scenes. She has a crush on a boy who doesn't like her back. She also meets twin brothers and develops a close friendship with them. One of the twins is gay and has a crush on another boy. The book covers basic middle school issues like developing feelings for someone and becoming more independent.

# Escambia County Public Schools
## District Materials Review Committee Decision

Elementary students may find the kissing in a graphic novel "icky" because of their immaturity.  "Going Out" and physical intimacy doesn't begin as a recognized behavior/relatable until later in grade school.

Sexuality is a touchy subject.

No

There is no depiction of romantic contact between any of the characters.  The story is about friendship and middle school crushes.

There is nothing in this work that could be considered offensive.  This book tells the story of the main character's romantic interest.  There is no sex in any part of the story.  The characters reflect real-life situations.

I didn't find any questionable elements in this story.

While a conflict involves a student's attraction (romantically) to another, any "sexual behavior" is incidental to the main plot of the story: conflicts that arise between students working together on a play.

The story is not built around any questionable element. It is about Callie and the issues she deals with day to day.

The book does not qualify as indoctrination: there is no evidence of trying to make the reader accept the belief of the author nor characters.

**This work is most suitable for which grades?**

        3-5, 6-8, 6-8 YA, 9-12

**Taken as a whole, does this work have literary, artistic, political or scientific value for the suggested audience?**

      Yes

This book's message is about working hard to accomplish a goal while working through regular middle school challenges.

## Escambia County Public Schools
### District Materials Review Committee Decision

This is like a middle school playbook. Every student can somehow relate to one of the characters in the book because they are experiencing the exact same discoveries and emotions at this age.

This book has literary and artistic value in the themes that are presented due to the idea that all readers will be able to identify with the idea of an adolescent navigating relationships as well as the ups and downs of life and love. This book also includes the value of hard work and stick-with-it-ness. The main character of the story continues to come against challenges to her vision of what the scenes in the play "Moon Over Mississippi" should look like. She continues to work toward her goal of making a cannon until she creates the scenes she wants. This work shows the value of art through the steps of putting on a production. This book speaks to students who are going through similar situations and introduces those who may not have had this experience to multiple layers of putting on a production. there are characters in this story that all readers can relate to.

I feel the book as a whole shows the preteen experience with middle school "crushes" in a real and honest way.  It also shows different types of relationships and does not focus on only one type.

Students are exposed to students every day that are struggling with their identity. This story encourages empathy in relationships with others.

Drama gives realistic portrayals of middle school/teen angst.  Discovering who you are and how you fit into the larger scheme of things is is part of everyday life for this age group.

Drama is a well written middle/high school novel.  It reflects age appropriate concerns.

THEME: This work emphasizes the importance of teamwork and how there are many "STARS in the show".  *Artistically*, this work encourages kids and young teens to BE CREATIVE in problem solving and to think critically to achieve personal goals.

Covers a lot of what young teens go through and different relationships.

**What is the overall purpose, theme or message of the material?**

Work hard to overcome and succeed.

## Escambia County Public Schools
### District Materials Review Committee Decision

How much middle school is just DRAMA! Students are learning to navigate dating, affection, and who they want to be. Awkward age is summed up perfectly in this book.

The overall purpose or theme of this story is friendship, teamwork, inclusion, and determination.

Don't make assumptions about people.  Get to know them and accept them for who they are. I also enjoyed the very diverse group of friends in the story.

Working hard to accomplish goals, the importance of empathy in all relationships, communication among peers for understanding, dealing with confusing feelings, and handling conflicts among peers.

Drama depicts what might be happening in any middle or high school on any given day. Teamwork is a dominant theme as is the importance of accepting yourself and others for what they are.

The message of Drama is that of acceptance by peers, as well as being determined towards goals.

The importance of teamwork to achieve a common goal. Many "stars" in "the show".

Friendships, teamwork.

**Are the concepts presented in a manner appropriate to the ability and maturity level of the suggested audience?**

Yes

The book uses real-life situations and humor to convey the importance of teamwork and perseverance.

Yes, it is a direct reflection of what they are experiencing right now. They are learning about who they are and who they want to be. These are all typical age-appropriate situations for this age group.

The concepts in this book are suitable for readers in the recommended age group from the publisher.

# Escambia County Public Schools
## District Materials Review Committee Decision

The concepts are presented in a way that is easily understood.  As a middle school media specialist, I feel the maturity level is on point.

There are students that identify as homosexual and others who are struggling with identity in middle school.  Middle/high schoolers I've encountered struggle with similar issues.  Show them possible ways of handling these conflicts in their relationships with others and themselves.

This book is very realistic in portraying middle/high schoolers and the drama they face every day.  Middle school students may not date, but they definitely deal with crushes and the broken heart.

Middle/high school students are seeking peer relationships and are goal oriented.

I think older grade school children will find this story very relatable and fun to read. Grades K-3 might not understand some of the larger, overarching concepts/they may go over their heads.

Happening in the same age group.

**Are illustrations appropriate for the suggested audience's developmental age?**

Yes

**Will reading or listening to this work result in a more compassionate understanding of human beings?**

Yes

This book has "geeks", "cool kids", "jocks" as well as characters of many ethnicities. They are all trying to figure out who they are and the challenges they face help the reader understand each of the characters more.

I believe it will result in a better understanding of human beings.  This book provided similar problems to what students face everyday in school without judging.

This book will absolutely result in more compassion and understanding of human beings.  The characters in this story are very relatable and realistic. It is important for readers to see themselves in books as well as see the struggles that others go

## Escambia County Public Schools
### District Materials Review Committee Decision

through. These experiences humanize others and help to build empathy and compassion as well as an understanding of others.

I thought the material was handled very well throughout the story.  I did not see it as a story only focused on a gay relationship, there were many middle school relationships that were part of the story.

Being exposed to people that are different from us helps build understanding and compassion (even if they are fictional characters).

Middle/high school is a time of much sexual confusion for many.  Seeing characters deal with the same issues might open the doors for meaningful conversations about acceptance and compassion.

Everyone has felt peer rejection, as Callie and others work through situational circumstances that are reader relatable.

In this story, there is a lot of elevated emotional stakes.  Kindness and open-affirmation of others talents, preferences, communication style, and level of emotional intelligence is offered as an overarching theme.

**Does the work offer an opportunity to understand and better appreciate the aspirations, achievements, and problems of different cultures or minority groups?**

Yes

This book has "geeks", "cool kids", "jocks" as well as characters of many ethnicities. They are all trying to figure out who they are an the challenges they face help the reader understand each of the characters more.

It opened up the reader's eyes to what the boy was experiencing as he told his friend he was gay. She openly accepted him.

There are characters of color in this story, though it does not delve deeply into cultural differences, you can see that the aspirations of all groups of people are similar.  That as humans we are all connected.

Gives readers exposure to people struggling with attraction to same-sex peers and opposite-sex peers.

# Escambia County Public Schools
## District Materials Review Committee Decision

The book touches on the LGBTQ population.  The confusion, stigma are mentioned.  Again, the issue is <u>not</u> central to the story at all.

Agreed, through the character interactions the reader will reflect on the diversity among people.  There can be compassion felt that will be used in real life situations.

There is an incredibly diverse student body in this graphic novel.  None of which impacts the ultimate themes (or limitly impacts it) but because this is a graphic novel - it's important to show this diversity for inclusion and to break down stereotypes.

**NON-FICTION ONLY: Does the material contribute to the evolution of ideas and/or support state education standards?**

NA

**Additional Thoughts:**

5. **Next Steps**

The Assistant Superintendent of Curriculum and Instruction will inform the complainant, in writing, by certified US mail, of the committee's decision.

The complainant may appeal the decision to the School Board. The appeal must be made in writing to the Superintendent within ten (10) days of receipt of notification of the district-level committee decision.

A decision on the complaint will be made at the next regularly scheduled Board meeting unless the request for appeal is filed within fourteen (14) days of the Board meeting.  In that instance, the matter will be heard at the following regular Board meeting.

The Board shall review all evidence and materials presented at the district committee level. If the complainant wishes to proffer additional evidence, it must be presented to the Superintendent no less than eight (8) days prior to the meeting at which the matter will be heard.

The complainant will be afforded the opportunity to offer additional arguments in support of their position.

The public shall be afforded an opportunity to comment before the Board makes a final decision.

The Board reserves the right to use outside expertise if necessary to help in its decision making.

## Escambia County Public Schools
### District Materials Review Committee Decision

The Board decision will be final, and the Superintendent will implement the decision.

Decisions on reconsidered materials will stand for five (5) years before new requests for reconsideration of those items will be entertained.

Exhibit 20

# REQUEST FOR THE RECONSIDERATION OF EDUCATIONAL MEDIA

School: _Northview High School_

Requested Initiated By: _Vicki Baggett_

Telephone: ▓▓▓▓▓▓  Address: ▓▓▓▓▓▓

City: _Century_  State: _FL_  Zip code: _32535_

### Please Check Media Type

X Book  ___Film  ___Videocassette

___ Periodical  ___Filmstrip  ___Record

___ Pamphlet  ___Cassette  ___Computer Software  _Set 2_

___ Laser Videodisc  ___Kit  Other:_____  _# 11_

Title: _Drama_

Author: _Raina Telgeimeier_

Publisher or Producer: _____

1. Reasons for Objections: _Indoctrination of LGBTQ. age inappropriate + content not relevant_

2. Have you read, viewed, and/or listened to the entire educational media to which you object? _yes_

3. What are the strengths of this educational media? _None_

4. Are you aware of the judgment of this educational media by literary and authoritative critics? _yes_

5. What do you believe is the purpose of this educational media? _Indoctrination_

6. For what age group would you recommend this educational media? _None_

7. Where was the educational media located in the school system? _Elementary + Middle Schools_

8. On what date(s) was the material utilized for instruction? _N/A_

Signature of Complainant: _Vicki Baggett_  Date: _8/24/22_

Exhibit 21

# Escambia County Public Schools
## District Materials Review Committee Decision

**Attach Request for Reconsideration of Educational Media**

**Author**: Toni Morrison        **Title or Item**: The Bluest Eye

**Material Type:** High school library book

1. **District Committee Review Committee**

   1 high school media specialist, 1 high school administrator, 1 high school teacher, 1 high school parent, 1 community member

2. **Meeting date(s), time(s) and location(s):**

   12/15/22    5:30 pm - 6:30 pm    Spencer Bibbs

   1/18/23    6:30 pm - 7:30 pm    Spencer Bibbs

3. **Committee Decision (will stand for 1 year unless appealed to the ECSD School Board)**

   The committee voted that the title be available in High School library collections.

   > 3 votes to keep in High School libraries
   > 2 votes to keep in Middle School Young Adult Opt-In and High School libraries

4. **Committee Comments Regarding the Titles:**

   **Could this work be considered offensive in any way due to:**

   > The following items were selected:

   > profanity, sexual behavior, prurient behavior, drugs/alcohol, brutality, violence, aberrant behavior, cruelty, religion or portrayal of religious ideologies

   **Are questionable elements of this work an important part of the overall development of the story or text?**

   > Yes:

   > The harsh truth of racism in the 1940s. The effects of self-loathing are just as relevant today and many young people will be able to relate to the main characters.

## Escambia County Public Schools
### District Materials Review Committee Decision

The behavior leads to Pecola's coming undone.  Past behaviors lead to many characters' outcomes.

The Bluest Eye is told by an adolescent who is trying to find a place in the "we" of a community that includes adults suffering and doing harm to each other and to her friends.

The novel describes a scene of intense racism where white men force a black man to sexually abuse a black woman.  This is important for the novel because it shows how the severe anti-black racism of some dehumanizes African Americans and, in this instance, leaves both people scarred for nothing other than the pleasure of racists.  The South's history is full of such moments and they need to be known and understood to understand present racism in the U.S.

The sexual behavior contained within "The Bluest Eye" works as a type of violent oppression.

**This work is most suitable for which grades?**

The following were selected:

6-8, 9-12, 11-12

**Taken as a whole, does this work have literary, artistic, political or scientific value for the suggested audience?**

Yes:

The book dares the reader to challenge his or her beliefs or preconceived notions of beauty. The novel looks at the continuing effects of racism and its pervasiveness for a community.

Long-term effect of self-hatred/loathing.

Toni Morrison is considered one of the most accomplished writers of a generation. The use of the "we" as a viewpoint and her intensive attention to sensory experience is unique, especially for the time in which her career began.  She specifically states in interviews that she wanted to write books she could not find to read.

This book describes the effects of anti-black racism on black women as well as black men. The novel offers a look at working class black life in the early half of the 20th century. Besides Toni Morrison won the Nobel Prize, the highest award in World Literature, making her work essential in telling the American story and a role model for black women.

Yes, "The Bluest Eye" has literary, artistic, and political value for grades 9-12.

# Escambia County Public Schools
## District Materials Review Committee Decision

**What is the overall purpose, theme or message of the material?**

The novel looks at the continuing effects of racism and its pervasiveness for a community. It also addresses the roles of women of color in a community (interactions, involvements, opportunities, or lack thereof).

Coming of age in a world that isn't kind to them.  Struggles and trials facing young children. Self-hatred, loathing, racism.

As stated above, the adolescents in The Bluest Eye are trying to understand their place in a community in which harm is occurring.  They are trying to understand the nature and reason for the harm.

The overall purpose of the novel is to express the detrimental effects of racism, especially anti-black racism, on the entire community.  Besides that, the novel is written in beautiful prose that is unmatched in American literature.  Also, the effects of a community that knows sexual violence and blames children for the acts of adults.

"The Bluest Eye" gives a detailed account of the impact of white beauty standards on black girls and women.

**Are the concepts presented in a manner appropriate to the ability and maturity level of the suggested audience?**

Yes:

Mature readers shall have access to this book.  While the narrator is young, it is not a typical YA narrator and may be too complex for less sophisticated readers.

Students are dealing with these issues or know someone who is or has.

Of all Morrison's novels, this is the only one told from the viewpoint of adolescents. Teens who are not reading at grade level might find the text difficult, but that is true of most classics.

For students of the age range of high school students, the content is surely known. Racism presents itself every day in society, as well as anti-black and anti-women instances are around from TV, the internet, books, magazines, and even in classroom discussions. Same with sex and sexuality. While the text is sometimes graphic, the book represents true life stories that students need to know about to hopefully overcome racist, sexist, and oppressive attitudes.

# Escambia County Public Schools
## District Materials Review Committee Decision

"The Bluest Eye" is an 8th-grade reading level; nevertheless, the mature content requires a more mature audience of the 9th-12th grade level.

**Are illustrations appropriate for the suggested audience's developmental age?**

Not applicable

**Will reading or listening to this work result in a more compassionate understanding of human beings?**

Yes:

The book explains the failures of the world and our society that mature readers will question.  Compassion, understanding, and insight into communities of color.

Opens the door to a world many students have never seen/felt/experienced.

Intergenerational suffering and harm is something that teens need to reckon with and do reckon with.  It is developmentally appropriate for their age.  Understanding the suffering of others increases compassion.

The characters are presented in a very sympathetic light and one learns how they become the people they are through Toni Morrison's exquisitely beautiful prose.  Further, one cannot help but feel sympathy towards Pecola as she feels the only way to survive her ordeal is to get blue eyes like Shirley Temple. So sad.

"The Bluest Eye" allows readers to understand how the main character's coming-of-age story was affected by white beauty standards.

**Does the work offer an opportunity to understand and better appreciate the aspirations, achievements, and problems of different cultures or minority groups?**

Yes:

The book explains the failures of the world and our society that mature readers will question.  Compassion, understanding, and insight into communities of color.

Problems

The problem of child abuse and child sexual abuse is not specific to any culture; it is pervasive.  That being said, the novel also explores challenges unique to African American persons in the middle of the last century.  As for achievement, Toni Morrison's literary significance is the achievement.

# Escambia County Public Schools
## District Materials Review Committee Decision

By reading this book, one cannot help but feel concerned and have a better understanding of Pecola.  In a divided society, books hold a key to understanding other cultures, as well as recognition of similarities between peoples. Representation, especially representing the works of Black Nobel Prize-winning authors, is incredibly important.

"The Bluest Eye" allows readers an opportunity to understand the aspirations and problems of different cultures and minority groups.

**NON-FICTION ONLY: Does the material contribute to the evolution of ideas and/or support state education standards?**

Not applicable

**Additional Notes**

Many classics deal with sexual themes.  The Sun Also Rise is an entire book about impotency. The Great Gatsby is about adultery and murder. Toni Morrison's writing was a movement away from the implied off-stage tragedy to a sensory-oriented language from which the readers cannot look away or pretend the tragedy is not occurring or is not important.  The use of the "we" in her writing asks the reader to engage in questions about their role in the community. This is a departure from the removed narrator of early and mid-century texts or the "I" of more individualistic writing.  Faulkner wrote on many of the same themes in this book, but either through a removed narrator or in such a way, for instance, in The Sound and the Fury, could read it and have not realized what happened. The strength of Morrison's work, which critics seem disturbed by, is that the disturbing is disturbing.  That and obviously her skilled use of language.

This was one of the best novels I've ever read. Morrison's style is incredible and her literary voice holds a remarkable ability to convey a powerful story, complex in nature, but in a very accessible manner.  I'm a better person for having read this book and could see having a positive impact on so many students who are grappling with many issues that this book covers.  Not to mention Toni Morrison won the Nobel Prize for literature.  So many people need to see diverse faces in the literary canon, it would be criminal to remove this book.

5.  **Next Steps**

The Assistant Superintendent of Curriculum and Instruction will inform the complainant, in writing, by certified US mail, of the committee's decision.

The complainant may appeal the decision to the School Board. The appeal must be made in writing to the Superintendent within ten (10) days of receipt of notification of the district-level committee decision.

# Escambia County Public Schools
## District Materials Review Committee Decision

A decision on the complaint will be made at the next regularly scheduled Board meeting unless the request for appeal is filed within fourteen (14) days of the Board meeting.  In that instance, the matter will be heard at the following regular Board meeting.

The Board shall review all evidence and materials presented at the district committee level. If the complainant wishes to proffer additional evidence, it must be presented to the Superintendent no less than eight (8) days prior to the meeting at which the matter will be heard.

The complainant will be afforded the opportunity to offer additional arguments in support of their position.

The public shall be afforded an opportunity to comment before the Board makes a final decision.

The Board reserves the right to use outside expertise if necessary to help in its decision making.

The Board decision will be final, and the Superintendent will implement the decision.

Decisions on reconsidered materials will stand for five (5) years before new requests for reconsideration of those items will be entertained.

Exhibit 22

## REQUEST FOR THE RECONSIDERATION OF EDUCATIONAL MEDIA

School: _Northview High School_

Requested Initiated By: _Vicki Baggett_

Telephone: _____ Address: ____

City: _Century_ State: _FL_ Zip code: _32535_

### Please Check Media Type

X Book          ___Film          ___Videocassette

__ Periodical   ___Filmstrip     ___Record

__ Pamphlet     ___Cassette      ___Computer Software

__ Laser Videodisc  ___Kit        Other:_____

Title: _The Bluest Eye_

Author: _Toni Morrison_          _Set #2_
                                 _#5_

Publisher or Producer: _____

1. Reasons for Objections: _Graphic rape scenes; pedophilia glorified; violent acts_

2. Have you read, viewed, and/or listened to the entire educational media to which you object? _yes_

3. What are the strengths of this educational media? _None_

4. Are you aware of the judgment of this educational media by literary and authoritative critics? _yes_

5. What do you believe is the purpose of this educational media? _Shock_

6. For what age group would you recommend this educational media? _adults_

7. Where was the educational media located in the school system? _middle & high school_

8. On what date(s) was the material utilized for instruction? _N/A_

Signature of Complainant: _Vicki Baggett_    Date: _8-24-22_

_Submitted on 8-4-22_
→ _Nothing done; Resubmitting on 8-24-22._

Exhibit 23

# Escambia County Public Schools
## District Materials Review Committee Decision

**Attach Request for Reconsideration of Educational Media**

**Author**: Amy Reed          **Title or Item**: The Nowhere Girls

**Material Type:** school library book

1. **District Committee Review Committee**

   1 high school media specialist, 1 high school administrator, 1 high school teacher, 1 high school parent, 1 community member

2. **Meeting date(s), time(s) and location(s):**

   | | | |
   |---|---|---|
   | January 12, 2023 | 5:30 pm | Spencer Bibbs |
   | February 16, 2023 | 5:30 pm | Spencer Bibbs |

3. **Committee Decision (will stand for 1 year unless appealed to the ECSD School Board)**

   The committee voted 5:0 that the title be available in high school libraries.

   4 votes to keep in high schools libraries
   1 vote to keep in middle and high school libraries

4. **Committee Comments Regarding the Titles:**

   **Could this work be considered offensive in any way due to (the following were checked:**

   Profanity, sexual behavior, prurient behavior, brutality, violence, language, religion or portrayal of religious practices/ideologies, drugs/alcohol, aberrant behavior

   **Are questionable elements of this work an important part of the overall development of the story or text?**

   Yes:

   Sexual assault (rape) is an act of violence and is integral to the novel and plot.

# Escambia County Public Schools
## District Materials Review Committee Decision

The main characters are teenage girls in high school. Their behavior is typical of girls in that age. The other characters also typical high school.

The novel uses risque topics to address a misogynistic culture in a high school. The elements are often categorized as questionable, but they are relevant parts of the American teenage dialect and culture.

Having walked the halls of middle and high schools, there was nothing in this book that would warrant a deviation from the reality of today's secondary education society.

The dialogue is authentic to today's teenagers. The protagonists have distinct and unique personalities and very different life experiences.  Yet, each is touched by the culture of male entitlement and that is their unifying purpose.

**This work is most suitable for which grades?**

The following were selected:

9-12

**Taken as a whole, does this work have literary, artistic, political or scientific value for the suggested audience?**

Yes:

Young adult novel that is representative of girls of different backgrounds uniting to help one another. The work fictionalizes events that are common occurrences in 2023.

This novel is very valuable for teenagers. 3 misfits and the changes they are able to make.

The novel address an important theme of activism, self-acceptance, and empowerment.  It has value for any high school student.

The reality is that rape culture and human trafficking does exist in our society. This book sheds light onto the situations that occur, how they occur, and what opportunities are possible to overcome and thrive when given proper channels of

# Escambia County Public Schools
## District Materials Review Committee Decision

support. This book can also be a cautionary tale of young men and women to help them protect themselves from potentially harmful situations.

Literary: well written; Political: important, cautionary tale about sex crimes and their consequences; Scientific: demonstrates well the manifestation of autism

**What is the overall purpose, theme or message of the material?**

Purpose is to entertain and inform its audience about the need for victims and non-victims, boys and girls alike, to speak out against sexual violence.

Expose the rape culture of the school. Different groups of girls coming together. Commitment and making positive change. Not giving up

The novel is an indictment of rape culture and condemns misogyny in several meaningful ways.

It is possible to overcome extreme trauma caused by manipulation with appropriate support.

There are many, but mainly it is a cautionary tale for young people who can too easily be victimized and the power of advocacy, even if it is reactive rather than proactive.

**Are the concepts presented in a manner appropriate to the ability and maturity level of the suggested audience?**

Yes:

Maybe cliched in some ways but appropriate for high school students.

The 3 main teenage girls represent 3 very realistic teens.

The themes and content of the novel are within the vocabulary and maturity level of high school students.

This book is truly a slice of the ugliness that exists in today's world. To bring it to the attention of young adults and help them know how to protect themselves is important.

## Escambia County Public Schools
### District Materials Review Committee Decision

This book does not speak "down" to teenagers. It was the language that even if they do not "use" it, they hear it, and are familiar with it.

**Are illustrations appropriate for the suggested audience's developmental age?**

Not applicable

**Will reading or listening to this work result in a more compassionate understanding of human beings?**

The autistic child, the child of immigrants, the child previously outcast through no fault of her own.  EVERY person, EVERY character has a story - realizing that there is more that CAN unite humanity than divide it can easily be taken from this book.

Readers see the sadness of Lucy and they can feel compassion. Readers understand the struggles of Rose and the timid Grace and the awkwardness of Erin.

The novel condemns rape, misogyny, violence, and teaches the value of tolerance and compassion.

There were multiple characters in this book that had all experienced sexual trauma and they all dealt with the burden of that pain in different ways. In several places in the book, the Nowhere Girls had meetings that provided opportunities for catharsis and for the girls to have a greater understanding of each other based on the fact that several of them had experienced rape, but felt shamed by the experience and did not feel comfortable opening up to others for fear of being labeled.  These girls grew into more compassionate people once they understood they were not alone.

We can only hope. In addition to the obvious - victims - it also explores topics of social cliques, dysfunctional families, child labor, the influence of faith, bigotry, stereotype casting, immigration, and autism.

**Does the work offer an opportunity to understand and better appreciate the aspirations, achievements, and problems of different cultures or minority groups?**

Yes:

See above - It is a story of the people - think stereotypical high school cliques - coming together to combat an evil.

Rosina - Mexican family and gay. Erin - awkward

# Escambia County Public Schools
## District Materials Review Committee Decision

One of the main characters is a queer Latin-X character. The novel touches on the struggles and development of this character through an appropriate cultural lens that is both appropriately displayed and accessible for high school students.

This book addressed the struggles of immigrant populations, differing sexual orientations, and mental health issues in a way that converts them from a "label" to someone who is trying to find their way in the world.

Back and brown, gender fluid, immigrants, African- American - all of these are represented in this book.

**NON-FICTION ONLY: Does the material contribute to the evolution of ideas and/or support state education standards?**

Not applicable

5. **Next Steps**

The Assistant Superintendent of Curriculum and Instruction will inform the complainant, in writing, by certified US mail, of the committee's decision.

The complainant may appeal the decision to the School Board. The appeal must be made in writing to the Superintendent within ten (10) days of receipt of notification of the district-level committee decision.

A decision on the complaint will be made at the next regularly scheduled Board meeting unless the request for appeal is filed within fourteen (14) days of the Board meeting. In that instance, the matter will be heard at the following regular Board meeting.

The Board shall review all evidence and materials presented at the district committee level. If the complainant wishes to proffer additional evidence, it must be presented to the Superintendent no less than eight (8) days prior to the meeting at which the matter will be heard.

The complainant will be afforded the opportunity to offer additional arguments in support of their position.

The public shall be afforded an opportunity to comment before the Board makes a final decision.

The Board reserves the right to use outside expertise if necessary to help in its decision making.

## Escambia County Public Schools
### District Materials Review Committee Decision

The Board decision will be final, and the Superintendent will implement the decision.

Decisions on reconsidered materials will stand for five (5) years before new requests for reconsideration of those items will be entertained.

Exhibit 24

# REQUEST FOR THE RECONSIDERATION OF EDUCATIONAL MEDIA

School: _Northview High School_

Requested Initiated By: _Vicki Baggett_

Telephone: ▮▮▮▮▮▮ Address: ▮▮▮▮▮▮

City: _Century_ State: _FL_ Zip code: _32535_

### Please Check Media Type

Set I
#24

| | | |
|---|---|---|
| X Book | ___Film | ___Videocassette |
| __ Periodical | ___Filmstrip | ___Record |
| __ Pamphlet | ___Cassette | ___Computer Software |
| __ Laser Videodisc | ___Kit | Other:_____ |

Title: _The Nowhere Girls_

Author: _Amy Reed_

Publisher or Producer: _____

1. Reasons for Objections: _graphic sexual content_

2. Have you read, viewed, and/or listened to the entire educational media to which you object? _Yes_

3. What are the strengths of this educational media? _none_

4. Are you aware of the judgment of this educational media by literary and authoritative critics? _Yes_

5. What do you believe is the purpose of this educational media? _Sexual introductions, Sexually excite_

6. For what age group would you recommend this educational media? _none_

7. Where was the educational media located in the school system? _high school_

8. On what date(s) was the material utilized for instruction? _N/A_

Signature of Complainant: _Vicki Baggett_ Date: _8-24-22_

Exhibit 25

# Escambia County Public Schools
## District Materials Review Committee Decision

**Attach Request for Reconsideration of Educational Media**

**Author**: PUSH          **Title or Item**: Sapphire

**Material Type:** school library book

1. **District Committee Review Committee**

   1 high school media specialist, 1 high school administrator, 1 high school teacher, 1 high school parent, 1 community member

2. **Meeting date(s), time(s) and location(s):**

   | | | |
   |---|---|---|
   | 1-23-23 | 5:30 pm | Spencer Bibbs |
   | 2-28-23 | 6:30 pm | Spencer Bibbs |

3. **Committee Decision (will stand for 1 year unless appealed to the ECSD School Board)**

   The committee voted that the title be available in high school ECPS libraries.

   4 votes to keep the title in high school ECPS libraries
   1 vote to remove the title from all ECPS libraries

4. **Committee Comments Regarding the Titles:**

   **Could this work be considered offensive in any way due to:**

   The following were checked:

   > Profanity, sexual behavior, brutality, violence, language, cruelty, drugs/alcohol, aberrant behavior, manner characters are presented, language

   **Are questionable elements of this work an important part of the overall development of the story or text?**

## Escambia County Public Schools
### District Materials Review Committee Decision

Yes:

Precious's sexual abuse is the catalyst for her story.

I feel like this answer can go both ways. The sexual violence that occurs is what drives this entire story. I feel like the language was not an important part and the comments made about gay men and HIV/AIDS were not an important part of the story. Character development and background.

The story can't be told without the "reality" of the situation presented, including language and details.

The questionable elements are an important part of developing Precious' background and creating a greater understanding of her circumstances, trials, and ultimately, her ability to begin to see herself as a whole and worthy person despite her circumstances.

Without the discussion of incest, we would not be able to be fully aware of Precious' situation. She is raped, has no one to help her, she feels alone, and has developed a hatred of people. The language that is present in the book is a result of the environment in which Precious is raised.

**This work is most suitable for which grades?**

The following were selected:

The following were checked:

9-12, None

**Taken as a whole, does this work have literary, artistic, political or scientific value for the suggested audience?**

Yes:

This story includes a very artistic presentation of a journey from complete illiteracy to English language competency. It also discusses the way in which students can fail by the wayside in their education regardless of how smart they are or how persistent they are in their attempts to understand what's being presented in the classroom.

# Escambia County Public Schools
## District Materials Review Committee Decision

This book is absolutely realistic and shows the inner dialogue of a teenager that has suffered unimaginable heartbreak and abuse.

H.S. students discovering who they are and where they belong in this world - need to be exposed to and understand different social, economic, political and educational levels other than their own.

Take as a whole, *Push* does have literary and artistic value. It is rare for a novel this raw and devastating to have such a profound effect on the reader. Partly, this story works because it is told from the first-person perspective of Precious, an illiterate, overweight young Black woman. From the first pages, the reader is transported into her mind, her views, and the inner workings of her feelings regarding herself and her relationship to the world around her.

I believe there is literary value in Sapphire's work. We would be naive to think that in our county there is not some teenagers who are experiencing the same trauma as Precious. Even if they are not experiencing the circumstances of incest, they may be the victim of rape.

**What is the overall purpose, theme or message of the material?**

The overall purpose of the material is to insight into the most marginalized members of our society. The book's title "Push" is exactly what the main character worked to do: push past the obstacles in her life that were no fault of her own to create a better life for herself and for her child.

Gives insight on problems that other young adults are enduring or to provide a support system for those who are already enduring similar obstacles.

Redemption. Growth/development/self-worth. Overcoming/surviving negative aspects in life.

Ultimately, this is a story of triumph, as Precious finds the strength to disentangle herself from her surrounding, move int a halfway house, and begin t learn how to read and write. While the story does not necessarily end on a glorious note, with Precious revealing her AIDS diagnosis, it does present the reader with a sense of hope, for all Precious has endured and survived, and will continue to do so.

Survival and rising above the circumstances of your life.

## Escambia County Public Schools
### District Materials Review Committee Decision

**Are the concepts presented in a manner appropriate to the ability and maturity level of the suggested audience?**

Yes:

This book is listed at 10th grade and higher or 11th grade and higher on different websites including NCTE, Scholastic, Mackin, etc. We have students that are facing the same situation as Precious, our narrator. That's why I believe this book is presented in a manner appropriate to the ability and maturity level of the suggested audience of grades 11 and 12.

H.S students are mature enough to handle this content. Most of them are exposed to more than this through social media and, unfortunately, from personal experience (for some). It provides for those who personally relate and can help their friends understand their challenges.

Most high school students have already been exposed to, through popular media, to much more graphic and profane material which has no literary value. Most, if not all 15-18-year-olds that I am familiar with would be mature enough to dissect the material in an appropriate manner.

No:

If the suggested audience is 9-12, it should not be read without guidance.

While many of the challenges Precious faces are not unique to many of the challenges our high school students face, it will take an extraordinary amount of maturity to be able to endure *Push* and Precious' story.  It is best read with the support of a teacher or trusted adult, or read as an adult.

**Are illustrations appropriate for the suggested audience's developmental age?**

N/A

**Will reading or listening to this work result in a more compassionate understanding of human beings?**

## Escambia County Public Schools
### District Materials Review Committee Decision

Yes:

When we remain in our own bubble of life that we create for ourselves, we are limited in our exposure to different life experiences. That moves us to act out of ignorance instead of information. Educators are encouraged to build relationships. Those relationships can not be without an openness to the possibility that students' lives may be more difficult than we could even imagine. This book reminds people that everyone has potential to them. It takes patience and willingness to learn on the part of both parties.

Absolutely, I felt gutted for Precious while I was reading this story. I gained a lot of compassion for her and other people that may deal with the same issues.  It shows Precious and her growth with literacy as well.

Anyone reading this book will feel compassion for the characters and their life stories. It may help some students realize the unfortunate things suffer through and treat them with more respect and compassion.

Through her journal entries, Precious' voice provides the reader with the opportunity to relate to someone who has endured unbelievable and devastating challenges. Yet, Precious is resilient and shows what can be accomplished through hopefulness, dedication, and hard work. Precious' story may not be relatable to all readers; however, it does serve to show the dignity that we all deserve as humans, regardless of our circumstances.

Through reading about Precious and her circumstances we are able to have a more developed understanding of the human condition, and hopefully a deeper compassion for someone who may be very different from ourselves.

**Does the work offer an opportunity to understand and better appreciate the aspirations, achievements, and problems of different cultures or minority groups?**

Yes:

This book focuses on the main character, a young Black woman. Many times the voices of Black women are silenced. Many Black students are dismissed because no one is willing to be patient with them and their journeys. Also, with the admission that the APA has focused mainly on the psyche and behaviors of white particularly white males, manifestations of the autism spectrum, ADHD, ADD, trauma-based mental illnesses and other mental disorders are unknown. This book calls educators and counselors to look at Black students in a holistic manner with a lens of grace.

# Escambia County Public Schools
## District Materials Review Committee Decision

Absolutely. Like I said above. Child and sexual abuse, teenage pregnancy, self-discovery, and the need to belong are all problems that can affect young adults.

Although abuse is not limited by race or socio-economic status it is more prevalent, statistically, to minority groups, as depicted in this book.

*Push* is told through the first-person perspective of Precious, utilizing her voice to portray her illiteracy and, ultimately, growth both intellectually and personally. Through her journal entries, Precious' voice provides the reader with the opportunity to relate to someone who has endured unbelievable and devastating challenges. Yet, Precious is resilient and shows what can be accomplished through hopefulness, deviation, and hard work, Readers may relate to Precious' struggle to fit in and be part of a group, which Precious finds through Ms. Rain and her support group.

Through reading about Precious and her circumstances we are able to have a more developed understanding of the human condition; and hopefully, develop a deeper compassion for someone who may be very different from ourselves.

**NON-FICTION ONLY: Does the material contribute to the evolution of ideas and/or support state education standards?**

ELA 612.F.2AP.3a - Encode single syllable and multisyllabic words using the students' mode of communication.

SS.912.P.10.6 Discuss how privilege and power structures relate to stereotypes and discrimination

SS.912.p.10.12 Examine how perspectives affect stereotypes and treatment of minority and majority groups in society.

**Additional Notes**

**5. Next Steps**

The Assistant Superintendent of Curriculum and Instruction will inform the complainant, in

## Escambia County Public Schools
### District Materials Review Committee Decision

writing, by certified US mail, of the committee's decision.

The complainant may appeal the decision to the School Board. The appeal must be made in writing to the Superintendent within ten (10) days of receipt of notification of the district-level committee decision.

A decision on the complaint will be made at the next regularly scheduled Board meeting unless the request for appeal is filed within fourteen (14) days of the Board meeting.  In that instance, the matter will be heard at the following regular Board meeting.

The Board shall review all evidence and materials presented at the district committee level. If the complainant wishes to proffer additional evidence, it must be presented to the Superintendent no less than eight (8) days prior to the meeting at which the matter will be heard.

The complainant will be afforded the opportunity to offer additional arguments in support of their position.

The public shall be afforded an opportunity to comment before the Board makes a final decision.

The Board reserves the right to use outside expertise if necessary to help in its decision making.

The Board decision will be final, and the Superintendent will implement the decision.

Decisions on reconsidered materials will stand for five (5) years before new requests for reconsideration of those items will be entertained.

Exhibit 26

March 10, 2023

RE:   Appeal for "Push"

Dear Escambia County School Board Members:

Please find attached an appeal of the District Materials Review Committee's decision for **"Push,"** by Sapphire**.**

Once again, under the guidance of our District Media Specialist, Ms. Michelle White, a District Review Committee has ignored the law and voted **4 to 1 to keep the novel "Push"** in our high school libraries. In their typical fashion, the committee claims that most high school students are mature enough for this book because "**most of them are exposed to more than this through social media and, unfortunately, from personal experience (for some)."** The committee further suggests that apparently those of us who depend on our School Board to follow the law and remove books that are prurient or aberrant in nature, not age-appropriate or content-appropriate, **"remain in our own bubble of life that we create for ourselves;"** therefore, limiting **"our exposure to different life experiences,"** an act that the committee claims "moves us to act out of ignorance instead of information."

Not surprisingly, in their decision to me, the District Review Committee **assumed this book was non-fiction** and even listed three standards that they thought this book utilized. I find this interesting considering they took so much time to look up reviews about **WHY** high school minors need this book. Evidently, I need to move the committee out of ignorance with information that <u>**this book is fiction**</u>, and **fiction must follow certain writing rules**. The purpose of fiction writing is simply <span style="color:red">**TO ENTERTAIN**</span>. It is not to inform or educate.   Based on that fact alone, having a book available to minors whose primary purpose is to entertain about a child whose father **"slams his hips into me HARD. I scream pain he come. He slap my thighs like cowboys do horses on TV. Shiver. Orgasm in me, his body shaking, grab me, call me Fat Mama, Big Hole! You LOVE it! Say you love it! I wanna say I DON"T. I wanna say I'm a chile. But my pussy popping like grease in frying pan. He slam in me again. His dick soft. He start sucking my tittie" (p. 127)** would definitely be considered a violation of the law for our school district. Kuddos to the one committee member who obviously read the law and read the book before making an informed decision on facts rather than feelings.

Many states have already pulled this book because of the **sexually graphic content and violent language**, **and the horrific and inappropriate graphic acts of incest throughout the book**. This is one whose contents actually made me sick while trying to digest.

Perhaps our Board could give specific guidance to those in charge of our District Committees or even those who also have the authority to remove or restrict books when those books cross the line of "acceptable standards." Or better yet, perhaps our Board would simply start restricting or removing books based on the law, rather than waste so much time doing a dance. This book was originally submitted August 24, 2022.   Wouldn't we all agree that reading page after page of how a mother puts her hand between her 12-year old daughter's legs and **"the smell fill room," but then her hand eventually becomes a "creepy spider, up my legs, in my pussy" or how her own father   is "fucking me illegal. But I keep my mouf shut so's the fucking don't turn into a beating. I start to feel goo; stop being a video dancer and start coming."**

Do you wonder why parents and other community members are so concerned? <span style="color:red">THIS IS NOT LITERATURE,</span> and any attempt to disguise it as such should be concerning to all.

<u>**Please see excerpts below.    (Typed as written.)**</u>

**I was left back when I was twelve because I had a baby for my fahver.**<span style="color:red">(p. 16)</span>

**She staring at me, from behind her big wooden desk, she got her white bitch hands folded together on top her desk** <span style="color:red">(p. 19).</span>

**She look at me like I said I wanna suck a dog's dick or some shit.** <span style="color:red">(p. 20)</span>

**I been knowing a man put his dick in you, gush white stuff in your booty you could get pregnant. I'm twelve now, I been knowing about that since I was five or six, maybe I always known about pussy and dick. I can't remember not knowing. No, I can't remember a time I did not know.** <span style="color:red">(p. 25)</span>

**Daddy put his pee-pee smelling thing in my mouth, my pussy, but never hold me. I see me, first grade, pink dress dirty sperm stuffs on it. No one comb my hair.** <span style="color:red">(p. 32)</span>

Second grade, third grade, fourth grade seem like one dark night.
...I look at her but see Mama's shoe coming at the side of my head like a bullet, Carl's dick dangle dangle in my face and now the flat-face baby with eyes like Koreans.
...About three months after baby born, I'm still twelve when all this happen, Mama slap me. HARD. Then she pick up cast-iron skillet, thank god it was no hot in it, and she hit me so hard on back I fall on floor. Then she kick me in ribs. Then she say, "Thank you Miz Claireece Precious Jones for fucking my husband you nasty little slut!" I feel like I'm gonna die, can't breathe, from where I have baby start to hurt.
"Fat cunt bucket slut! Nigger pig bitch! He done quit me! He done left me 'cause of you. What you tell them mutherfuckers at the damn hospital? I should KILL you!" she screaming at me.
I'm lying on the floor shaking, crying, scared she gonna kill me. "Get up Miss Hot-to-Trot," Mama say. "Git your Jezebel ass up and fix some dinner 'fore I give you something to cry about." **(p. 32)**

I feel Mama's hand between my legs, moving up my thigh. Her hand stop, she getting ready to pinch me if I move. I just lay still, keep my eyes close. I can tell Mama's other hand between her legs now 'cause the smell fill room. Mama can't fit into the bathtub no more. Go sleep, go sleep, go to sleep. I tell myself. Maman's hand creepy spider, up my legs, in my pussy.
...I'm twelve, no I was twelve, when that shit happened.
...Mama jus' hit me wif fryin' pan? **(p. 35)**

This is my second baby for my daddy, it gonna be retarded too?
...This time I know Mama know. Umm hmmm, she know. She bring him to me. I ain' crazy, that stinky hoe give me to him. Probably thas' what he require to fuck her, some of me. Got to where he jus' come in my room any ole time, not jus' night. He climb on me. Shut up! He say. He slap my ass, You wide as the Mississippi, don't tell me a little bit of dick hurt you heifer. Git usta it, he laff, you is usta it. I fall back on bed, he fall on top of me. Then I change stations, change bodies...
..."I'm gonna marry you," he be saying. Hurry up, nigger, shut up! He mess up dream talkin' 'n gruntin'. First he mess up my life fucking me, then he mess up the fucking talkin'. I wanna scream, Oh shut up! Nigger, how you gonna marry me and you is my daddy. I'm your

daughter, fucking me illegal. But I keep my mouf shut so's the fucking don't turn into a beating. I start to feel goo; stop being a video dancer and start coming. I try to go back to video but coming now, rocking under Carl now, my twat jumping juicy, it feel good. I feel shamed. "See, see," he slap
my thigh like cowboys do horses on TV, then he squeeze my nipple, bit down on it. I come some more. "See, you LIKE it! You jus' like your mama- you die for it!" He pull his dick out, the white cum stuff pour out my hole wet up the sheets (p. 37).

My pee pee open hot stinky down my thighs sssss splatter splatter. ...Seven, he on me almost every night. First it's just in my mouth. Then it's more more. He is intercoursing me. Say I can take it. Look you don't even bleed, virgin girls bleed. You not virgin, I'm seven (p. 53)

I think my mind a TV set smell like between my muver's legs. ...I don't fucks boyz but I'm pregnant. My fahver fuck me. And she know it. She kick me in my head when I'm pregnant. ...I think my daddy. He stink, the white shit drip off his dick. Lick it lick it. I HATE that. But then I feel the hot sauce hot cha cha feeling when he be fucking me. I get so confuse. I HATE him. But my pussy be popping. He say that, "Bif Mama your pussy is popping!" I hate myself when I feel good. (p. 72)

I jus' want to lay down, listen to radio, look at picture of Farrakhan, a real man, who don't fuck his daughter, fuck children (p. 73)

I jus' want to lay down, listen to radio, look at picture of Farrakhan, a real man, who don't fuck his daughter, fuck children (p. 74)

"Nigger rape me. I not steal shit fat bitch your husband RAPE me RAPE ME!" ...My pussy hurt. (p. 90)

My clit swell up think Daddy. Daddy sick me, disgust me, but still he sex me up. I nawshus in my stomach but hot tight in my twat and I think I want it back, the smell of the bedroom, the hurt- he slap my face till it sting and my ears sing separate songs from each other, call me names, pump my pussy in out in out in out awww I come. He bite me hard. A hump! A hump! He slam his hips into me HARD. I scream

**pain he come. He slap my thighs like cowboys do horses on TV. Shiver. Orgasm in me, his body shaking, grab me, call me Fat Mama, Big Hole! You LOVE it! Say you love it! I wanna say I DON"T. I wanna say I'm a chile. But my pussy popping like grease in frying pan. He slam in me again. His dick soft. He start sucking my tittie.** (p. 127)

**Tired of this honky askin' me questions.**
**...If she was to walk in on me now I turn around and slap her cracker ass down. Problem not crack but the CRACKER! Farrakhn say.** (p. 132)

**A girl gave her father's dick in her mouth know things the other girls don't know but it's not what you want to know.**
**...Bombs with hair and titties and dresses.**
**..."It started when I was, oh, about four or five years old with him fondling me" (feeling her up). "By the time I was twelve he was having intercourse with me three or four times a week."**
**...Carl, the way his knees on either side of my neck.**
**...My hand is going up through the smell of Mama, my hand is pushing Daddy's dick out my face.**
**"I was raped by my father. And beat." No one is talking except me.**
**"Mama push my head down in her..." I can't talk no more.** (p. 145)

Shall I keep going? There are 100 plus more pages to go, but I am certain you get the point. FS 847.012 says it is a blatant violation to offer obscene and pornographic material to minors. Do we need an entertaining book about a father pumping his 12-year-old daughter's **"pussy"** so much that he makes her "**pussy pop like grease in a frying pan**" and then she **"comes."**   Do high school students, "discovering who they are and where they belong in this world" really "need to be exposed to and understand different social, economic, political and educational levels other than their own," as the committee claims – all through the assistance of **THIS** book? I'm sure we are all in agreement in our answer to this.

Exhibit 27

**ECPS Request for Reconsideration of Educational Media**

A parent or resident of Escambia County, Florida may proffer evidence that any material used in a classroom, made available in a school library, or included in a reading list contains content that is pornographic or prohibited under F.S. 847.012, is not suited to student needs and their ability to comprehend the material presented, or is inappropriate for the grade level or age group for which the material is being used.

**Please complete all applicable information:**

Before bringing a challenge to a material found at a school, the complainant must read, listened to or viewed the material in its entirety.

Have you read or viewed the entire material? _____**yes**

Date of Request: _____**2-8-23**

Author: _____**Kyle Lukoff**

Title: ____**Too Bright to See**

Publisher or Producer, Date of Publication/Production, Type of Media: _____**Dial Books, 2022**

Request Initiated by (first and last name): _____**Vicki Baggett**

██████████████████████████

██████████████████████

████████████████████████████████

School(s) in which item is used: **Jim Allen Elementary; Molino Park Elementary; West Pensacola Elementary; Ensley Elementary**

1. What first prompted your concern**? This book contains sexualities and alternate gender identities, a violation of HB 1557 and Parental Rights Law.**

2. To what in the material do you object? (Please be specific, cite pages, frames, etc. Attach additional

pages if necessary.

**"I hate the name on my birth certificate and never use it. I imagine starting school, introducing myself as—" (p. 36)**

**"I don't know who I'll be when I cross over " (p. 45)**

**"The first piece of paper is bright yellow, with the words "Transgender 101" written across the top. The one beneath it is green, titled "Local Resources for LGBTQ Youth." The one underneath is called "Our Stories," and it's a few pages stapled together. I skim through it, and it looks like stories of gay and lesbian and trans teenagers talking about themselves.**

**The rest of the box is filled with papers like this. Lots of newspaper and magazine articles, some about gay and lesbian people, but mostly about transgender people. There's an entire Time magazine, with an actress named Laverene Cox on the cover. And an issue of National Geographic with another trans person, this one a kid, on the front.**

**...I know what "transgender" means. It means that someone is born one way, a girl or a boy, but that doesn't feel right to them, so they change. Maybe they take medicine or get different surgeries" (p. 137)**

**"The first day of the rest of my life as a boy, as a transgender.**

**...I haven't rally imagined myself from the outside since coming out as trans. It's right to think of myself as a boy, but wrong to picture it like it's happening to someone else. I want to experience this day and every day as myself. Me, the real me, not some other boy." (p. 187)**

3. What are the strengths of the educational media? **none**

4. What do you believe is the purpose of this educational media? **Indoctrination**

5. Are you aware of the judgment of this educational media by literary and/or authoritative critics? **No**

__x_ Yes ___ No

6. What do you wish to be the outcome of the reconsideration? **Follow the law regarding inappropriate content or age-inappropriate material.**

a. Available in the following libraries (check all that apply):

_x__ K-5 (Elementary) ___ 6-8 (Middle School General Collection)

___ 6-8 (Opt-in Middle School Young Adult Collection) ___ 9-12 (High School)

b. Remain available in libraries but removed for use in classroom instruction:

___ Yes __**x**_ No

Signature of Complainant: _____**Vicki Baggett**___ Date: __**2-8-23**_

ECPS, Media Services, 11-8-22Pg 2 of 2

Exhibit 28

# REQUEST FOR THE RECONSIDERATION OF EDUCATIONAL MEDIA

School: _Northview High School_

Requested Initiated By: _Vicki Baggett_

Telephone: ▮▮▮▮▮   Address: ▮▮▮▮▮

City: _Century_   State: _FL_   Zip code: _32535_

### Please Check Media Type

X Book            ___Film         ___Videocassette         Set 3
___ Periodical    ___Filmstrip    ___Record                # 31
___ Pamphlet      ___Cassette     ___Computer Software
___ Laser Videodisc  ___Kit       Other:_____

Title: _Two Boys Kissing_

Author: _David Levithan_

Publisher or Producer: _____

1. Reasons for Objections: _LGBTQ Push/indoctrination; bestiality; Suicide; Victimization_

2. Have you read, viewed, and/or listened to the entire educational media to which you object? _Yes_

3. What are the strengths of this educational media? _None_

4. Are you aware of the judgment of this educational media by literary and authoritative critics? _Yes_

5. What do you believe is the purpose of this educational media? _indoctrination_

6. For what age group would you recommend this educational media? _None_

7. Where was the educational media located in the school system? _High schools_

8. On what date(s) was the material utilized for instruction? _N/A_

Signature of Complainant: _Vicki Baggett_   Date: _8-24-22_

Exhibit 29

# REQUEST FOR THE RECONSIDERATION OF EDUCATIONAL MEDIA

School: _Northview High School_

Requested Initiated By: _Vicki Baggett_

Telephone: ▮▮▮▮▮    Address: ▮▮▮▮▮

City: _Century_    State: _FL_    Zip code: _32535_

### Please Check Media Type

Set 1
#25

X Book ___Film ___Videocassette

__ Periodical ___Filmstrip ___Record

__ Pamphlet ___Cassette ___Computer Software

__ Laser Videodisc ___Kit Other:_____

Title: _Out of Darkness_

Author: _Ashley Perez_

Publisher or Producer: _____

1. Reasons for Objections: _graphic depictions of abuse & sexual scenes, anal sex_

2. Have you read, viewed, and/or listened to the entire educational media to which you object? _yes_

3. What are the strengths of this educational media? _none_

4. Are you aware of the judgment of this educational media by literary and authoritative critics? _yes_

5. What do you believe is the purpose of this educational media? _sexual introductions; sexually excite_

6. For what age group would you recommend this educational media? _none_

7. Where was the educational media located in the school system? _high schools_

8. On what date(s) was the material utilized for instruction? _N/A_

Signature of Complainant: _Vicki Baggett_    Date: _8-24-22_

Exhibit 30

# REQUEST FOR THE RECONSIDERATION OF EDUCATIONAL MEDIA

School: _____ Northview High School _____

Requested Initiated By: _____ Vicki Baggett _____

Telephone: ▐▐▐▐▐    Address: ▐▐▐▐▐

City: _Century_    State: _FL_  Zip code: _32535_

## Please Check Media Type

X Book            ___ Film            ___ Videocassette

___ Periodical    ___ Filmstrip        ___ Record          Set 1

___ Pamphlet      ___ Cassette         ___ Computer Software   # 9

___ Laser Videodisc  ___ Kit            ___ Other: _____

Title: _Beyond Magenta_

Author: _Susan Kuklin_

Publisher or Producer: _____

1.  Reasons for Objections: _Sexually explicit; LGBTQIA content_

2.  Have you read, viewed, and/or listened to the entire educational media to which you object?
    _Yes_

3.  What are the strengths of this educational media? _none_

4.  Are you aware of the judgment of this educational media by literary and authoritative critics?
    _Yes_

5.  What do you believe is the purpose of this educational media? _total indoctrination_

6.  For what age group would you recommend this educational media? _none_

7.  Where was the educational media located in the school system? _middle school & high school_

8.  On what date(s) was the material utilized for instruction? _N/A_

Signature of Complainant: _Vicki Baggett_    Date: _8-24-22_

Exhibit 31

# REQUEST FOR RECONSIDERATION OF EDUCATIONAL MEDIA

School: __Northview High School__

Requested Initiated By: __Vicki Baggett__

Telephone: ▮▮▮▮▮▮▮  Address: ▮▮▮▮▮▮▮

City: __Century__  State: __FL__  Zip code: __32535__

**Please Check Media Type**

| | | |
|---|---|---|
| X Book | ___Film | ___Videocassette |
| __ Periodical | ___Filmstrip | ___Record |
| __ Pamphlet | ___Cassette | ___Computer Software |
| __ Laser Videodisc | ___Kit | Other:_____ |

Set #4

Title: __The Freedom Writers Diary__   #5

Author: __Erin Gruwell__

Publisher or Producer: _____

1. Reasons for Objections: __extremely sexual content; nudity; alternate sexualities; profanity; child abuse; molestation; racial slurs__

2. Have you read, viewed, and/or listened to the entire educational media to which you object? __yes__

3. What are the strengths of this educational media? __None__

4. Are you aware of the judgment of this educational media by literary and authoritative critics? __Yes; already banned in many districts__

5. What do you believe is the purpose of this educational media? __incite racial division__

6. For what age group would you recommend this educational media? __adults or none__

7. Where was the educational media located in the school system? __middle + high schools__ __entire classroom sets__

8. On what date(s) was the material utilized for instruction? __N/A__

Signature of Complainant: __Vicki Baggett__   Date: __9-15-22__

Exhibit 32

**ECPS Request for Reconsideration of Educational Media**

A parent or resident of Escambia County, Florida may proffer evidence that any material used in a classroom, made available in a school library, or included in a reading list contains content that is pornographic or prohibited under F.S. 847.012, is not suited to student needs and their ability to comprehend the material presented, or is inappropriate for the grade level or age group for which the material is being used.

**Please complete all applicable information:**

Before bringing a challenge to a material found at a school, the complainant must read, listened to or viewed the material in its entirety.

Have you read or viewed the entire material? _____**yes**

Date of Request: _____**1-13-23**

Author: _____**Angie Thomas**

Title: ____**Concrete Rose**

Publisher or Producer, Date of Publication/Production, Type of Media: _____**Balzar Bray, 2021**

Request Initiated by (first and last name): _____**Vicki Baggett**

School(s) in which item is used: **Escambia High; Pensacola High; West Florida High; Warrington Middle; Workman Middle**

1. What first prompted your concern**? This book contains sexual nudity; sexual activities; excessive and frequent profanity with derogatory terms, including "ass"-109 times and "shit"- 151 times; controversial racial and social commentary; controversial religious commentary and terms; alcohol and drug usage by minors**

2. To what in the material do you object? (Please be specific, cite pages, frames, etc. Attach additional

pages if necessary.

See sample excerpts below:

**She could ball, and she was fine as hell. Plus she had a ass. (p. 10)**

**I fell asleep in US history. It was boring anyway. I'm tired of hearing 'bout all these fucked-up white people who did fucked-up stuff, yet people wanna call them heroes. Phillips talked 'bout how Columbus discovered America, and all I could think was how the hell can you "discover" a place where people already lived? (p. 87)**

Problem was he hated his coach. To be honest, everybody hated Coach Stevens. Dude was a straight-up redneck. He didn't throw around the N-word, nah. It was other stuff, like having a Confederate flag on his truck, calling it "heritage." Heritage my ass. One day last year he told King to wash his car before practice. King told Coach Stevens he wasn't his slave. Coach looked him dead in the face and said, "You are whatever the hell I say you are, boy." (p. 90)

Lisa look at it, too. Then she look me in the eye and unzip my pants.
It's on.
I help her get out that dress, and she help me get my pants off. We both down to nothing when we slide under her covers. I'm ready to put it down.
"Shit!" I hiss, and raise up. "I don't got a rubber."
Lisa sit up a little. "Seriously?"
"Yeah. I ain't have no reason to keep them on me. You on the pill, right?"
"No. Had no reason to be."
For a few seconds, our heavy breathing the only sound in the room.
The way she feel against me . . . it's driving me outta my mind. "I could be careful—"
"If you pull out before you—"
We spoke at the same time. Our eyes lock, and, goddamn, I want her bad.
"Do you wanna do this?" I ask.
Lisa bite her lip. "Yeah. Do you?"
I never wanted anything more in my life. "Yeah."
Lisa pull me back down and kiss my neck. "Then be careful."
That's all I need to hear (p. 137)

Damn. That was wild.
Me and Lisa lying in her bed, all sweaty and panting. We went at it for hours. A'ight, an hour. A'ight, a'ight, more like fifteen, twenty, ten minutes. Either way, I did the damn thing.
This was the first time we ever had sex without protection. I see what the homies mean, it do feel different. I was careful though, just like I said I'd be.
I brush Lisa's hair back and kiss her forehead. Your boy made her sweat them baby hairs out. Hell yeah. "Damn, I missed you."
She cuddle up against me. "I can't lie, I missed you too."
"I could tell, the way you were screaming. (p. 141)

"We were tryna get some ass, and you were cock-blocking," Shawn says (p. 156).

3. What are the strengths of the educational media? **None for high school minors**

4. What do you believe is the purpose of this educational media? **Sexual stimulation and violence; racial divisions; religious commentaries**

5. Are you aware of the judgment of this educational media by literary and/or authoritative

critics

___ Yes _x_ No

6. What do you wish to be the outcome of the reconsideration? **Examine the content of this book based on the law in order to decide if this is age and content appropriate.**

a. Available in the following libraries (check all that apply):

___ K-5 (Elementary) ___ 6-8 (Middle School General Collection)

___ 6-8 (Opt-in Middle School Young Adult Collection) _**x**__ 9-12 (High School)

b. Remain available in libraries but removed for use in classroom instruction:

___ Yes __**x**_ No

Signature of Complainant: _____**Vicki Baggett**___ Date: __**1-13-23**_

ECPS, Media Services, 11-8-22Pg 2 of 2

Exhibit 33

| Timestamp | Please select the title being reconsidered: | Did you read the title being reconsidered in its entirety? | Please indicate your role in the DMRC reviewing this title: | Please select the grade levels below where you consider this title age appropriate [check the boxes for all that apply]: | Please select from the following to indicate your vote for the title being reconsidered (if selecting "Other", please indicate the grade levels (for example, where you vote to KEEP this title if different from the other options provided")): | If voting to REMOVE the title being reconsidered from ANY grade level collections, please indicate the reason(s) below: (Reference: Florida Department of Education Specific Material Objection Template incorporated in Rule 6A-7.0714, F.A.C., effective September 2024) | OPTIONAL: Please share any additional comments below. |
|---|---|---|---|---|---|---|---|
| 10/10/2024 17:43 | Too Bright To See | Yes | School personnel (administrator, media specialist, or teacher) | 6th grade through 8th grade, 6th grade through 8th grade (YA opt-in collections only), 9th grade through 10th grade, 11th grade through 12th grade | I vote to KEEP the title in middle school and high school ECPS libraries (REMOVE the title from elementary school libraries). | The material is not suited to student needs and their ability to comprehend the material., The material is inappropriate for the grade level and age group for which it is used. | |
| 10/10/2024 17:43 | Too Bright To See | Yes | Parent and/or Community member | None of the above | I vote to REMOVE the title from all ECPS libraries | The material is not suited to student needs and their ability to comprehend the material., The material is inappropriate for the grade level and age group for which it is used. | |
| 10/10/2024 17:44 | Too Bright To See | Yes | Parent and/or Community member | 6th grade through 8th grade | I vote to KEEP the title in middle school and high school ECPS libraries (REMOVE the title from elementary school libraries). | The material is not suited to student needs and their ability to comprehend the material. | |
| 10/10/2024 17:45 | Too Bright To See | Yes | School personnel (administrator, media specialist, or teacher) | 6th grade through 8th grade, 6th grade through 8th grade (YA opt-in collections only), 9th grade through 10th grade, 11th grade through 12th grade | I vote to KEEP the title in middle school and high school ECPS libraries (REMOVE the title from elementary school libraries). | Not applicable (may not be selected if voting to REMOVE from any grade level access) | |
| 10/10/2024 17:45 | Too Bright To See | Yes | Parent and/or Community member | None of the above | I vote to REMOVE the title from all ECPS libraries | The material is not suited to student needs and their ability to comprehend the material., The material is inappropriate for the grade level and age group for which it is used. | Targets mis gender identity |
| 10/10/2024 17:45 | Too Bright To See | Yes | School personnel (administrator, media specialist, or teacher) | 3rd grade through 5th grade, 6th grade through 8th grade, 6th grade through 8th grade (YA opt-in collections only), 9th grade through 10th grade, 11th grade through 12th grade | I vote to KEEP the title in all elementary, middle, and high school ECPS libraries | Not applicable (may not be selected if voting to REMOVE from any grade level access) | |
| 10/10/2024 17:46 | Too Bright To See | Yes | Parent and/or Community member | None of the above | I vote to REMOVE the title from all ECPS libraries | The material is not suited to student needs and their ability to comprehend the material. | This book has a lot of positives around acceptance, but the overall message that when a child stricken with hormones during puberty should take such a drastic measure without any professional counseling, or even just pausing for a few months or a year to see if feelings change or mature, is errant and evil. |
| 10/10/2024 17:46 | Too Bright To See | Yes | Parent and/or Community member | 6th grade through 8th grade (YA opt-in collections only) | I vote to REMOVE the title from all ECPS libraries | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S., The material is not suited to student needs and their ability to comprehend the material., The material is inappropriate for the grade level and age group for which it is used. | This is absolute indoctrination of transgenderism. |

Exhibit 34

Pursuant to the authority granted to me by Board policy 2522 CHALLENGES TO ADOPTION OR USE OF INSTRUCTIONAL, LIBRARY, OR READING LIST MATERIALS, I have conferred with the Coordinator of Media Services and am recommending removal of the following titles from all Escambia County School District media centers and classroom libraries for the following reasons: These are all classified as adult novels. They contain graphic descriptions and depictions of sexual conduct which are not appropriate for minors in Escambia County Public Schools. Additionally, no school district employee holding a media specialist certification has selected these titles for inclusion in their library collections; accordingly, they cannot be made available to students through a school district media center. *See* Section 1006.28(2)(d)1., Fla. Stat.

Lexicon, Max Berry[1]

Milk and Honey, Rupi Kaur[2]

The God of Small Things, Arundhati Roy[3]

Oryx and Crake, Margaret Atwood[4]

Crescent City: House of Earth and Blood, Sarah Maas[5]

Triangles, Ellen Hopkins[6]

The Sun and Her Flowers, Rupi Kaur[7]

Home After Dark: A Novel, David Small[8]

Home Body, Rupi Kaur[9]

My Dark Vanessa, Kate Russell

White Knight, Sean Murphy

Zahra's Paradise, Amir & Khalil[10]

Collateral, Ellen Hopkins[11]

Maestros, Steve Skroce

Woodcuts of Women, Dagoberto Gilb

---

[1] This title has never been checked out by a student since first acquired in 2014 and would have been weeded for lack of circulation.
[2] This title has been removed by five other counties including Alachua, Brevard, Clay, Manatee, and Marion
[3] Removed in Clay County
[4] Removed by Bay and Manatee
[5] Removed by Brevard, Hernando, and Clay
[6] Removed by Clay and Seminole
[7] Removed by Alachua, Brevard, Clay, Hernando, and Marion
[8] Removed in Clay
[9] Removed in Brevard
[10] Removed in Santa Rosa.
[11] Removed in Clay and Indian River.

Additionally, the following titles have been identified as pornographic by James Uthmeier, Attorney General for the State of Florida, who directed their removal from Hillsborough County Public Schools.

What Girls are Made of, Elana Arnold[12]

Beautiful, Amy Reed[13]

Breathless, Jennifer Niven[14]

---

[12] Also removed in Brevard, Flagler, Leon, and Manatee.
[13] Also removed in Brevard and Hernando.
[14] Also removed in Clay.

Exhibit 35



**Agenda Item Details**

| | |
|---|---|
| Meeting | Jul 15, 2025 - REGULAR MEETING AGENDA (5:30 PM) |
| Category | 44. Items from the Superintendent |
| Subject | A. Media Center Materials Removed In Compliance with School Board Directive |
| Type | Action |
| Fiscal Impact | No |
| Budgeted | No |
| Recommended Action | Recommended Action - Approve recommendation to remove the titles listed from all school district media centers, classroom libraries, and recommended reading lists in compliance with the School Board Directive approved on June 17, 2025, to remove the books listed by the Florida Department of Education's book removal list, without further review. |

## Media Center Materials Removed In Compliance With School Board Directive from June 17, 2025, School Board Action.

> Full list comparing Escambia collection to State Objection Reports - Print draft (1).pdf (183 KB)

**Motion & Voting**

Recommended Action - Approve recommendation to remove the titles listed from all school district media centers, classroom libraries, and recommended reading lists in compliance with the School Board Directive approved on June 17, 2025, to remove the books listed by the Florida Department of Education's book removal list, without further review.

Motion by Kevin Adams, second by Tom Harrell.
Final Resolution: Motion Carries
Yes: Kevin Adams, Paul Fetsko, David Williams, Carissa Bergosh, Tom Harrell

**Workflow**

| | |
|---|---|
| Workflow | Jun 25, 2025 10:05 AM :: Submitted by Dana Harris. Routed to Keith Leonard for approval.<br>Jun 25, 2025 10:14 AM :: Final approval by Keith Leonard |

Last Modified by Holley DeWees on July 15, 2025

Exhibit 36

Full list comparing Escambia collection to State Objection Reports

| Title | Author | 22-23 DOE Objection | 22-23 Counties - notes | 23-24 DOE Objection | 23-24 Counties - notes | Escambia Challenge Status |
|---|---|---|---|---|---|---|
| Unicorn on a Roll | Dana Simpson | | | 1 | Clay | List A - Escambia Elementary State Lists with NO Local Challenge |
| What on Earth is a Pangolin | Edward Ricciuti | 1 | Manatee | | | List A - Escambia Elementary State Lists with NO Local Challenge |
| Antiracist Baby | Ibram Kendi | 1 | Clay | | | List A - Escambia Elementary State Lists with NO Local Challenge |
| Meow or Never | Jazz Taylor | 1 | Martin | | | List A - Escambia Elementary State Lists with NO Local Challenge |
| Julian is a Mermaid | Jessica Love | 1 | Clay | | | List A - Escambia Elementary State Lists with NO Local Challenge |
| Ghost Boys | Jewell Parker Rhodes | 1 | Martin | | | List A - Escambia Elementary State Lists with NO Local Challenge |
| Christian the Hugging Lion | Justin Richardson | 1 | Manatee | | | List A - Escambia Elementary State Lists with NO Local Challenge |
| Snapdragon | Kat Leyh | | | 1 | Clay | List A - Escambia Elementary State Lists with NO Local Challenge |
| Insect | Laurence Mound | 1 | Manatee | | | List A - Escambia Elementary State Lists with NO Local Challenge |
| Marvin Redpost: Is He a Girl? | Louis Sachar | 1 | Hernando | | | List A - Escambia Elementary State Lists with NO Local Challenge |
| Little Rock Nine | Marshall Poe | 1 | St. Johns | | | List A - Escambia Elementary State Lists with NO Local Challenge |
| If You Find This | Matthew Baker | | | 1 | Clay (K-6th) | List A - Escambia Elementary State Lists with NO Local Challenge |
| Michelangelo | Mike Venzia | 1 | Manatee | | | List A - Escambia Elementary State Lists with NO Local Challenge |
| The Family Book | Todd Parr | 1 | Manatee | | | List A - Escambia Elementary State Lists with NO Local Challenge |
| Ban This Book | Alan Gratz | | | 1 | Indian River (K-8th) | List B - Escambia Elementary State Lists with a RESOLVED Local Challenge |
| George | Alex Gino | | | 1 | Martin (6th-8th) | List C - Escambia Elementary State Lists with a Pending Local Challenge |
| Friends Forever | Shannon Hale | 1 | Manatee | | | List C - Escambia Elementary State Lists with a Pending Local Challenge |
| Lily and Dunkin | Donna Gephart | 1 | Manatee | | | List D - Escambia Middle School State Lists with NO Local Challenge |
| Shout | Laurie Halse Anderson | | | 2 | Clay, Indian River | List D - Escambia Middle School State Lists with NO Local Challenge |
| Kaffir Boy: The True Story of a Black Youth's Coming of Age in Apartheid South Africa | Mark Mathabane | 1 | Clay | 1 | Indian River | List D - Escambia Middle School State Lists with NO Local Challenge |
| I Know Why the Caged Bird Sings | Maya Angelou | | | 1 | Clay | List D - Escambia Middle School State Lists with NO Local Challenge |
| The League of Super Feminists | Mirion Malle | | | 1 | Clay | List D - Escambia Middle School State Lists with NO Local Challenge |
| Alice the Brave | Phyllis Reynolds Naylor | | | 1 | Clay | List D - Escambia Middle School State Lists with NO Local Challenge |
| A Day No Pigs Would Die | Robert Newton Peck | | | 1 | Clay | List D - Escambia Middle School State Lists with NO Local Challenge |
| Drama | Raina Telgemeier | 1 | Martin | 3 | Gilchrist (5th), Indian River (K-8th), Manatee (6th-8th) | List E - Escambia Middle School State Lists with a RESOLVED Local Challenge |
| Ask the Passengers | A.S. King | 1 | Martin | 2 | Clay, Indian River | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| What We Saw | Aaron Hartzler | | | 2 | Clay, Indian River | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| After the Game | Abbi Glines | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Under the Lights | Abbi Glines | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Until Friday Night | Abbi Glines | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Punkzilla | Adam Rapp | 1 | Clay | | | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| History is All You Left Me | Adam Silvera | 1 | Clay | | | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Fable | Adrienne Young | | | 2 | Clay, Indian River | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Cemetery Boys | Aiden Thomas | | | 1 | Hernando | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Rainbow High | Alex Sanchez | | | 1 | Marion | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Rainbow Road | Alex Sanchez | | | 1 | Marion | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Bloodrose: Nightshade Novel | Andrea Cremer | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Wolfsbane | Andrea Cremer | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Grasshopper Jungle: A History | Andrew Smith | | | 1 | Indian River | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |

7/9/2025

Full list comparing Escambia collection to State Objection Reports

| Title | Author | 22-23 DOE Objection | 22-23 Counties - notes | 23-24 DOE Objection | 23-24 Counties - notes | Escambia Challenge Status |
|---|---|---|---|---|---|---|
| Autonomous | Andy Marino | | | 1 | Wakulla | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Anne Frank's Diary: The Graphic Adaptation | Ari Folman | 1 | Indian River | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Stronger, Faster and More Beautiful | Arwen Elys Dayton | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Goth Girl Rising | Barry Lyga | 1 | Clay | | | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Here's to Us | Becky Albertalli | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Kate in Waiting | Becky Albertalli | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| 34 Pieces of You | Carmen Rodrigues | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Vegan, Virgin, Valentine | Carolyn Mackler | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| City of Heavenly Fire | Cassandra Clare | | | 1 | Indian River | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Born at Midnight | CC Hunter | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Gossip Girl: A Novel | Cecily von Ziegesar | | | 1 | Indian River | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Nobody Does it Better: A Gossip Girl Novel | Cecily von Ziegesar | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Would I Lie to You: A Gossip Girl Novel (#10) | Cecily von Ziegesar | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| You Know You Love Me (Gossip Girl #2) | Cecily von Ziegesar | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| The Marrow Thieves | Cherie Dimaline | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Blessed | CL Smith | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Tantalize | CL Smith | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Furyborn | Claire LeGrand | 1 | Clay | | | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| A Good Idea | Cristina Moracho | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Flowers For Algernon | Daniel Keyes | 1 | Clay | | | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Another Day | David Levithan | 1 | Clay | | | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Hold Me Closer | David Levithan | 1 | Clay | | | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| The Belles | Dhonielle J Clayton | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| You Don't Have to be Everything: Poems for Girls Becoming Themselves | Diana Whitney | 1 | Clay | | | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Real Live Boyfriends | E. Lockhart | 1 | Clay | 1 | Indian River | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| With the Fire on High | Elizabeth Acevedo | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Glass | Ellen Hopkins | | | 4 | Bay, Clay, Indian River, Volusia | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Impulse | Ellen Hopkins | 1 | Clay | 2 | Bay, Indian River | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Traffick | Ellen Hopkins | 1 | Clay | 2 | Lee, Manatee | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Touch | Francine Prose | 1 | Clay | | | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| The Black Friend: On Being a Better White Person | Frederick Joseph | | | 1 | Hernando | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Juliet Takes a Breath | Gabby Rivera | 2 | Clay, Martin | 2 | Bay, Manatee | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| I Have Lost My Way | Gayle Forman | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Fairy Tail #2 | Hiro Mashima | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Gabi | Isabel Quintero | 1 | Martin | | | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| The Fire Next Time | James Baldwin | 1 | Clay | | | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| The Sky is Everywhere | Jandy Nelson | 1 | Clay | | | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Stamped: Racism, Antiracism and You | Jason Reynolds | 1 | Martin | | | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Unpregnant | Jenni Hendriks | 1 | Clay | | | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |

Full list comparing Escambia collection to State Objection Reports

| Title | Author | 22-23 DOE Objection | 22-23 Counties - notes | 23-24 DOE Objection | 23-24 Counties - notes | Escambia Challenge Status |
|---|---|---|---|---|---|---|
| Grace and Glory | Jennifer L. Armentrout | 1 | Clay | | | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| If There's No Tomorrow | Jennifer L. Armentrout | 1 | Clay | | | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Opposition | Jennifer L. Armentrout | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Rage and Ruin | Jennifer L. Armentrout | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Storm and Fury | Jennifer L. Armentrout | | | 5 | Bay, Clay, Indian River, Polk, Volusia | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| All the Bright Places | Jennifer Niven | | | 1 | Bay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Before I Die | Jenny Downham | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| See You at Harry's | Jo Knowles | | | 1 | Clay (K-6th) | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Paper Towns | John Green | | | 1 | Indian River | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Turtles All the Way Down | John Green | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Will Grayson, Will Grayson | John Green & David Levithan | 1 | Clay | | | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Blood Water Paint | Joy McCullough | | | 1 | Indian River | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| How The Garcia Girls Lost Their Accent | Julia Alvarez | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Keeping You a Secret | Julie Anne Peters | | | 1 | Clay (7th-8th) | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| My Sister Rosa | Justine Larbalestier | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Felix Ever After | Kacen Callender | | | 3 | Clay, Hernando, Volusia | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| The Thousandth Floor #1 | Katharine McGee | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Rethinking Normal: A Memoir in Transition | Katie Hill | | | 1 | Indian River | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| 37 Things I Love | Kekla Magoon | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| My Hero Academia Origin: Vol. 5 | Kohei Horikoshi | 1 | Manatee | | | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Winterkeep | Kristin Cashore | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| If He Had Been With Me | Laura Nowlin | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| A Certain Slant of Light | Laura Whitcomb | | | 2 | Clay, Indian River | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Speak: The Graphic Novel | Laurie Halse Anderson | | | 2 | Clay, Indian River | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| American Street | Lbi Zoboi | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Vampire Academy: A Graphic Novel | Leigh Dragoon | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Wake | Lisa McMann | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Dancing in my Nuddy-Pants | Louise Rennison | 1 | Clay | | | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| The Gentleman's Guide to Vice and Virtue | Mackenzi Lee | 1 | Clay | | | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Shiver | Maggie Stiefvater | | | 2 | Indian River, Martin | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| This is Where it Ends | Marieke Nijkamp | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Laura Dean Keeps Breaking Up with Me | Mariko Tamaki | | | 2 | Martin, Volusia | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Gilded | Marissa Meyer | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Persepolis | Marjane Satrapi | | | 1 | Indian River | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Persepolis 2 | Marjane Satrapi | | | 1 | Indian River | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Princess on the Brink: Princess Diaries Book 8 | Meg Cabot | | | 1 | Palm Beach (7th) | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Yaqui Delgado Wants to Kick Your Ass | Meg Medina | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Not a Drop to Drink | Mindy McGinnis | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Girls of Paper and Fire | Natasha Ngan | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |

Full list comparing Escambia collection to State Objection Reports

| Title | Author | 22-23 DOE Objection | 22-23 Counties - notes | 23-24 DOE Objection | 23-24 Counties - notes | Escambia Challenge Status |
|---|---|---|---|---|---|---|
| Check Please!: Book 1 #Hockey | Ngozi Ukazu | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Tweak: Growing Up on Methamphetamines | Nic Sheff | 1 | Clay | | | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Dear Martin | Nic Stone | | | 1 | Martin (6th-8th) | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Odd One Out | Nic Stone | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Hold Still | Nina LaCour | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Betrayed: A House of Night Novel | P.C. Cast & Kristin Cast | | | 1 | Indian River | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Burned: A House of Night Novel | P.C. Cast & Kristin Cast | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Revealed | P.C. Cast & Kristin Cast | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Untamed: A House of Night Novel | P.C. Cast & Kristin Cast | | | 1 | Indian River | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Release | Patrick Ness | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Brazen: Rebel Ladies Who Rocked the World | Penelope Bagiev | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Nick & Norah's Infinite Playlist | Rachel Cohn & David Levithan | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Num8ers | Rachel Ward | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Fangirl | Rainbow Rowell | 1 | Martin | | | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Arden Grey | Ray Stoeve | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Not Even Bones | Rebecca Schaeffer | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Smoke in the Sun | Renee Ahdieh | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Frostbite: A Vampire Academy | Richelle Mead | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Last Sacrifice: Vampire Academy #6 | Richelle Mead | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Midnight Jewel | Richelle Mead | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Spirit Bound (Vampire Academy #5) | Richelle Mead | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Vampire Academy | Richelle Mead | 1 | Clay | 1 | Indian River | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| The Berlin Boxing Club | Rob Sharenow | | | 1 | Indian River (6th-8th) | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Beyond the Chocolate War | Robert Cormier | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Fade | Robert Cormier | | | 1 | Santa Rosa | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| We All Fall Down | Robert Cormier | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Being Transgender | Robert Rodi | | | 1 | Marion | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Bone Gap | Ruby Laura | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| The Taking of Jake Livingston | Ryan Douglass | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Reverie | Ryan La Sala | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Sparks: The epic, Completely True Blue, (Almost) Holy Quest of Debbie | S.J. Adams | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| The Art of Starving | Sam J. Miller | 1 | Clay | | | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Crown of Midnight | Sarah J. Maas | | | 2 | Bay, Indian River | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Queen of Shadows | Sarah J. Maas | | | 4 | Bay, Hernando, Indian River (6th-8th), Martin | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| The Assasin's Blade: The Throne of Glass Novellas | Sarah J. Maas | | | 1 | Indian River | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Throne of Glass | Sarah J. Maas | 1 | Clay | 1 | Indian River | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Strangers Assume my Girlfriend is a Nurse | Shane Burcaw | 1 | Clay | | | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Brave Face | Shaun David Hutchinson | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Only Mostly Devastated | Sophie Gonzales | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |

Full list comparing Escambia collection to State Objection Reports

| Title | Author | 22-23 DOE Objection | 22-23 Counties - notes | 23-24 DOE Objection | 23-24 - Counties - notes | Escambia Challenge Status |
|---|---|---|---|---|---|---|
| There's Someone Inside Your House | Stephanie Perkins | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Salem's Lot | Stephen King | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| The Green Mile | Stephen King | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Ignite Me | Tahereh Mafi | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Wizard's First Rule | Terry Goodkind | | | 2 | Clay, Santa Rosa | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Spinning | Tillie Walden | 1 | Clay | 1 | Indian River | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Tar Baby | Toni Morrison | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| The Fever King | Victoria Lee | | | 1 | Clay | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Assassination Classroom Vol. 8 | Yusei Matsui | 1 | Osceola | | | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Assassination Classroom Vol. 10 | Yusei Matsui | 1 | Osceola | | | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Assassination Classroom Vol. 9 | Yusei Matsui | 1 | Osceola | | | List F - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, YA audience level |
| Darius the Great Deserves Better | Adib Khorram | 1 | Clay | 2 | Clay, Indian River | List G - Escambia MS YA Opt-in and High School State Lists with a RESOLVED Local Challenge, YA audience level |
| The Nowhere Girls | Amy Reed | 3 | Clay, Flagler, Martin | 3 | Bay, Brevard, Indian River | List G - Escambia MS YA Opt-in and High School State Lists with a RESOLVED Local Challenge, YA audience level |
| Concrete Rose | Angie Thomas | 1 | Clay | 1 | Indian River | List G - Escambia MS YA Opt-in and High School State Lists with a RESOLVED Local Challenge, YA audience level |
| Out of Darkness | Ashley Hope Pérez | 1 | Clay | 3 | Manatee, Marion, Volusia | List G - Escambia MS YA Opt-in and High School State Lists with a RESOLVED Local Challenge, YA audience level |
| 10 Things I Can See From Here | Carrie Mac | 1 | Clay | | | List G - Escambia MS YA Opt-in and High School State Lists with a RESOLVED Local Challenge, YA audience level |
| The 57 Bus | Dashka Slater | 1 | Manatee | | | List G - Escambia MS YA Opt-in and High School State Lists with a RESOLVED Local Challenge, YA audience level |
| The Freedom Writer's Diary | Erin Gruwell | 1 | Martin | 3 | Indian River, Manatee, Volusia | List G - Escambia MS YA Opt-in and High School State Lists with a RESOLVED Local Challenge, YA audience level |
| All American Boys | Jason Reynolds & Brendon Kiely | 1 | Martin | 1 | Clay | List G - Escambia MS YA Opt-in and High School State Lists with a RESOLVED Local Challenge, YA audience level |
| Looking For Alaska | John Green | 2 | Clay, Martin | 3 | Indian River, Manatee (6th-8th), Volusia | List G - Escambia MS YA Opt-in and High School State Lists with a RESOLVED Local Challenge, YA audience level |
| The Absolutely True Diary of a Part-Time Indian | Sherman Alexie | 2 | Clay, Martin | | | List G - Escambia MS YA Opt-in and High School State Lists with a RESOLVED Local Challenge, YA audience level |
| The Perks of Being a Wallflower | Stephen Chbosky | 2 | Clay, Martin | 6 | Brevard, Hernando, Indian River, Leon, Manatee (6th-8th), Volusia | List G - Escambia MS YA Opt-in and High School State Lists with a RESOLVED Local Challenge, YA audience level |
| More Happy Than Not | Adam Silvera | 2 | Clay, Martin | 3 | Leon, Marion, Volusia | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Rainbow Boys | Alex Sanchez | 1 | Clay | 2 | Indian River, Marion | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Loveless | Alice Oseman | | | 1 | Clay | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Once & Future | Amy Capetta | | | 1 | Clay | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| After | Amy Efaw | | | 1 | Clay | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| The Hate U Give | Angie Thomas | 1 | Martin | 2 | Hernando, Indian River | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Go Ask Alice | Anonymous | 1 | Martin | 1 | Indian River | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Girl Made of Stars | Ashley Herring Blake | | | 1 | Clay | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Boy Toy | Barry Lyga | 3 | Clay, Santa Rosa, St. Johns | 4 | Bay, Hernando, Manatee, Santa Rosa | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Leah on the Offbeat | Becky Albertalli | 1 | Clay | 1 | Indian River | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| The Upside of Unrequited | Becky Albertalli | | | 1 | Indian River | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Little & Lion: A Novel | Brandy Colbert | 1 | Clay | 4 | Hernando, Indian River, Martin, Volusia | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Full Disclosure | Camryn Garrett | | | 1 | Clay | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Clockwork Princess | Cassandra Clare | | | 3 | Indian River (6th-8th), Martin, Volusia | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Lady Midnight | Cassandra Clare | | | 2 | Clay, Indian River | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Scars | Cheryl Rainfield | | | 1 | Volusia | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Kingsbane (Empirium 2) | Claire LeGrand | | | 1 | Clay | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |

Full list comparing Escambia collection to State Objection Reports

| Title | Author | 22-23 DOE Objection | 22-23 Counties - notes | 23-24 DOE Objection | 23-24 Counties - notes | Escambia Challenge Status |
|---|---|---|---|---|---|---|
| Two Boys Kissing | David Levithan | 1 | Clay | | | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| The Black Flamingo | Dean Atta | | | 3 | Indian River, Marion, Martin | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| A Curse of Roses | Diana Pinguicha | | | 1 | Clay | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Dime | E.R. Frank | 1 | Clay | 4 | Hernando, Indian River, Manatee, Martin | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Life is Funny | E.R. Frank | 2 | Clay, Martin | 3 | Hernando, Indian River, Manatee | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Black Girl Unlimited: The Remarkable Story of a Teenage Wizard | Echo Brown | | | 1 | Clay | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Damsel | Elana K. Arnold | 3 | Clay, Flagler, Martin | 3 | Hernando, Marion, Volusia | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Infandous | Elana K. Arnold | | | 3 | Brevard, Manatee, Marion | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| The Poet X | Elizabeth Acevedo | 1 | Clay | 1 | Indian River | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Living Dead Girl | Elizabeth Scott | 2 | Clay, Martin | 4 | Brevard, Indian River, Santa Rosa, Volusia | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Stealing Heaven | Elizabeth Scott | | | 1 | Clay | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Burned | Ellen Hopkins | 1 | Clay | 4 | Indian River, Lee, Manatee (6th-8th), Volusia | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Crank | Ellen Hopkins | 1 | Clay | 3 | Indian River, Lee (reported as "Cranked"), Volusia | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Fallout | Ellen Hopkins | 1 | Clay | 2 | Bay, Indian River | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Identical | Ellen Hopkins | 1 | Clay | 2 | Indian River, Volusia | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Perfect | Ellen Hopkins | 1 | Clay | 2 | Indian River, Volusia | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Rumble | Ellen Hopkins | 1 | Clay | | Clay | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Smoke | Ellen Hopkins | 1 | Clay | 3 | Bay, Lee, Volusia | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Tilt | Ellen Hopkins | 2 | Clay, Flagler | 2 | Brevard, Indian River | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Tricks | Ellen Hopkins | 2 | Clay, Manatee | 8 | Alachua, Brevard, Broward, Indian River, Lee, Marion, Polk, Seminole | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| I Am Not Your Perfect Mexican Daughter | Erika L Sanchez | 1 | Martin | 2 | Clay, Volusia | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Ace of Spades | Faridah Abíké-Íyímídé | 1 | Alachua | | | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Grit | Gillian French | | | 2 | Clay, Indian River | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Foul is Fair | Hannah Capin | 1 | Clay | | | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Fairy Tail #5 | Hiro Mashima | | | 1 | Clay | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| I'll Give You the Sun | Jandy Nelson | 2 | Clay, Martin | 1 | Volusia | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Thirteen Reasons Why | Jay Asher | 1 | Martin | 3 | Clay, Hernando, Indian River | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Tyler Johnson was Here | Jay Cole | | | 1 | Clay | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Being Jazz | Jazz Jennings | 1 | Clay | | | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| The Truth About Alice | Jennifer Mathieu | 2 | Clay, Martin | 2 | Hernando, Indian River | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Me and Earl and the Dying Girl | Jesse Andrews | 4 | Clay, Flagler, Manatee, Martin | 3 | Indian River, Marion, Volusia | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| The Haters | Jesse Andrews | 3 | Clay, Flagler, Martin | 2 | Hernando, Manatee | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Forever | Judy Blume | 2 | Martin, St. Johns | 3 | Brevard, Hernando, Manatee | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| The Last True Poets of the Sea | Julia Drake | | | 1 | Clay | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Ramona Blue | Julie Murphy | 2 | Clay, Martin | 2 | Indian River, Volusia | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| The Stars and the Blackness Between Them | Junauda Petrus | | | 1 | Clay | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| The Duff | Kody Keplinger | | | 2 | Alachua, Indian River | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Graceling | Kristin Cashore | 1 | Clay | | | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |

Full list comparing Escambia collection to State Objection Reports

| Title | Author | 22-23 DOE Objection | 22-23 Counties - notes | 23-24 DOE Objection | 23-24 Counties - notes | Escambia Challenge Status |
|---|---|---|---|---|---|---|
| I Never | Laura Hopper | | Clay | 1 | Manatee | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| L8r, G8r | Lauren Myracle | 4 | Clay, Flagler, Manatee, Martin | 1 | Volusia | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Shine | Lauren Myracle | | Clay, Martin | 2 | Indian River, Santa Rosa | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| The Infinite Moment of Us | Lauren Myracle | | | 2 | Brevard, Manatee | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| TTFN | Lauren Myracle | 1 | Clay | | | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Speak | Laurie Halse Anderson | 1 | Martin | 1 | Clay | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Wintergirls | Laurie Halse Anderson | | | 1 | Martin | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Beauty Queens | Libba Bray | 1 | Clay | | | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Fade | Lisa McMann | 2 | Clay, Martin | 3 | Hernando, Indian River, Volusia | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Killing Mr. Griffin | Lois Duncan | 1 | Clay | 1 | Marion | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Angus, Thongs, and Full Frontal Snogging: Confessions of Georgia Nicolson | Louise Rennison | 1 | Clay | 1 | Indian River | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Relish: My Life in the Kitchen | Lucy Knisley | 3 | Clay, Santa Rosa, St. Johns | 2 | Indian River, Santa Rosa | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Last Night at the Telegraph Club | Malinda Lo | 1 | Clay | 1 | Volusia | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| The Midnight Lie | Marie Rutkoski | 1 | Clay | | | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Cold | Mariko Tamaki | | | 1 | Clay | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| This One Summer | Mariko Tamaki | 1 | Clay | 2 | Brevard, Indian River | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Yolk | Mary Choi | 1 | Clay | | | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Ready or Not: An All American Girl | Meg Cabot | 2 | Clay, Manatee | 1 | Indian River | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Bumped | Megan McCafferty | | | 2 | Indian River (6th-8th), Volusia | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Flamer | Mike Curato | 3 | Clay, Marion, St, Johns | | Bay (6th-8th) | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Heroine | Mindy McGinnis | 1 | Martin | 2 | Indian River, Volusia | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| The Female of the Species | Mindy McGinnis | 2 | Clay, Martin | 1 | Indian River | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Lush | Natasha Friend | | | 1 | Indian River | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Chosen: A House of Night Novel | P.C. Cast & Kristin Cast | 1 | Clay | | Clay, Hernando, Indian River, Manatee (6th-8th), Martin, Volusia | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Sold | Patricia McCormick | 3 | Clay, Manatee, Martin | 5 | Bay, Hernando, Indian River, Marion, Volusia | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Neanderthal Opens the Door to the Universe | Preston Norton | 1 | Clay | | Indian River, Martin, Volusia | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Where I End & You Begin | Preston Norton | 2 | Clay, Martin | 1 | Indian River | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Naomi and Ely's No Kiss List: A Novel | Rachel Cohn & David Levithan | | | 1 | Clay | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Eleanor and Park | Rainbow Rowell | 1 | Clay | 3 | Indian River, Manatee (6th-8th), Martin | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Boy Girl Boy | Ron Koertge | | | 1 | Volusia | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Empire of Storms | Sarah J. Maas | 2 | Clay, Martin | 4 | Bay, Indian River (6th-8th), Manatee, Polk | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Kingdom of Ash | Sarah J. Maas | 2 | Clay, Martin | 4 | Hernando, Indian River, Leon, Manatee | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Tower of Dawn | Sarah J. Maas | 1 | Martin | 2 | Hernando, Indian River | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| All the Things We Do in the Dark | Saundra Mitchell | | | 2 | Hernando, Indian River | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| The Past and Other Things That Should Stay Buried | Shaun David Hutchinson | | | 1 | Clay | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| We Are the Ants | Shaun David Hutchinson | 1 | Clay | 1 | Indian River | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Chain Reaction | Simone Elkeles | | | 1 | Clay | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Perfect Chemistry | Simone Elkeles | | | 3 | Clay, Indian River, Martin | List H - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |

Full list comparing Escambia collection to State Objection Reports

| Title | Author | 22-23 DOE Objection | 22-23 Counties - notes | 23-24 DOE Objection | 23-24 Counties - notes | Escambia Challenge Status |
|---|---|---|---|---|---|---|
| Beyond Magenta | Susan Kuklin | | | 6 | Alachua, Clay, Hernando, Leon, Manatee (6th-8th), Martin | List H - Escambia Collection MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| The Kingdom of Little Wounds | Susann Cokal | | | 2 | Clay, Santa Rosa | List H - Escambia Collection MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Defy Me | Tahereh Mafi | | | 1 | Clay | List H - Escambia Collection MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Unravel Me | Tahereh Mafi | 1 | Martin | 1 | Indian River | List H - Escambia Collection MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| A Girl Like That | Tanaz Bhathena | | | 1 | Clay | List H - Escambia Collection MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Allegedly | Tiffany D. Jackson | 2 | Clay, Martin | 1 | Volusia | List H - Escambia Collection MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Grown | Tiffany D. Jackson | 1 | Clay | 2 | Indian River, Volusia | List H - Escambia Collection MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Monday's Not Coming | Tiffany D. Jackson | 2 | Clay, Martin | 1 | Volusia | List H - Escambia Collection MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Assassination Classroom Vol. 1 | Yusei Matsui | 2 | Orange, Osceola | | | List H - Escambia Collection MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Assassination Classroom Vol. 2 | Yusei Matsui | 1 | Osceola | | | List H - Escambia Collection MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Assassination Classroom Vol. 3 | Yusei Matsui | 1 | Osceola | | | List H - Escambia Collection MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Assassination Classroom Vol. 4 | Yusei Matsui | 1 | Osceola | | | List H - Escambia Collection MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Assassination Classroom Vol. 5 | Yusei Matsui | 1 | Osceola | | | List H - Escambia Collection MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Assassination Classroom Vol. 6 | Yusei Matsui | 1 | Osceola | | | List H - Escambia Collection MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Assassination Classroom Vol. 7 | Yusei Matsui | 1 | Osceola | | | List H - Escambia Collection MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| Assassination Classroom-Swim Time | Yusei Matsui | 1 | Clay | | | List H - Escambia Collection MS YA Opt-in and High School State Lists with a Pending Local Challenge, YA audience level |
| The Lovely Bones | Alice Sebold | 2 | Clay, Martin | 3 | Bay, Hernando, Indian River | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| After Ever Happy | Anna Todd | | | 1 | Indian River | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| A Clockwork Orange | Anthony Burgess | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| The Fountainhead | Ayn Rand | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Empire of Wild | Cherie Dimaline | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Winter's Bone: The Novel | Daniel Woodrell | | | 1 | Martin | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| The Talk | Darrin Bell | 1 | Manatee | | | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| The Lover's Dictionary | David Levithan | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Stitches: A Memoir | David Small | 1 | Clay | 1 | Indian River | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Intensity | Dean Koontz | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Outlander | Diana Gabaldon | 1 | Clay | | | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Flirtin' with the Monster: Your Favorite Authors on Ellen Hopkins' Crank and Glass | Ellen Hopkins | | | 1 | Indian River | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Ready Player One | Ernest Cline | 1 | Clay | 1 | Martin | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| A Good Man is Hard to Find | Flannery O'Connor | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| 1984 the Graphic Novel | George Orwell / Adapted by Fido Nesti | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| A Game of Thrones | George R.R. Martin | | | 2 | Clay, St. Johns | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Dark Places | Gillian Flynn | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| A Stolen Life: A Memoir | Jaycee Lee Dugard | 1 | Martin | 1 | Bay, Volusia | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Girl in Translation | Jean Kwok | 1 | Clay | 2 | Clay, Indian River | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Change of Heart | Jodi Picoult | 1 | Martin | 1 | Indian River | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Handle with Care | Jodi Picoult | 1 | Martin | 2 | Clay, Indian River | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| House Rules | Jodi Picoult | 1 | Martin | 1 | Indian River | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |

Full list comparing Escambia collection to State Objection Reports

| Title | Author | 22-23 DOE Objection | 22-23 Counties - notes | 23-24 DOE Objection | 23-24 - Counties - notes | Escambia Challenge Status |
|---|---|---|---|---|---|---|
| Keeping Faith | Jodi Picoult | 1 | Martin | 1 | Indian River | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Leaving Time | Jodi Picoult | 1 | Martin | | | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Lone Wolf | Jodi Picoult | 1 | Martin | 1 | Indian River | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| My Sister's Keeper | Jodi Picoult | 1 | Martin | 1 | Indian River | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Perfect Match | Jodi Picoult | 1 | Martin | 1 | Indian River | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Picture Perfect | Jodi Picoult | 1 | Martin | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Plain Truth | Jodi Picoult | 1 | Martin | 1 | Indian River | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Salem Falls | Jodi Picoult | 1 | Martin | 1 | Indian River | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Second Glance | Jodi Picoult | 1 | Martin | 1 | Indian River | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Sing You Home | Jodi Picoult | 1 | Martin | | | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| The Pact | Jodi Picoult | 1 | Martin | 1 | Indian River | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| The Storyteller | Jodi Picoult | 1 | Martin | 1 | Indian River (6th-8th) | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| The Tenth Circle | Jodi Picoult | 1 | Martin | 1 | Indian River | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Savage Inequalities | Jonathan Kozol | 1 | Clay | | | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Lonesome Dove (#1) | Larry McMurtry | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| The Magicians | Lev Grossman | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Always Running | Luis J. Rodriguez | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| The Lucky One | Nicholas Sparks | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Finding the Dream | Nora Roberts | 1 | Martin | | | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Just Kids | Patti Smith | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Jaws | Peter Benchley | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Billy Summers | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Black House (Talisman #2) | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Carrie | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Christine | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Cujo | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Different Seasons | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Doctor Sleep (The Shining Part 2) | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Dolores Claiborne | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Dreamcatcher | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Everything's Eventual: 14 Dark Tales | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Firestarter | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Four Past Midnight | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| From a Buick 8 | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Hearts in Atlantis | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| If It Bleeds | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Insomnia | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Joyland | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Just After Sunset | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |

Full list comparing Escambia collection to State Objection Reports

| Title | Author | 22-23 DOE Objection | 22-23 Counties - notes | 23-24 DOE Objection | 23-24 - Counties - notes | Escambia Challenge Status |
|---|---|---|---|---|---|---|
| Lisey's Story | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Misery | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Needful Things | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Nightmares & Dreamscapes | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| On Writing: A Memoir of the Craft | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Pet Sematary | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Revival | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Rose Madder | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Skeleton Crew | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Sleeping Beauties | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Song of Susannah (Dark Tower #6) | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| The Dark Tower (#7) | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| The Dead Zone | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| The Girl Who Loved Tom Gordon | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| The Gunslinger | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| The Institute | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| The Shining | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| The Stand | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| The Tommyknockers | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| The Waste Lands | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Wizard and Glass Dark Tower IV | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Wolves of the Calla (The Dark Tower #5) | Stephen King | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| The Talisman (#1 in series) | Stephen King & Peter Straub | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| The Girl with the Dragon Tattoo | Stieg Larsson | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Girl with a Pearl Earring | Tracy Chevalier | | | 1 | Clay | List I - Escambia MS YA Opt-in and High School State Lists with NO Local Challenge, Adult audience level |
| Almost Moon | Alice Sebold | | | 7 | Alachua, Clay, Indian River, Manatee, Martin, Santa Rosa, St. Johns | List J - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, Adult audience level |
| Yes Please | Amy Poehler | | | 1 | Clay | List J - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, Adult audience level |
| Running with Scissors: A Memoir | Augusten Burroughs | 1 | Clay | | | List J - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, Adult audience level |
| Red, White, and Royal Blue | Casey McQuiston | 1 | Clay | | | List J - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, Adult audience level |
| It Ends With Us | Colleen Hoover | | | 1 | Bay | List J - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, Adult audience level |
| Ghost World | Daniel Clowes | | | 1 | Clay | List J - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, Adult audience level |
| Whispers | Dean Koontz | | | 1 | Clay | List J - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, Adult audience level |
| The Art of Racing in the Rain | Garth Stein | 2 | Clay, Martin | | | List J - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, Adult audience level |
| A Clash of Kings | George R.R. Martin | | | 3 | Clay, St, Johns, Volusia | List J - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, Adult audience level |
| A Feast for Crows | George R.R. Martin | | | 1 | Clay | List J - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, Adult audience level |
| Wicked: The Life and Times of the Wicked Witch of the West (a novel) | Gregory Maguire | 1 | Martin | 3 | Clay, Indian River, St. Johns | List J - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, Adult audience level |
| The Glass Castle: A Memoir | Jeanette Wall | | | 1 | Indian River | List J - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, Adult audience level |
| Mercy | Jodi Picoult | 2 | Clay, Martin | 1 | Indian River | List J - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, Adult audience level |

Full list comparing Escambia collection to State Objection Reports

| Title | Author | 22-23 DOE Objection | 22-23 Counties - notes | 23-24 DOE Objection | 23-24 - Counties - notes | Escambia Challenge Status |
|-------|--------|---------------------|------------------------|---------------------|--------------------------|---------------------------|
| Nineteen Minutes | Jodi Picoult | 2 | Clay, Martin | 5 | Hernando, Indian River, Marion, Polk, Volusia | List J - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, Adult audience level |
| Vanishing Acts | Jodi Picoult | 2 | Clay, Martin | 1 | Indian River | List J - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, Adult audience level |
| Jesus Land | Julia Scheeres | 1 | Clay | 2 | Brevard, Manatee | List J - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, Adult audience level |
| The Sea of Tranquility | Katja Millay | 1 | Clay | | | List J - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, Adult audience level |
| The Handmaid's Tale: Graphic Novel | Margaret Atwood | 2 | Clay, St. Johns | 3 | Bay, Broward, Hernando | List J - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, Adult audience level |
| Water for Elephants | Sara Gruen | 3 | Clay, Orange, St. Johns | 3 | Leon, Manatee, Santa Rosa | List J - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, Adult audience level |
| A Court of Thorns and Roses | Sarah J. Maas | 2 | Clay, Martin | 3 | Brevard, Hernando, Indian River (6th-8th) | List J - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, Adult audience level |
| 11/22/1963 | Stephen King | | | 1 | Clay | List J - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, Adult audience level |
| Cell | Stephen King | | | 1 | Clay | List J - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, Adult audience level |
| It | Stephen King | | | 1 | Clay | List J - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, Adult audience level |
| The Drawing of the Three | Stephen King | | | 1 | Clay | List J - Escambia MS YA Opt-in and High School State Lists with a Pending Local Challenge, Adult audience level |
| The Color Purple | Alice Walker | | | 1 | Clay | List K - Escambia High School State Lists with NO Local Challenge, AP Exam Reference |
| Where the Crawdads Sing | Delia Owens | 1 | Clay | | | List K - Escambia High School State Lists with NO Local Challenge, AP Exam Reference |
| Native Son | Richard Wright | | | 3 | Indian River, Martin, Volusia | List K - Escambia High School State Lists with NO Local Challenge, AP Exam Reference |
| Song of Solomon | Toni Morrison | | | 2 | Clay, Volusia | List K - Escambia High School State Lists with NO Local Challenge, AP Exam Reference |
| The Bluest Eye | Toni Morrison | 2 | Clay, Martin | 3 | Indian River, Marion, Volusia | List L - Escambia High School State Lists with a RESOLVED Local Challenge, AP Exam Reference |
| Kafka on the Shore | Haruki Murakami | | | 1 | Santa Rosa | List M - Escambia High School State Lists with a PENDING Local Challenge, AP Exam Reference |
| The House of Spirits | Isabel Allende | 1 | Clay | | | List M - Escambia High School State Lists with a PENDING Local Challenge, AP Exam Reference |
| Extremely Loud and Incredibly Close | Jonathan Safran Foer | 2 | Clay, Martin | 3 | Indian River, Marion, Volusia | List M - Escambia High School State Lists with a PENDING Local Challenge, AP Exam Reference |
| The Kite Runner | Khaled Hosseini | 2 | Clay, Martin | 2 | Hernando, Indian River | List M - Escambia High School State Lists with a PENDING Local Challenge, AP Exam Reference |
| Slaughterhouse-Five | Kurt Vonnegut | | | 4 | Bay, Clay, Indian River, Volusia | List M - Escambia High School State Lists with a PENDING Local Challenge, AP Exam Reference |
| The Handmaid's Tale | Margaret Atwood | 2 | Clay, Martin | 5 | Bay, Hernando, Indian River, Manatee, Volusia | List M - Escambia High School State Lists with a PENDING Local Challenge, AP Exam Reference |
| Beloved | Toni Morrison | 2 | Clay, Martin | 1 | Hernando | List M - Escambia High School State Lists with a PENDING Local Challenge, AP Exam Reference |

Exhibit 37

## REQUEST FOR THE RECONSIDERATION OF EDUCATIONAL MEDIA

School: _____ Northview High School _____

Requested Initiated By: _____ Vicki Baggett _____

Telephone: ▮▮▮▮   Address: ▮▮▮▮

City: ▮▮▮▮   State: ▮▮   Zip code: ▮▮▮▮

Set 2
# 4

**Please Check Media Type**

| | | |
|---|---|---|
| X Book | ___Film | ___Videocassette |
| ___ Periodical | ___Filmstrip | ___Record |
| ___ Pamphlet | ___Cassette | ___Computer Software |
| ___ Laser Videodisc | ___Kit | Other:_____ |

Title: _____ Better Nate Than Ever _____

Author: _____ Tim Federle _____

Publisher or Producer: _____

1.   Reasons for Objections: _____ Age inappropriate; gay agenda _____

2.   Have you read, viewed, and/or listened to the entire educational media to which you object?
_____ Yes _____

3.   What are the strengths of this educational media? _____ None _____

4.   Are you aware of the judgment of this educational media by literary and authoritative critics?
_____ Yes _____

5.   What do you believe is the purpose of this educational media? _____ Indoctrination _____

6.   For what age group would you recommend this educational media? _____ None _____

7.   Where was the educational media located in the school system? _____ Elementary Schools _____

8.   On what date(s) was the material utilized for instruction? _____ N/A _____

Signature of Complainant: _____ Vicki Baggett _____   Date: _____ 8-24-22 _____

Exhibit 38

**ECPS Request for Reconsideration of Educational Media**

A parent or resident of Escambia County, Florida may proffer evidence that any material used in a classroom, made available in a school library, or included in a reading list contains content that is pornographic or prohibited under F.S. 847.012, is not suited to student needs and their ability to comprehend the material presented, or is inappropriate for the grade level or age group for which the material is being used.

**Please complete all applicable information:**

Before bringing a challenge to a material found at a school, the complainant must read, listened to or viewed the material in its entirety.

Have you read or viewed the entire material? _____yes_____

Date of Request: _____5-22-2023_____

Author: _____Cory McCarthy_____

Title: ___Man O' War ___

Publisher or Producer, Date of Publication/Production, Type of Media: _____Dutton Books,  2022__

Request Initiated by (first and last name): ___Melanie Eubanks_____

School(s) in which item is used: Pine Forest High School

1. What first prompted your concern? FS 847.012 This book has numerous sexual scenes, extreme nudity,  and alcohol use. Also contains profanity.

2. To what in the material do you object? (Please be specific, cite pages, frames, etc. Attach additional pages if necessary **I am including only a few samples below.**

**"The men's reads men's, and the women's reads girls'? That's some patriarchal fu-kery.".. While the girls'room occupants always trickled to the pool, delayed by their changing styles, the boys dumped out as one. Did they dress like that too? In a pod of penises? (p. 4)**

**"Maybe it's because he's gay."**
**..."Maybe it's because everyone at school is a damn racist who yells at him to enroll in every sport just because he's Black and tall. He's under a lot of pressure." (p. 9)**

"We could have fifty orgasms in that window. We should keep a tally."
...Taylor kissed me, soft and slow. I kept my eyes open, until I caught her checking and sealed them shut. I tried to make up for it in wandering hands, and she made the right sounds, so I was doing a good job (p. 36)

"How does someone become not a lesbian? Because they're . . . bi or pan?"
..."I attended a gender and sexuality seminar a few months ago. Those words mainly differ in that they describe how someone is attracted, not necessarily to whom. Bisexual people can experience different kinds of attraction to different genders. Pansexual people can experience a similar kind of attraction, no matter the gender identity." (p. 42)

"Those're actually nice tits when they're all smashed on me." (p. 85)

"I'm a predator!" he screamed. I let him go, and I wasn't prepared to feel sorry. He cowered, not a boy, but a creature of slime and white male privilege, unchecked for so long he might as well be Gollum.(p. 86)

"She thinks you two are kindergarteners because you don't have sex, and that we're going to eat candy and wander around campus in costume like huge nerds."
"We are going to do that," Karina said. "Just with a lot of booze," Everett added. Harvey toasted with a flip flask that bore the symbol of the Rebel Alliance. "Did she make you promise not to drink? She always did that to me back in high school. (p. 97)

Gia got in my face, my line of sight straight up her camel toe. "There's someone here to try out for the dive team, and she cross-dressed. Coach is losing her damn mind." (p. 128)

Her binder disappeared, and she wore nothing under soft button-downs, which drove me absolutely insane. We nearly kissed all the time, cheek to cheek, nose to nose. Anything to get closer. To stake small claims on each other everywhere we went. I spent a lot of time in the shower one knuckle in my mouth, the other hand extra busy. We listened to music, collapsed after swim practice in a heap of sore muscles, our bodies pressed together lengthwise on the couch in her room. (p. 178)

My hands brushed every inch of her, palms open on her nipples that were so sensitive her sounds grew wild and her knees clamped on my hips. We switched positions, and I sank between her legs. Indy tossed herself backward on the bed, and I tugged away her unders, kissed her wide-open until her body rippled and arched, and she nearly pulled my hair out.
She came just like she changed her clothes: unabashed and unbound. Intimidating and proud.

**Afterward, she reached for me with the same kind of hunger that had driven me here in the first place, only I was having trouble breathing. Relaxing. Feeling. Her hands went after my belt, and I couldn't help begging my dysphoria, Not now. Please don't do this to me right now.**

**My three-pound binder was holding in a million pounds of flesh.**

**...I tackled her, flipping us with my weight, lifting my hips to kick off my pants. My skin loved the warm angles of her body. Indy's neck and arms, her shaking legs. We pressed into each other at the same moment, and when I found her eyes wide, searching out mine, I didn't know what was wrong. I nearly asked, nearly stopped us. But there was nothing wrong with Indy staring into me while touching me so tenderly I wanted to cry.**

**...Intrusive thoughts rose from my depths. Joss calling my orgasms too masculine. Taylor scolding me to come like a woman, to surrender to it or some shit. I'd long since pretended to finish before I had.**

**...We kissed madly, came so many times. Our bodies shook into pieces, each one was more satisfying than smashing dinnerware on cement. We stayed in that bed for days, literal years following the countdown of midnight. (p. 188)**

3. What are the strengths of the educational media? **Not appropriate for minors in a public school setting, according to pornographic definitions of sexual stimulation (all levels) . Violates parental rights laws.**

4. What do you believe is the purpose of this educational media? **Ideas concerning alternate genders**

5. Are you aware of the judgment of this educational media by literary and/or authoritative

critics

____ Yes _x_ No

6. What do you wish to be the outcome of the reconsideration? **Follow the law and remove inappropriate material for minor children.**

a. Available in the following libraries (check all that apply):

____ K-5 (Elementary) ____ 6-8 (Middle School General Collection)

____ 6-8 (Opt-in Middle School Young Adult Collection) _x_ 9-12 (High School)

b. Remain available in libraries but removed for use in classroom instruction:

____ Yes _x_ No

Signature of Complainant: ___ Melanie Eubanks ___ Date: _5-22-2023_