UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER,
INC., et al.,

v.  Case No.: 3:23cv10385/TKW/ZCB

ESCAMBIA COUNTY SCHOOL
BOARD.

## REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on    N/A
Type of Motion/Pleading: Notice of Supplemental Information
Filed by: Defendant    on 9/2/2025    Doc. 220

JESSICA LYUBLANOVITS,
CLERK OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 2nd day of September 2025:

Defendant has filed a notice of supplemental information advising of recent events relating to Plaintiff's motion for sanctions. (Doc. 220). Plaintiff shall respond to Defendant's notice and advise what impact, if any, it has on their motion for sanctions by **close of business Thursday, September 4, 2025**.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge