UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC., et al.,
    Plaintiffs,

v.                                        Case No.: 3:23-CV-10385/TKW/ZCB

ESCAMBIA COUNTY SCHOOL BOARD,
    Defendant.
_____/

## ORDER

Given recent developments that have resulted in the discovery of some ESI from the personal cell phone of Mr. Adams (Docs. 220, 223), the Court will **DENY without prejudice** Plaintiffs' pending motion for sanctions (Doc. 159). The parties are instructed to work together cooperatively to address the questions raised in Plaintiffs' recent response (Doc. 223 at 3) and to attempt to resolve their dispute regarding the cell phone ESI. If after working together in good faith there remain issues for the Court to resolve regarding the cell phone ESI,[1] then

---

[1] The Court expects that the parties will be able to resolve this issue, especially since they have other (much more important) things that require their time and energy in this litigation.

1

Plaintiffs may re-file their motion for sanctions and explain what issues remain to be resolved.

**SO ORDERED** this the 4th day of September 2025.

*s/ Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge