# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 23, 2025

Samantha Crawford Duke
Rumberger Kirk & Caldwell, PA
300 S ORANGE AVE STE 1400
PO BOX 1873
ORLANDO, FL 32801

Nicole Sieb Smith
Rumberger Kirk & Caldwell, PA
101 N MONROE ST STE 1050
TALLAHASSEE, FL 32301

Appeal Number: 25-13298-E
Case Style: Pen American Center, Inc., et al v. Kevin Adams, et al
District Court Docket No: 3:23-cv-10385-TKW-ZCB

## CIVIL DOCKETING NOTICE

The above-referenced appeal has been docketed in this Court. All documents filed in this appeal must include the Case Style and Appeal Number shown above.

Appellant Requirements
Unless the following requirements have already been satisfied, **within 14 days of the date of this notice the appellant MUST:**

1. Pay to the **District Court** the Filing Fee **OR** File a Motion to Proceed In Forma Pauperis (IFP) in the district court. See FRAP 3(e), FRAP 24.

   *If the filing fee is not paid and a motion to proceed IFP has not been filed in the district court within 14 days of the date of this notice, this appeal will be dismissed without further notice pursuant to 11th Cir. R. 42-1(b).*

   *If the district court has denied the appellant IFP status on appeal, the appellant has 30 days from the date of the district court's order to file an IFP motion in this Court. See FRAP 24(a)(5).*

2. File in the **District Court** a Transcript Order Form or a certificate stating no transcripts will be ordered. See FRAP 10(b) & the accompanying 11th Cir. IOP. (Not applicable in certain bankruptcy appeals. See FRAP 6(b)).

    *If no transcripts are ordered, appellant's brief is due 40 days after **09/23/2025**, except as otherwise provided by the rules. See 11th Cir. Rules 12-1 and 31-1.*

3. File in this Court (Eleventh Circuit) Certificate of Interested Persons and Corporate Disclosure Statement (CIP). See 11th Cir. R. 26.1-1(a)(1).

4. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

5. File in this Court (Eleventh Circuit) Civil Appeal Statement (attorneys only). See 11th Cir. R. 33-1(a)(3).

Mediation
If a Civil Appeal Statement is required to be filed and the appeal is fully counseled on all sides, your appeal will be reviewed and considered for mediation. Mediation services are at no cost to the parties. If no Civil Appeal Statement is required or you or any party to the appeal is self-represented or *pro se* then the appeal is not eligible for mediation. See 11th Cir. R. 33-1.

Appellee Requirements
Unless the following requirements have already been satisfied, **within 28 days of the date of this notice, all appellees participating in this appeal MUST:**

1. File in this Court (Eleventh Circuit) CIP or a notice. See 11th Cir. R. 26.1-1(a)(3).

2. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

Attorney Participation
Only attorneys admitted to the bar of the Court and attorneys admitted for a particular proceeding may practice before the Court. See 11th Cir. Rules 46-1, 46-3, and 46-4. You may look up your bar admission status at https://www.ca11.uscourts.gov/bar-admission-status-look. The Application for Admission to the Bar and other forms and information can be found at https://www.ca11.uscourts.gov/attorney-forms-and-information.

All attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an Appearance of Counsel Form within 14 days of the date of this notice. See 11th Cir. R. 46-6(b). Please also see FRAP 46 and the corresponding circuit rules.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. See 11th Cir. R. 25-7.

Additional Information
Rules, forms, and additional information, including a handbook for pro se litigants, can be found at www.ca11.uscourts.gov.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

CIVIL - Notice of Docketing

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

PEN AMERICAN CENTER, INC., et al.,

    Plaintiffs,

vs.                                CASE NO.: 3:23-CV-10385-TKW-ZCB

ESCAMBIA COUNTY SCHOOL BOARD,

    Defendant.

_____ /

## NOTICE OF APPEAL

Notice is hereby given that Kevin Adams, Paul Fetsko, Patricia Hightower, William Slayton, and David Williams, appeal to the United States Court of Appeals for the Eleventh Circuit this Court's Order Denying Motions to Quash Subpoenas and for Protective Orders, [D.E. 226], which was entered by this Court on September 8, 2025. *See In re Hubbard*, 803 F.3d 1298, 1305 (11th Cir. 2015) (holding that denial of legislative privilege claims are immediately appealable); *see also Pernell v. Fla. Bd. of Governors of State Univ.*, 84 F.4th 1339, 1342 (11th Cir. 2023) (permitting same). A copy of the Court's Order is attached as **Exhibit A**.

Respectfully submitted,

/s Nicole Sieb Smith
J. DAVID MARSEY
Florida Bar No.: 0010212
E-mail: dmarsey@rumberger.com
NICOLE SIEB SMITH
Florida Bar No.: 0017056
E-mail: nsmith@rumberger.com
JEFFREY J. GROSHOLZ
Florida Bar No.: 1018568
E-mail: jgrosholz@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street, Suite 1050
Tallahassee, Florida 32301
Tel: 850.222.6550
Fax: 850.222.8783

and

SAMANTHA DUKE
Florida Bar No. 0091403
Email: sduke@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 S. Orange Ave., Suite 300
Orlando, Florida 32801
Tel: 407.872.7300
Fax: 407.841.2133

Attorneys for Kevin Adams, Paul Fetsko, Patricia Hightower, William Slayton, David Williams

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 22, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Kristy L. Parker at

2

kristy.parker@protectdemocracy.org; Shalini Goel Agarwal at shalini.agarwal@protectdemocracy.org; Kirsten Elizabeth Fehlan at fehlank@ballardspahr.com; Lynn Beth Oberlander at oberlanderl@ballardspahr.com; Paul Joseph Safier at safierp@ballardspahr.com; Ori Lev at ori.lev@protectdemocracy.org; Goldie Fields at fieldsg@ballardspahr.com; Facundo Bouzat at bouzatf@ballardspahr.com; Matthew Kussmaul at kussmaulm@ballardspahr.com and Amy Bowles at amy.bowles@protectdemocracy.org (Counsel for Plaintiffs).

/s Nicole Sieb Smith
J. DAVID MARSEY
Florida Bar No.: 0010212
E-mail: dmarsey@rumberger.com
NICOLE SIEB SMITH
Florida Bar No.: 0017056
E-mail: nsmith@rumberger.com
JEFFREY J. GROSHOLZ
Florida Bar No.: 1018568
E-mail: jgrosholz@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street, Suite 1050
Tallahassee, Florida 32301
Tel: 850.222.6550
Fax: 850.222.8783
and

SAMANTHA DUKE
Florida Bar No. 0091403
Email: sduke@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 S. Orange Ave., Suite 300
Orlando, Florida 32801

Tel: 407.872.7300
Fax: 407.841.2133

Attorneys for Kevin Adams, Paul Fetsko, Patricia Hightower, William Slayton, David Williams

19948940.v1

# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,
et al.,

    Plaintiffs,

v.                          Case No. 3:23cv10385-TKW-ZCB

ESCAMBIA COUNTY SCHOOL
BOARD,

    Defendant.
_____/

### ORDER DENYING MOTIONS TO QUASH SUBPOENAS AND FOR PROTECTIVE ORDERS

    This is the second time the Court has considered whether the "legislative privilege" protects the school board members from being deposed about their decisions to remove certain books from school libraries. The first time, the issue was raised in a motion filed by Defendant on behalf of the board members. *See* Doc. 107. This time, the issue is raised in motions filed by the board members themselves. *See* Docs. 210, 212, 213, 214, 215.

    Plaintiffs argue that the board members' motions are procedurally barred and/or should not be considered for various reasons, *see* Doc. 225 at 8-16, but the Court finds those arguments unpersuasive for the reasons preemptively raised in the board members' motions. On the merits, the Court finds the board members'

arguments no more persuasive than the identical arguments that Defendant previously made on their behalf.

Accordingly, it is **ORDERED** that:

1. The board members' motions quash subpoenas and for protective orders (Docs. 210, 212, 213, 214, 215) are **DENIED** on the merits for the reasons stated in the amended order denying Defendant's motion for protective order. *See* Doc. 155 at 5-7.

2. The board members' depositions are stayed for 14 days to afford them an opportunity to appeal, and if an appeal is filed, the stay will remain in effect until the appellate mandate is issued.

**DONE and ORDERED** this 8th day of September, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEN AMERICAN CENTER, INC.,
et al.,

    **Plaintiffs**,

v.                                                        Case No. 3:23cv10385-TKW-ZCB

ESCAMBIA COUNTY SCHOOL
BOARD,

    **Defendant**.

_____/

### ORDER DENYING MOTIONS TO QUASH SUBPOENAS AND FOR PROTECTIVE ORDERS

This is the second time the Court has considered whether the "legislative privilege" protects the school board members from being deposed about their decisions to remove certain books from school libraries. The first time, the issue was raised in a motion filed by Defendant on behalf of the board members. *See* Doc. 107. This time, the issue is raised in motions filed by the board members themselves. *See* Docs. 210, 212, 213, 214, 215.

Plaintiffs argue that the board members' motions are procedurally barred and/or should not be considered for various reasons, *see* Doc. 225 at 8-16, but the Court finds those arguments unpersuasive for the reasons preemptively raised in the board members' motions. On the merits, the Court finds the board members'

arguments no more persuasive than the identical arguments that Defendant previously made on their behalf.

Accordingly, it is **ORDERED** that:

1. The board members' motions quash subpoenas and for protective orders (Docs. 210, 212, 213, 214, 215) are **DENIED** on the merits for the reasons stated in the amended order denying Defendant's motion for protective order. *See* Doc. 155 at 5-7.

2. The board members' depositions are stayed for 14 days to afford them an opportunity to appeal, and if an appeal is filed, the stay will remain in effect until the appellate mandate is issued.

**DONE and ORDERED** this 8th day of September, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**