# EXHIBIT B

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| PEN AMERICAN CENTER, INC., GEORGE M. JOHNSON, KYLE LUKOFF, ANN NOVAKOWSKI, on behalf of herself and her minor child, PENGUIN RANDOM HOUSE LLC, SEAN PARKER, on behalf of himself and his minor child, ASHLEY HOPE PÉREZ, and CHRISTOPHER SCOTT SATTERWHITE, on behalf of himself and his minor child.<br><br>*Plaintiffs*,<br><br>v.<br><br>ESCAMBIA COUNTY SCHOOL BOARD,<br><br>*Defendant*. | CASE NO.:  3:23-CV-10385-TKW-ZCB |

### PLAINTIFFS' NOTICE OF DEPOSITION OF CARISSA BERGOSH

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs in the above captioned action, by and through their attorneys, will take the deposition upon oral examination of Carissa Bergosh.

The deposition shall commence at 9:00 a.m. on October 10, 2025 at Anchor Court Reporting located at 229 South Baylen Street, Pensacola, FL 32502. The deposition shall take place before a notary public or other officer authorized by law to administer oaths and will be recorded by audio, audiovisual, and stenographic means. You are requested to produce Ms. Bergosh on the above date and designated time.

#4903-7865-8410 v1

Dated: September 19, 2025

*/s/ Lynn B. Oberlander*

Lynn B. Oberlander*
**Ballard Spahr LLP**
1675 Broadway, 19th Floor
New York, NY  10019-5820
Telephone: 212.223.0200
Facsimile: 212.223.1942
Matthew G. Kussmaul*
Facundo Bouzat*
**Ballard Spahr LLP**
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Telephone: 215.864.8500
Facsimile: 215.864.8999

Kirsten Fehlan*
**Ballard Spahr LLP**
999 Peachtree Street, Suite 1600
Atlanta, GA 30309
Telephone:678.420.3000
Facsimile: 678.420.9401
Goldie Fields*
**Ballard Spahr LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA 90067
Telephone: 424.204.4338
Facsimile: 424.204.4350

Shalini Goel Agarwal (FBN 90843)
Ori Lev*
Amy Bowles*
**Protect Democracy Project**
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
Telephone: 202.579.4582
Facsimile: 929.777.8428

*Admitted pro hac vice*
*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 19, 2025, I caused a true and correct copy of the foregoing Notice of Deposition to be served on counsel of record Defendant via e-mail.

Dated: September 19, 2025           */s/ Lynn B. Oberlander*
                                                    Lynn B. Oberlander